FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -2 P 1: 17

DOCKET NO. 04-11411-NMG

U.S. DISTRICT COURT
DISTRICT OF MASS.

BERWIND PROPERTY GROUP, INC. )
and NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
        Plaintiffs, )
)
v. )
)
ENVIRONMENTAL MANAGEMENT )
GROUP, INC. d/b/a EMG, )
        Defendant. )

### CERTIFICATION OF FILING ALL PAPERS REQUIRED BY LOCAL RULE 81

I, Steven J. Bolotin, attorney for the defendant, hereby affirms that the attached are certified copies of all records and proceedings in the Massachusetts Superior Court within and for the County of Suffolk, and a certified copy of all docket entries within the said Superior Court, including the filing of the Notice of Removal.

Respectfully submitted,

ENVIRONMENTAL MANAGEMENT GROUP, INC.
d/b/a EMG
By its Attorneys,

MORRISON MAHONEY LLP

Steven J. Bolotin, BBO#564085
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 7/1/04.

936081v1

Suffolk Superior Civil # 04-1005 BLS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411 NMG

BERWIND PROPERTY GROUP, INC. )
and NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
    Plaintiffs, )
)
v. )
)
ENVIRONMENTAL MANAGEMENT )
GROUP, INC. d/b/a EMG, )
    Defendant. )



## NOTICE OF REMOVAL

The defendant, Environmental Management Group, Inc. d/b/a EMG (hereinafter "EMG"), hereby petitions this Court that the above-entitled action, now pending against it in Suffolk County Superior Court, Civil Action No. 04-1005BLS2, be removed therefrom to this Court under 28 U.S.C. §1331. In support of this notice, the defendant states as follows:

1. On or about June 3, 2004, the defendant, EMG, was served with a copy of the summons and complaint (attached as Exhibit 1).

2. This is a civil action in which the plaintiffs claim, in substance, that building inspection services were not properly performed by the defendant.

3. Diversity of citizenship exists among all of the parties.

4. Following removal to this Court, the defendant intends to seek dismissal based principally upon a choice of law, jurisdiction, and venue provision set forth in the contract between the defendant and the plaintiff for which services were performed, and removal to this Court is with express reservation of right to seek such dismissal.

936076v1

FILED
IN CLERKS OFFICE

2004 JUL -2  P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Within thirty (30) days of the filing of this Notice of Removal, the defendant shall file certified or attested copies of all records and proceedings in the Suffolk Superior Court, and a certified or attested copy of all docket entries in the Suffolk Superior Court pursuant to L.R. 81.8 of this Court.

Respectfully submitted,

ENVIRONMENTAL MANAGEMENT GROUP, INC.
d/b/a EMG
By its Attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Steven J. Bolotin, BBO#564085
250 Summer Street
Boston, MA 02210
(617) 439-7500

I HEREBY ATTEST AND CERTIFY ON
JUNE 24, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on  6/22/04  .

_____

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                            SUPERIOR COURT
                                                                        C.A. No. 04-1005BLS2

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. <br> and NEWTON INVESTORS LIMITED <br> PARTNERSHIP, <br>     Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL MANAGEMENT <br> GROUP, INC. d/b/a EMG, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT

TO THE CLERK FOR THE SUFFOLK COUNTY SUPERIOR COURT

    Please take notice that on June 22, 2004, the above-captioned action has been removed to the United States District Court for the District of Massachusetts, pursuant to Title 28, United States Code §§1441 and 1446. A certified copy of said Notice of Removal is attached hereto, in accordance with Title 28, United States Code §1446(d).

    Respectfully submitted,

    ENVIRONMENTAL MANAGEMENT GROUP, INC.
    d/b/a EMG
    By its Attorneys,

    MORRISON, MAHONEY & MILLER, LLP

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on _6/23/04_ .

Steven J. Bolotin, BBO#564085
250 Summer Street
Boston, MA 02210
(617) 439-7500

936077v1

MORRISON, MAHONEY & MILLER, LLP

Civil Clerk's Office
June 23, 2004
Page 2


Please contact me when these documents are ready so that appropriate arrangements for payment can be made. Thank you for your assistance in this matter.

Very truly yours,

Steven J. Bolotin

SJB/teb
Enclosures
cc: Eric F. Eisenberg, Esq.

936084v1