UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411-NMG

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br>       Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM NAME**

Pursuant to Federal Rules of Civil Procedure, Rule 11(d), notice of a change of firm name is hereby given and is effective July 1, 2004 as follows:

**MORRISON MAHONEY LLP**
**250 Summer Street**
**Boston, MA 02210-1181**
**Telephone:  (617) 439-7500**
**Facsimile:  (617) 439-7590**

Our street address, telephone and facsimile numbers will remain the same.

Respectfully submitted,

ENVIRONMENTAL MANAGEMENT GROUP, INC.
d/b/a EMG
By its Attorneys,


/s/sbolotin
Steven J. Bolotin, BBO#564085
250 Summer Street
Boston, MA  02210
(617) 439-7500

938205v1