## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG, <br><br> Defendant. | DOCKET NO. 04-11411-NMG |

### CERTIFICATION OF CONFFERAL

The undersigned hereby certifies that, pursuant to Local Rule 16.1(D)(3), Plaintiff Newton Investors Limited Partnership and its undersigned counsel have conferred with a view to establishing a budget for the costs of conducting the full course, as well as various alternative courses, of this litigation. In addition, Plaintiff Newton Investors Limited Partnership has conferred with its undersigned counsel to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 – mini-trial; summary jury trial; and mediation.

_____, V.P.
Authorized Representative of
Newton Investors Limited Partnership

Eric F. Eisenberg, Esq.

By: Bergen of Newton, Inc., its general partner

DATED: October _1_, 2004.

## CERTIFICATE OF SERVICE

I, Eric F. Eisenberg, hereby certify that on this ___1st___ day of October 2004, I served a true and accurate copy of the foregoing document by facsimile and first class mail, postage prepaid to:

John J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Fax: (617) 439-7590

_____Eric F. Eisenberg_____/KLR/