UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | ) DOCKET NO. 04-11411-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff Berwind Property Group, Inc. ("Berwind") hereby discloses that its parent corporation is Berwind Corporation, a company incorporated in Delaware. No publicly held corporation owns 10% or more of Berwind's stock.

Respectfully submitted,

BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,

By its attorneys,

_Eric F. Eisenberg /kmf/_
Eric F. Eisenberg, Esq. (BBO No. 544682)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

Dated: October 12th, 2004

## CERTIFICATE OF SERVICE

I, Eric F. Eisenberg, hereby certify that on this 12th day of October 2004, I served a true and accurate copy of the foregoing Corporate Disclosure Statement by facsimile and first class mail, postage prepaid to:

Steven J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Fax: (617) 439-7590

_Eric F. Eisenberg_