UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG, <br><br> Defendant. | ) <br> ) DOCKET NO. 04-11411-NMG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff Newton Investors Limited Partnership ("NILP") hereby discloses that it is a limited partnership. The General Partner of NILP is Bergen of Newton, Inc., and the Limited Partners of NILP are BPG/PSERS Investors, L.P., BPG Funding Investors, L.P., and Newton Investments, L.P., none of which are publicly held corporations.

Respectfully submitted,

BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,

By its attorneys,

_Eric F. Eisenberg_
Eric F. Eisenberg, Esq. (BBO No. 544682)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

Dated: October 12th, 2004

## CERTIFICATE OF SERVICE

I, Eric F. Eisenberg, hereby certify that on this 12th day of October 2004, I served a true and accurate copy of the foregoing Corporate Disclosure Statement by facsimile and first class mail, postage prepaid to:

Steven J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Fax: (617) 439-7590

_____
Eric F. Eisenberg