UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

**MOTION FOR EXTENSION OF TIME
TO SERVE INITIAL DISCLOSURES PURSUANT TO F.R.CIV.P. 26(a)(1)**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership respectfully move this Court for an order extending by thirty (30) days the time for the plaintiffs to file their initial disclosures pursuant to F.R.Civ.P. 26(a)(1) in the above-captioned matter. In support of this Motion, Plaintiffs state as follows:

1. Due to the recent death of his father-in-law and another family member, and resulting leaves of absence from the office, Plaintiffs' counsel has been unable to finalize Plaintiffs' lists of witnesses and relevant documents.

2. Plaintiffs require only a brief extension of time in which to finalize this information.

3. Plaintiffs submit that due to the nature of the relief requested, no memorandum of law is required for the Court to rule on this Motion.

WHEREFORE, the plaintiffs respectfully request that this Honorable Court enter an order granting this Motion and extending by twenty-one (21) days, namely up to and including November 29, 2004, the deadline for the plaintiffs to serve their initial disclosures pursuant to F.R.Civ.P. 26(a)(1).

Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,**

By its attorneys,

Eric F. Eisenberg, Esq. (BBO No. 544682)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000

Dated: November 8, 2004

#502768 v1

2

## CERTIFICATE OF SERVICE

I, Lauren Timoney Upton, hereby certify that on this 8th day of November 2004, I served a true and accurate copy of the foregoing Motion to Extend Time to Serve Initial Disclosures by facsimile and first class mail, postage prepaid to:

John J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Fax: (617) 439-7590

#502768 v1

3