UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, <br><br>Plaintiffs, <br><br>v. <br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG, <br><br>Defendant. | DOCKET NO. 04-11411-NMG |

**CERTIFICATION OF DEFENDANT
PURSUANT TO LOCAL RULE 16.1(D)(3)**

The undersigned hereby certifies, pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ENVIRONMENTAL MANAGEMENT GROUP, INC.

_____
By: _Timothy J. Mains_
   [Name and Title] _General Counsel._

1

902839v1