UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | DOCKET NO. 04-11411-NMG |
| ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' RULE 26 AUTOMATIC DISCOVERY DISCLOSURES**

Pursuant to F.R.C.P. 26(a)(1) and Local Rules 26.1 and 26.2, Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively "BPG") hereby provide the following automatic required discovery disclosure. Plaintiffs acknowledge that this disclosure obligation continues throughout the case and will supplement this statement as additional documents are located and additional information is received by its counsel. The inclusion of documents in this disclosure statement shall not be construed to waive: (i) the attorney-client privilege or work-product privilege, either generally or as they may attach to particular documents; or (2) objections as to the relevance of the listed documents, or the admissibility of said documents in the present action.

#508611

I.       Individuals With Discoverable Information

The following individuals are likely to have discoverable information relevant to facts alleged with particularity in Plaintiffs' Complaint. As our investigation into this matter is ongoing, Plaintiffs reserve the right to supplement this list:

1.       Mr. Albert J. Corr
         Vice President
         Berwind Property Group, Ltd.
         3200 Centre Square West
         1500 Market Street
         Philadelphia, PA  19102

         Mr. Corr has information concerning:

BPG's communications with Defendant Environmental Management Group, Inc. ("EMG") ; EMG's representations concerning its expertise and services; BPG's retention of EMG; BPG's purchase of the Property; the defects in the Property; the measures taken by BPG to remediate the problems; and the damages incurred by BPG as a result of EMG's negligence.

2.       Mr. Ken Cala
         Manager
         Berwind Property Group, Ltd.
         3200 Centre Square West
         1500 Market Street
         Philadelphia, PA  19102

         Mr. Cala has information concerning:

The defects in the Property; the measures taken by BPG to remediate the problems; the damages incurred by BPG as a result of EMG's negligence.

#508611

      3.      Mr. Roy C. Perry
Vice President
Berwind Property Group, Ltd.
3200 Centre Square West
1500 Market Street
Philadelphia, PA  19102

Mr. Perry has information concerning:

BPG's communications with Defendant Environmental Management Group, Inc. ("EMG") ; EMG's representations concerning its expertise and services; BPG's retention of EMG; and BPG's purchase of the Property;

## II.    Description by Category and Location of All Relevant Documents

A.    Documents which refer to, reflect or discuss BPG's communications with EMG about the provision of inspection, evaluation, and engineering services by EMG. The originals of such documents are maintained at the offices of Berwind Property Group, Ltd.

B.    Documents which refer to, reflect or discuss BPG's purchase of 1210-1230 Washington Street, Newton, MA (the "Property"). The originals of such documents are maintained at the offices of Berwind Property Group, Ltd.

D.    Documents which refer to, reflect, discuss, or constitute correspondence by and between BPG and EMG concerning the evaluation of the Property.  The originals of such documents are maintained at the offices of Berwind Property Group, Ltd.

E.    Documents which refer to, reflect or discuss the defects in the Property.  The originals of such documents are maintained at the offices of Berwind Property Group, Ltd.

#508611

F.   Documents which refer to, reflect or discuss all consequential damages incurred by BPG as a result of the defects in the Property. The originals of such documents are maintained at the offices of Berwind Property Group, Ltd.

G.   Documents which constitute evidence that evaluations of the Property had been conducted by other engineering firms prior to the time of the evaluation by EMG, and that such evaluations had revealed open and obvious defects in the structure of the Property.

**III.   Computation of Damages**

Berwind Property Group, Ltd. and Newton Investors Limited Partnership estimate that they have sustained damages in the approximate amount of $886,068.00, exclusive of attorneys fees and interest, based on the following calculation:

$721,068.00 for repairs to the Property to date (remediation is not yet complete); and

$165,000.00 for engineering and project repair oversight.

**BERWIND PROPERTY GROUP, LTD. and NEWTON INVESTORS LIMITED PARTNERSHIP**,

By its attorneys,

 /s/ Eric F. Eisenberg
Eric F. Eisenberg
BBO No. 544682
Lauren Timoney Upton
BBO No. 565122
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000

#508611