UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

**NOTICE OF APPERANCE**

Please enter the following appearance on behalf of Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited.

    Lauren Timoney Upton, Esq.
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109

    **BERWIND PROPERTY GROUP, LTD. and NEWTON INVESTORS LIMITED PARTNERSHIP,**

    By its attorneys,

    /s/ Lauren T. Upton
    Lauren Timoney Upton
    BBO No. 565122
    HINCKLEY, ALLEN & SNYDER LLP
    28 State Street
    Boston, MA 02109
    (617) 345-9000 (Tel)
    (617) 345-9020 (Fax)

509157