UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED PARTNERSHIP,<br>          Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC.<br> d/b/a EMG,<br>          Defendant. | )<br>)<br>)<br>)<br>) DOCKET NO. 04-11411-NMG<br>)<br>)<br>)<br>)<br>) |

**AUTOMATIC DISCOVERY DISCLOSURE OF DEFENDANT**
**ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG**

Environmental Management Group, Inc. ("EMG") hereby provides the plaintiff with the information and documents called for pursuant to Local Rule 26 relevant to the claim at issue in this action:

I.      **Disclosures Pursuant to Rule 26(a)(1)(A):**

The following individuals are believed to possess information related to this litigation:

Albert Corr, Berwind Property Group, Inc.
3000 Centre Square West
1500 Market Street
Philadelphia, PA  19102

Mr. Corr is believed to know communications between himself and EMG regarding the services requested of EMG.

Matthew Dillis
26 Farm Hill Ln.
Hingham, MA  02043

Mr. Dillis is believed to know communications between himself and EMG regarding the services requested of EMG.

John Stewart
Address Unknown
Former Property Manager

Mr. Stewart is believed to know information regarding the condition of the property at issue and what was communicated to Berwind regarding that condition.

Sandra Terepka, EMG
11011 McCormack Road
Baltimore, MD 21031

Ms. Terepka is believed to know information regarding the condition of the property at issue and what was communicated to Berwind regarding that condition.

Michael Collins, EMG
11011 McCormack Road
Baltimore, MD 21031

Mr. Collins is believed to know information regarding what was communicated to Berwind regarding the condition of the property at issue.

**II.     Disclosures Pursuant to Rule 26(a)(1)(B):**

EMG will provide its entire file regarding the services performed for Berwind relating to the property at issue.

**III.    Disclosures Pursuant to Rule 26(a)(1)(C):**

Not applicable

**IV.    Disclosures Pursuant to Rule 26(a)(1)(D):**

The declarations page for the Arch Insurance policy issued to EMG will be produced.

                                        Environmental Management Group, Inc.
                                        By its attorneys,
                                        MORRISON MAHONEY LLP


                                        /s/sbolotin
                                        Steven J. Bolotin, BBO #564085
                                        250 Summer Street
                                        Boston, MA 02210
                                        (617) 439-7500