UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411-NMG

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br>　　　　Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DISCOVERY

Now come the parties, by and through their respective attorneys, and respectfully request that this Court extend the dates for completion of discovery up to and including April 11, 2005. As grounds therefore, the parties state that additional time is necessary to complete discovery of out-of-state witnesses.

For the foregoing reasons, the parties hereto respectfully request that this Joint Motion be allowed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br>By their Attorneys,<br><br>HINCKLEY, ALLEN & SNYDER LLP<br><br><br>/s/lupton_____<br>Lauren Timoney Upton, BBO#565122<br>28 State Street<br>Boston MA  02109<br>(617) 345-9000 | ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG<br>By its Attorneys,<br><br>MORRISON MAHONEY LLP<br><br><br>/s/sbolotin_____<br>Steven J. Bolotin, BBO#564085<br>250 Summer Street<br>Boston, MA  02210<br>(617) 439-7500 |

958045v1