UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED<br>PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP,<br>INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO.<br>04-11411-NMG |

### AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1. I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for twelve years.

2. I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3. This affidavit is filed in support of the Berwind's Motion to Compel Further Rule 30(b)(6) Testimony From Defendant and for an Award of Costs.

4. Attached hereto as Exhibit 1 is a true and accurate copy of the Notice of Rule 30(b)(6) Deposition of EMG.

5. Attached hereto as Exhibit 2 are true and accurate copies of e-mails from Steven Bolotin, Esq. to Lauren Upton, Esq. dated March 1, 2005 and March 22, 2005.

6. Attached hereto as Exhibit 3 are true and accurate copies of excerpts from the 3/29/05 Deposition Transcript of Patrick Jarosinski.

**FURTHER YOUR AFFIANT SAYETH NOT.**

*[signature]*

#529286