**Upton, Lauren T.**

**From:** Steve Bolotin [sbolotin@morrisonmahoney.com]
**Sent:** Tuesday, March 22, 2005 5:16 PM
**To:** Upton, Lauren T.
**Subject:** RE: Depostion of Berwind and Newton

Lauren,

EMG's corporate designee will be Patrick Jarosinski.  As I indicated in my e-mail of March 1, it was our intention to produce him first, on March 30.  We can produce Mr. Collins to follow (he has an emergency medical apointment and needs to leave by 3:00 on March 31) and then finish with Ms. Terepka either that day or April 1.

In considering the availability of your witnesses, please also consider the need for me to have your written discovery responses in sufficient time prior to their depositions, and remember April 18 is a holiday.  Thanks.

Steve

EXHIBIT 2

## Upton, Lauren T.

| | |
|---|---|
| **From:** | Steve Bolotin [sbolotin@morrisonmahoney.com] |
| **Sent:** | Tuesday, March 01, 2005 3:02 PM |
| **To:** | Upton, Lauren T. |
| **Subject:** | RE: EMG Depositions |

Our witnesses are available for deposition in Maryland on March 30, 31, and if needed, to finish on April 1. We will provide our 30(b)(6) deponent first, followed by Ms. Terepka (who is travelling from Florida) and then Mr. Collins. Please advise where the depositions will take place.

Additionally, please advise when your witnesses will be available for deposition in Philadelphia. I will need a corporate designee from each of the plaintiffs, plus Albert Corr, Roy Perry, and any other individuals who had contact with EMG regarding the project at issue.

Steven J. Bolotin
Partner
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone: 617-737-8878
Fax: 617-342-4943

The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.