### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, ) ) ) ) | DOCKET NO. 04-11411-NMG |

BERWIND PROPERTY GROUP, INC. and )
NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
    )
Plaintiffs, )
    )
v. )
    )
ENVIRONMENTAL MANAGEMENT GROUP, )
INC. d/b/a EMG, )
    )
Defendant. )

TO:    Steven J. Bolotin, Esq.
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA 02210

## NOTICE OF 30(b)(6) DEPOSITION OF ENVIRONMENTAL MANAGEMENT GROUP, INC.

Please take notice that at 10 a.m. on February 21, 2005, at the offices of Hinckley, Allen

& Snyder LLP, 28 State Street, Boston, Massachusetts, Berwind Property Group, Inc. and

Newton Investors Limited Partnership, by and through their attorneys, will take the deposition of

Environmental Management Group, Inc., pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, before a Notary Public, or before some other officer authorized by law to administer

oath.

Pursuant to Fed. R. Civ. P. Rule 30(b)(6), it is requested that the deponent designate one

or more officers, directors or managing agents or other persons to testify on its behalf. Pursuant

to the rules, the areas of examination will include but not be limited to, and the person or persons

designated to appear for the deposition shall have knowledge of and be competent and prepared to testify with respect to, the matters set forth in Schedule A attached hereto.  The deponent is also required to bring the documents set forth in Schedule B attached hereto.

You are invited to attend and cross-examine.

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,**

By its attorneys,

Eric F. Eisenberg, Esq
BBO No. 544682
Lauren Timorley Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
(617) 345-9000

Dated: February 8, 2005

## CERTIFICATE OF SERVICE

I, Lauren Timoney Upton, Esq., hereby certify that on the date set forth above, I caused notice of the foregoing to be served upon all parties/counsel of record in the above-captioned matter.

Lauren Timoney Upton, Esq.

## SCHEDULE A

## DEFINITIONS

A.    The term "BMG" means any and all employees, agents, officers, attorneys or persons associated with Berwind Property Group, Inc. and/or Newton Investors Limited Partnership.

B.    The term "EMG" means any and all employees, agents, officers, attorneys or persons associated with Defendant Environmental Management Group, Inc. d/b/a EMG.

C.    The term "Contract" shall refer to the Contract entered into between EMG and Berwind on or about March 17, 1999, by which EMG agreed to perform certain engineering services for Berwind, as more specifically set forth in the March 2, 1999 EMG Proposal No. 199933776.

D.    The term "Property" shall refer to the property located at 1210-1230 Washington Street, Newton, Massachusetts.

E.    The term "Parking Garage" shall refer to the parking structure located on the Property.

F.    The term "Project" shall refer to the analysis and evaluation of the Property and the Parking Garage to be performed by EMG pursuant to the Contract.

## AREAS OF INQUIRY

1.    All contracts or other agreements by and between BMG and EMG, and any and all modifications, cancellations, or other alterations to each such contract or agreement.

2.    Any and all communications, discussions, disputes, disagreements, or differences of opinion between BMG and EMG concerning the Project.

3.    All events or incidents that occurred during the course of EMG's work on the Project which in any way changed or interfered with EMG's ability to work on the Project.

4.    All actions or activities undertaken/conducted by EMG in its analysis and evaluation of the Property and the Parking Garage.

5.      All structural analyses and evaluations that EMG performed on reinforced concrete parking structures between 1996 and 1999.

6.      Education, experience, and qualifications of EMG personnel who worked on the Project.

7.      The basis for EMG's contention that BMG has failed to state a cause of action for which relief can be granted.

8.      The basis for EMG's contention that BMG's cause of action is barred by the statute of limitations.

9.      The basis for EMG's contention that BMG was allegedly negligent, and that BMG's alleged negligence was greater than EMG's negligence.

10.     The basis for EMG's contention that BMG was guilty of contributory negligence.

11.     The basis for EMG's contention that BMG, by their conduct and actions and/or the conduct and actions of their agents and servants, are estopped from recovering any judgment against EMG.

12.     The basis for EMG's contention that BMG, by their conduct and actions and/or the conduct and actions of their agents and servants, have waived any and all rights they may have against EMG.

13.     The basis for EMG's contention that BMG's damages were allegedly caused in whole or in part by BMG's alleged negligence.

14.     The basis for EMG's contention that BMG breached the terms and conditions of the Contract.

15.     The basis for EMG's contention that the actions complained of by BMG in the Complaint are permitted under the laws as administered by the regulatory board or office acting

under statutory authority of the Commonwealth of Massachusettts.

16.    The basis for EMG's contention that EMG was lawfully authorized to commit the acts complained of in the Complaint, including, *inter alia*, breaching its duty of care and performing the inspection and issuing its report with reckless and wanton disregard of its duties owed to Berwind; negligently and willfully making false statements to BMG regarding the structural and waterproofing condition of the Parking Garage; breaching the Contract; and fraudulently inducing BMG to enter into the Contract by failing to disclose that the engineer who would conduct the Project was a mechanical engineer and not a structural engineer.

17.    Information concerning the method of retention and retrieval of documents by EMG, including, *inter alia*, where EMG stores its documents; the identity of the person who looked for each category of documents requested by BMG pursuant to the subpoena *duces tecum* served herewith; the nature of documents found that are responsive to the subpoena duces tecum served herewith; the nature of documents that were not found but of which EMG is aware once existed; and the reason for the unavailability of documents that were not found but of which EMG is aware once existed.

18.    Any other matters or issues regarding or relating to the facts alleged in BMG's Complaint and EMG's Answer.

## SCHEDULE B

## DEFINITIONS

A.      The term "BMG" means any and all employees, agents, officers, attorneys or persons associated with Berwind Property Group, Inc. and/or Newton Investors Limited Partnership.

B.      The term "EMG" means any and all employees, agents, officers, attorneys or persons associated with Defendant Environmental Management Group, Inc. d/b/a EMG.

C.      The term "Contract" shall refer to the Contract entered into between EMG and Berwind on or about March 17, 1999, by which EMG agreed to perform certain engineering services for Berwind, as more specifically set forth in the March 2, 1999 EMG Proposal No. 199933776.

D.      The term "Property" shall refer to the property located at 1210-1230 Washington Street, Newton, Massachusetts.

E.      The term "Parking Garage" shall refer to the parking structure located on the Property.

F.      The term "Project" shall refer to the analysis and evaluation of the Property and the Parking Garage to be performed by EMG pursuant to the Contract.

G.      The term "Documents" shall refer to any printed, written, taped, recorded, graphic, computerized printout, or other tangible matter from whatever source, however produced or reproduced, whether in draft or otherwise, whether sent or received, or neither, including, but not limited to, the original, a copy (if the original is not available), and all non-identical copies (whether different from the original because of notes made or are attached to such copy or otherwise) of any and all writings, correspondence, letters, telegrams, facsimiles, notes, cables, telexes, contracts, proposals, agreements, minutes, books, forecasts or appraisals, papers, records, reports, diaries, statements, questionnaires, schedules, computer programs or data, books of account, calendars, graphs, charts, transcripts or recordings, tapes, photographs, pictures or film, ledgers, registers, worksheets, summaries, digests, financial statements, and all other information or data, records or compilations, including all underlying supporting or preparatory material now in your possession, custody, or control, or available to you, your counsel, accountants, agents, representatives, or associates. "Documents" also includes, but is not limited to, any and all draft or conceptual versions of such documents and any revisions thereto. "Documents" also specifically includes, but is not limited to, any documents kept by individuals in their desks, at home, or elsewhere.

H.      These requests shall apply to the time period from January 1, 1999 to the present.

#516088

7

## DOCUMENTS REQUESTED

1.    All documents (including, without limitation, inter- and intra-office correspondence and notes of conversations) which evidence, constitute or reflect communications between Berwind and EMG which refer to, reflect or discuss the Project.

2.    All documents (including, without limitation, inter- and intra-office correspondence and notes of conversations) which evidence, constitute or reflect communications between EMG and any other persons, including but not limited to any engineers, or municipal or other governmental officials, which refer to, reflect or discuss the Project.

3.    Any and all documents which refer to, reflect or discuss any and all person-to-person conversations, or telephone conversations, by and/or between EMG and any other persons, including but not limited to Berwind, with respect to the Project.

4.    All memoranda and notes, internal or otherwise, which refer to, reflect or discuss the Project.

5.    Any and all documents which refer to, reflect or discuss any proposals, contracts or other agreements, including specifications, general conditions, special conditions, addenda and/or alterations between Berwind and EMG, concerning the Project.

6.    Any and all documents relating to or evidencing all purported amendments, modifications, waivers or alterations purporting to affect any such contract between Berwind and EMG which refer to, reflect or discuss the Project.

7.    Any and all documents that refer to, reflect or discuss staffing or proposed staffing of the Project by EMG.

#516088

8

8.      Any and all photographs, diagrams, models, or other such documents and things that refer to, reflect or discuss the Project.

9.      Any and all meeting minutes, daily reports, diaries, calendars, logs, or other regularly kept records that refer to, reflect or discuss the Project.

10.     Any and all reports, memoranda, and other documents which refer to, reflect or discuss visits to or inspections of the Project site.

11.     Any and all memoranda, test reports, analyses, or similar documents concerning labor, materials, or services provided by EMG that refer to, reflect or discuss the Project.

12.     All documents, including but not limited to correspondence, reports, summaries, notes, and memoranda, which EMG used, reviewed and/or referenced in any way during its evaluation of the Parking Garage.

13.     All reports, correspondence, summaries, notes, memoranda, and documents that refer to, reflect, evidence or discuss any testing, taking of measurements, inspection, investigation, review, analysis or evaluation performed as part of EMG's evaluation of the Parking Garage.

14.     All manuals, memoranda, directives, policies, procedures, letters, or other forms of written communication directed to, or reference available to, EMG employees, or any other person acting on behalf of EMG, which relate in any way to the performance of the work set forth in the Contract and/or Report, or to the investigation of structures of like character to the Parking Garage at issue in this action, including, but not limited to:

        a.      documents reflecting EMG's policies as they existed at the time that EMG performed the work at issue in this action; and

        b.      documents reflecting any subsequent changes of these policies.

15.    Any documents that constitute, refer to, reflect, evidence or discuss correspondence, proposals or promotional material sent by EMG to Berwind, including but not limited to paper and electronic correspondence, from 1996 through 2000.

16.    A complete, legible copy of any and all insurance policies covering EMG's work on the Project, including, but not limited to, all endorsements, amendments, declaration sheets, applications, certificates of insurance, and policy jackets.

17.    Any and all records, documents, notes, correspondence, witness statements, or memoranda of any kind which pertain to the events referred to in any pleadings served in this action.

18.    Any and all documents that EMG relies on to establish or constitute, or which refer to, reflect or discuss, EMG's Fourth Affirmative Defense.

19.    Any and all documents that EMG relies on to establish or constitute, or which refer to, reflect or discuss, EMG's Fifth Affirmative Defense.

20.    Any and all documents that EMG relies on to establish or constitute, or which refer to, reflect or discuss, EMG's Sixth Affirmative Defense.

21.    Any and all documents that EMG relies on to establish or constitute, or which refer to, reflect or discuss, EMG's Eighth Affirmative Defense.

22.    Any and all documents that EMG relies on to establish or constitute, or which refer to, reflect or discuss, EMG's Tenth Affirmative Defense.

23.    Any and all documents identified in EMG's response to Berwind's First Set of Interrogatories.

24.    Any and all documents and tangible things of whatever kind that EMG intends to introduce at the trial of this action.

#516088

10

| PM | On Site Start | Site Name | Type | Service | Site City | Site State |
|---|---|---|---|---|---|---|
| SJT | 10/3/97 | Valex Apartments | Multi-Family | PCS | Delray Beach | FL |
| SJT | 10/6/97 | Carrefour at Kirby Woods | Retail | PCS (Combo) | Germantown | TN |
| SJT | 10/6/97 | THC - Millington Medical Clinic | medical Building | PCS (Combo) | Millington | TN |
| SJT | 10/14/97 | Town & Country Shopping Center | Retail | PCS (Combo) | Port Charlotte | FL |
| SJT | 10/16/97 | The Garcia Apartments | Multi-family | PCS (Combo) | Miami | FL |
| SJT | 10/20/97 | 99 Tower Garage | Parking garage | PCS (Triple) | Memphis | TN |
| SJT | 10/21/97 | McKendree Parking Center | parking garage | PCS (Combo) | Nashville | TN |
| SJT | 10/28/97 | The Seasons | multi-family | PCS (Combo) | Tampa | FL |
| SJT | 10/30/97 | Spring Lake Village | Apartment Complex | PCS (Combo) | St. Petersburg | FL |
| SJT | 11/3/97 | Evangeline of Natchitoches | skilled nursing home | PCS (Combo) | Natchitoches | LA |
| SJT | 11/4/97 | Bayou Walk Shopping Center | Retail/anchor | PCS | Shreveport | LA |
| SJT | 11/10/97 | The Cavalier | Hotel/Multi-story | PCS (Combo) | Miami | FL |
| SJT | 11/10/97 | The Leslie | Hotel/Multi-story | PCS (Combo) | Miami | FL |
| SJT | 11/17/97 | Hickory Ridge Commons | retail strip center | PCS (Combo) | Memphis | TN |
| SJT | 11/19/97 | Gallery Center | office & showroom | PCS (Combo) | Boca Raton | FL |
| SJT | 11/24/97 | The Palms at Livingston | Multi-family garden | PCS (Combo) | Tampa | FL |
| SJT | 11/25/97 | Premier Corporate Center | Office | PCS (Combo) | Tampa | FL |
| SJT | 12/2/97 | Isle Vero Beach | Multifamily | PCS (Combo) | Vero Beach | FL |
| SJT | 12/4/97 | USPS - Perkinston, MS | Post Office | Bedford/Property Condition/Environmental Scre | Perkinston | MS |
| SJT | 12/9/97 | Bed Bath & Beyond Plaza | retail | Protocol Conversion (A&E) | Naples | FL |
| SJT | 12/10/97 | Southern Warehouse | Warehouse | PCS (Combo) | Miami | FL |
| SJT | 12/15/97 | Walden Point Apartments | multi-family | PCS (Combo) | Alexandria | LA |
| SJT | 12/15/97 | Hermitage Apartments | multi-family | PCS (Combo) | Alexandria | LA |
| SJT | 12/19/97 | East Pine Ridge Mobile Home Park | mobile home park | PCS (Combo) | Davie | FL |
| SJT | 12/19/97 | Palm Haven Mobile Home Park | mobile home park | PCS (Combo) | Davie | FL |
| SJT | 12/30/97 | Mariner's Crossing | Shopping Center | PCS (Combo) | Springhill | FL |
| SJT | 1/5/98 | Westshore 500 | office | PCS | Tampa | FL |
| SJT | 1/6/98 | Regency Walk | shopping center | PCS (Combo) | Jacksonville | FL |
| SJT | 1/12/98 | Park Avenue Apartments | multi-family | PCS | Pinellas Park | FL |
| SJT | 1/15/98 | Hearne Healthcare Center | Nursing Home | PCS | Hearne | TX |
| SJT | 1/15/98 | Jeffrey Place Heathcare Center | Nursing Home | PCS | Waco | TX |
| SJT | 1/20/98 | Shoppes of Arrowhead | retail | PCS (Combo) | Davie | FL |
| SJT | 1/20/98 | Holiday Inn - Lauderdale By The Sea | hotel | PCS (Combo) | Lauderdale by the Sea | FL |
| SJT | 1/26/98 | Spring Plaza Shopping Center | Shopping Center | PCS (Combo) | Ocean Springs | MS |
| SJT | 1/29/98 | Storage Express Self-Storage | self storage | PCS (Combo) | Lauderhill | FL |
| SJT | 1/30/98 | Peridot Place, ACLF | nursing home | PCS (Combo) | Cape Coral | FL |
| SJT | 2/5/98 | Holiday Inn Express | hotel | PCS (Combo) | Homestead | FL |
| SJT | 2/6/98 | Holiday Inn - Cutler Ridge | hotel | PCS (Combo) | Miami | FL |
| SJT | 2/12/98 | Gateway Village Shopping Center | Shopping Center | PCS (Combo) | Deland | FL |
| SJT | 2/16/98 | Super 8 | hotel (limited service) | Annual Inspections | Gallipolis | OH |
| SJT | 2/17/98 | Super 8 | hotel (limited service) | Annual Inspections | Portsmouth | OH |
| SJT | 2/19/98 | West 24th Apartments | multi-family | PCS (Combo) | Hialeah | FL |
| SJT | 2/23/98 | Pinecrest Apartments - HUD | multi-family | PCS | Tampa | FL |
| SJT | 2/25/98 | Rosewood Apartments | multi-family | PCS (Combo) | Alexandria | LA |
| SJT | 3/4/98 | Bay Point Office Tower | Office | PCS (Combo) | Miami | FL |
| SJT | 3/5/98 | Century Plaza Shopping Center | shopping center | PCS (Combo) | Deerfield Beach | FL |
| SJT | 3/16/98 | Winds of Sante Fe Apartments | multi-family garden | PCS (Combo) | Hialeah | FL |
| SJT | 3/19/98 | 30 West Fifth Street | Warehouse | PC Checklist | Mansfield | OH |
| SJT | 3/19/98 | 189 South Mulberry Street | Warehouse | PC Checklist | Mansfield | OH |
| SJT | 3/19/98 | 193 North Main Street | Warehouse | PC Checklist | Mansfield | OH |
| SJT | 3/23/98 | Stop 'N Save #3 | convenience Store | PC Checklist | Silver Springs | FL |
| SJT | 3/25/98 | USPS - Hidalgo, TX | post office | Bedford/Property Condition/Environmental Scre | Hidalgo | TX |
| SJT | 3/25/98 | USPS - Progreso, TX | post office | Bedford/Property Condition/Environmental Scre | Progreso | TX |
| SJT | 3/30/98 | Royal Pines Apartments | Multi - Family - Garden | PCS | Huntsville | AL |
| SJT | 4/7/98 | The Greens of Carrollwood | Multi-Family | PCS (Combo) | Tampa | FL |
| SJT | 4/9/98 | Skippers Pond Apartments | Multi - Family | PCS (Combo) | Tampa | FL |
| SJT | 4/14/98 | Barcelona Apartments | Multi - Family | PCS (Combo) | Tampa | FL |
| SJT | 4/16/98 | Austin Center West Phase II | retail (mall) | PCS (Combo) | Tampa | FL |
| SJT | 4/21/98 | Palencia Apartments | Multi - Family Garden | PCS | Tampa | FL |
| SJT | 4/24/98 | NationsBank Building | Office | PCS Update | Temple Terrace | FL |
| SJT | 4/28/98 | Galeria Internacional Mall | Retail | Annual Inspections | Miami | FL |
| SJT | 4/29/98 | Luskins Plaza | Retail | PCS (Combo) | Richmond | VA |
| SJT | 5/1/98 | San Antonio Mall | Anchored Retail | PCS (Combo) | San Antonio | TX |
| SJT | 5/6/98 | Bay Pointe Apartments | Multi - Family | PCS (Combo) | Clearwater | FL |
| SJT | 5/7/98 | 3002 N. US 301 | C-Store/Gas Station | PCS (Combo) | Tampa | FL |
| SJT | 5/7/98 | 401 E. Sligh Avenue | C-Store/Gas Station | PCS (Combo) | Tampa | FL |
| SJT | 5/14/98 | Lincoln Gardens | Office | PCS (Combo) | Tampa | FL |
| SJT | 5/18/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 5/19/98 | 3866, 3878 & 3892 Prospect Avenue | Warehouse | PCS | Riviera Beach | FL |
| SJT | 5/19/98 | Palm Center - Palm Beach | retail | Annual Inspections | Palm Beach | FL |
| SJT | 5/22/98 | Timber-Line Apartments | Multi-Family Garden | PCS | Kansas City | MO |
| SJT | 5/26/98 | Highlands Lake Center | nursing home | PCS (Combo) | Lakeland | FL |
| SJT | 6/1/98 | 959 Concord | Office | PCS (Combo) | Framingham | MA |
| SJT | 6/2/98 | Totten Pond Office Center | Office | PCS (Combo) | Waltham | MA |
| SJT | 6/8/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 6/9/98 | Acquest Building | Office /Industrial | PCS | Farmington Hills | MI |
| SJT | 6/30/98 | Heather Hill Nursing Home | Skilled Nursing Facility | PCS (Combo) | New Point Richey | FL |
| SJT | 7/6/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 7/9/98 | Twelve Oaks Shopping Center | Strip Mall | PCS | Tampa | FL |

| | | | | | | |
|---|---|---|---|---|---|---|
| SJT | 7/13/98 | Richmond Oaks | Townhome | PCS (Combo) | Atlanta | GA |
| SJT | 7/13/98 | Springcrest | Multi - Family (Garden) | PCS (Combo) | Sunrise | FL |
| SJT | 7/20/98 | Heritage Portfolio - Windsor City MHC | mobile home park | PCS (Combo) | Sumter | SC |
| SJT | 7/21/98 | Heritage Portfolio - Hermitage Farms MHC | mobile home park | PCS (Combo) | Camden | SC |
| SJT | 7/27/98 | Sports Authority | Retail | PCS (Combo) | Pensacola | FL |
| SJT | 7/29/98 | Volunteer Village | Retail | PCS (Combo) | Hendersonville | TN |
| SJT | 8/4/98 | Clover Apts. | Multi-Family | PCS (Combo) | Tampa | FL |
| SJT | 8/6/98 | Cypress Bend | Shopping Center strip | PCS (Combo) | Pompano Beach | FL |
| SJT | 8/11/98 | 4400 Center | warehouse | PCS (Combo) | St. Peterburg | FL |
| SJT | 8/13/98 | Jefferson on the River | apartments | PCS (Combo) | Duluth | GA |
| SJT | 8/18/98 | Sterling House | Assistd living facility | PCS | Brandon | FL |
| SJT | 8/20/98 | Fraizer King | Office | PCS (Combo) | Irving | TX |
| SJT | 8/21/98 | Four Seasons Plaza | Retail | PCS (Combo) | Pantego | TX |
| SJT | 8/27/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 8/31/98 | Palm Plaza | Retail | PCS (Combo) | Coconut Grove | FL |
| SJT | 9/2/98 | The Market Place | Retail | PCS (Combo) | Melbourne | FL |
| SJT | 9/8/98 | USPS - Greenville, IN | post office | Bedford/Property Condition/Environmental Scre | Greenville | IN |
| SJT | 9/8/98 | USPS - English, IN | post office | Bedford/Property Condition/Environmental Scre | English | IN |
| SJT | 9/11/98 | Watership Down Apartments | multi-family | PCS (Combo) | Deland | FL |
| SJT | 9/16/98 | Landmark Estates | mobile home park | APM-EQ-PCE | Naples | FL |
| SJT | 9/22/98 | 305 Washington Avenue | Office | APM-EQ-PCE | Towson | MD |
| SJT | 10/2/98 | Pompano Plaza | Retail | Annual Inspections | Pompano | FL |
| SJT | 10/12/98 | Oxford Valley Mall | mall/shopping center | APM-EQ-PCE | Middletown Township | PA |
| SJT | 10/26/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 10/29/98 | Stapleton Plaza Hotel | hotel | APM-Building Systems Analysis (BSA) | Denver | CO |
| SJT | 10/29/98 | Stapleton Plaza Office | hotel | APM-Building Systems Analysis (BSA) | Denver | CO |
| SJT | 11/6/98 | Picnic Lawn Apartments | Multi - Family | PCS | Lawrenceburg | IN |
| SJT | 11/11/98 | Welsh Road Business Center | flex | APM-EQ-PCE | Horsham | PA |
| SJT | 11/23/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 11/30/98 | Royal Palms Senior Residence | Multifamily | Annual Inspections | Largo | FL |
| SJT | 12/2/98 | Fairfield Inn | motel | PCS (Combo) | Houma | LA |
| SJT | 12/3/98 | Fairfield Inn | motel | PCS (Combo) | Gulfport | MS |
| SJT | 12/8/98 | Yonkers Facility | Industrial/Warehouse | APM-EQ-PCE | Yonkers | NY |
| SJT | 12/16/98 | Brandon Crossings Shopping Center | Retail | Annual Inspections | Brandon | FL |
| SJT | 12/16/98 | Fowler Plaza | Retail | Annual Inspections | Tampa | FL |
| SJT | 12/18/98 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 12/23/98 | Sunset Plaza Shopping Center | Retail | PCS Update | Fuguay - Varina | NC |
| SJT | 12/29/98 | Days Inn - Clairmont | hotel | Annual Inspections | Atlanta | GA |
| SJT | 12/29/98 | Days Inn - Atlanta Airport | hotel | Annual Inspections | College Park | GA |
| SJT | 12/30/98 | 535 Connecticut Avenue | Office | APM-Building Systems Analysis (BSA) | Norwalk | CT |
| SJT | 1/7/99 | Springfield Health and Rehabilitation Ctr | Nursing Home | APM-EQ-PCE | Springfield | VT |
| SJT | 1/14/99 | Marriott By Courtyard - Tampa | hotel | Annual Inspections | Tampa | FL |
| SJT | 1/15/99 | 1315 Walnut Street | Office | APM-Building Systems Analysis (BSA) | Philadelphia | PA |
| SJT | 1/25/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 2/4/99 | Westport Business Ctr. (Bldgs.5,6,7&8) | office / warehouse | PCS (Combo) | Houston | TX |
| SJT | 2/4/99 | Westport Business Ctr. (Bldgs.9,10 &11) | office / warehouse | PCS (Combo) | Houston | TX |
| SJT | 2/10/99 | Periwinkle Place Shopping Center | Retail | Annual Inspections | Sanibel Island | FL |
| SJT | 2/16/99 | Thompson Executive Center Phase I & II | Office | PCS (Combo) | Clearwater | FL |
| SJT | 2/17/99 | North Lake Inn | hotel | PCS (Combo) | Tucker | GA |
| SJT | 2/22/99 | Airport Corporate Center | office buildings | APM-EQ-PCE | Miami | FL |
| SJT | 3/2/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 3/4/99 | Whitman Medical Building | medical office | PCS (Combo) | Fort Myers | FL |
| SJT | 3/10/99 | Tampa Heights Apartments | Multifamily | PCS (Combo) | Tampa | FL |
| SJT | 3/17/99 | St. Pete Beach Apartments | Multifamily | PCS (Combo) | St. Pete Beach | FL |
| SJT | 3/17/99 | Country Club of Sebring | golf course | PCS | Sebring | FL |
| SJT | 3/19/99 | Bear Creek II | Multi-Family | PCS (Combo) | Bartow | FL |
| SJT | 3/25/99 | Springhouse of Sarasota | Assistd living facility | PCS | Sarasota | FL |
| SJT | 3/29/99 | 1220 Washington Street | office building | APM-EQ-PCE | Newton | MA |
| SJT | 4/2/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 4/2/99 | Springhouse of Dunedin | Assistd living facility | PCS | Dunedin | FL |
| SJT | 4/5/99 | Plaza Center | Retail | PC Checklist (EES) | Largo | FL |
| SJT | 4/9/99 | West Dixie Towers | multifamily | PCS | North Miami | FL |
| SJT | 4/13/99 | Avalon at Boulders Apartments | multi-family | PCS | Richmond | VA |
| SJT | 4/15/99 | Belford Towers Apartments | High rise | APM-EQ-PCE | Takoma Park | MD |
| SJT | 4/21/99 | Walterboro Shopping Center | strip shopping center | PCS (Combo) | Walterboro | SC |
| SJT | 4/21/99 | Cross Creek Plaza | strip shopping center | PCS (Combo) | Beaufort | SC |
| SJT | 4/27/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 5/3/99 | Dry Ridge Outlet Center | Retail | PCS (Combo) | Dry Ridge | KY |
| SJT | 5/5/99 | 75 Broad Street | Office | CS-Preconstruction Document Review | New York | NY |
| SJT | 5/6/99 | 75 Broad Street | Office | APM-Enhanced EQ-PCE | New York | NY |
| SJT | 5/14/99 | First Union National Bank | Retail | PCS (Combo) | Sarasota | FL |
| SJT | 5/14/99 | First State Bank of Sarasota | Retail | PCS (Combo) | Sarasota | FL |
| SJT | 5/20/99 | Winwood II | Multifamily | AE-Site Visit | Palm Bay | FL |
| SJT | 5/21/99 | Cloverleaf Farms | mobile home park | AE-Site Visit | Brooksville | FL |
| SJT | 5/24/99 | Crescent Oaks Club | golf course | PCS | Tarpon Springs | FL |
| SJT | 5/26/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 6/7/99 | N. Dixie Commerce Center | office/warehouse | PC Checklist (EES) | Boca Raton | FL |
| SJT | 6/9/99 | The Hamptons | multi family | PCS (Combo) | Durham | NC |
| SJT | 6/14/99 | Charlotte Marriott Executive Park | Hotel - high rise | APM-EQ-PCE | Charlotte | NC |
| SJT | 6/18/99 | Sterling House of Ft. Myers | assisted living facility | PCS | Ft. Myers | FL |
| SJT | 6/22/99 | Park Terrace Apartments | multi-family | PCS (Combo) | Tampa | FL |
| SJT | 6/30/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 7/6/99 | Drug Store | drugstore | PCS | North Myrtle Beach | SC |
| SJT | 7/7/99 | McAlister Square | Retail | PCS | Greenville | SC |

| | | | | | | |
|---|---|---|---|---|---|---|
| SJT | 7/15/99 | Albertson's Inc. | Grocery/Retail | PCS (Combo) | Bradenton | FL |
| SJT | 7/19/99 | Cumberland Technology Center | office/retail | PCS | Tampa | FL |
| SJT | 7/19/99 | Village French | Retail | PC Checklist (EES) | Tampa | FL |
| SJT | 7/23/99 | Consolidated Electrical Distribution | industrial | PCS (Combo) | Charlotte | NC |
| SJT | 7/26/99 | Homosassa Springs Plaza | Retail | Annual Inspections | Homosassa Springs | FL |
| SJT | 7/29/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 8/3/99 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 8/5/99 | Strip Center | Retail | PCS (Combo) | Tampa | FL |
| SJT | 8/10/99 | Somers Apartments | Multi-Family | PC Checklist (EES) | Ft. Lauderdale | FL |
| SJT | 8/12/99 | Level 3 Communications Building | R&D Building | PCS | Eatonville | FL |
| SJT | 8/23/99 | Fountainview Estates MHP | Mobil home park | PCS (Combo) | Tampa | FL |
| SJT | 8/25/99 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 8/26/99 | Richmond place Apartments Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 8/31/99 | The Page Building | office / warehouse | APM-EQ-PCE | Vienna | VA |
| SJT | 9/17/99 | Sunrise Shopping Center | shopping center | PCS | Brooksville | FL |
| SJT | 9/20/99 | Atrium Office Park | | CS-Construction Monitoring | Miami | FL |
| SJT | 9/23/99 | Hidden River Corporate Centers I & II | office building | APM-Enhanced EQ-PCE | Tampa | FL |
| SJT | 9/28/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 10/7/99 | Heritage at Highlands | Assistd living facility | PCS (Combo) | Lakeland | FL |
| SJT | 10/11/99 | Comfort Inn | hotel | PCS (Combo) | Winterville | NC |
| SJT | 10/12/99 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 10/14/99 | Highland Grove Apartments | Multi-Family | PCS | Marietta | GA |
| SJT | 10/15/99 | Temple Terrace Shoppes | Retail | A&E Update Letter | Temple Terrace | FL |
| SJT | 10/19/99 | City Center Plaza | hotel | APM-Building Systems Analysis (BSA) | Little Rock | AR |
| SJT | 10/21/99 | Southwind Mobile Home Park | mobile home park | Annual Inspections | Palm Harbor | FL |
| SJT | 10/25/99 | The Lakefront at MetroWest | Multifamily | PCS (Combo) | Orlando | FL |
| SJT | 10/28/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 11/9/99 | The Legacy | hotel | APM-Enhanced EQ-PCE | Little Rock | AR |
| SJT | 11/15/99 | Ameripark Lodge of Countryside | Assisted living facility | PCS (Combo) | Clearwater | FL |
| SJT | 11/17/99 | Brighton Gardens by Marriott | assisted living facility | PCS | Clearwater | FL |
| SJT | 11/24/99 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 11/30/99 | Terrace Oaks | Multi family-garden | PCS (Combo) | Tampa | FL |
| SJT | 12/2/99 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 12/6/99 | Scranton Warehouses | office/warehouse | PCA-EMG | Houston | TX |
| SJT | 12/7/99 | Ajax Corporate Building | industrial | PC Checklist | Broken Arrow | OK |
| SJT | 12/13/99 | Port Charlotte State Florida Building | office building | APM-EQ-PCE | Port Charlotte | FL |
| SJT | 12/14/99 | Naples State Florida Building | office building | APM-EQ-PCE | Naples | FL |
| SJT | 12/28/99 | Bank One Building | office building | APM-EQ-PCE | Peoria | IL |
| SJT | 1/12/00 | Farrington Apartments | Multifamily | PCS (Combo) | Clearwater | FL |
| SJT | 1/13/00 | Mariner Crossing Shopping Center | retail - strip | CS-Construction Monitoring | Spring Hill | FL |
| SJT | 1/20/00 | 1000 Circle 75 Office Building | Office | PCS (Combo) | Atlanta | GA |
| SJT | 1/21/00 | Mariner Crossing Shopping Center | retail - strip | CS-Construction Monitoring | Spring Hill | FL |
| SJT | 1/25/00 | Richmond Apartment Project | multi-family | CS-Construction Monitoring | Tampa | FL |
| SJT | 1/27/00 | Cutler Riverside | Multi-Family | PCS (Combo) | Miami | FL |
| SJT | 1/31/00 | Mariner Crossing Shopping Center | retail - strip | CS-Construction Monitoring | Spring Hill | FL |
| SJT | 2/2/00 | Sharlo Apartments | Multi - Family | PCA-EMG | Baton Rouge | LA |
| SJT | 2/7/00 | Goodyear Warehouse | warehouse | APM-EQ-PCE | Brook Park | OH |
| SJT | 2/14/00 | Pembroke Village Apartments | Multifamily | PCS (Combo) | Pembroke Pines | FL |
| SJT | 2/16/00 | Sherwood Apartments | Multifamily | PCS (Combo) | Hollywood | FL |
| SJT | 2/22/00 | Lucent Greensboro | Retail | PCA-EMG-Combo | McLeansville | NC |
| SJT | 3/16/00 | Mariner Crossing Shopping Center | retail - strip | CS-Construction Monitoring | Spring Hill | FL |
| SJT | 3/20/00 | Marion Mobile Home Park | mobile home park | Protocol Conversion (A&E) | Marion | IA |
| SJT | 3/21/00 | Immokalee Apts. | multi family | PC Checklist (Combo) | Immokalee | FL |
| SJT | 3/22/00 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 3/30/00 | Sandstone Apartments | Multifamily | PCA-EMG | Orlando | FL |
| SJT | 4/6/00 | Washington/Wash Penn - Frankfort | warehouse | PCA-EMG | Frankfort | KY |
| SJT | 4/13/00 | Mariner Crossing Shopping Center | retail - strip | CS-Construction Monitoring | Spring Hill | FL |
| SJT | 4/17/00 | Howard Johnson Plaza Hotel & Suites | hotel | PCA-EMG-Combo | Orlando | FL |
| SJT | 4/21/00 | 433-445 Lincoln Road | Retail | PCA-EMG-Combo | Miami Beach | FL |
| SJT | 4/25/00 | The Mall at Green Hills | Retail Mall | APM-EQ-PCE | Nashville | TN |
| SJT | 4/30/00 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 5/4/00 | Corporate Two Office Building | Office | PCCR | Baton Rouge | LA |
| SJT | 5/8/00 | Willow Pond Apartments | Multifamily | Phase I | Dallas | TX |
| SJT | 5/16/00 | Pink Shell Resort | Hotels | PCA-EMG-Combo | Ft. Myers | FL |
| SJT | 5/22/00 | Best Western Fiesta Beach | hotel | PCA-EMG-Combo | Sarasota | FL |
| SJT | 5/23/00 | Harbor Club Downs | Multi family-garden | PCA-EMG-Combo | Palm Harbor | FL |
| SJT | 5/30/00 | 1864 17th Street | Office | APM-EQ-PCE | Sarasota | FL |
| SJT | 6/5/00 | West Shore Corporate Center | Office | | Tampa | FL |
| SJT | 6/7/00 | Sail Wind | Multi family-garden | PCA-EMG-Combo | Winter Haven | FL |
| SJT | 6/12/00 | Caribbean Isle Parkway Apartments | apartments | PCA-EMG-Combo | Melbourne | FL |
| SJT | 6/16/00 | Causeway Plaza | garage/office | PCS (Combo) | Metairie | LA |
| SJT | 6/21/00 | Northpointe Crossing Shopping Center | Retail | PCA-EMG-Combo | Tampa | FL |
| SJT | 6/22/00 | Northwood Center | office/retail | APM-EQ-PCE | Tallahassee | FL |
| SJT | 6/30/00 | Lakeside Office Center | Office | PCA-EMG-Combo | Plantation | FL |
| SJT | 7/6/00 | Frenchman's Reef Marriott Beach Resort | hotel | PCA-EMG-Combo | St. Thomas | VI |
| SJT | 7/11/00 | Extra Space Storage | Storage | PCA-EMG-Combo | Madeira Beach | FL |
| SJT | 7/13/00 | B & O Building | Office | APM-EQ-PCE | Baltimore | MD |
| SJT | 7/25/00 | Marsh Landing Parkway | Office | PCA-EMG-Combo | Jacksonville Beach | FL |
| SJT | 7/27/00 | Sterling House of Winter Haven II | Health Care Facility | PCA-EMG-Combo | Winter Haven | FL |
| SJT | 7/31/00 | 400 North Ashley Plaza | Office | PCA-EMG | Tampa | FL |
| SJT | 8/4/00 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 8/7/00 | O'Hare East Business Center | light industrial | PCA-EMG-Combo | Franklin Park | IL |
| SJT | 8/10/00 | Society Park | Multifamily | PCA-EMG-Combo | Tampa | FL |
| SJT | 8/16/00 | Four Winds Plaza | Retail | PCA-EMG-Combo | St Thomas, U.S. | VI |

| | | | | | | |
|---|---|---|---|---|---|---|
| SJT | 8/17/00 | Frenchman's Reef Marriott Beach Resort | hotel | APM-EQ-PCE | St. Thomas | VI |
| SJT | 8/30/00 | U-Store-It # 354 | Self Storage Facility | PCA-EMG-Combo | Naples | FL |
| SJT | 9/1/00 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 9/11/00 | Club Mar Apartments | Multi-family | Government PCA | Sarasota | FL |
| SJT | 9/12/00 | Park Place of Clearwater 10161 | Multi-family | Government PCA | Clearwater | FL |
| SJT | 9/20/00 | Airport Executive Towers I & II (AET) | Office | TE-PCA-Transitional DO NOT USE | Miami | FL |
| SJT | 9/21/00 | Highland Professional Building | office building | PCA-EMG-Combo | Round Rock | TX |
| SJT | 10/2/00 | Towerpoint RV Resort | RV park | Protocol Conversion (A&E) | Mesa | AZ |
| SJT | 10/2/00 | Goodlife RV Resort | RV park | Protocol Conversion (A&E) | Mesa | AZ |
| SJT | 10/3/00 | Plaza Tower and Courtyard Shops | office/retail | APM-EQ-PCE | St. Petersburg | FL |
| SJT | 10/11/00 | Willow Brook | multifamily garden | PCA-EMG | Houston | TX |
| SJT | 10/17/00 | Bandera Crossing | multifamily garden | PCA-EMG | San Antonio | TX |
| SJT | 10/20/00 | Phillips Plaza | Retail | PCA-EMG-Combo | Hialeah | FL |
| SJT | 10/20/00 | Shops on 49th Street | Retail | PCA-EMG-Combo | Hialeah | FL |
| SJT | 10/26/00 | Eagle's Nest Apartments | Multi - Family | PCA-EMG-Combo | Coral Springs | FL |
| SJT | 10/30/00 | Mount Pleasant Towne Centre | shopping center | PCA-EMG-Combo | Mount Pleasant | SC |
| SJT | 11/2/00 | Brittany Square Apartments | Multi-Family | TE-PCA-Transitional DO NOT USE | Rosenberg | TX |
| SJT | 11/3/00 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 11/6/00 | Best Western | hotel | PCA-EMG-Combo | Marble Falls | TX |
| SJT | 11/10/00 | Headway Office Park - Building E | | CS-Construction Monitoring | Lauderdale Lakes | FL |
| SJT | 11/13/00 | Fairview Crossing Apartments | multi-family (garden) | APM-EQ-PCE | Simpsonville | SC |
| SJT | 11/17/00 | Country Crossing Apartments | Multi family-garden | TE-PCA-Transitional DO NOT USE | Temple Terrace | FL |
| SJT | 12/4/00 | Villa Capri | Multifamily | Protocol Conversion (A&E) | Bakersfield | CA |
| SJT | 12/4/00 | Bear Mountain Village | Multifamily | Protocol Conversion (A&E) | Arvin | CA |
| SJT | 12/5/00 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 12/5/00 | Trans-Mountain | Apartment | Protocol Conversion (A&E) | El Paso | TX |
| SJT | 12/6/00 | The Hinds Professional Building | Office | APM-EQ-PCE | Jackson | MS |
| SJT | 12/12/00 | USPS - Lawtey, FL | post office | Bedford/Property Condition/Environmental Scre | Lawtey | FL |
| SJT | 12/13/00 | Heatherwood Apartments | Multi-Family | PCA-EMG-Combo | Kissimmee | FL |
| SJT | 12/26/00 | Forest Village Shopping Center | Anchored Retail | PCA-EMG-Combo | Tallahassee | FL |
| SJT | 12/28/00 | L&C Tower | Office building | PCS (Combo) | Nashville | TN |
| SJT | 1/4/01 | Tropical Village | Multi - Family | TE-PCA-Transitional DO NOT USE | Miami | FL |
| SJT | 1/9/01 | Hallandale Place Shopping Center | Retail | PCA-EMG-Combo | Hallandale | FL |
| SJT | 1/12/01 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 1/16/01 | Park Plaza Shopping Center | Retail | PCA-EMG-Combo | Roanoke Rapids | NC |
| SJT | 1/17/01 | Chesapeake Apartments | Multi-Family | PCA-EMG | Clearwater | FL |
| SJT | 1/23/01 | Holiday Inn Sheffield | hotel | PCA-EMG-Combo | Sheffield | AL |
| SJT | 1/24/01 | Holiday Inn Express Gadsden | hotel | PCA-EMG-Combo | Gadsden | AL |
| SJT | 1/25/01 | Holiday Inn Dothan | hotel | PCA-EMG-Combo | Dothan | AL |
| SJT | 1/25/01 | Hampton Inn Dothan | hotel | PCA-EMG-Combo | Dothan | AL |
| SJT | 1/30/01 | Homelife Corporation | Retail | PCA-EMG-Combo | Jacksonville | FL |
| SJT | 2/13/01 | Palma Sola Square Shopping Center | shopping center | TE-PCA-Transitional DO NOT USE | Bradenton | FL |
| SJT | 3/5/01 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 3/6/01 | Howard Johnson Express Inn | motel | PCA-EMG-Combo | Kissimmee | FL |
| SJT | 3/14/01 | Capital Towers | Office | APM-EQ-PCE | Jackson | MS |
| SJT | 3/16/01 | LA Fitness | fitness center | CS-Construction Monitoring | Oakland Park | FL |
| SJT | 3/22/01 | Boulevard Square Shopping Center | Retail | PCA-EMG-Combo | Pembroke Pines | FL |
| SJT | 3/23/01 | Plantation Square | unanchored retail | PCA-EMG-Combo | Plantation | FL |
| SJT | 3/26/01 | Belleview Regional Shopping Center | shopping center | AE-Site Visit | Belleview | FL |
| SJT | 4/16/01 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 4/19/01 | 1121 N. Venetian, L.L.C. | single family home | CS-Construction Monitoring | Miami Beach | FL |
| SJT | 5/1/01 | Wal-Mart SuperCenter | Retail | PCA-EMG | Oklahoma City | OK |
| SJT | 5/10/01 | Yacht Basin Apartments | Multifamily | PCA-EMG | Clearwater | FL |
| SJT | 5/14/01 | Blossom Corners II | multi family | PCA-EMG-Combo | Orlando | FL |
| SJT | 5/29/01 | 1121 N. Venetian, L.L.C. | single family home | CS-Construction Monitoring | Miami Beach | FL |
| SJT | 5/30/01 | Bank of America Plaza | Office | APM-Expanded EQ-PCE | San Antonio | TX |
| SJT | 6/22/01 | BayView Tower Building | Multi-Family | CS-Construction Monitoring | St. Petersburg | FL |
| SJT | 6/27/01 | Sandalwood Camp City of Orlando | | CS-Construction Monitoring | Saint Cloud | FL |
| SJT | 7/13/01 | Italian Embassy | mixed use | TE-PCA-Transitional (Combo) DO NOT USE | Washington | DC |
| SJT | 7/17/01 | Marble Hall Apartments | Multifamily | Government PCA | Tuckahoe | NY |
| SJT | 7/18/01 | Hudsonview Apartments | Multifamily | Government PCA | New York | NY |
| SJT | 8/20/01 | Sarasota | Lodging | PCA-EMG-Combo | Sarasota | FL |
| SJT | 8/27/01 | Doubletree Guest Suites | hotel | APM-ADA Survey | Fort Lauderdale | FL |
| SJT | 9/6/01 | Harbor Club Downs Apartments | Multi family-garden | PCCR | Palm Harbor | FL |
| SJT | 9/25/01 | Counsel Square I & II | Suburban Office | PCCR | Newport Richey | FL |
| SJT | 10/2/01 | Publix at Gulf Cove | retail center | APM-EQ-PCE | Port Charlotte | FL |
| SJT | 10/24/01 | 3385 Newmark Drive | R&D Building | APM-ADA Survey | Miamisburg | OH |
| SJT | 10/24/01 | 3385 Newmark Drive | R&D Building | APM-EQ-PCE | Miamisburg | OH |
| SJT | 10/29/01 | Inverrary Country Club | Golf Course & Club | CS-Construction Monitoring | Lauderhill | FL |
| SJT | 11/9/01 | North Tampa Associates | Flex building | PCA-EMG-Combo | Tampa | FL |
| SJT | 11/12/01 | Lepercq Corp. | warehouse | PCA-EMG-Combo | Tampa | FL |
| SJT | 11/26/01 | Pitman Corners Shopping Center | shopping center | APM-EQ-PCE | Plano | TX |
| SJT | 12/3/01 | BJ Wholesale Club | Retail | PCA-EMG | Orlando | FL |
| SJT | 12/4/01 | Plaza at Metro | unanchored retail | PCA-EMG-Combo | Orlando | FL |
| SJT | 12/6/01 | Adam's Mark Clearwater | hotel | TE-PCA-Transitional (Combo) DO NOT USE | Clearwater Beach | FL |
| SJT | 12/10/01 | Headway Office Park | Office | PCA-EMG-Combo | Lauderdale Lakes | FL |
| SJT | 12/18/01 | Parsons Village Square | Retail | PCA-EMG-Combo | Seffner | FL |
| SJT | 12/26/01 | Dadeland Mall | Retail Mall | PCA-EMG | Miami | FL |
| SJT | 12/27/01 | Eagles Park | retail - strip | TE-PCA-Transitional (Combo) DO NOT USE | St. Petersburg | FL |
| SJT | 1/7/02 | Marketplace at Pelican Bay | Retail | PCA-EMG-Combo | Naples | FL |
| SJT | 1/10/02 | Cypress Courts | Multifamily | Government Mark-to-Market PNA w/Env. Check | Fort Myers | FL |
| SJT | 1/17/02 | Fairview Apartments | multi-family (garden) | PCA-EMG-Combo | Pompano Beach | FL |
| SJT | 1/28/02 | Sunshine City | Manufactured Home Commun. | PCA-EMG-Combo | Plantation | FL |
| SJT | 1/28/02 | Havenwood Mobile Home Park | Manufactured Home Commun. | PCA-EMG-Combo | Pompano Beach | FL |

| | | | | | | |
|---|---|---|---|---|---|---|
| SJT | 1/29/02 | Broward Financial Center | Office | PCA-EMG-Combo | Ft. Lauderdale | FL |
| SJT | 2/5/02 | The Landings at St. Andrew | multifamily (garden) | HUD-223 PCA | New Port Richey | FL |
| SJT | 2/12/02 | Kforce, Inc. | Warehouse/Dist. Center | PCA-EMG | Tampa | FL |
| SJT | 2/22/02 | 14429 Northwest 60th Avenue | Industrial -warehouse | APM-EQ-PCE (combo) | Miami Lakes | FL |
| SJT | 3/6/02 | Tamana Shopping Center | Retail | PCA-EMG-Combo | Tallahasse | FL |
| SJT | 3/7/02 | 2533 Bert Kounes Industrial Loop | industrial | PCA-EMG-Combo | Shreveport | LA |
| SJT | 3/11/02 | Commerce Plaza | Office | APM-EQ-PCE (combo) | Tampa | FL |
| SJT | 3/13/02 | Morningside of Springfield | assisted living facility | PCA-EMG | Springfield | TN |
| SJT | 3/18/02 | Nortel Networks Building | Office | APM-EQ-PCE | Sunrise | FL |
| SJT | 3/26/02 | Rosewood Apartments | Multifamily | Government Mark-to-Market PNA w/Env. Check | Rosedale | MS |
| SJT | 4/11/02 | Regents Park at Aventura | assisted living facility | HUD-232 PCA | Aventura | FL |
| SJT | 4/12/02 | Orchard Ridge Rehab & Nursing Center | assisted living | PCA-EMG | New Port Richey | FL |
| SJT | 4/23/02 | Childtime Childcare, Inc. | child care center | APM-Building Systems Analysis (BSA) | Sugar Land | TX |
| SJT | 4/29/02 | 20811 South Dixie Highway (US 1) | Retail | APM-Building Systems Analysis (BSA) | Cutler Ridge | FL |
| SJT | 4/30/02 | PFS-S, FL-Medley, FL #1 | office/retail | APM-Enhanced EQ-PCE | Miami | FL |
| SJT | 5/22/02 | Prospect Place | Office | APM-EQ-PCE | West Palm Beach | FL |
| SJT | 7/15/02 | K-Mart Country Fair Shopping Center | Retail | APM-Building Systems Analysis (BSA) | Centralla | IL |
| SJT | 8/8/02 | The Strand | multi-family high rise | PCA-EMG | West Palm Beach | FL |
| SJT | 8/12/02 | Royal Crest Fall River | Multifamily | PCA-EMG | Fall River | MA |
| SJT | 8/20/02 | Biscayne Center | Office | PCA-EMG-Combo | North Miami | FL |
| SJT | 8/23/02 | Chesapeake Apartments | Multi-family; garden | PCA-EMG-Update (combo) | Clearwater | FL |
| SJT | 9/20/02 | Premier Subacute Nursing and Rehab | Nursing & Rehab Center | Government PCA | Atlanta | GA |
| SJT | 9/25/02 | Industriplex 7, 8 & 9 | Office | PCA-EMG | Baton Rouge | LA |
| SJT | 9/25/02 | 3121 College Drive | Retail | PCA-EMG-Combo | Baton Rouge | LA |
| SJT | 9/26/02 | Park at Riverbridge & Reserve at Riverbridge | multi-family (garden) | PCA-ASTM-Combo | West Palm Beach | FL |
| SJT | 10/7/02 | PM Preferred Properties | self - storage | A&E Update Letter | Pinellas Park | FL |
| SJT | 10/8/02 | PM Preferred Properties | self - storage | A&E Update Letter | Largo | FL |
| SJT | 10/8/02 | PM Preferred Properties | self - storage | A&E Update Letter | Largo | FL |
| SJT | 10/15/02 | The Bristol House Apartments | M.F. | PCA-EMG-Combo | North Miami Beach | FL |
| SJT | 10/16/02 | Sand Lake IV | Office | PCA-EMG-Combo | Orlando | FL |
| SJT | 10/28/02 | Town South Center | Retail | PCA-EMG-Combo | Tallahassee | FL |
| SJT | 10/29/02 | Bay View Tower | Office | PCA-EMG-Combo | St. Petersburg | FL |
| SJT | 11/5/02 | 2614 East Henry Avenue | Industrial/Warehouse | PCA-EMG | Tampa | FL |
| SJT | 11/5/02 | 6511 North 54th Street | Industrial/Warehouse | PCA-EMG | Tampa | FL |
| SJT | 11/15/02 | La Plaza del Sol | multi-family (garden) | PCA-EMG-Combo | Tampa | FL |
| SJT | 11/25/02 | Summerfield Crossing Golf Club | golf course | TE-PCA-Transitional DO NOT USE | Riverview | FL |
| SJT | 12/2/02 | The Boardwalk Apartments | Multi-family; garden | PCA-EMG-Combo | Tampa | FL |
| SJT | 1/8/03 | Sheraton Ft. Lauderdale Airport | hotel | APM-EQ-PCE (combo) | Dania | FL |
| SJT | 1/14/03 | Eckerds | Retail | PCA-EMG-Combo | Lakeland | FL |
| SJT | 1/23/03 | One Presidents Plaza & Kennedy Center | office buildings | CS-Construction Monitoring | Tampa | FL |
| SJT | 2/4/03 | Countrywood Apartments | multi-family (garden) | TE-PCA-Transitional (Combo) DO NOT USE | Tampa | FL |
| SJT | 2/12/03 | La Plaza del Sol | Multi-Family-garden | CS-Short Form Construction Monitoring Report | Tampa | FL |
| SJT | 2/21/03 | One Presidents Plaza & Kennedy Center | office buildings | CS-Construction Monitoring | Tampa | FL |
| SJT | 3/4/03 | Post Office Courthouse | | APM-Government GSA BER | Alexandria | LA |
| SJT | 3/10/03 | Countrywood Apartments | Multi-Family | Protocol Conversion (A&E) | Tampa | FL |
| SJT | 3/13/03 | Tierra Pines | skilled nursing | PCA-EMG | Largo | FL |
| SJT | 3/14/03 | Fairway Oaks | skilled nursing | PCA-EMG | Tampa | FL |
| SJT | 3/20/03 | La Plaza del Sol | Multi-Family-garden | CS-Short Form Construction Monitoring Report | Tampa | FL |
| SJT | 3/24/03 | Diamond Hill | golf course (18 hole) | TE-PCA-Transitional DO NOT USE | Dover | FL |
| SJT | 4/2/03 | Kendall Lake Towers | Multi-Family | PCA-EMG-Update | Miami | FL |
| SJT | 4/3/03 | Forest Club at Wellington | Multi-Family | PCA-EMG | Wellington | FL |
| SJT | 4/14/03 | Conyers Distribution Center | Industrial/Warehouse | PCA-EMG-Combo | Conyers | GA |
| SJT | 4/24/03 | Meadow Wood Apartments | multi family | Government Mark-to-Market PNA w/Env. Check | Fairmont | NC |
| SJT | 4/25/03 | Woodstone Apartments | multi family | Government Mark-to-Market PNA w/Env. Check | Charlotte | NC |
| SJT | 5/6/03 | La Plaza del Sol | Multi-Family-garden | CS-Short Form Construction Monitoring Report | Tampa | FL |
| SJT | 6/3/03 | Rehabilitation & Healthcare Center -Tampa | skilled nursing | PCA-EMG-Combo | Tampa | FL |
| SJT | 6/3/03 | Carrollwood Care Center | skilled nursing | PCA-EMG-Combo | Tampa | FL |
| SJT | 6/17/03 | La Plaza del Sol | Multi-Family-garden | CS-Short Form Construction Monitoring Report | Tampa | FL |
| SJT | 6/18/03 | 6511 North 54th Street | industrial / warehouse | AE-Site Visit | Tampa | FL |
| SJT | 6/30/03 | Elihu White Nursing Home | Nursing Home | HUD-232 PCA | Braintree | MA |
| SJT | 7/21/03 | Wellesly Corporate Plaza | Office | PCA-EMG-Combo | Plantation | FL |
| SJT | 7/23/03 | La Plaza del Sol | Multi-Family-garden | CS-Short Form Construction Monitoring Report | Tampa | FL |
| SJT | 7/25/03 | Kennedy Center | office buildings | CS-Construction Monitoring | Tampa | FL |
| SJT | 8/18/03 | La Mirada Apartments | Multi family-garden | TE-PCA-Transitional DO NOT USE | Jacksonville | FL |
| SJT | 8/25/03 | La Plaza del Sol | Multi-Family-garden | CS-Short Form Construction Monitoring Report | Tampa | FL |
| SJT | 10/8/03 | Kennedy Center | office buildings | CS-Construction Monitoring | Tampa | FL |
| SJT | 11/17/03 | Metro Mechanical Systems, Inc | office/warehouse | PCA-EMG-Combo | Fort Myers | FL |
| SJT | 11/24/03 | Merrill Gardens at Vero Beach | Assistd living facility | PCA-EMG-Combo | Vero Beach | FL |
| SJT | 12/8/03 | Northside Medical Office Building | Medical Office Building | PCA-EMG | West Palm Beach | FL |
| SJT | 12/8/03 | Southside Medical Office Building | Medical Office Building | PCA-EMG | West Palm Beach | FL |
| SJT | 12/12/03 | Mallard Cove | Multi-Family | PCA-EMG-Combo | Orlando | FL |
| SJT | 1/20/04 | Duval Station Center | Retail | PCA-EMG-Update | Jacksonville | FL |
| SJT | 1/26/04 | Bradenton Lanes | Bowling Center | TE-PCA-Transitional (Combo) DO NOT USE | Bradenton | FL |
| SJT | 1/27/04 | Lakeland Lanes | Bowling Center | TE-PCA-Transitional (Combo) DO NOT USE | Lakeland | FL |
| SJT | 1/28/04 | Clearwater Lanes | Bowling Center | TE-PCA-Transitional (Combo) DO NOT USE | Clearwater | FL |
| SJT | 2/2/04 | The Shoppes of Carrollwood and Colonial S | Retail | PCA-EMG-Combo | Tampa | FL |
| SJT | 2/4/04 | Deerwood Lake Commons | Retail | PCA-EMG-Combo | Jacksonville | FL |
| SJT | 2/5/04 | Lincoln at Delaney Square | Multifamily - midrise | APM-EQ-PCE | Orlando | FL |
| SJT | 2/17/04 | Enclave at Richmond | multi-family (garden) | PCA-EMG-Combo | Tampa | FL |
| SJT | 2/25/04 | Osprey Village | retirement community | PCA-EMG | Amelia Island | FL |
| SJT | 3/8/04 | Nielsen Media Research - Phase II | Office | CS-Construction Monitoring | Oldsmar | FL |
| SJT | 3/12/04 | Park View Square | Retail | PCA-EMG-Combo | Miramar | FL |
| SJT | 3/17/04 | 1200 Corporate Place | Office | PCA-EMG-Combo | Boca Raton | FL |
| SJT | 3/22/04 | Bayside Village | multi-family garden | EPM-Radon testing | Tampa | FL |

| | | | | | | |
|---|---|---|---|---|---|---|
| SJT | 3/22/04 | Bayside Village | multi-family garden | APM-EQ-PCE | Tampa | FL |
| SJT | 3/26/04 | Keystone Bay | mulit-family garden | CS-Short Form Construction Monitoring Report | North Miami | FL |
| SJT | 4/8/04 | Keystone Bay | mulit-family garden | CS-Short Form Construction Monitoring Report | North Miami | FL |
| SJT | 4/16/04 | Pembroke Lakes Mall | Retail | PCA-EMG-Combo | Pembroke Pines | FL |
| SJT | 4/16/04 | Plantation | Retail | PCA-EMG-Combo | Plantation | FL |
| SJT | 4/20/04 | Forest Park South | multi family | Government Inspection of Rehab. Work | Titusville | FL |
| SJT | 4/23/04 | Nielsen Media Research - Phase II | Office | CS-Construction Monitoring | Oldsmar | FL |
| SJT | 4/26/04 | Rivergate Plaza | Office | PCA-ASTM-Combo | Miami | FL |
| SJT | 4/29/04 | Three Palms | Multifamily | PCA-EMG-Combo | Tampa | FL |
| SJT | 5/10/04 | Mirador (aka Forte Towers) | multi family | PCA-EMG | Miami Beach | FL |
| SJT | 5/19/04 | Life Care Center of New Port Richey | skilled nursing facility | PCA-EMG | New Port Richey | FL |
| SJT | 5/27/04 | Keystone Bay | mulit-family garden | CS-Short Form Construction Monitoring Report | North Miami | FL |
| SJT | 6/3/04 | Wal-Mart Plaza | Retail | PCA-EMG-Combo | Gainesville | FL |
| SJT | 6/10/04 | Regency Medical Park Phase II | Medical Office Bld | APM-EQ-PCE (combo) | Melbourne | FL |
| SJT | 6/10/04 | Regency Medical Office Park Phase I | Medical Office Bld | APM-EQ-PCE (combo) | Melbourne | FL |
| SJT | 6/16/04 | South Port Business Park Bldg. 12 | office / industrial | PCA-EMG | Morrisville | NC |
| SJT | 6/17/04 | South Port Business Park Bldg. 9 | office / industrial | PCA-EMG | Morrisville | NC |
| SJT | 6/17/04 | South Port Business Park Bldg. #10 | office / industrial | PCA-EMG | Morrisville | NC |
| SJT | 6/24/04 | Tuscawilla | Nursing Home | PCA-EMG | Oviedo | FL |
| SJT | 6/28/04 | Tampa Marriott Westshore | hotel | APM-EQ-PCE (combo) | Tampa | FL |
| SJT | 7/1/04 | Silvio V. Mollo Federal Building | | APM-Government GSA BER | New York | NY |
| SJT | 7/20/04 | Clare Bridge Cottage of Winter Haven | assisted living facility | APM-EQ-PCE (combo) | Winter Haven | FL |
| SJT | 7/21/04 | Sterling House of Winter Haven | assisted living facility | APM-EQ-PCE (combo) | Winter Haven | FL |
| SJT | 7/27/04 | Blenheim-Newport | assisted living facility | APM-EQ-PCE | Middletown | RI |
| SJT | 8/9/04 | Boynton Medical Arts Building | Medical Office Building | PCA-EMG | Boynton Beach | FL |
| SJT | 9/2/04 | Circuit City Building | Warehouse/Distribution | PCA-EMG-Combo | Ft. Lauderdale | FL |
| SJT | 9/3/04 | Hagemeyer Building | Warehouse/Distribution | PCA-EMG-Combo | Ft. Lauderdale | FL |
| SJT | 9/9/04 | Crosswinds Shopping Center | Retail | PCA-EMG-Combo | St. Petersburg | FL |
| SJT | 9/10/04 | Aston Gardens at Pelican Marsh | assisted living | PCA-ASTM | Naples | FL |
| SJT | 10/21/04 | Nielsen Media Research - Phase II | Office | CS-Construction Monitoring | Oldsmar | FL |
| SJT | 12/28/04 | Nielsen Media Research - Phase II | Office | CS-Construction Monitoring | Oldsmar | FL |
| SJT | 1/26/05 | Renaissance Orlando Hotel Airport | hotel | APM-EQ-PCE (combo) | Orlando | FL |
| SJT | 2/17/05 | Nassau Lakes Apartments | multi family | APM-EQ-PCE | Fernandina Beach | FL |
| SJT | 2/24/05 | Shawmut Park | | APM-EQ-PCE | Canton | MA |
| SJT | 2/28/05 | Nielsen Media Research - Phase II | Office | CS-Construction Monitoring | Oldsmar | FL |
| SJT | 3/2/05 | Peak Plaza | Retail | APM-EQ-PCE (combo) | Apex | NC |