made1

## Discovery Documents

1:04-cv-11411-NMG Berwind Property Group, Inc. et al v. Environmental Management Group, Inc.

**United States District Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from Bolotin, Steven entered on 1/12/2005 at 10:59 AM EST and filed on 1/12/2005

**Case Name:**    Berwind Property Group, Inc. et al v. Environmental Management Group, Inc.
**Case Number:**    1:04-cv-11411
**Filer:**    Environmental Management Group, Inc.
**Document Number:** 17

**Docket Text:**
Document disclosure by Environmental Management Group, Inc..(Bolotin, Steven)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/12/2005] [FileNumber=813242-0]
[4c7698489a8b7a2a0d09e3bfbf299adcd7535b04d9a85fd9e3e7dfaebe400a358f9f
a5800b683c88214c8b1627377f83fe8afc64bc7ba197da6bdba08c695d2e]]

**1:04-cv-11411 Notice will be electronically mailed to:**

Steven Joseph Bolotin    sbolotin@morrisonmahoney.com, lbraceland@morrisonmahoney.com

Eric F. Eisenberg    eeisenberg@haslaw.com

Lauren Timoney Upton    lupton@haslaw.com, bdavis@haslaw.com;kruff@haslaw.com

**1:04-cv-11411 Notice will not be electronically mailed to:**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED  PARTNERSHIP,<br>  Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC.<br> d/b/a EMG,<br>  Defendant. | )<br>)<br>)<br>) DOCKET NO. 04-11411-NMG<br>)<br>)<br>)<br>)<br>) |

## AUTOMATIC DISCOVERY DISCLOSURE OF DEFENDANT
## ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG

Environmental Management Group, Inc. ("EMG") hereby provides the plaintiff with the information and documents called for pursuant to Local Rule 26 relevant to the claim at issue in this action:

**I.    Disclosures Pursuant to Rule 26(a)(1)(A):**

The following individuals are believed to possess information related to this litigation:

Albert Corr, Berwind Property Group, Inc.
3000 Centre Square West
1500 Market Street
Philadelphia, PA  19102

Mr. Corr is believed to know communications between himself and EMG regarding the services requested of EMG.

Matthew Dillis
26 Farm Hill Ln.
Hingham, MA  02043

Mr. Dillis is believed to know communications between himself and EMG regarding the services requested of EMG.

John Stewart
Address Unknown
Former Property Manager

Mr. Stewart is believed to know information regarding the condition of the property at issue and what was communicated to Berwind regarding that condition.

Sandra Terepka, EMG
11011 McCormack Road
Baltimore, MD  21031

Ms. Terepka is believed to know information regarding the condition of the property at issue and what was communicated to Berwind regarding that condition.

Michael Collins, EMG
11011 McCormack Road
Baltimore, MD  21031

Mr. Collins is believed to know information regarding what was communicated to Berwind regarding the condition of the property at issue.

## II.    Disclosures Pursuant to Rule 26(a)(1)(B):

EMG will provide its entire file regarding the services performed for Berwind relating to the property at issue.

## III.    Disclosures Pursuant to Rule 26(a)(1)(C):

Not applicable

## IV.    Disclosures Pursuant to Rule 26(a)(1)(D):

The declarations page for the Arch Insurance policy issued to EMG will be produced.

Environmental Management Group, Inc.
By its attorneys,
MORRISON MAHONEY LLP


/s/sbolotin
Steven J. Bolotin, BBO #564085
250 Summer Street
Boston, MA 02210
(617) 439-7500

2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BERWIND PROPERTY GROUP, INC. and    )
NEWTON INVESTORS LIMITED            )
PARTNERSHIP,                        )
Plaintiffs                          )
                                    )
v.                                  )  DOCKET NO.
                                    )  04-11411-NMG
ENVIRONMENTAL MANAGEMENT GROUP,     )
INC. d/b/a EMG,                     )
Defendant                           )

_____

DEPOSITION OF:

Patrick Jarosinski

The deposition of Patrick Jarosinski was taken on

behalf of the Plaintiffs on Wednesday, March 30,

2005, commencing at 10:01 a.m. at DLA Piper Rudnick

Gray Cary US, LLP, 6225 Smith Avenue, Baltimore,

Maryland before Lynne Livingston, a Notary Public.

2

APPEARANCES:


Lauren Timoney Upton, Esq.

Hinckley, Allen & Snyder, LLP

28 State Street

Boston, Massachusetts 02109-1775

On Behalf of the Plaintiffs



Steven J. Bolotin, Esq.

Morrison Mahoney, LLP

250 Summer Street

Boston, Massachusetts 02210-1181

On Behalf of the Defendant



Also Present: Paul Kelley

20

1    notices?

2        A    Yes.

3        Q    Would you describe what you did, if

4    anything, to prepare for today's deposition?

5        A    I met with our attorney.

6        Q    Without telling me any

7    conversations that you had with counsel, did

8    you have conversations with anyone else in

9    preparation for today's deposition?

10       A    Our corporate attorney at the

11   office.

12       Q    Okay.  Other than in-house counsel,

13   did you speak with anybody else about today's

14   deposition?

15       A    Awhile back there was another

16   attorney involved, prior to having in-house

17   counsel.

18       Q    Did you speak with any of the

19   employees at EMG in preparation?

20       A    No.  I did not.

21       Q    Did you review any document in

22   preparation for today's deposition?

23       A    Yes.

21

1    Q    Can you tell me where those

2   documents are located?   Are these documents

3   at EMG?

4    A    EMG documents.

5    Q    To the best of your knowledge have

6   all non-privileged documents that are in

7   EMG's possession been produced to us?

8    A    Could you define non-privileged?

9    Q    Documents that don't have any

10  communication with your counsel involved,

11  more specifically, the ones that have been

12  listed on the notice of deposition as being

13  documents requested.

14    MR. BOLOTIN:   I'm going to object

15  to that.   The determination as to what

16  documents have and haven't been produced

17  rests with counsel and not with this witness.

18    But I will represent that all non-

19  privileged materials that are responsive to

20  the document request answer to this subpoena

21  have been produced.

22    MS. UPTON:   Okay.

23    I would like to mark this as

42

1    work within their specific regions.

2        Q    What region is the Boston office

3    in?

4        A    The Northeast region.

5        Q    I'm sorry, you may have mentioned,

6    how many regions are there?

7        A    Ten regions right now.

8        Q    Can you tell me approximately how

9    many property condition evaluation

10   assignments the Boston office of EMG

11   performed between 1996 and 1999?

12       A    No, I can't tell you that.

13       Q    Can you tell me how many property

14   condition assignments involved a structural

15   analysis of concrete parking structures

16   between 1996 and 1999?

17       A    Well, we've performed thousands and

18   thousands of reports around the country and I

19   can't tell you specifically what projects

20   we've performed what assessments on.

21       Q    Is there somebody at EMG who could?

22       A    Short of looking through every

23   project, we wouldn't know specific scopes of

43

1    work or what we performed on individual

2    projects without doing that research.

3        Q    You have no computer database that

4    allows you to type in Boston and property

5    condition assessment and determine how many

6    were performed in the Boston area in a three

7    year period?

8        A    We can look at the number of

9    projects that we performed a property

10    condition assessment on in the Boston area,

11    yes.

12        Q    But you yourself can't tell me how

13    many were done between 1996 and 1999?

14        A    No.

15        Q    Do you have a computer search

16    capability that you could type in parking

17    garage assessment and determine how many

18    parking garage assessments were done in that

19    time period in that region?

20        A    No, we don't have a service that's

21    named parking garage assessment.

22        Q    I understand you don't have a

23    service, but do you have term search

44

1    capability?

2        A    No, not in our database.  Data

3    fields, but that's not a data field that we

4    have in our database.

5        Q    Is there a means by which a staff

6    member can determine if a similar project has

7    been worked on in the past?

8        A    Define similar project.

9        Q    For example, if someone is told

10   that they're going to go do a property

11   condition evaluation, there's a parking

12   garage involved, they can't do a search on

13   the firm's system to determine whether

14   somebody has done something similar?

15       A    Again, we've done properties

16   throughout the United States and we've done

17   thousands of them and that's not something

18   that we would actually define in our system

19   as a building with a parking garage in terms

20   of one of our data elements.

21       Q    So when an employee is assigned a

22   particular property condition evaluation, do

23   they start from scratch in terms of creating

98

1      A      Yes.

2      Q      You mentioned earlier that

3  with regard to a standard non-enhanced

4  property condition evaluation you might send

5  a generalist; is that correct?

6      A      Yes.

7      Q      And in the absence of that

8  reference in the sales and marketing

9  reference to an MEP analysis, would a

10 generalist have been sent for this assignment

11 given that paragraph or no?

12     A      Anyone that we would have felt that

13 would have had the appropriate experience and

14 training, again, that's part of our criteria,

15 we would have felt comfortable sending out to

16 any of the properties to perform a property

17 condition evaluation.

18     Q      For this particular enhanced

19 property condition evaluation what would EMG

20 have deemed to be appropriate training?

21     A      Again, it starts with their

22 experience prior to even being hired at EMG.

23 And then they go through, we have a training

99

1    program at EMG for performing property

2    condition assessments.

3              And we also do additional continual

4    training on an annual basis.  At times we

5    train on specific services.  So we have

6    training records of what a staff member has

7    been trained on.

8         Q    Getting into the training, does EMG

9    require its employees to have continuing

10   education?  Is it a requirement of the job?

11        A    It's not a requirement of the job

12   to go out and get continuous education.

13        Q    But you mentioned that EMG provides

14   that?

15        A    Yes, we provide education on the

16   services that we perform, not from a

17   technical standpoint.

18        Q    So to clarify, does EMG provide

19   any, by practice area, for example, the

20   latest ASTM standards for property condition

21   evaluation, the latest ASTM standards for

22   environmental evaluation?  Does it do it on

23   that level?

100

1        A       We will provide updates to our

2   project managers and technical staff on the

3   changes to the standards.

4        Q       Does it do it by practice area on

5   other issues outside of changes in standards,

6   the latest findings in mechanical engineering

7   or the latest --

8        A       There may be technical white papers

9   that we put together, information that we

10  would provide to project managers or during

11  an annual training session we may train on

12  technical systems or roofing systems.

13       Q       You mentioned that it's done

14  annually.  Are these training sessions done

15  annually by topic or are they done annually

16  by type of evaluation?

17       A       And I want to just clarify that we

18  don't do it every year but we call it our

19  annual meeting.  But we'll bring staff back

20  to the Baltimore or Hunt Valley office.  You

21  know, we would be having an annual company

22  meeting and then we would have breakout

23  sessions where we would do training on a

101

1    specific service or topic.

2        Q    And when you say by a specific

3    service, do you give training with regard to,

4    okay, this is what EMG standards will be for

5    due diligence evaluation or this would be EMG

6    standards for purchase evaluation versus

7    remediation?

8        A    Or HUD guidelines or any of the

9    other standards there are out there, we would

10   differentiate and do a session on that.

11       Q    But these are not required?

12       A    The annual meetings are a

13   requirement to attend.  But we don't have

14   them every year.  We just call them annual

15   meetings.

16       Q    But the training sessions

17   themselves are not required by EMG?

18       A    The training sessions do go on the

19   training records of the employees.

20       Q    And what are those?

21       A    Just a listing of all of the

22   training that they've had during their tenure

23   at the company.

102

1    Q    And you mentioned that you provide

2  training in performing a property condition

3  evaluation; is that correct?

4    A    When a project manager has been an

5  employee there is a point where we would

6  identify that we would then start to train

7  them on some of the other services,

8  construction monitoring ,or HUD and doc

9  reviews or the property condition

10  evaluations.

11   Q    Does someone have to be an employee

12  of EMG for a particular period of time before

13  they get trained in performing a property

14  condition evaluation?

15   A    I don't believe it's a period of

16  time.  It's just based on their performance

17  on the other projects that they've performed.

18   Q    And can you describe for me this

19  training in performing a property condition

20  evaluation?

21   A    It talks about the client being a

22  building owner and it basically shows the

23  differences between a property condition

103

1    assessment and a property condition

2    evaluation.

3        Q    Okay.  Are they given any training

4    in terms of specific practice areas?  This is

5    what you need to look for with regard to

6    mechanical, this is what you need to look for

7    with regard to structural, this is what you

8    need to look for with regard to life/safety?

9        A    All of those, all of that training

10   and experience, they should really come to

11   EMG with, so we don't specifically go into

12   train.

13        As part of the property condition

14   evaluation training that may be a training

15   session that we would have provided during

16   the annual meeting or a continuous training

17   event.

18        Q    When you say it's something that

19   they should come to EMG with, when you are

20   interviewing people for a job do you ask them

21   do you have experience in doing a property

22   condition evaluation and have you addressed

23   these particular subject areas?

104

1     A     Not necessarily in terms of them

2 performing a property condition evaluation

3 because it's an EMG term.  But in terms of

4 performing property condition assessments and

5 their basic knowledge of building systems.

6     Q     On giving them the training in

7 performing a property condition evaluation is

8 a distinction made between PCEs that are

9 being done for purchase versus PCEs that are

10 being done for repair, remediation?

11     A     There really isn't a

12 differentiation based on going out to the

13 property, whether it's a property condition

14 assessment or a property condition

15 evaluation, we're still going out to visually

16 observe whether, again, property condition

17 evaluation equals acquisition or property

18 owner.  It's more a client type or deal type,

19 and that's why we call it property condition

20 evaluation.

21     Q     Does EMG have any requirements for

22 additional training on an annual basis or a

23 semi-annual basis with regard to changes in

105

1   EMG's standards for a PCE?

2       A    If we do an update to the

3   standards, then we would communicate that to

4   the entire population of folks that would

5   perform those services.  So it could be a

6   web-ex, you know a web-ex training, or it

7   could be in person or it could be just an

8   email with an update.

9       Q    Do you know whether there have been

10  any changes within the last five years with

11  regard to EMG's standards for a PCE?

12      A    No, I don't.

13      Q    Does EMG provide any training in

14  terms of preparing a property condition

15  evaluation report?

16      A    The components of a report, yes.

17      Q    And are there different types of

18  reports for different assignments?

19      A    Yes.  We have report masters that

20  are sent out and that are notes on this form

21  here that we provided that tells field

22  management to send certain documents out to

23  the project manager in the field.

106

1    Q    And what is a report master?

2    A    It's a Word document and/or an

3    Excel document that houses a component of the

4    report for the format that we want to provide

5    the report for our clients.

6         Clients want to see consistency in

7    the way the report looks.  And so they have a

8    basis to start from, and then they edit that

9    document.

10   Q    And with regard to these report

11   masters, are they differentiated by

12   assignment or are they differentiated by

13   building structure?

14   A    Property type.

15   Q    They are differentiated by property

16   type?

17   A    Yes.

18   Q    And are employees required to use

19   this project master that's assigned to them?

20   A    Yes.

21   Q    Okay.  And who distributes that?

22   A    The technical relationship manager.

23   Q    Which in this case would have been

107

1    Michael Collins?

2        A      Yes.

3              MS. UPTON:   we'll mark this as the

4    next exhibit.

5                    (Whereupon, Jarosinski

6                    Deposition Exhibit Number 7

7                    was marked for identification)

8              BY MS. UPTON:

9        Q      I'm showing you what's been marked

10   now as Exhibit 7, which is EMG's final

11   report.  Does that reflect the standard form

12   based on a project master?

13       A      Yes.  This would be what a report

14   would look like that was created from a

15   project master.

16       Q      Okay.  And what type of document is

17   this?  You've indicated that they're

18   differentiated by property type.  What

19   property type heading would this fall under?

20       A      Retail, office, industrial.

21       Q      And how is the determination made

22   to deem this a retail, office, industrial

23   project?

108

1       A       Based on information that's

2   provided on the customer action request that

3   goes to the technical relationship manager.

4   That's how he or she would determine what

5   documents the project manager would require

6   to be able to perform the assessment and

7   write the report.

8       Q       And with reference to those

9   documents, are the documents that the project

10  manager would need determined by EMG?

11      A       Yes.

12      Q       And is that based on an ASTM

13  standard or some other standard?

14      A       It's based on the information

15  provided by the client in terms of what type

16  of property it is and then what EMG deemed

17  necessary for the project manager to be able

18  to write the report.

19      Q       But is there any official standard

20  such as ASTM that defines what documents a

21  project manager should look at to perform a

22  property condition evaluation?

23          MR. BOLOTIN:  Objection.  You can

109

1    answer.

2              THE DEPONENT:   ASTM standard, which

3    is the industry standard, states that if

4    there are available documents at the site

5    like construction documents or any other

6    prior reports, that they would be provided to

7    our project manager when they arrive at the

8    site.

9              And so that would be part of their

10   review when they're out at the property.  So

11   those kind of documents, but not documents

12   that we use to give to our project managers

13   to perform the on-site.

14             BY MS. UPTON:

15    Q      Backing up a little bit.  with

16   regard to the training that EMG provides, you

17   mentioned that periodically updates on ASTM,

18   for example, are sent out or white pages on

19   changes in various subject areas can be sent

20   out.  Who issues those?

21    A      Those are issued from the technical

22   departments.

23    Q      And do I understand correctly that

110

1    the technical departments are different from

2    the technical managers?

3        A    The technical relationship managers

4    are part of the technical departments,

5    technical operations.

6        Q    Okay.  But the technical relations

7    management, they're the ones who act as the

8    intermediaries between the project managers

9    and the clients?

10       A    Yes.

11       Q    And with regard to the training

12   sessions, the breakout sessions that you've

13   described at the quasi-annual meetings, who

14   puts on those presentations?

15       A    Those would be by the technical

16   department heads or a designated employee to

17   do the presentation or the training.

18       Q    Okay.  And do they typically have

19   qualifications?  For example, if there's

20   going to be a segment on ASTM standards in

21   engineering they would be a licensed PE who

22   was making the presentation.

23       A    Not necessarily.

111

1      Q      Was there any other training that

2  EMG provides regularly or irregularly that we

3  haven't discussed?

4      A      If a project manager is required to

5  do continual education for their license then

6  EMG would pay for that and give them time if

7  necessary to go and get that training.

8      Q      Is EMG qualified in any

9  circumstance to actually provide the

10 continuing education that may be required for

11 licensure?

12     A      We don't provide CEU training.

13     Q      I believe you mentioned earlier

14 that Ms. Terepka did not perform the

15 environmental review; is that correct?

16     A      Correct.

17     Q      Did the person who performed the

18 environmental review do it at the same time

19 that Ms. Terepka did?  That is, did they go

20 out to the property at the same time?

21     A      I don't know.

22     Q      Is there anyone who would know

23 that?