UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO.<br>04-11411-NMG |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT
TO INCLUDE ADDITIONAL DEFENDANTS**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership hereby move, pursuant to Fed. R. Civ. P. 15(a), for leave to amend the Complaint to add Sandra Terepka Hoffman ("Hoffman") and Michael Collins ("Collins") as defendants in this action.

**IN SUPPORT OF THIS MOTION,** Plaintiffs state as follows:

1) Evidence obtained in discovery has revealed that Hoffman and Collins are proximately liable to the Plaintiffs for the damages suffered by the Plaintiffs;

2) There has not been, nor will there be, any undue prejudice to EMG, Hoffman or Collins by the proposed amendment;

3) The claims against EMG, Hoffman and Collins share common questions of fact and law warranting joinder; and

4) It is in the interest of judicial economy to try these matters together.

In further support for this Motion, Berwind relies on, and incorporates herein by reference, the attached Memorandum of Law and the Affidavits of Lauren Timoney Upton and Paul L. Kelley.

**WHEREFORE,** for the reasons set forth above, Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership respectfully request that this Court grant Plaintiffs leave to amend the Complaint, and to file and serve an Amended Complaint in the form attached hereto as Exhibit A.

Dated: June 9, 2005                                     Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP**

By their attorneys,

/s/ Lauren Timoney Upton
_____
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

#530754

## CERTIFICATE OF SERVICE

    I, Lauren Timoney Upton, hereby certify that on this 9th day of June, 2005, I served a true and accurate copy of the foregoing Motion for Leave to Amend the Complaint upon counsel for Defendant Environmental Management Group, Inc. d/b/a EMG.

                                   /s/ Lauren Timoney Upton

#530754