UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED<br>PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP,<br>INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO.<br>04-11411-NMG |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY
IN SUPPORT OF THEIR MOTION TO COMPEL
FURTHER RULE 30(b)(6) DEPOSITION TESTIMONY FROM DEFENDANT
AND FOR AN AWARD OF COSTS**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") hereby move for leave to file a brief Reply in support of their Motion to Compel Defendant Environmental Management Group, Inc. ("EMG") to produce a competent, knowledgeable Rule 30(b)(6) witness. The proposed Reply is annexed hereto at Tab 1.

AS GROUNDS FOR THIS MOTION, Berwind states as follows:

1. That, in order for this Court to address and fully and fairly resolve the issues raised by EMG in its Opposition, and in order to correct erroneous statements of both law and fact made by EMG in its Opposition, a brief response by Berwind is required. Granting Berwind leave to file the Reply will assist the Court in fully and thoroughly resolving the issues raised by Berwind's Motion and EMG's Opposition thereto.

2.   That the interests of judicial economy and of the parties will best be served if this Motion is allowed and Berwind is permitted to file the Reply annexed hereto at Tab 1.

**WHEREFORE**, Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership respectfully request that this Court grant it leave to file the Reply annexed hereto at Tab 1.

Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP**

By their attorneys,

/s/ Lauren Timoney Upton
_____
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

## CERTIFICATE OF SERVICE

I, Lauren Timoney Upton, hereby certify that on this 21st day of June, 2005, I served a true and accurate copy of the foregoing Reply in Support of Plaintiffs' Motion to Compel Further Rule 30(b)(6) Deposition Testimony from Defendant and for an Award of Costs upon counsel for Defendant Environmental Management Group, Inc. d/b/a EMG.

/s/ Lauren Timoney Upton
_____

#534528

-3-