UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO.<br>04-11411-NMG |

### SECOND AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1. I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for twelve years.

2. I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3. This affidavit is filed in support of the Berwind's Reply in Support of Its Motion to Compel Further Rule 30(b)(6) Testimony From Defendant and for an Award of Costs.

4. Attached hereto as Exhibit 1 is a true and accurate copy of an e-mail from Steven Bolotin, Esq. to Lauren Upton, Esq. dated April 12, 2005.

5. Attached hereto as Exhibit 2 are true and accurate copies of excerpts from the 3/30/05 Deposition Transcript of Patrick Jarosinski.

6. Attached hereto as Exhibit 3 are true and accurate copies of excerpts from the 3/31/05 Deposition Transcript of Sandra Terepka Hoffman.

**FURTHER YOUR AFFIANT SAYETH NOT.**

/s/ Lauren Timoney Upton
_____

#534537