## Upton, Lauren T.

**From:**    Steve Bolotin [sbolotin@morrisonmahoney.com]
**Sent:**    Tuesday, April 12, 2005 9:48 AM
**To:**      Upton, Lauren T.
**Subject:** RE: Depostion of Matthew Dillis

Lauren,

I am in receipt of your notice of the deposition of Matthew Dillis for April 27, 2005. As an initial matter, I want to remind you that the discovery deadline has now closed, and that when I suggested extending it you advised me your client would not agree to go beyond April 11, 2005. I also want to remind you that Mr. Dillis was known to your client from the outset of this case, both as he spoke directly with your client and as his name was on documents provided to you as part of our initial disclosure.

That being said, I have no objection to your taking his deposition, but there must be a formal agreement to extend discovery and all other relevant dates, and the deposition will have to be on another date (I am already scheduled to be in 2 places at once that day).

Please contact me to let me know whether your client is in agreement.

Steve

Steven J. Bolotin
Partner
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Phone: 617-737-8878
Fax: 617-342-4943

The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.