# TAB 2

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br>Plaintiffs<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br>Defendant | )<br>)<br>)<br>)<br>)<br>) DOCKET NO.<br>) 04-11411-NMG<br>)<br>)<br>) |

DEPOSITION OF:

Patrick Jarosinski

The deposition of Patrick Jarosinski was taken on behalf of the Plaintiffs on Wednesday, March 30, 2005, commencing at 10:01 a.m. at DLA Piper Rudnick Gray Cary US, LLP, 6225 Smith Avenue, Baltimore, Maryland before Lynne Livingston, a Notary Public.

42

```
1    work within their specific regions.
2        Q    What region is the Boston office
3    in?
4        A    The Northeast region.
5        Q    I'm sorry, you may have mentioned,
6    how many regions are there?
7        A    Ten regions right now.
8        Q    Can you tell me approximately how
9    many property condition evaluation
10   assignments the Boston office of EMG
11   performed between 1996 and 1999?
12       A    No, I can't tell you that.
13       Q    Can you tell me how many property
14   condition assignments involved a structural
15   analysis of concrete parking structures
16   between 1996 and 1999?
17       A    Well, we've performed thousands and
18   thousands of reports around the country and I
19   can't tell you specifically what projects
20   we've performed what assessments on.
21       Q    Is there somebody at EMG who could?
22       A    Short of looking through every
23   project, we wouldn't know specific scopes of
```

1   work or what we performed on individual
2   projects without doing that research.
3        Q    You have no computer database that
4   allows you to type in Boston and property
5   condition assessment and determine how many
6   were performed in the Boston area in a three
7   year period?
8        A    We can look at the number of
9   projects that we performed a property
10  condition assessment on in the Boston area,
11  yes.
12       Q    But you yourself can't tell me how
13  many were done between 1996 and 1999?
14       A    No.
15       Q    Do you have a computer search
16  capability that you could type in parking
17  garage assessment and determine how many
18  parking garage assessments were done in that
19  time period in that region?
20       A    No, we don't have a service that's
21  named parking garage assessment.
22       Q    I understand you don't have a
23  service, but do you have term search

45

1   documents?

2   A   No. We have from the project
3   manager position, or what are you talking
4   about? What documents?

5   Q   For example, if they get a
6   checklist and they want to check off various
7   systems or structures, or various components
8   of a given building, is there a master list
9   that they check from?

10  A   Yes, a field checklist.

11  Q   Is there a building checklist?

12  A   Well, that would include the field
13  because it would include site, the building
14  systems, and any other information that they
15  would be collecting out of the property.

16  Q   So can you tell me whether EMG
17  performed any property condition evaluations
18  in the New England region between 1996 and
19  1999 of a building that involved a concrete
20  parking structure?

21  A   Not without going in and looking at
22  every, opening up every project and pulling
23  the files and looking within each of the

46

1  projects that we performed to see whether
2  there was a parking garage included or not.
3              MS. UPTON:  I'm going to object and
4  we're going to have to suspend, just so you
5  know, at the end of the day.  We requested a
6  30(b)(6) witness who would be able to testify
7  as to --
8              MR. BOLOTIN:  It's not possible.
9  He made the point very clearly, they cannot
10 do it, a 30(b)(6) witness who can testify as
11 to what is available as far as the corporate
12 knowledge.  Corporate knowledge is not that
13 they have knowledge of every structure in a
14 three year period, nor is it relevant.
15             So you can go ahead and suspend,
16 but I object to that.  I object to the no
17 responses to request.  I don't think it's
18 relevant, nor do I think it's reasonable to
19 require this company to go through every
20 report that it did in a period of time in
21 order to find something that's not related to
22 the project at issue.
23             MS. UPTON:  Well, the experience of

72

```
 1  proposal?
 2      A    It appears that Matt Dillis was the
 3  employee that worked with Berwind.
 4      Q    And what is Matt Dillis's position?
 5      A    He's no longer with EMG but he was
 6  regional vice president.
 7      Q    Do you know where he is now?
 8      A    I believe he's in Boston.  I'm not
 9  sure where.
10      Q    When did he leave EMG?
11      A    I don't know the exact date.
12      Q    Approximately?
13      A    Two years ago, three years ago.
14      Q    And did you speak with him in
15  preparing for today's deposition?
16      A    No, I didn't.
17      Q    Do you know whether he had any
18  discussions with anyone at Berwind with
19  regards to this paragraph of the proposal?
20      A    No, I don't.
21      Q    Is there anybody else at EMG who
22  would have any knowledge as to whether there
23  were any communications between Berwind and
```

1  Q    Do you know whether prior to 1999
2  she had ever performed a property condition
3  evaluation involving a parking garage
4  structure similar to the one on the Newton
5  property?  And by that I mean a cast in place
6  concrete parking garage.
7  A    I don't know that.
8  Q    Is there anyone at EMG who would?
9  A    She may.
10 Q    She may?
11 A    Yes.  They do a lot of assessments
12 so she probably would have a better
13 recollection than anyone else.
14 Q    Is there anybody other than Ms.
15 Terepka?
16 A    That would know whether she had?
17 Not offhand without doing the research that I
18 talked about earlier.
19 Q    Do you know how many property
20 condition evaluations she's performed?
21 A    No, not offhand.
22 Q    Is there a way to determine that?
23 A    We could go into our databases and

1    search for the number of assessments that
2    she's performed.
3             MS. UPTON:  We're going to request
4    that that be done because that was part of
5    the 30(b)(6).
6             MR. BOLOTIN:  Again, there's no
7    obligation for them to start doing additional
8    research.  You have an individual who's
9    available to identify what work Ms. Terepka
10   did, that's Ms. Terepka, and she is being
11   produced.
12            So before insisting that someone
13   who has less ability to answer a question be
14   obligated to do so, why don't we complete Ms.
15   Terepka's deposition and find out.
16            MS. UPTON:  Well, we can.  But
17   there have been no objections to the subpoena
18   and to the topics listed in the subpoena.
19   This gentleman has been produced as the
20   witness for the corporation.  These are
21   topics that we deemed to be relevant.  To the
22   extent you want to object to them in court,
23   that's fine.

1   what CAR refers to but could you repeat it?
2       A    Yes.  Customer action request.
3       Q    And could you tell me what that is?
4       A    That's a document that is prepared,
5   that comes out in multiple forms, which we
6   have lots of copies in these documents, which
7   have all the specifics about the property,
8   the client, the reason for the assessment,
9   the scope, the protocol, property specific
10  information dates, all of the information
11  that we need to start processing the reports
12  through the system.
13      Q    And do you know what the scope of
14  the Melrose Hotel assignment was?
15      A    I don't know specifically.
16      Q    Who at EMG would know that?
17      A    We'd have to go back and research
18  and look.
19      Q    Okay.  I would like to find out who
20  that is.
21           MR. BOLOTIN:  We can certainly see
22  if we can obtain a copy of the proposal and
23  CAR for the Melrose Hotel.

180

1  if there's someone who knows that.
2          BY MS. UPTON:
3      Q    Along the same lines, if you know
4  whether in 1999 there was somebody who was
5  retained for the purpose of or was
6  particularly proficient in the analysis of
7  concrete protection, reinforcement,
8  remediation?
9      A    Retained as an employee or retained
10 as a sub-consultant?
11     Q    Retained as an employee. Did EMG
12 have somebody on staff?
13     A    I don't know.
14     Q    Okay. If we could find that out.
15          Looking at these prior contracts,
16 is there any way to determine the type of
17 evaluation that was done?
18     A    Could you clarify?
19     Q    Sure. With regard to the contracts
20 that are listed on Exhibit A that were
21 performed for Berwind, is there any way to
22 determine whether these were property
23 condition evaluations or whether they were

1   some other kind of evaluation performed for
2   Berwind?
3       A   Yes.
4       Q   Okay.  Can we go through them?
5   could you do that now?
6       A   No.
7       Q   Okay.  We would have to go back and
8   research that historically?  We would like
9   that to be done as well.
10          Looking at page 22 of Exhibit 3,
11  the production of documents.
12      A   This?
13      Q   No.  This one (indicates).
14          At the top of that page there is a
15  note that says, "Berwind standard production
16  and reliance requirement."
17      A   Yes.
18      Q   Can you describe for me what that
19  means?
20      A   Again, reliance language is
21  something that's provided to us from the
22  client, as well as production instructions
23  that are fairly standard through all of our

187

1  　　　　Do you know how many structural
2  engineers you had on staff in 1999?
3  　　A　　Not without guessing.
4  　　Q　　Okay. Do you know how many you
5  have now?
6  　　A　　Not without guessing. It varies
7  based on hiring and changes as we bring in
8  staff.
9  　　Q　　Do you know what the staff size was
10 in 1999?
11 　　A　　I'd have to do the research.
12 　　Q　　You mentioned earlier that in
13 determining who would be assigned to a
14 project, one of the things that's taken into
15 consideration is the person's experience --
16 　　A　　Yes.
17 　　Q　　Prior experience. Did you have
18 some database or some means of keeping track
19 of what a person's experience is so that as a
20 project comes up you can say, oh, this person
21 has done X, Y and Z, so let's assign this
22 person?
23 　　A　　We have, again, I had mentioned the

188

```
 1   training record, and that would define their
 2   license.  It would define what their skill
 3   set would be, their discipline, and also what
 4   they've been trained in in terms of EMG
 5   services.
 6        Q    Okay.  And when you say trained in
 7   with regard to EMG services, that would
 8   include training prior to being hired by EMG,
 9   as well as any training received from EMG?
10        A    At the time they were hired for
11   EMG.
12        Q    At the time they were hired for
13   EMG, okay.
14             And with regard to the training, I
15   just want to clarify, some training is held
16   during these annual meetings?
17        A    Yes.
18        Q    And you said that they're sort of
19   required?
20        A    It's a requirement.  If there's
21   something they would not be able to attend,
22   something with family, then they would not be
23   required to attend, since we're bringing
```