UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG, <br><br> Defendant. | DOCKET NO. <br> 04-11411-NMG |

## AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1. I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for twelve years.

2. I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3. This affidavit is filed in support of the Berwind's Motion for Leave to Amend the Complaint to Include Additional Defendants.

4. Attached hereto as Exhibit 1 is a true and accurate copy of the Contract between Berwind and EMG dated March 17, 1999.

5. Attached hereto as Exhibit 2 are true and accurate copies of excerpts from the 3/30/05 Deposition Transcript of Sandra Terepka Hoffman.

6. Attached hereto as Exhibit 3 is a true and accurate copy of EMG's Property Condition Evaluation report.

7. Attached hereto as Exhibit 4 are true and accurate copies of excerpts from the 4/01/05 Deposition Transcript of Roy Perry.

8. Attached hereto as Exhibit 5 are true and accurate copies of excerpts from the 4/26/05 Deposition Transcript of Michael Collins.

**FURTHER YOUR AFFIANT SAYETH NOT.**

Dated: June 9, 2005

#532669