UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BERWIND PROPERTY GROUP, INC. and )
NEWTON INVESTORS LIMITED            )
PARTNERSHIP,                        )
Plaintiffs                          )
                                    )
v.                                  ) DOCKET NO.
                                    ) 04-11411-NMG
ENVIRONMENTAL MANAGEMENT GROUP,     )
INC. d/b/a EMG,                     )
Defendant                           )

_____

DEPOSITION OF:

Sandra Terepka Hoffman

The deposition of Sandra Terepka Hoffman was taken
on behalf of the Plaintiffs on Thursday, March 31,
2005, commencing at 9:06 a.m. at DLA Piper Rudnick
Gray Cary US, LLP, 6225 Smith Avenue, Baltimore,
Maryland before Lynne Livingston, a Notary Public.

6

1      A      Okay.

2      Q      Can you please state your full name

3   for the record, spelling it for the

4   stenographer?

5      A      Sandra Terepka Hoffman.  Sandra is

6   S-A-N-D-R-A.  Terepka is T-E-R-E-P-K-A.

7   Hoffman is H-O-F-F-M-A-N.

8      Q      Can you please state your present

9   address?

10     A      4422 W. Clear Avenue, Tampa,

11  Florida 33629.

12     Q      And can you tell me, please, where

13  you lived in 1999?

14     A      In Bel Air, Florida.

15     Q      And can you please describe for me

16  your education beginning with your college

17  degree?

18     A      I have a Bachelors in mechanical

19  engineering from the University of South

20  Florida.

21     Q      What year?

22     A      That was, I believe, 1978.

23             I have an MBA from San Francisco

1    State University, and I don't have the exact

2    dates.  I believe that was about 1980, 1982.

3                And I have a Masters in

4    environmental engineering from UC Berkeley,

5    and that was approximately 1989.

6         Q    1989?

7         A    1989, 1990.

8         Q    And going back to your Bachelor of

9    Science degree.  Did you take any formal

10   courses in structural engineering while you

11   were getting your engineering degree?

12        A    No.  There are structural

13   engineering courses in a basic engineering

14   program.

15        Q    Okay.  Do you recall how many

16   courses there were?

17        A    No.

18        Q    When you were getting your Masters

19   in engineering, did you take any structural

20   engineering courses pursuant to the Masters?

21        A    No.

22        Q    When you were obtaining your

23   Bachelor of Science, did you have any course

8

1    work in concrete design, or formation or

2    mediation?

3         A    No.

4         Q    When you were obtaining your

5    Masters in engineering, did you have any

6    course work in concrete design mediation?

7         A    No.

8         Q    When you were obtaining your

9    Bachelors, did you have any course work in

10   particular structures, garages, concrete

11   structures, just focused on a given

12   structure?

13        A    No.

14        Q    And when you were obtaining your

15   Masters degree, did you have any specific

16   course work on a particular structure, like

17   garage structures?

18        A    No.

19        Q    And when you were obtaining your

20   Bachelor of Science degree, did you have any

21   course work in concrete technology?

22        A    No.

23        Q    When you were obtaining your

1    Masters degree, did you have any course work

2    in concrete technology?

3        A    No.

4        Q    Beginning with your graduation in

5    1978 and going forward, can you please tell

6    me who your employer was, your first

7    employer out of school?

8        A    Out of school I went to work for

9    Hewlett Packard.

10       Q    What was your job when you first

11   started with Hewlett Packard?

12       A    I worked in production engineering,

13   then design, then back to production

14   engineering.

15       Q    What were your responsibilities in

16   production engineering?

17       A    Design and tools that were used in

18   the production line and optimizing the

19   processes.

20       Q    And how long were you in production

21   engineering?

22       A    It's hard to remember that long

23   ago.  I believe I was there for about three

20

1    Q    Beyond obtain your Masters in

2    business administration from San Francisco

3    State and your Masters in environmental

4    engineering from UC Berkeley, have you

5    received any other special training in

6    engineering issues or any other area?

7    A    Continuing education and company

8    related training in performing certain

9    specialized services.

10    Q    With regard to continuing

11    education, are you required for licensure

12    reasons to take any particular kind of

13    continuing education courses?

14    A    Yes.

15    Q    In what areas?

16    A    Four hours in, I think, ethics and

17    four hours in a technical subject every two

18    years for the state of Florida.

19    Q    In regard to the technical subject,

20    is there a requirement that it be in any

21    particular area?

22    A    No.

23    Q    So you can choose what area?

1        A        Your related field, yes.

2        Q        Have you ever taken any continuing

3    education courses relating to building

4    structures?

5        A        Yes.  Excuse me, to structures?

6    No.

7        Q        Did you take them in relation to

8    building construction?

9        A        No.

10        Q        Have you taken any in relation to

11    appraisals of concrete structure or analysis

12    of concrete structures?

13        A        No.

14        Q        Have you taken any in relation to

15    appraisals of concrete garage structures?

16        A        No.

17        Q        Have you taken any in relation to

18    concrete technology?

19        A        No.

20        Q        Have you taken any in relation to

21    concrete repair?

22        A        No.

23        Q        Can you recall any areas that you

1    have taken these continuing education

2    courses in?

3        A    I've taken them in relationship to

4    other building systems.

5        Q    What kind of building systems?

6        A    These were the ones that were for

7    my PE?

8        Q    Yes, correct.  I changed to a

9    different subject.

10        A    I believe in fire and life safety

11    systems, maybe in electrical, and I'm not

12    certain of the others.

13        Q    Okay.  Is there anything that would

14    refresh your recollection as to what other

15    continuing education courses you've taken?

16        A    No, not with me.

17        Q    Not with you, but do you have them

18    anywhere?  Have you maintained materials at

19    home about your course work?

20        A    I have bookshelves of materials of

21    different things I have studied, but I don't

22    know that I can specifically tell you.  Over

23    the years, the state of Florida might have

23

1    records.

2        Q    And outside of the continuing

3    education courses that you've taken with

4    regard to your licensure for Florida, have

5    you taken any other continuing education

6    courses?

7        A    On the job training sort of thing?

8        Q    Or otherwise.   Conferences that

9    you've attended.

10        A    Yes.

11        Q    And with regard to this non-

12    licensure based continuing education, have

13    you taken any course work or continuing

14    education courses related to concrete

15    structures?

16        A    Not specifically.   There was

17    overall training that involved discussions

18    of concrete structures, but not one whole

19    course dedicated to concrete structures.

20        Q    What was the course work that you

21    recall that involved discussion of concrete

22    structures?

23        A    Overall training in property

171

1      A      I don't have a quantity.

2      Q      I know that there isn't one in the

3   report, but do you have a recollection of

4   what you meant by minor rust stains?

5      A      I don't recall.

6      Q      Is there anything that would

7   refresh your recollection as to what you

8   meant by minor rust stains?

9              (Pause to review documents)

10             THE DEPONENT:  No.

11             BY MS. UPTON:

12     Q      You also use the words, initial

13  corrosion.  How would you define initial

14  corrosion?

15     A      The rust stains that I describe in

16  here mean to me that I saw some rust colored

17  staining of the concrete, indicating that

18  there's corrosion of the reinforcing rods in

19  the concrete.

20     Q      Do you have anything else in your

21  notes that would discuss the initial

22  corrosion that you saw?

23     A      No.

172

1    Q    Going on further in that paragraph

2  it says, "Cleaning and patching the areas of

3  spalled concrete with an epoxy concrete

4  patch is required within the next year."

5         Did I read that correctly?

6    A    Yes.

7    Q    Would cleaning and patching areas

8  of spalled concrete remedy the initial

9  corrosion?

10   A    No.

11   Q    Do you know what would need to be

12 done to remedy that corrosion?

13   A    It depends.

14   Q    Did you make any recommendation as

15 to what should be done to remedy the

16 corrosion?

17   A    No.

18   Q    Did you discuss with Mr. Stewart

19 anything that should be done to remedy the

20 corrosion?

21   A    Not that I recall.

22   Q    Was Mr. Stewart with you when you

23 were actually touring the property?

173

1      A      From my report, yes.

2      Q      Did anyone else tour the property

3  with you?

4      A      Not that I recall.

5      Q      Is there anything that would

6  refresh your recollection as to whether

7  anyone was with you?

8      A      Not that I'm aware of.

9      Q      Did you indicate in the report how

10  the corrosion might affect the remaining

11  useful life or expected useful life of the

12  garage?

13          (Pause to review documents)

14          THE DEPONENT:   No.

15          BY MS. UPTON:

16      Q      Did you have any conversations with

17  Mr. Stewart as to how the corrosion might

18  affect the remaining useful life or expected

19  useful life of the garage?

20      A      I don't remember.

21      Q      Is there anything that would

22  refresh your recollection as to whether

23  you've had a conversation with Mr. Stewart?



1    A    Yes.

2    Q    Strike that.  I mean, your answer

3  still stands.

4         What recommendation did you make as

5  to further analysis?

6    A    Additional evaluation by a local

7  professional engineer.

8    Q    Where is that?

9    A    Page 5, section 1.6,

10  recommendations for equity investors.  "The

11  intended purchaser should consider having

12  the following studies performed on the

13  property prior to settlement."

14         There's two recommendations.  One,

15  "The underground storm water drains be video

16  inspected to determine the cause of frequent

17  problem."

18         The second one addresses,

19  'Significant signs of ponding water,

20  inadequate drainage, efflorescence on the

21  exterior brick, mineral deposits and minor

22  concrete deterioration due to water

23  intrusion were observed in the parking

1    garage, requiring additional evaluation by a

2    local professional engineer, as discussed in

3    section 7.  The cost of this work is

4    included in the immediate repairs cost

5    estimate."

6        Q    Okay.

7            In regard to your suggestion that a

8    professional engineer evaluate the

9    significant signs of ponding water,

10   inadequate drainage, efflorescence on the

11   exterior brick, mineral deposits and minor

12   concrete deterioration due to water

13   intrusion, those were all based on the water

14   intrusion?

15       A    Those are multiple observations

16   that I had in a parking garage that caused

17   me significant concern such that I would

18   bullet an item under the additional

19   recommendations to equity investors, a

20   specific section in this report targeted to

21   things we recommend prior to settlement,

22   items that could be major cost issues could

23   impact the value of the property.

186

```
1   further study.  Every problem with this
2   garage is not within the scope of this
3   evaluation.
4        Q     Let's go back to the contract.
5             Exhibit 6, on page 20, the second
6   paragraph, "EMG shall provide a full
7   description of the property and
8   improvements, with descriptions of in-place
9   systems and commentary on observed
10  conditions, to include site, architectural,
11  structural, mechanical, electrical,
12  plumbing, fire and life/safety, interior,
13  exterior, and other systems."
14            But your representation is that it
15  was not within the scope of this contract to
16  make a notation of all the problems that you
17  saw?
18            MR. BOLOTIN:  Objection.  You can
19  answer.
20            The DEPONENT:  I noted there was
21  extensive problems with this garage
22  requiring further evaluation.  That's what I
23  noted, and recommended a local structural
```

1    engineer do further evaluation to evaluate

2    the scope or extent of those problems.

3              BY MS. UPTON:

4         Q    Is there anywhere in the report

5    that you used those words, that there are

6    extensive problems with this garage?

7         A    The word extensive?  No, just

8    bulleted one item after another, or listed

9    one item after another.

10              (Off the record)

11         (Whereupon, the record was reviewed)

12              BY MS. UPTON:

13         Q    You stated that you recommended

14    that a local structural engineer evaluate

15    those issues that you bulleted in your

16    report.  What did you mean by a local

17    engineer?

18         A    A local structural engineer.  I

19    don't know in the state of Massachusetts

20    whether they have a designation, like in

21    Florida the designation is just professional

22    engineer.

23              I think I might have just said

199

1    note of?

2        A        I would note obvious problems with

3    the parking garage, yes.

4                If it appeared to me that there was

5    a water penetration issue, then I would make

6    a note of it.

7        Q        And is there any place in the

8    report where you note the absence of a

9    waterproofing membrane?

10       A        No.

11       Q        Do you know what happens to

12   concrete if it doesn't have a waterproofing

13   membrane on it in an elevated parking

14   garage?

15       A        Yes.

16       Q        What happens?

17       A        Water penetrating the slab can

18   cause corrosion on the reinforcing steel,

19   and the corrosion expands causing concrete

20   to fail, and you have spalled concrete and

21   you can have severe damage to the parking

22   garage, to the structure, if it's not

23   addressed.

200

1    Q    Is there any place in the report

2    where you suggested that the waterproofing

3    membrane or lack thereof should be

4    addressed?

5        A    No.

6        Q    Looking at Exhibit 7, in the report

7    you determined that there were certain items

8    that did need to be addressed immediately;

9    is that correct?

10        Those were put under the immediate

11    repairs cost estimate?

12        A    Yes.

13        Q    Okay.  And looking at page 3 of the

14    report, general physical condition, the

15    first item is that you advised the retention

16    cf a structural engineer to review the

17    parking garage drainage and structure; is

18    that correct?

19        A    Yes.

20        Q    Okay.  Then almost at the bottom of

21    that bulleted list it says, "Determine cause

22    cf repeated storm drain structure clogging."

23        Is that correct?

225

1    garage, requiring additional evaluation by a

2    local professional engineer, as discussed in

3    section 7."

4           It refers to the other discussion.

5    But it was, those specific words were not

6    repeated in this paragraph.

7        Q    Okay.  So is there a suggestion

8    anywhere in the report that the initial

9    corrosion be evaluated by an engineer?

10       A    The specific words, no.  The intent

11   is in the evaluation of the overall parking

12   garage.

13       Q    But it doesn't state that?

14           MR. BOLOTIN:  Objection.

15           BY MS. UPTON:

16       Q    Is there anywhere in the report

17   that says the initial corrosion should be

18   evaluated by an engineer?

19           MR. BOLOTIN:  Those specific words.

20           THE DEPONENT:  No.  Those specific

21   words, no.

22           BY MS. UPTON:

23       Q    Do you know what needs to be done

250

1   choice in your assignments?

2        A    Yes.

3        Q    But as a full time project manager

4   in 1999 you would be assigned?

5        A    Yes.  But we were talking about

6   training.  And I took all the training that

7   was available.

8        Q    Yes.  And with regard to the

9   training at the annual meetings that you

10  mentioned, you said that there was training

11  on various technical topics.

12            Do you recall whether there was any

13  training with regard to structural behavior

14  in an elevated parking garage?

15        A    I don't recall what topics were

16  covered.

17        Q    I'm going to go through a few

18  topics and see if that refreshes your

19  recollection as to any of them, and if it

20  doesn't, it doesn't.

21        A    Okay.

22        Q    Do you recall whether there was any

23  training on structural design at any of the

251

1    meetings that you attended?

2         A    No.

3         Q    Is there anything that would

4    refresh your recollection as to whether

5    there was any training?

6         A    The question, maybe I didn't answer

7    correctly. Yes, I recall that none of the

8    training that I attended has addressed

9    structural design.

10        MS. UPTON:  Can you play back her

11   answer?

12        (Whereupon, the record was reviewed)

13        BY MS. UPTON:

14        Q    Okay.  Let me try this one more

15   time.  Do you recall whether any training

16   sessions that you have attended at EMG

17   between 1997 and 1999 addressed structural

18   design?

19        A    Yes.

20        Q    And did any of them address

21   structural design?

22        A    No.

23        Q    And do you recall whether any of