

Client:

# Berwind Property Group, Inc.

3000 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania 19102
Mr. Albert Corr

## Property Condition Evaluation
of
### 1220 Washington Street
### 1210 - 1230 Washington Street
### Newton, Massachusetts 02165



EMG Project No.: 54456
Date of Report: April 6, 1999
On-site Dates: March 29, 1999 and March 30, 1999

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

**EMG**

54456

## TABLE OF CONTENTS

1. Executive Summary ........................................................................................... 1
   1.1. Client's Investment Objective ...................................................................... 1
   1.2. Property Information ...................................................................................... 1
   1.3. General Physical Condition ......................................................................... 3
   1.4. Deferred Maintenance Costs ....................................................................... 4
   1.5. Reserve Repair and Replacement Costs ...................................................... 4
   1.6. Recommendations for Equity Investors ....................................................... 4
   1.7. Project-at-a-Glance, Immediate Repair, Short Term Repair and Replacement Reserve
        Cost Estimates ............................................................................................. 5

2. Purpose and Scope ............................................................................................ 10
   2.1. Purpose ........................................................................................................ 10
   2.2. Scope ........................................................................................................... 11

3. Site Description and Observations .................................................................. 13
   3.1. Parking, Paving and Sidewalks ................................................................... 13
   3.2. Drainage Systems and Erosion Control ...................................................... 14
   3.3. Topography and Landscaping ...................................................................... 14
   3.4. General Site Improvements.......................................................................... 15
   3.5. Utilities ........................................................................................................ 16
       3.5.1. On-site Water System ........................................................................... 16
       3.5.2. On-site Sanitary Sewer System ............................................................ 17
       3.5.3. Property Electrical, Telephone and Cable Distribution System ........... 17
       3.5.4. Property Gas Distribution ..................................................................... 18

4. Building Architectural and Structural Systems ............................................ 19
   4.1. Foundations ................................................................................................. 19
   4.2. Superstructure and Floors ........................................................................... 19
   4.3. Roofing......................................................................................................... 20
   4.4. Exterior Walls............................................................................................... 21
   4.5. Exterior and Interior Stairs ......................................................................... 22
   4.6. Exterior Windows and Doors ...................................................................... 23
   4.7. Patio, Terrace and Balcony.......................................................................... 23
   4.8. Common Areas, Entrances and Corridors ................................................... 23

5. Building Mechanical, Electrical and Plumbing Systems .............................. 25
   5.1. Building Heating, Ventilating, and Air-conditioning (HVAC) .................... 25
   5.2. Building Plumbing and Domestic Hot Water ............................................... 25
   5.3. Building Gas Distribution ............................................................................ 26
   5.4. Building Electrical........................................................................................ 27
   5.5. Building Elevators and Conveying Systems ................................................. 27
   5.6. Fire Protection and Security Systems .......................................................... 29

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON



54456

6. Interior .................................................................................................. 31
   6.1. Interior Finishes ............................................................................. 31
   6.2. Commercial Kitchen Appliances .................................................... 32
   6.3. HVAC ............................................................................................. 32
   6.4. Plumbing ........................................................................................ 33
   6.5. Electrical ........................................................................................ 34

7. Other Structures .................................................................................. 35

8. Code Compliance and Accessibility .................................................... 37
   8.1. Building, Zoning, and Fire Code Compliance ............................... 37
   8.2. ADA Compliance ........................................................................... 37

9. Interview Schedule .............................................................................. 43

10. Tenant Space Observations .............................................................. 44
    10.1. Tenant Space Types and Tenant Mix ......................................... 44
    10.2. Tenant Spaces Observed ............................................................ 44

11. EMG Certification ............................................................................. 45

12. Project Manager's Qualifications ...................................................... 47

13. Terminology ...................................................................................... 49

14. Appendices ........................................................................................ 54

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 8220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

**EMG**

54456

# 1. Executive Summary

## 1.1. Client's Investment Objective

We have been informed that you desire to engage EMG in support of your due diligence activities for the acquisition of the above referenced property. We have been informed that your objective related to the Property is: to acquire the property and hold for approximately five to seven years. A restatement of your objective allows EMG to inspect the Property with an eye toward your investment concerns.

EMG shall perform a Property Condition Evaluation (the "Service") meeting the client requirements hereafter described. EMG shall provide the service for the sole use of the client, subject to the terms and conditions set forth in the Agreement dated March 2, 1999.

## 1.2. Property Information

The property information is summarized in the table below. More detailed descriptions may be found in the various sections of the report and in the Appendices.

| Property Information | |
|---|---|
| Address: | 1210 - 1230 Washington Street, Newton, Middlesex County, Massachusetts 02165 |
| Year constructed: | Original structure – unknown. Additions to building were constructed in 1970's and in 1983. Garage was constructed in 1983. Original building and first addition was renovated in 1983. |
| Current owner of property: | Newton Kostigen LLC |
| Management Point of Contact: | Mr. John Stewart, Title, Telephone No. (617) 247-1140, Fax No. (617) 247-2198 |
| Property type: | Office |
| Site area: | 2.03 Acres |
| Gross floor area: | Not Provided |
| Net Rentable area: | 89,715 Square Feet |
| Number of buildings: | One |

1

HEADQUARTERS. EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

100



54456

| Property Information | |
|---|---|
| Parking type and number of spaces | Total: 262 spaces (13 spaces in open lots and 249 spaces in parking garage) |
| Building Construction | Original portion of the structure is brick with wood plank floors. The age of the original portion of the building is unknown. An addition to the rear of the building was added, reportedly in the 1970's, and another addition was reportedly added in 1983. The additions to the structure are concrete masonry unit construction with interior steel framing and steel beams and open web steel joists with metal decking and concrete slabs. Garage is constructed of cast-in-place concrete decks. Exteriors of the building and parking garage are constructed of brick. |
| Bay column spacing | Approximately 27 Feet |
| Interior vertical clearance | Approximately 12 Feet |
| Roof construction | Low slope or flat roofs with metal decking with lightweight concrete fill on open-web steel joists in new sections of building. Original building appears to have wood plank deck with steel support framing. The roof surface is a mechanically attached single-ply "rubber" roofing membrane. |
| Façade | Brick |
| Heating and Air Conditioning | Heating and Cooling: The tenant spaces are heated and cooled by individual direct expansion, constant volume, gas-fired, packaged rooftop units. |
| Fire and Life Safety | Wet-pipe sprinkler system in the buildings and a dry-standpipe only in the garage. The buildings have portable fire extinguishers, smoke detectors, pull stations and alarm horns. There are Siamese connections on the exterior of the building and fire hydrants located along the public streets bordering the property. |
| Date of visit | March 29, 1999 and March 30, 1999 |
| Weather conditions | March 29, 1999: Partly cloudy, with temperatures in the mid 60's (°F) and light winds. March 30, 1999: Partly cloudy, with temperatures in the mid 50's (°F) and moderate winds. |
| Escorted by: | Mr. John Stewart |
| On-site observations and report preparation by: | Sandra J. Terepka |
| Reviewed by: | Michael R. Collins, AIA, Program Supervisor |

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

101

**EMG**

54456

## 1.3.  General Physical Condition

Generally, the property was constructed within industry standards, has been fairly well maintained over recent years and appeared to be in good to fair overall condition. Property management personnel reported that, over the past three years, the property has had a limited capital improvement expenditure program, primarily concerning routine maintenance and repairs.   The property manager did not provide supporting documentation to validate this claim.

There are a number of Immediate Repairs (within 90 days) and Short Term Repairs (within one year) required which are summarized below and in the Immediate Repairs Cost Estimate (Table 1) and the Short Term Repairs Cost Estimate (Table 2) contained in this section of the report.  They are described in more detail in the various sections of this report.

The deficiencies, shown in the Immediate Repairs Cost Estimate (Table 1) included in this section of the report are restated as follows:

■       Retain structural engineer to review parking garage drainage and structure.

■       Repairs to exterior pole lighting.

■       Install lights for parking area at east end of building.

■       Immediate roof repairs.

■       Repairs to garage stairs.

■       Replace damaged stair treads as safety precaution.

■       Repairs to sprinkler system.

■       Repairs to fire alarm panel.

■       Recharge or replace fire extinguishers.

■       Identify cause of warm circuit breakers.

■       Contingency budget for repairs identified with infrared survey.

■       Determine cause of repeated storm drain structure clogging.

■       ADA compliance items.  Reference Section 8.2.

The deficiencies, shown in the Short Term Repairs Cost Estimate (Table 2) included in this section of the report are restated as follows:

■       Roof replacement due to apparent condition and EUL.

■       Clean and repoint masonry exterior walls on older section of building.

3

HEADQUARTERS·  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

**EMG**

54456

- Scrape and paint gas lines on roof to remove corrosion.
- Replace elevator cab door actuators.
- Repairs to elevator keycard actuator system and logic.
- Repairs for garage underground storm drainage.
- Contingency budget for repairs to garage upper deck drainage.
- Clean and apply efflorescence check coating to exterior walls.
- Repairs to spalled areas of garage interior walls and decks.

## 1.4.  Deferred Maintenance Costs

Based on the observations summarized above and the costs itemized in the Tables 1 and 2, the total funds required to correct the deficiencies are estimated to be as follows:

| Deferred Maintenance Costs | |
|---|---|
| Immediate Repairs (within 90 days) | Short-term Repairs (within one year) |
| $32,150 | $163,000 |

## 1.5.  Reserve Repair and Replacement Costs

There are a number of repairs and/or replacements, which should be accomplished during the evaluation period for which reserves should be established. These needs are identified in the various sections of this report and are summarized in the Replacement Reserves Cost Estimate (Table 3) which is included in this section of the report.

## 1.6.  Recommendations for Equity Investors

The intended purchaser should consider having the following studies performed on the property prior to settlement:

- It is recommended that the underground storm water drains be video inspected to determine the cause of frequent clogging. The inspections should be reviewed by a local Professional Engineer to insure the system is not clogged, as discussed in more detail in Section 3.2. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

4

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

103

EMG

54456

- Significant signs of ponding water, inadequate drainage, efflorescence on the exterior brick, mineral deposits and minor concrete deterioration due to water intrusion were observed in the parking garage, requiring additional evaluation by a local Professional Engineer, as discussed in Section 7. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

The intended purchaser should also obtain copies of the below listed documents prior to settlement:

- All roof, equipment and system warranty/guarantee transfers. Manufacturer's often levy a warranty transfer fee and generally require that the equipment or system be in pristine condition in order to provide such transfers. This often necessitates upgrades, repairs, or servicing to meet their requirements.
- All site and building construction drawings and specifications available.
- All government documents such as Certificates of Occupancy, permits, zoning variances, easements, tax receipts, and other pertinent records.

### 1.7. Project-at-a-Glance, Immediate Repair, Short Term Repair and Replacement Reserve Cost Estimates

This section provides cost estimates for the repair items noted within this report.

These estimates are based on Invoice or Bid Document(s) provided by Owner/facility and construction cost developed by construction resources such as *Means* and *Dodge*, EMG's experience with past costs for similar properties, city cost indexes, and assumptions regarding future economic conditions.

Those items which will need to be performed immediately (within the next 90 days), those items which need to performed on a short term basis (within one year), as well as the repairs, replacements and significant maintenance items that will most likely need to be performed over the evaluation period (12 years) are listed in the tables on the following pages:

HEADQUARTERS: EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 8220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON



**1220 Washington Street**
**Newton, Massachusetts**
**March 29,1999 and March 30, 1999**
**54456**

| | | | |
|---|---|---|---|
| Building Type: | Office | | |
| Building Area : | 89,715 Square Feet | | |
| Property Age : Unknown | Years | | |

## Executive Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| **Executive Summary** | | | | | | |
| 1.6 Follow-Up Recommendations | | See Report Section 1.6 for details | | $2,500 | $0 | $0 |
| **Site Improvements** | | | | | | |
| 3.1 Utilities | ✔ | | | $0 | $0 | $0 |
| 3.2 Parking, Paving and Sidewalks | ✔ | ✔ | | $0 | $0 | $10,760 |
| 3.3 Storm Sewer, Drainage Systems & Erosion Control | ✔ | | | $0 | $0 | $0 |
| 3.4 Landscaping and Topography | ✔ | ✔ | | $0 | $0 | $0 |
| 3.5 General Site Improvements | ✔ | ✔ | ✔ | $2,000 | $0 | $0 |
| **Building Architectural & Structural Systems** | | | | | | |
| 4.1 Foundations | ✔ | | | $0 | $0 | $0 |
| 4.2 Superstructure and Floors | ✔ | | | $0 | $0 | $0 |
| 4.3 Roofing | ✔ | ✔ | ✔ | $2,000 | $81,000 | $0 |
| 4.4 Exterior Walls | ✔ | ✔ | | $0 | $50,000 | $17,050 |
| 4.5 Exterior and Interior Stairs | ✔ | ✔ | ✔ | $2,750 | $0 | $0 |
| 4.6 Exterior Windows and Doors | ✔ | ✔ | | $0 | $0 | $0 |
| 4.7 Patio, Terrace and Balcony | | | | $0 | $0 | $0 |
| 4.8 Common Areas, Entrances and Corridors | ✔ | ✔ | | $0 | $0 | $2,400 |
| **Building Mechanical, Electrical and Plumbing Systems** | | | | | | |
| 5.1 Building HVAC | ✔ | | | $0 | $0 | $0 |
| 5.2 Building Plumbing and Domestic Hot Water | ✔ | | | $0 | $0 | $0 |
| 5.3 Building Gas Distribution | ✔ | ✔ | | $0 | $2,000 | $0 |
| 5.4 Building Electrical | ✔ | | | $0 | $0 | $0 |
| 5.5 Building Elevators and Conveying Systems | ✔ | ✔ | ✔ | $0 | $4,000 | $8,000 |
| 5.6 Fire Protection and Security Systems | ✔ | ✔ | ✔ | $5,000 | $0 | $0 |
| **Interiors** | | | | | | |
| 6.1 Interior Finishes | ✔ | ✔ | | $0 | $0 | $230,000 |
| 6.2 Commercial Kitchen Appliances | | | | $0 | $0 | $0 |
| 6.3 HVAC | | ✔ | | $0 | $0 | $330,000 |
| 6.4 Plumbing | ✔ | ✔ | | $0 | $0 | $1,050 |
| 6.5 Electrical | ✔ | ✔ | ✔ | $8,500 | $0 | $0 |
| **Other Structures** | | | | | | |
| 7.0 Parking Garage | ✔ | ✔ | ✔ | $1,500 | $26,000 | $0 |
| **Code Compliance and Accessibility** | | | | | | |
| 9.1 Building, Zoning, and Fire Code Compliance | ✔ | | | $0 | $0 | $0 |
| 9.2 ADA Compliance | ✔ | ✔ | ✔ | $7,900 | $0 | $0 |
| | | | Total | $32,150 | $163,000 | $599,260 |

| | Today's Dollars | $/SF | $/Year | w/ Escalation | $/Year |
|---|---|---|---|---|---|
| Immediate Repairs Cost Estimate | $32,150 | $0.36 | N/A | N/A | N/A |
| Short Term Repairs Cost Estimate | $163,000 | $1.82 | N/A | N/A | N/A |
| Replacement Reserves Cost Estimate | $599,260 | $6.68 | $0.56 | $894,311 | $0.64 |

| | | Property Name: | 1220 Washington Street | | Gross Bldg. Area: | | 89,715 | Square Feet |
| | | Location: | Newton, Massachusetts | | Number Buildings: | | 1 | |
| | | Project Number: | 54456 | | Reserve Term: | | 12 | years |
| | | | | | Property Age: Unknown| | | years |

| Sec | Component or System | Comments | Quantity | Unit | Cost | I-Total$ |
|---|---|---|---|---|---|---|
| 1.6 | Structural Engineer, Review & report | Review parking garage drainage and structure | 1 | LS | $2,500.00 | $2,500 |
| 3.4 | Exterior pole standard & lighting | Repairs as necessary | 2 | EA | $500.00 | $1,000 |
| 3.4 | Building mounted HID lighting | Install lights for parking area at east end of building | 2 | EA | $500.00 | $1,000 |
| 4.3 | Roof Repairs | Contingency budget for immediate repairs | 1 | LS | $2,000.00 | $2,000 |
| 4.5 | Exterior concrete stair repair | Repairs to garage stairs | 1 | LS | $2,000.00 | $2,000 |
| 4.5 | Interior stair vinyl treads | Replace damaged treads as safety precaution | 30 | EA | $25.00 | $750 |
| 5.6 | Repairs to sprinkler system | Contingency budget for repairs | 1 | LS | $2,000.00 | $2,000 |
| 5.6 | Repairs to fire alarm panel | Contingency budget for repairs | 1 | LS | $2,000.00 | $2,000 |
| 5.6 | Fire Extinguishers | Recharge or replace | 20 | EA | $50.00 | $1,000 |
| 6.5 | Infrared survey | Identify causes of warm circuit breakers | 1 | LS | $2,500.00 | $2,500 |
| 6.5 | Repairs or rewiring | Contingency budget for deficiencies identified in infrared survey | 4 | EA | $1,500.00 | $6,000 |
| 7.0 | Video inspection of storm drain structure | Determine cause of repeated clogging | 1 | LS | $1,500.00 | $1,500 |
| 8.2 | ADA Compliance Items | See Section 8.2 of the report for detailed explanation. | 1 | LS | $7,900.00 | $7,900 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | Total Immediate Repairs | | $32,150 |
| | | | | Cost per square foot | | $0.36 |

Table 1

4/6/99

Short Term

## Short Term Repairs Cost Estimate

| | Property Name: | 1220 Washington Street | Gross Bldg. Area: | | 89,715 | Square Feet |
| | Location: | Newton, Massachusetts | Number Buildings: | | 1 | |
| | Project Number: | 54456 | Reserve Term: | | 12 | years |
| | | | Property Age: Unknown | | | years |

| Sec | Component or System | Comments | Quantity | Unit | Cost | ST-Total$ |
|---|---|---|---|---|---|---|
| 4.3 | Roof covering, rubber membrane | Roof replacement due to apparent condition and EUL | 360 | SQ | $225.00 | $81,000 |
| 4.4 | Exterior walls, masonry cleaning / repointing | Older section of building | 10,000 | SF | $5.00 | $50,000 |
| 5.3 | Scrape and paint gas lines | Corrosion on gas lines on roof | 1 | LS | $2,000.00 | $2,000 |
| 5.5 | Elevator, cab doors | Replacement of door actuators | 1 | EA | $2,000.00 | $2,000 |
| 5.5 | Elevator, controller or dispatcher | Repairs to keycard actuator system and logic. | 1 | EA | $2,000.00 | $2,000 |
| 7.0 | Garage/underground storm drainage | Contingency budget for repairs | 1 | LS | $10,000.00 | $10,000 |
| 7.0 | Garage upper deck drainage | Contingency budget for correcting drainage | 1 | LS | $2,000.00 | $2,000 |
| 7.0 | Exterior walls, caulking & sealants | Clean and apply efflorescent checking sealant. | 16,000 | SF | $0.75 | $12,000 |
| 7.0 | Interior walls and decks | Repair areas of minor spalling | 1 | LS | $2,000.00 | $2,000 |

| | |
|---|---|
| **Total Short Term Repairs** | **$163,000** |
| **Cost per square foot** | **$1.82** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Name: | 1220 Washington Street | | | Evaluation Term: | 12 | | | |
| Location: | Newton, Massachusetts | | | Building Age: | Unknown | | | |
| | 54456 | | | No. of Buildings: | 1 | | | |
| Project Number: | | | | Total Square Footage: | 88,715 | | | |
| Inflation Rate: | 2.50% | | | | | | | |

Probable Replacement Dates & Estimated Expenditures ($)

| Sec | Component or System | EUL (Y) | AGE (Y) | RUL (Y) | Unit | Density | Unit Cost ($) | Replacement Reserve Costs | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Total Reserve Over Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Asphalt repair (cut & patch, full-depth) | | | | SF | 3,600 | $2.50 | $9,000 | $0 | $0 | $9,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,000 |
| 3.1 | Asphalt pavement (seal coat over term) | | | | SF | 17,000 | $0.10 | $1,700 | $0 | $0 | $0 | $0 | $850 | $0 | $0 | $0 | $0 | $0 | $0 | $850 | $1,700 |
| 4.4 | Exterior walls, caulking & sealants | | | | SF | 31,000 | $0.55 | $17,050 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $17,050 | $0 | $0 | $0 | $0 | $17,050 |
| 4.6 | Common Areas, wood | | | | SF | 1,600 | $1.50 | $2,400 | $0 | $0 | $2,400 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,400 |
| 4.5 | Elevator cab interior | | | | EA | | $8,000.00 | $8,000 | $0 | $0 | $0 | $0 | $8,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,000 |
| 8.1 | Wall lanterns | | | | EA | 100,000 | $8.00 | $850,000 | $0 | $12,500 | $0 | $12,500 | $0 | $12,500 | $0 | $12,500 | $0 | $0 | $12,500 | $0 | $50,000 |
| 8.1 | Floor finishes, carpet | | | | SY | 10,000 | $18.00 | $180,000 | $0 | $0 | $45,000 | $0 | $45,000 | $0 | $45,000 | $0 | $45,000 | $0 | $0 | $45,000 | $180,000 |
| 8.3 | Package package units per ton | | | | TON | 300 | $1,100.00 | $330,000 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $330,000 |
| 8.6 | DHW heaters, <150 gal | | | | EA | 3 | $350.00 | $1,050 | $0 | $0 | $350 | $0 | $0 | $350 | $0 | $0 | $0 | $0 | $350 | $0 | $1,050 |
| | | | | | | | | $599,200 | $27,500 | $40,000 | $84,250 | $40,000 | $81,350 | $27,850 | $80,000 | $57,050 | $100,000 | $27,500 | $40,350 | $73,350 | $599,200 |

| | | | |
|---|---|---|---|
| ANNUAL RESERVE (UNINFLATED) | | $599,200 | |
| INFLATION RATE FACTOR | | 1.0000 | 1.0250 | 1.0506 | ... |
| ANNUAL RESERVE (INFLATED) | | $27,500 | $41,000 | $88,316 | ... |
| UNINFLATED RESERVE / SF / YEAR | | $0.56 | | |
| INFLATED RESERVE / SF / YEAR | | $0.04 | | |

EUL: Expected Useful Life (Average)
AGE: Effective Age of Building Components
RUL: Remaining Useful Life (Estimated)

108



54456

## 2.    Purpose and Scope

We have been informed that you desire to engage EMG in support of your due diligence activities for the acquisition of the above referenced property. We have been informed that your objective related to the Property is: to acquire the property and hold for approximately five to seven years. A restatement of your objective allows EMG to inspect the Property with an eye toward your investment concerns.

EMG shall perform a Property Condition Evaluation (the "Service") meeting the client requirements hereafter described. EMG shall provide the service for the sole use of the client, subject to the terms and conditions set forth in the Agreement dated March 2, 1999.

### 2.1.    Purpose

EMG was retained by the client to render an opinion as to the Property's current general physical condition as of the day of our site visit pursuant to our Agreement dated March 2, 1999. It is EMG's understanding that the client intends to rely upon this report for decisions related to the acquisition of the property.

Based on the observations, interviews and document review outlined below, this report identifies significant deferred maintenance issues, existing deficiencies, and material code violations of record at municipal offices that effect the Property's use. Opinions are rendered as to its structural integrity, building system condition and the Property's overall condition. The report also notes building systems or components that have realized or exceeded their typical expected useful lives.

The physical condition of building components is typically defined as being in one of three categories: Good, Fair, and Poor. For the purposes of this report, the following definitions are used:

| | | |
|---|---|---|
| Good | = | Satisfactory as is, requiring routine maintenance |
| Fair | = | Satisfactory as is for the most part but some aspects demand attention in the future |
| Poor | = | Requires immediate or short term repair, replacement or significant maintenance |

10

HEADQUARTERS:   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

109

**EMG**

54456

## 2.2. Scope

To accomplish the Property Condition Evaluation in accordance with the Client's requirements, we will perform the following Services:

■ Visit the subject property to observe and evaluate the current general condition of the building and site improvements, and review available construction documents to assist with the review and evaluation of building systems and site improvements.

■ Provide a full description of the property and improvements, with descriptions of in-place systems and commentary on observed conditions, to include site, architectural, structural, mechanical, electrical, plumbing, fire and life/safety, interior, exterior, and other systems.

■ Identify those components observed that are exhibiting deferred maintenance issues and provide estimates for "immediate" (90-day), "short term" (1-year) and "replacement reserve" (12-year) costs based on observed conditions, available maintenance history and industry-standard useful life estimates. If applicable, this analysis will include the review of any available documents pertaining to capital improvements completed within the last five (5)-year period or currently under contract. EMG shall also review available maintenance records and procedures and interview current available maintenance staff and relevant property contractors.

■ Provide a general statement of observations regarding the property's general compliance with Title III of the Americans with Disabilities Act. This will not constitute a full ADA survey, but will help to indicate whether the Client is exposed to accessibility issues and whether a more comprehensive review is advisable.

■ List the current utility service providers, and inquire as to whether there is any documented life safety/code violations on record with local building, zoning and fire departments.

■ Observe and generally comment upon the condition of the common areas, a representative sampling (10%) of interior tenant spaces/units, and accessible vacant spaces/units.

■ Provide an Executive Summary at the beginning of the report to provide a quick, "user-friendly" summary of the property's condition and estimated costs assigned by category. These costs will be cross-referenced to report sections where cost issues will be explained in detail. The report will also recommend additional studies if required, with an estimate of associated costs.

11

110



54456

*Please Note:  An EMG Enhanced Property Condition Evaluation is intended to provide a current evaluation of the subject property's general condition in accordance with industry-accepted due diligence practice.  The Client may require a more detailed evaluation of specific systems, equipment or components, which EMG can provide, as an additional service, either in conjunction with the Enhanced Property Condition Evaluation, or as a follow-up evaluation of specific conditions or issues identified by the Enhanced Property Condition Evaluation.*

12

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

111



54456

## 3.    Site Description and Observations

### 3.1.    Parking, Paving and Sidewalks

*Description:* The main entrance drive is located on the northern side of the property from Washington Street. There is an additional entrance at the northeast corner of the building, also from Washington Street, and there are two entrances into the parking garage from Chestnut Street. The pavement surfaces in the front entrance drives are paved with asphaltic concrete. Brick pavers at the central entrance to the building, from Washington Street, accent isolated areas. The asphalt-paved areas do not have curbing.



Parking is provided for approximately 262 cars, which is approximately 2.9 spaces per thousand square feet of floor area. There are 13 spaces in open lots and 249 spaces provided in an attached parking structure. Approximately four spaces are designated for disabled use.

The sidewalks along the public streets are constructed of concrete. Walkways on the property are constructed with brick pavers. Access stoops are constructed of concrete, finished with brick, and have metal handrails.

*Observations/Comments:*

■    The asphaltic concrete pavement in the parking areas and service drives was observed to have areas of alligator cracking and evidence of prior repairs. Additional repairs are anticipated in these areas during the evaluation period. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3). The areas were most predominant at the main entrance drive. Our cost includes resurfacing of the asphalt in this area and sealcoating and restriping of the remaining areas.

■    The sidewalks, entrance steps and stoops appeared to be in good condition requiring routine cleaning and maintenance. No other action is required.

13

**EMG**

54456

## 3.2.    Drainage Systems and Erosion Control

*Description:* Site storm water from the roofs of the building, parking garage, lawns and paved areas flows into on-site inlets and catch basins with underground piping connected to the municipal storm drain system.

*Observations/Comments:*

- ■    Evidence of storm water runoff from adjacent properties was not observed. No action is required.

- ■    The storm water system appeared to provide adequate runoff with no evidence of major ponding or erosion noted. No action is required.

## 3.3.    Topography and Landscaping

*Description:*    The property slopes moderately downward from the rear of the building (south side of the property) to the front of the building (north side of the property).  The property also slopes steeply away from the rear of the building down to the south to a railroad easement adjoining the rear of the property.



The landscaping consists of trees, shrubs and grasses.

Surrounding    properties    include    the Railroad and Massachusetts Pike to the south, commercial properties to the east and north, and a police station to the west.

A masonry retaining wall abuts a portion of the property adjacent to the west end of the parking garage. The property manager reported that the retaining wall belonged to the adjacent property.

*Observations/Comments:*

- ■    The property topography and adjacent uses did not appear to present conditions detrimental to the property.  No significant areas of erosion were observed affecting the property. No action is required.

14

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 8220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

113

**EMG**

54456

- The landscaping appeared to be well maintained and in good condition requiring routine maintenance. No other action is required.

- The retaining wall was reportedly owned and maintained by the adjoining property. No action is required.

## 3.4.    General Site Improvements

*Description:* Property identification signage is provided by street address numbers mounted above each building address. Tenant signage is mounted adjacent to the building entrances. One tenant has a monument sign located in the landscaping adjacent to Washington Street.



Site lighting is provided by property-owned streetlights with high intensity lamps, mounted on hollow metal poles spaced along the driving lanes and in parking areas.

There is a limited amount of building exterior lighting provided by light fixtures surface-mounted on the exterior walls. There was no exterior lighting observed at the east and south sides of the property.

There are dumpsters located in the parking, rear service drive and loading dock areas, which are placed on the asphalt paving without enclosures.

*Observations/Comments:*

- The property identification signs appeared to be in good condition requiring routine maintenance. No other action is required.

- The tenant identification signs and street address numbers appeared to be in good condition, with some requiring maintenance, repair or replacement. The minimal aggregate quantity of this work allows for the repairs to be performed as part of routine maintenance. No other action is required.

15

114

**EMG**

54456

- The exterior light fixtures appeared to be in good condition requiring routine maintenance. We visited the site at night and noted that lamps in two of the lights were not operational. Replacement of lamps is considered to be routine maintenance, however, a nominal cost is included in the Immediate Repairs Cost Estimate (Table 1) in the event repairs are required. No other action is required.

- It was noted that the parking area at the east end of the site is not lighted. We have included a nominal cost for installation of building-mounted lighting at this area. The cost is included in the Immediate Repairs Cost Estimate (Table 1).

- The dumpsters are owned and maintained by the refuse contractor, and the tenants contract the service. No action is required.

## 3.5.    Utilities

The following is a table of utilities supplied to the site and the names of the suppliers:



| Site Utilities | |
| Utility | Supplier |
| --- | --- |
| Sanitary Sewer | City of Newton |
| Storm Sewer | City of Newton |
| Potable Water | City of Newton |
| Electric Service | Boston Edison |
| Natural Gas Service | Boston Edison |
| Telephone Service | NYNEX |

The on-site representatives reported that the utilities provided are adequate for the property. Observable utilities appeared to provide adequate service for the function of the property.

### 3.5.1.   On-site Water System

*Description:*  On-site water lines are supplied by the main located in Washington Street. The water meter is located in a vault adjacent to this public roadway.

The on-site portion of the water distribution system is the responsibility of the property to maintain.

16



54456

The nearest fire hydrant is located along the public streets bordering the property.

*Observations/Comments:*

■ The water pressure and quality was reported to be adequate for the domestic needs of the property. No action is required.

■ The private on-site water distribution system was reported to be in good condition, with no reported or readily apparent problems. The system was reportedly replaced in 1983 at the time of remodeling, and the estimated Remaining Useful Life (RUL) for the material utilized indicates that it should only require routine maintenance. No other action is required.

### 3.5.2. On-site Sanitary Sewer System

*Description:* The sanitary sewer systems discharge into a municipal sewer main in Washington Street at the north side of the property.

*Observations/Comments:*

■ The private on-site sanitary sewer collection system was reported to be in good condition, with no reported or readily apparent problems. It is expected that the system will require routine maintenance over the evaluation period. No other action is required.

### 3.5.3. Property Electrical, Telephone and Cable Distribution System

*Description:* The electrical and telephone wiring/cabling is run underground throughout the property. The electrical services are connected to pad-mounted transformers, which feed the building interior mounted electrical meters at each tenants electrical service. The common area lighting is metered separately.

The building service size is 4,000 amps, 115/208 volt three phase, four wire, alternating current (AC).

*Observations/Comments:*

■ The on-site electrical, telephone and cable TV system is owned and maintained by the respective utility company. This includes transformers, meters and all elements of the on-site system. No action is required.

17

HEADQUARTERS: EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON



54456

### 3.5.4.  Property Gas Distribution

*Description:*  The on-site gas lines are supplied by a municipal gas main located in Washington Street.  Gas service is supplied to each tenant at the front of the building, adjacent to the central parking area.  The gas meters are located in a vault in the landscaped area at the service connection.

*Observations/Comments:*

- ■  The gas pressure and quantity was reported to be adequate.  No action is required.

- ■  The meters and regulators appeared to be in good condition requiring routine maintenance, which is the responsibility of the utility.  No other action is required.

- ■  The manager reported that the distribution system is in good condition and that no gas leaks had been reported.  The system requires routine maintenance, which is the responsibility of the utility.  No other action is required.

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0560   FAX 410 785 6220
ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

117

**EMG**

54456

# 4.    Building Architectural and Structural Systems

## 4.1.    Foundations

***Description:***  The foundation system is reportedly cast-in-place concrete perimeter wall footings with concrete masonry foundation walls.  Interior column pads are constructed of cast-in-place reinforced concrete with reinforced concrete piers.

***Observations/Comments:***

■    The foundations and footings could not be directly observed while on-site.  No apparent signs of significant cracking or movement that would indicate excessive settlement were observed.  No action is required.

## 4.2.    Superstructure and Floors

***Description:***  The building is constructed with a cast-in-place reinforced concrete slab at the first floor.  .

The superstructure system consists of load bearing concrete masonry units. The original section of the building has wood joist upper floor framing.

The new sections of the building (1983) are constructed with steel beams and open-web steel joists with metal decking and concrete slab floors.



Steel columns and beams provide interior structural framing.  The roof system is framed with steel beams and open-web steel joists with metal decking and lightweight concrete topping.

***Observations/Comments:***

■    The superstructure and floor framing were open for limited observation. Observed floors appeared to be level and stable and no significant signs of deflection or movement was observed.  No action is required.

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

118

**EMG**

54456

### 4.3. Roofing

*Description:* The roofing system is classified as low slope or flat roofing. The roof deck is constructed of metal decking with lightweight concrete fill on open-web steel joist framing. It was reported that the roof system has rigid insulation.



The main roofing material consists of a mechanically attached, elastomeric single-ply "rubber" roofing membrane. Equipment curbs have single-ply "rubber" roofing membrane base flashing. Parapet walls have metal copings.

Water is drained from primary roof surfaces through internal roof drains, which empty into the municipal storm water system.

*Observations/Comments:*

- Property management personnel stated that numerous roof leaks have been reported in the past year. During our site visit, one of the tenants reported that some of these leaks remain active. All active leaks should be repaired immediately. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

- No evidence of roof deck or insulation deterioration was observed or reported. These items should be inspected during any future roofing repair or replacement. No other action is required.

- The roof decking appeared to be in good to fair condition. Isolated areas of soft roofing surfaces indicated possible substrate damage at the southeast corner of the building and in small areas along the south perimeter of the building. This damage should be repaired during the next roof replacement. The costs for repair are included in those for the overall replacement Project. No other action is required.

- The roofing system was reported to be approximately 16 years old. The field of the roof appeared to be in fair overall condition. There were several areas where evidence of prior repairs were observed. Based on the history of leaks and the estimated useful life of this type of roof system, replacement is anticipated within one year. The cost of this work is included in the Short Term Reserves Cost Estimate (Table 2).

20

119

EMG

54456

- The roof flashing appeared to be in good to fair overall condition requiring routine maintenance. No other action is required.

- The parapet walls and copings appeared to be in good to fair overall condition requiring routine maintenance. No other action is required.

- It had rained on the morning of our site visit. There were numerous minor areas of ponding water on the roof at the time of our tour. Although many areas appeared to have minimal accumulations of water that would evaporate within a day, at least one area near the southeast corner of the building appeared to routinely accumulate ponding water and several areas adjacent to the HVAC equipment appeared to also have inadequate drainage. Ponding could lead to premature roof system failure. Because roof replacement is anticipated within the next year, separate costs have not been included for correction of the ponding. Ponding should be corrected at the time of roof replacement.

- Clearing and minor repair of drain system components should be performed regularly as part of routine maintenance. No other action is required.

### 4.4. Exterior Walls

*Description:* The exterior walls of the building and parking garage are clad with brick on concrete block walls. The window and door openings have brick lintels and brick and pre-cast concrete sills.

*Observations/Comments:*



- The face brick on the new sections of the office building appeared to be in good condition, with no cracking or efflorescence evident. No immediate action is required.

- The brick on the building exterior of the original building appeared to be in fair condition. A general deterioration of the mortar joints was evident, with minor areas of apparent moisture infiltration and efflorescence staining. Tuck pointing, cleaning, and an efflorescence check coating material should be applied. The cost of this work is included in Short Term Repairs Cost Estimate (Table 2).

- Cleaning and reapplication of an efflorescence check coating material should be applied to the entire building over the evaluation period. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3).

21

120

**EMG**

54456

## 4.5.    Exterior and Interior Stairs

*Description:* The exterior stairs in the parking garage are constructed of reinforced concrete. The handrails are constructed of metal with metal balusters and metal top rail.

The interior stairs in the original section of the building are constructed of wood. The interior stairs in other sections of the office building are constructed of light-gauge steel with closed risers and concrete filled steel pan treads, covered



with vinyl or carpeting. The risers are wood and the handrails are constructed of metal with metal balusters and wood top rail.

*Observations/Comments:*

- The interior stairs in the office building generally appeared to be in good condition, with the exception of the vinyl treads on the stairs at the southeast corner of the building. Numerous damaged treads were observed that potentially creates a trip hazard. These treads should be replaced immediately. The cost is included in the Immediate Repairs Cost Estimate (Table 1).

- The exterior stairs in the parking garage appeared to be in fair to poor condition. We observed spalled concrete surfaces, cracked risers and treads and deterioration of corners, which appeared to present a safety hazard. Immediate repairs of the deteriorated portions of the stair are required. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

121

**EMG**

54456

### 4.6.    Exterior Windows and Doors

*Description:*  The building windows are vinyl-framed, double-glazed, fixed-pane units    The building's front exterior entrance doors are aluminum, with full-glass panels set in metal frames.  The main entrance door for the center section of the building is equipped with an automatic opener controlled by a switch pad.  The service doors, in most cases, are painted hollow metal doors.



Exterior entrance doors contain push-pull plates and keyed deadbolts.

*Observations/Comments:*

- The windows and doors appeared to be in good condition requiring routine maintenance.  No other action is required.

### 4.7.    Patio, Terrace and Balcony

Not applicable.

### 4.8.    Common Areas, Entrances and Corridors

The building entrances each have a foyer enclosed with doors and walls similar in construction to the entrance.  Stairways to the upper levels are accessed from each of the lobby entrances.  There is a lobby, which contains mail supplies near the center of the building, with an additional stairway to the lower and upper levels. The lobby areas have ceramic tile or wood parquet flooring.



Wall finishes are primarily exposed brick.

23

122



54456

Tenant unit entrances are accessed from each lobby or directly from outside the building.

### Observations/Comments:

■    The building lobby, entrance foyers, corridors and stairways appeared to be in good condition. Replacement or refinishing of the parquet flooring will be required over the evaluation period. The costs are included in the Replacement Reserves Cost Estimate (Table 3).



24

HEADQUARTERS:   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE. MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

123

EMG

54456

# 5.    Building Mechanical, Electrical and Plumbing Systems

## 5.1.    Building Heating, Ventilating, and Air-conditioning (HVAC)

*Description:*    The building does not have a central heating, ventilating or air-conditioning system.  The common areas, such as foyers and corridors, are not air-conditioned.    Small, wall-mounted electric heaters are installed in the lobbies.  Baseboard electric heaters are installed in the stairwells.    See Section 6.3 for a description of the tenant unit HVAC systems and conditions.

*Observations/Comments:*

■    The wall-mounted heaters and baseboard heaters appeared to be in good condition requiring routine maintenance.  Some units may require repair or replacement within the evaluation period.  The aggregate cost is considered to be a part of routine maintenance. No costs have been included in the cost tables.

## 5.2.    Building Plumbing and Domestic Hot Water

*Description:*    The building plumbing systems include the incoming water service, the cold water piping system, and the sanitary sewer, soil, waste, and vent system.



The risers and horizontal distribution piping within the building was reported to be copper.  Observed portions of the piping were copper.

The water meter is located in a mechanical closet on the ground floor of the facility.  The soil, waste, and vent system within the building was reported, but not visually confirmed, to be cast iron.

HEADQUARTERS.  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

124



54456

*Observations/Comments:*

■   The plumbing systems appeared to be well maintained, and were reported to be in good condition requiring routine maintenance. No other action is required.

■   The water pressure was reported to be adequate for the property. No action is required.

### 5.3.   Building Gas Distribution

*Description:* The building's gas service is a steel line entering the front of the building. The gas piping within the building appeared to be steel. Gas is reportedly used exclusively for the HVAC equipment mounted on the roof of the building.



The individual tenants are reportedly separately metered. The gas meters are located in a vault located in a landscaped area in front of the building.

*Observations/Comments:*

■   The gas pressure and quantity was reported to be adequate. No action is required.

■   The building gas meters and regulators were reported to be in good condition. No problems were observed at the time of our site visit. No other action is required.

■   Gas piping observed on the roof at the time of our site visit appeared to be corroded, requiring scraping and painting within the next year to prevent further degradation of the piping system. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

HEADQUARTERS:   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

125

**EMG**

54456

### 5.4.    Building Electrical

*Description:*  The building service size
is 4,000 amps, 115/208 volt, three phase,
four wire alternating current (AC).



The electrical meters for common areas
and individual units are installed in the
electrical room near the east end of the
building.  The circuit breaker panels are
located in an electrical equipment room
within each tenant space or in the main
electrical room.    The utilities for
common areas are metered separately.

*Observations/Comments:*

■    The electrical power was reported to be adequate for the building demands.  No
action is required.

■    The switchgear, circuit breaker panels and electrical meters appeared to be in
good condition.  No action is required.

### 5.5.    Building Elevators and Conveying Systems

*Description:*  The property has one hydraulic passenger elevator providing access to all
the floors on the east end of the building.  The elevator has front and rear access doors to
allow access to the two tenant spaces.  The level of the floors of the adjacent tenant
spaces do not align, so the elevator stops at each side, increasing the number of stops or
landings to double the number for a three-story building.  There is key-card access for
the elevator controls to allow restriction of access between the tenant spaces.

The elevator is serviced by Delta Beckwith.  The service contract is annually renewed.
The elevator machinery is located in a room adjacent to the shaft.  Maintenance records
were located in the elevator room, and were reviewed at the time of our site visit.
Maintenance visits appeared to be scheduled and performed monthly.  The elevator has a
rated capacity of 6,000 pounds.  Plans in the elevator room indicated that the elevator
has a speed of 110 fpm.  The state inspects elevators annually and the certificate of
inspection is displayed in the elevator.

HEADQUARTERS·  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·   DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

726



54456

The cab finish consists of carpet floor covering, plastic laminate and brushed stainless steel wall panels and recessed incandescent ceiling light fixtures. The doors are fitted with mechanical safety stops. The interior control panels within each elevator cab and at each landing appeared to meet ADA guidelines. The controls are the originally installed system.

*Observations/Comments:*

- The elevator certificates were out-of-date. The property manager reported that the state inspections had been performed and the property was required to install an emergency telephone in the elevator cab. The telephone installation had reportedly been installed and was operational and the property manager was waiting for the current certificate to be mailed. No additional costs have been included in the cost estimates. Annual inspections are considered to be a routine maintenance activity.

- The number of elevators is reportedly adequate for the facility. However, there was reportedly inadequate responsiveness. Elevator use is limited to the delivery of supplies between floors. Passengers typically use the stairs due to the lack of confidence in the elevator operation and it's responsiveness. The property manager made a service call to the elevator contractor at the time of our site visit, due to the faulty operation of the elevator and problems with the mechanical safety stops. Although we were on-site for several hours after the service call was made, the elevator service representative did not arrive at the site during our site visit.

- The elevator maintenance contractor, Mr. Greg Arute with Delta Beckwith, reported that the elevator equipment is generally in good condition requiring maintenance. There were problems with the operation of the elevator at the time of our site visit. The mechanical safety stops were not operating properly. The property manager reported that the elevator contract is a full service maintenance agreement, and that the cost of repairs should be covered in the contract. Therefore, separate costs have not been included in the cost estimate tables.

- As of the date of this report, we have been unable to interview the service representative. Based on our experience and observation of the operation of the installed system, it is our opinion that replacement of the mechanical safety stops with electronic safety stops should be anticipated within the next year. Upgrades to the controls are also anticipated within the next year. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

- The cabs appeared to be in fair condition. Replacement of the floor finish and wall panels will be required over the evaluation period. The cost is included in the Replacement Reserves Cost Estimate (Table 3).

28

**EMG**

54456

## 5.6.    Fire Protection and Security Systems

*Description:* The fire protection system consists of a wet-pipe sprinkler system, a wet standpipe with fire department hose valves and connections in each stair tower, portable fire extinguishers, smoke detectors, pull stations and alarm horns. There are Siamese connections on the exterior of the building and fire hydrants located along the public streets bordering the property.



The fire water service enters the building in two locations on the first floor of the facility. There is no fire pump for the facility. The sprinklers operate on the municipal water supply pressure. Back flow preventors for the systems were reportedly installed within the last few years.

Each access corridor is equipped with pull stations and alarm horns. The pull stations are located adjacent to the corridor exit doors and the building exit doors.

Three fire alarm panels are located in the lobbies or adjacent to the lobbies in each section of the building. The alarm panels monitor the pull stations, smoke detectors and flow switches. It also sounds the alarm and automatically notifies the monitoring service in the event of trouble.

Each access corridor, stairway and common space is equipped with battery back-up emergency lighting. Battery back-up exit lights are located at all required exits and along paths of exit travel.

Security is limited to security systems installed and maintained by the tenant.

*Observations/Comments:*

■       The fire protection system appeared to be in good condition. The local fire prevention division inspects this type of facility, but scheduling does not permit annual inspections. The last inspection was reportedly performed more than two years ago. A telephone interview was conducted with the local fire inspector. The fire inspector agreed to review the files and report any unresolved deficiencies. Any significant information will be forwarded upon receipt. No costs are included in the cost tables.

29

HEADQUARTERS:   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 5220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

128

EMG

54456

■   The sprinkler systems and the fire alarm systems are reportedly inspected
annually by local contractors. There were no tags or other documentation at the
site indicating that any of these systems have been recently inspected. The
property manager reported that the information regarding the most recent
inspection would be forwarded. If the inspections for this system are not current,
then this work should be performed immediately. Due to the absence of
documentation of recent inspections, a nominal budget for repairs has been
included in the Immediate Repairs Cost Estimate (Table 1). Inspection costs are
considered to be maintenance activities.

■   The pull stations and alarm horns appeared to be in good condition. The alarm
horns are equipped with strobe lights. No problems were reported or observed
with the installed system. No action is required.

■   Exit and emergency light replacement is considered to be routine maintenance.
No other action is required.

■   The fire extinguishers at the west end of the building appeared to have been
serviced within the last year. However, the fire extinguishers at the east side of
the building have not been serviced or recharged for several years. A service
contract should immediately be solicited and the extinguishers immediately
recharged. The cost of this work is included in the Immediate Repairs Cost
Estimate (Table 1).

■   The security equipment appeared to be in good condition. Replacement or repair
is considered to be the tenant's responsibility. No other action is required.

HEADQUARTERS: EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

129

54456

# 6. Interior

## 6.1. Interior Finishes

*Description:* The tenant spaces have a variety of unique interior finishes. Generally, the office areas are carpeted and the tenant break rooms have vinyl tile flooring. Some floors are painted concrete or ceramic tile. The ceilings are either open or finished with acoustical tile. Partitioning within the space is movable or unique to the individual tenant's design choices. Wall finishes include carpeting, painted drywall, laminate panels, corrugated metal and geometric designs with acoustical tiles. Bathrooms are generally finished with tiled floors and walls.



The interior doors are generally hollow core wood doors set in metal frames with painted or stained finish. Interior doors contain cylindrical hardware.

Each tenant has a local security alarm system with keypad located adjacent to the entry door.

*Observations/Comments:*

- The walls and ceilings appeared to be in good condition. Repair, replacement, maintenance, or upgrading of the interior finishes in the tenant space is the responsibility of the property. Minor patching and painting is part of the routine maintenance program at tenant turnover. No other action is required.

- Tenant area floor, wall and ceiling finishes appeared to be replacements in good condition. Renovation of interior finishes is typically performed by the tenant. The occupancy has reportedly been relatively stable, and tenant renovations have been financed by the existing tenant. Some floor finish and ceiling tile replacement is anticipated at tenant turnover. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3).

HEADQUARTERS.  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

13C



54456

■   Water-damaged ceiling tiles were observed in several areas in the upper floor ceilings. The aggregate cost of replacement of the observed quantity of damaged ceiling tiles is considered to be a routine maintenance cost, therefore, costs have not been included in the cost tables.

## 6.2.   Commercial Kitchen Appliances

There are no commercial kitchens at the facility.

## 6.3.   HVAC

*Description:*   The tenant spaces are heated and cooled by individual direct expansion, constant volume, gas-fired, packaged rooftop units. Air distribution is provided from the mechanical units through ductwork in the ceiling. Temperature control of the system is by a thermostat for each rooftop unit.



A list of the equipment, provided by the Property Manager, is included in Appendix C.

*Observations/Comments:*

■   The baseboard heating components appeared to be in good condition requiring routine maintenance. No other action is required.

32

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS
LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON



54456

■ The rooftop package HVAC units were generally of the same age. The label plates were illegible. Based on the construction drawings reviewed at the property management office, it appeared that the units were installed in 1983, making them approximately 16 years old. The units appeared to be in fair condition, considering the age of the equipment. The equipment has been painted and evidence of corrosion was visible on each unit, indicating that the units are approaching the end of their expected useful life. The typical expected useful life (EUL) for this type of equipment is 15 years. One unit was reportedly replaced within the last year. The maintenance contractor is reportedly a relative of the property owner. The remaining units appeared to be fairly well maintained. However, based on typical expected useful lives, we anticipate that all of the remaining 16-year old equipment will require replacement over the evaluation period. The cost is included in the Replacement Reserves Cost Estimate (Table 3). Some additional capacity was included in the replacement costs due to the changes in outside air requirements in design guideline changes implemented in 1989. (ASHRAE 62-89)

### 6.4.    Plumbing

*Description:*    The domestic water service to the units is through copper piping. An electric water heater is located in each unit. Sanitary and vent piping could not be observed, except below sinks, where steel pipe was observed.



*Observations/Comments:*

■ The plumbing systems appeared to be well maintained and in good condition requiring routine maintenance. No other action is required.

■ The water pressure and quantity of hot water was reported to be adequate. No action is required.

■ The water heaters were generally replacements of varying age. Replacement of some water heaters is expected over the evaluation period. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3).

33

132

**EMG**

54456

## 6.5. Electrical

*Description:* The electrical service to the
tenant units varies in size, apparently from
400 to 1,600-amps, 115/208 volt, three
phase alternating current (AC), with the
circuit breaker panel supplying the HVAC
system, receptacles and lighting fixtures
throughout each tenant space.



*Observations/Comments:*

■ We noted numerous warm circuit
breakers on the electrical panels
for the tenant space at the



northeast corner of the building. We noted one warm circuit breaker in another
tenant space. These conditions are typically caused by loose wiring connections
or overloaded circuits. It is recommended that an infrared survey be performed of
all of the electrical panels, and identified repairs be performed immediately. The
cost for the infrared survey and a nominal budget for repairs has been included in
the Immediate Repairs Cost Estimate (Table 1).

■ The electrical service to the tenant units was reported to be adequate. The
observed wiring was copper reportedly installed in conduit. Two electrical panels
were observed to be missing the covers and one electrical junction box was
missing a cover. Replacement of these items is considered to be a routine
maintenance activity. However, the repairs should be performed immediately as
a safety precaution. No costs have been included in the cost tables.

■ The interior lighting fixtures appeared to be in good condition. Replacement is
considered to be routine maintenance. No other action is required.

HEADQUARTERS: EMG CORPORATE CENTER · 11011 McCORMICK ROAD · BALTIMORE, MARYLAND 21031 · 800 733 0660 · FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

133

**EMG**

54456

## 7.    Other Structures

*Description.*   The parking structure located on the property is constructed of concrete masonry and cast-in-place concrete framing, including columns, beams and floor and roof slabs. The roof serves as the last level of parking. Exterior walls are faced with brick. The parking garage is provided with a dry stand pipe and fire hose connections. The entrances and exits have gates controlled by a key card system.



*Observations/Comments:*

■   The drainage system in the garage was not draining properly at the time of our site visit. There was ponding water on the ground floor of the garage on both days of our site visit (more than 24 hours after the last rain). The Property Manager reported that there was an accumulation of grit in the storm sewer and that the storm drain needed to be routinely cleaned. It is our opinion that this is an indication of problems with the storm drain system. We recommend that the storm drains be cleaned and videotaped. The drainage system should be evaluated by a local professional engineer and repaired as necessary. A nominal budget for video taping and an engineering evaluation is included in the Immediate Repairs Cost Estimate (Table 1). The engineering evaluation cost was previously discussed in section 1.6. The video inspection cost is presented in the cost table under Section 7. Although the repair cost cannot be accurately determined without the additional study, a budgetary cost for repairs to the underground storm drainage system is included in the Short Term Repairs Cost Estimate (Table 2).

■   The brick on the exterior of the parking garage appeared to be in good condition, but some isolated areas of efflorescence staining was evident, primarily along the third floor deck along the south side and west sides of the garage. We recommend that the drainage be reviewed on the upper decks of the garage and corrections be made to allow proper storm drainage from the upper decks. The costs are included in the Immediate Repairs Cost Estimate (Table 2).

■   After the drainage is corrected, cleaning of the face brick and an application of a efflorescence checking coating to the exterior brick walls is recommended within the next year. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

HEADQUARTERS:   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

134



54456

■    The framing, walls and decks of the parking structure appeared to be in fair condition. Small areas of spalled concrete and minor rust stains were observed, indicating initial corrosion of the steel reinforcing in the ceilings of the garage. There were also mineral deposits noted in several locations from water penetration through the joints in the garage decks. There were some areas where prior repairs were evident. The Property Manager reported that there were repairs made to the parking garage prior to the current owner's acquisition of the property, but he was not aware of the extent of the repairs. Cleaning and patching the areas of spalled concrete with an epoxy concrete patch is required within the next year. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

■    The ground level of the parking garage had areas of cracking in the concrete slab. The cracks appeared to be tight, and the Property Manager reported that the condition was stable. Sealing the cracks is considered to be a part of routine maintenance. No additional action is required.

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·   DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

135

EMG

54456

# 8.   Code Compliance and Accessibility

## 8.1.   Building, Zoning, and Fire Code Compliance

According to statements by Mr. Mark Gilroy of the City of Newton Building Department and Fire Inspector Davis of the City of Newton Fire Department, there were no outstanding building, zoning, or fire code violations on file for the property. In addition, Mr. Gilroy indicated that the property is located in a BU-1 zoning district.

A copy of the Certificate of Occupancy was requested and will be forwarded upon receipt.

Review of the Flood Insurance Rate Map, published by the Federal Emergency Management Agency (FEMA) and dated July 17, 1986, indicated that the property is located in Zone C, defined as an area outside of the 500-year flood plain with minimal flooding. A copy of the flood hazard information is included in Appendix C.

According to the 1994 Uniform Building Code, the property is located on the Seismic Zone Map under Seismic Zone 2A, defined as an area of low to moderate probability of damaging ground motion.

## 8.2.   ADA Compliance

Generally, Title III of the Americans with Disabilities Act (ADA) prohibits discrimination by entities to access and use of "areas of public accommodations" and "commercial facilities" on the basis of disability. Regardless of their age, these areas and facilities must be maintained and operated to comply with the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

Buildings completed and occupied after January 26, 1992 are required to fully comply with ADAAG. Existing facilities constructed prior to this date are held to the lesser standard of complying to the extent allowed by structural feasibility and the financial resources available, or a reasonable accommodation must be made.

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

136



54456

During the Property Condition Survey, a limited visual observation for ADA compliance was conducted. The scope of the visual observation was limited to those areas of compliance, which are set forth on the ADA Compliance Checklist attached in the appendices. It is understood by the Client that the limited observation described herein does not comprise a full ADA Compliance Survey, and that such a survey is beyond the scope of EMG's undertaking. Only a representative sample of areas was observed and, other than as shown on the compliance checklist, actual measurements were not taken to verify compliance.

At an office type property such as this, the areas considered as a public accommodation include the site and parking, the exterior accessible route, the interior accessible route up to the tenant lease lines and the public restrooms.

Based on our observations, the facility did not appear to be in compliance with Title III of the Americans with Disabilities Act. Elements observed at the property which were not in compliance with the priorities of Title III, as defined by the ADAAG are as follows:

38

HEADQUARTERS: EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA • BALTIMORE • BOSTON • CHICAGO • DALLAS • DENVER • DETROIT • HARTFORD • KANSAS CITY • LAS VEGAS

**EMG**

54456

## ADA "QUICK LOOK" BARRIER CHECKLIST

| Building History | Yes | No | N/A | Remedial Action/Comments | Calculation | Estimated Cost |
|---|---|---|---|---|---|---|
| 1. Is the building or a portion thereof, classified as a "Commercial Facility" or "place of Public Accommodation as defined by ADA? | ✔ | | | | | |
| 2. Has the Owner previously completed an ADA review? | | ✔ | | | | |
| 3. Does an ADA compliance plan exist for the property? | | ✔ | | | | |

| Building Access | Yes | No | N/A | Remedial Action/Comments | Calculation | Estimated Cost |
|---|---|---|---|---|---|---|
| 1. Are there an adequate number (per regulation) of wheelchair-accessible parking spaces available?(96' wide/60" aisle) | | ✔ | | Adequate number of designated parking stalls and signage for cars were not provided. (ADAAG Section 4.1.2) | 6 @ $150 ea. | $900 |
| 2. Is there at least one wheelchair-accessible van parking space (96" wide/96" aisle) for every 8 standard accessible spaces? | | | ✔ | Adequate number of designated parking stalls and signage for vans were not provided. (ADAAG Section 4.1.2.5b) | 1 @ $200 ea. | $200 |
| 3. Are accessible parking spaces located on the shortest accessible route of travel to an accessible building entrance? | ✔ | | | | | |
| 4. Does signage exist directing you to wheelchair-accessible parking and an accessible building entrance? | | ✔ | | Appropriate signage indicating accessible parking and entrances to the facility were not provided. (ADAAG Section 4.30) | 3 @ $100 ea. | $300 |
| 5. If needed, is there a ramp from the parking to an accessible building entrance? Does the slope of the ramp appear too excessive? | ✔ | | | The building requires the construction of a straight entrance ramp with handrails to allow wheelchair access. (ADAAG Section 4.8) | 20 ft. @ $300 LF | $6,000 |
| 6. Are handrails provided (1:12 slope or less)? | ✔ | | | | | |

39

**EMG**

54456

## ADA "QUICK LOOK" BARRIER CHECKLIST

| 7. | If the main entrance is inaccessible, are there alternate accessible entrances? | ✔ | | | Install buzzer or intercom for assistance and service at exterior entrance doors or parking space. (ADAAG Section 4.27) | 1 @ $500 ea. | $500 |
|----|----|----|----|----|----|----|----|
| 8. | Does the entrance doorway appear to be wide enough for wheelchair access, at least 32" wide? | ✔ | | | | | |
| 9. | Does the door seem easy to open? (lever/push type knob, no twisting required, no higher than 48" above floor)? | ✔ | | | | | |
| 10. | Are entry doors other than revolving doors available? | ✔ | | | | | |

| **Restrooms** | Yes | No | N/A | **Remedial Action/Comments** | **Calculation** | **Estimated Cost** |
|----|----|----|----|----|----|----|
| 1. Are common areas public restrooms located on an accessible route? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 2. Are door handles push/pull or lever type? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | . |
| 3. Are access doors wheelchair-accessible (at least 32" wide)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 4. Are public restrooms large enough for wheelchair turnaround (60" turning diameter)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 5. Are stall doors wheelchair-accessible (at least 32" wide)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 6. Are grab bars provided in toilet stalls (33"-36" above floor)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 7. Do sinks provide clearance for a wheelchair to roll under (29" clearance)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 8. Are sink handles operable with one hand without grasping, pinching, or twisting? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

139

**EMG**

54456

| | ADA "QUICK LOOK" BARRIER CHECKLIST | | | | | | |
|---|---|---|---|---|---|---|---|
| 9. | Are exposed pipes under sinks sufficiently insulated against contact? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 10. | Are soap dispensers, towels, etc. reachable (48" from floor for frontal approach, 54" for side approach)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 11. | Is the base of mirror no more than 40" off floor? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| **Building Common Areas** | | **Yes** | **No** | **N/A** | **Remedial Action/Comments** | **Calculation** | **Estimated Cost** |
| 1. | Is the path of travel free of obstruction and appear wide enough for a wheelchair (at least 60" wide)? | | | ✔ | Some portable furniture blocks pathway. Relocation is considered routine maintenance. | | |
| 2. | Are floor surfaces firm, stable and slip resistant? Are carpets "wheelchair user friendly"? | | | ✔ | No measurements taken. Tile and wood floors appeared to be slip resistant. | | |
| 3. | Do obstacles (phones, fountains, etc.) protrude no more than 4" into walkways or corridor? | | ✔ | | | | |
| 4. | Does at least one elevator serve the entire building? | | ✔ | | Tenants are generally accessible from the ground level. See comments on signage and an intercom. Elevator provided service only for two tenants and is reportedly used only for transportation of supplies, not for routine passenger service. | | |
| 5. | Are the elevator controls accessible and usable from a wheelchair (48" front approach/54" side approach)? | ✔ | | | | | |
| 6. | Are there raised elevator markings in Braille and Standard Alphabet for the blind? | ✔ | | | | | |
| 7. | Are there audible signals inside cars indicating floor change? | ✔ | | | | | |

41

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

140



54456

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADA "QUICK LOOK" BARRIER CHECKLIST | | | | | | | |
| | Do elevator lobbies have visual and audible indicators of car arrival? | ✔ | | | | | |
| 8. | Does elevator interior provide sufficient wheelchair turning area (51"x68" minimum)? | ✔ | | | | | |
| 9. | Is at least one wheelchair-accessible telephone available? | | | ✔ | No public phones observed | | |
| 10. | Are wheelchair-accessible facilities (restrooms, exits, etc.) identified with signage? | | | ✔ | No common area restrooms | | |
| 11. | Are the proper visual and audible signals provided in the common areas? Does it appear there are a sufficient number of devices provided? | ✔ | | | | | |
| 12. | Are drinking fountains accessible and usable and appear to be mounted at the correct height? | | | 4 | No common area drinking fountains | | |
| | | | | | | TOTAL | $7,900 |

A full ADA Compliance Survey may reveal further aspects of the facility, which are not in compliance.

Corrections of these conditions should be addressed from a liability standpoint, but are not necessarily code violations; the Americans with Disabilities Act Accessibility Guidelines are civil rights issues as they pertain to the disabled. The cost to address the achievable items noted above is estimated at $7,900, and is included as an ADA Compliance item in the Immediate Repairs Cost Estimate (Table 1).

HEADQUARTERS:   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON

141



54456

## 9.    Interview Schedule

In the process of conducting the on-site observation and follow-up telephone calls, the following personnel from the facility and government agencies were interviewed:

| Name | Title | Phone Number |
|---|---|---|
| Mr. John Stewart | On-Site Property Manager | (617) 247-2198 |
| Mr. Mark Giircy | City of Newton Building Department | (617) 552-7015 |
| Lieutenant Davis | City of Newton Fire Prevention | (617) 552-7275 |
| Greg Arute | Elevator Maintenance Contractor | (781) 830-1030 |
| Louise | Farina (HVAC Contractor) | (617) 242-0365 |

See the Records of Communication in Appendix C for comments of the individuals and officials listed above which are also referenced in the various sections of this report.

According to Mr. John Stewart, the Property Manager/Owner's representative, the common area interior finishes were replaced during the renovations in 1983.

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

142



54456

# 10.    Tenant Space Observations

## 10.1.    Tenant Space Types and Tenant Mix

The following table identifies the reported unit types and unit mix:

| Typical Unit Types | | | |
|---|---|---|---|
| Number of Tenant Units | Tenant Type/Status | Number of Tenant Units Vacant | Total Gross SF |
| 1 | Information Handling Systems | 0 | 44,120 |
| 1 | Bisys Systems | 0 | 27,395 |
| 1 | Thingmaker | 0 | 1,200 |
| 1 | Dexter Shoe | 0 | 17,000 |
| 4 | Totals | 0 | 89,715 |

## 10.2.    Tenant Spaces Observed

All tenant units were observed in order to establish a clear understanding of the overall property condition.  Other areas accessed included the exterior of the entire property, all roofs and all interior common areas.

All areas of the property were available for observation while on-site.  The Property Manager stated that there were no unusable units or spaces at the property.

44



54456

## 11.  EMG Certification

Berwind Property Group, Inc. retained EMG to perform this Property Condition Evaluation in connection with its possible acquisition of 1210 - 1230 Washington Street (aka 1220 Washington Street) in Newton, Middlesex County, Massachusetts 02165, the "Property". It is our understanding that the primary interest of Berwind Property Group, Inc. is to locate and evaluate materials and building system defects, which might significantly effect the value of the property and to determine if the present Property has conditions which will have a significant impact on its continued operations.

The conclusions and recommendations presented in this report are based on the brief review of the plans and records made available to our Project Manager while on-site, interviews of available property management personnel and maintenance contractors familiar with the Property, appropriate inquiry of municipal authorities, our Project Manager's walk-through observations during his site visit, and our experience with similar properties.

No testing, exploratory probing, dismantling or operating of equipment or in depth studies was performed unless specifically required under Section 2.2 of this report. This evaluation did not include engineering calculations to determine the adequacy of the Property's original design or existing systems. Although walk-through observations were performed, not all areas were observed (See Section 10.2 for areas observed). There may be defects in the Property which were in areas not observed or readily accessible, may not have been visible to observation, or were not disclosed by management personnel when questioned. The report describes property conditions, which were in effect at the time that the observations and research were conducted.

This report has been prepared on behalf of and exclusively for the use of Berwind Property Group, Inc. for the purpose stated within Section 2.1 of this report. The report, or any excerpt thereof, shall not be used by any party other than Berwind Property Group, Inc. or for any other purpose than that specifically stated in our agreement or within Section 2.1 of this report without the express written consent of EMG. Any reuse or distribution of this report without such consent shall be at Berwind Property Group, Inc. and the recipient's sole risk, without liability to EMG.



54456

Projections of Remaining Useful Life (RUL) are based on continued use of the Property similar to the reported past use. Significant changes in tenants and/or usage may effect the service life of some systems.

Prepared by:        Sandra J. Terepka
                    Project Manager

Reviewed by:

Michael R. Collins, AIA
Program Supervisor

46

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

145



54456

## 12.   Project Manager's Qualifications

The following is the resume for the individual that conducted the field observation and interviews and prepared this report.

### Sandra J. Terepka, P.E.
#### Professional Engineer
#### Project Manager

Ms. Terepka is a licensed professional engineer with experience in mechanical engineering, environmental engineering, and construction Project management. She is well versed in the construction industry, facility evaluations and general engineering practice. Her expertise includes a wealth of facility evaluations for Property Condition Surveys during property transactions such as purchases and refinancing, as well as evaluations for property management; forensic studies of building system failures and evaluation of existing system operation and engineering support during construction and renovation.

### *Areas of Expertise:*

■    Building engineering assessments and property condition surveys for potential buyers, mortgage bankers, property management groups and other private clients.

### *Professional Experience:*

■    Supervised and conducted building engineering assessments and property condition surveys for potential buyers, mortgage bankers, property management groups and other private clients. Provided forensic studies of building system failures to assist in resolution of disputes during litigation and criminal investigations.

■    Provided indoor air quality evaluations in professional office buildings and manufacturing facilities to assist in due diligence, facility management, evaluations of tenant generated complaints and resolution of disputes with contractors.

■    Engineering design, construction budget preparation, Project management and construction contract administration for municipal and industrial facility construction and renovation. Monitored construction teams of commercial and residential projects, representing the owner and the financial institution.

HEADQUARTERS: EMG CORPORATE CENTER · 11011 McCORMICK ROAD · BALTIMORE, MARYLAND 21031 · 800 733 0660 · FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

146



54456

## *Education/Certificates/Memberships:*

- Bachelor of Science at University of South Florida in Mechanical Engineering
- Master of Business Administration at San Francisco State University in Business Analysis
- Master of Science at University of California Berkeley in Environmental Engineering
- Registered Professional Engineer, State of Florida, since 1992
- Registered Mechanical Engineer, State of California, since 1983

48

147



54456

## 13.   Terminology

The following are definitions of terms utilized in this report.

| TERMINOLOGY | |
|---|---|
| Actual Knowledge | Information or observations known first hand by EMG. |
| ADA | The Americans with Disabilities Act |
| Ancillary Structures | Structures that are not the primary improvements of the Property but which may have been constructed to provide support uses. |
| Appropriate Inquiry | A requests for information from appropriate entity conducted by a Freedom of Information Letter (FOIL), verbal request, or by written request made either by fax, electronic mail, or mail. A good-faith one time effort conducted to obtain the information in light of the time constraints to deliver the PCE. |
| ASTM | American Society for Testing and Materials |
| Base Building | That portion of the building (common area) and its systems that are not typically subject to improvements to suit tenant requirements. |
| Baseline | A minimum scope level of observation, inquiry, research, documentation review, and cost estimating for conducting a Property Condition Evaluation as normally conducted by EMG. |
| BOMA | Building Owners & Managers Association |
| Building | Referring to the primary building or buildings on the Property, which are within the scope of the PCE as defined under Section 2.2. |
| Building Code | A compilation of rules adopted by the municipal, county and/or state governments having jurisdiction over the Property that govern the property's design &/or construction of buildings. |
| Building Department Records | Information concerning the Property's compliance with applicable Building, Fire and Zoning Codes that is readily available for use by EMG within the time frame required for production of the Property Condition Evaluation. |
| Building Systems | Interacting or interdependent components that comprise a building such as structural, roofing, side wall, plumbing, HVAC, water, sanitary sewer and electrical systems. |
| BUR | Built Up Roof |
| Client | The entity identified on the cover of this document as the Client. |
| Commercial Real Estate | Real property used for industrial, retail, office, agricultural, other commercial, medical, or educational purposes, and property used for residential purposes that has more than four (4) residential dwelling units. |
| Commercial Real Estate Transaction | The transfer of either a mortgage, lease, or deed; the re-financing of a commercial property by an existing mortgagee; or the transferring of an equity interest in commercial property. |
| Component | A piece of equipment or element in its entirety that is part of a system. |
| Consultant | The entity or individual that prepares the Property Condition Evaluation and that is responsible for the observance of, and reporting on the physical condition of Commercial Property. |

49

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

148



54456

| TERMINOLOGY | |
|---|---|
| Dangerous or Adverse Conditions | Situations which may pose a threat or possible injury to the Project Manager, or those situations which may require the use of special protective clothing, safety equipment, access equipment, or any precautionary measures. |
| Deferred Maintenance | Deficiencies that result from postponed maintenance, or repairs that have been put off until a later time and that require repair or replacement to an acceptable condition relative to the age of the system or property. |
| Dismantle | To take apart; disassemble; tear down any component, device or piece of equipment that is bolted, screwed, secured, or fastened by other means. |
| DWV | Drainage Waste Ventilation |
| EIFS | Exterior Insulation and Finish System |
| EMS | Energy Management System |
| Engineering | Analysis or design work requiring extensive formal education, preparation and experience in the use of mathematics, chemistry, physics, and the engineering sciences as provided by a Professional Engineer licensed to practice engineering by any state of the 50 states. |
| Expected Useful Life (EUL) | The average amount of time in years that a system or component is estimated to function when installed new. |
| FEMA | Federal Emergency Management Agency |
| FFHA | Federal Fair Housing Act |
| Fire Department Records | Information generated or acquired by the Fire Department having jurisdiction over the Property, and that is readily available to EMG within the time frame required for production of the PCE. |
| FIRM | Flood Insurance Rate Maps |
| FM | Factory Mutual |
| FOIA | U.S. Freedom of Information Act (5 USC 552 et seq.) |
| FOIL | Freedom of Information Letter |
| FRT | Fire Retardant Treated |
| Guide | A series of options or instructions that do not recommend a specific course of action. |
| His | Referring to either a male or female Project Manager, or individuals interviewed by the Project Manager. |
| HVAC | Heating, Ventilating & Air-conditioning |
| IAQ | Indoor Air Quality |
| Immediate Repairs | Physical deficiencies that require immediate action as a result of: (i) existing or potentially material unsafe conditions, (ii) significant negative conditions impacting tenancy/marketability, (iii) material building code violations, or (iv) poor or deteriorated condition of critical element or system, or (v) a condition that if left "as is", with an extensive delay in addressing same, has the potential to result in or contribute to critical element or system failure within one (1) year. |
| interviews | Interrogatory with those knowledgeable about the Property. |

50

HEADQUARTERS:   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

149



54456

| TERMINOLOGY | |
|---|---|
| Material | Having significant importance or great consequence to the asset's intended use or physical condition. |
| MEP | Mechanical, Electrical and Plumbing |
| NFPA | National Fire Protection Association |
| Observations | The results of the Project Manager's Walk-through Survey. |
| Observe | The act of conducting a visual, unaided survey of items, systems or conditions that are readily accessible and easily visible on a given day as a result of the Project Manager's walk-through. |
| Obvious | That which is plain or evident; a condition that is readily accessible and can be easily seen by the Project Manager as a result of his Walk-through without the removal of materials, moving of chattel, or the aid of any instrument, device, or equipment. |
| Owner | The entity holding the deed to the Property that is the subject of the PCE. |
| PCE | Property Condition Evaluation, the Purpose and Scope of which is defined in Section 2 of this report. |
| Physical Deficiency | Patent, conspicuous defects, or significant deferred maintenance of the Property's material systems, components, or equipment as observed during the Project Manager's Walk-through Survey.<br><br>Material systems, components, or equipment that are approaching, have realized, or have exceeded their typical Expected Useful Life (EUL); or, that have exceeded their useful life result of abuse, excessive wear and tear, exposure to the elements, or lack of proper or adequate maintenance.<br><br>This definition specifically excludes deficiencies that may be remedied with routine maintenance, miscellaneous repairs, normal operating maintenance, and conditions that do not present a material deficiency to the Property. |
| PML | Probable Maximum Loss |
| Practically Reviewable | Information that is practically reviewable means that the information is provided by the source in a manner and form that, upon examination, yields information relevant to the property without the need for extraordinary analysis of irrelevant data. |
| Practice | A definitive procedure for performing one or more specific operations or functions that does not produce a test result. |
| Primary Improvements | The site and building improvements that are of fundamental importance with respect to the Property. |
| Project Manager | The individual Professional Engineer or Registered Architect having a general, well rounded knowledge of all pertinent site and building systems and components that conducts the on-site visit and walk-through observation. |
| Property | The site inclusive of both site work and buildings. |
| Property | The site and building improvements which are specifically within the scope of the PCE to be prepared in accordance with the agreement between the Client and EMG. |
| Readily Accessible | Those areas of the Property that are promptly made available for observation by the Project Manager without the removal of materials or chattel, or the aid of any instrument, device, or equipment at the time of the Walk-through Survey. |

HEADQUARTERS: EMG CORPORATE CENTER · 11011 McCORMICK ROAD · BALTIMORE, MARYLAND 21031 · 800 733 0660 · FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

150



54456

| TERMINOLOGY | |
|---|---|
| Reasonably Ascertainable | Information that is publicly available, provided to EMG's offices from either its source or an information research/retrieval concern, practically reviewable, and available at a nominal cost for either retrieval, reproduction or forwarding. |
| Recreational Facilities | Spas, saunas, steam baths, swimming pools, tennis courts, playground equipment, and other exercise, entertainment, or athletic facilities. |
| Remaining Useful Life (RUL) | The consultant's professional opinion of the number of years before a system or component will require replacement or reconditioning. The estimate is based upon observation, available maintenance records, and accepted EUL's for similar items or systems. |
| | Inclement weather, exposure to the elements, demand on the system, quality of installation, extent of use, and the degree and quality of preventive maintenance exercised are all factors that could impact the RUL of a system or component. As a result, a system or component may have an effective age greater or less than its actual age. The RUL may be greater or less than its Expected Useful Life (EUL) less actual age. |
| Replacement Costs | Costs to replace the system or component "in kind" based on Invoices or Bid Documents provided by the current owner or the client, construction costs developed by construction resources such as *Means* and *Dodge*, EMG's experience with past costs for similar properties, or the current owner's historical incurred costs. |
| Replacement Reserves | Major recurring probable expenditures, which are neither commonly classified as an operation or maintenance expense. Replacement Reserves are reasonably predictable both in terms of frequency and cost. However, they may also include components or systems that have an indeterminable life but nonetheless have a potential liability for failure within the reserve term. |
| RTU | Rooftop Unit |
| RUL | Remaining Useful Life (See definition) |
| Short Term Repair Costs | Opinions of Costs to remedy Physical Deficiencies, such as deferred maintenance, that may not warrant immediate attention, but requiring repairs or replacements that should be undertaken on a priority basis, taking precedence over routine preventive maintenance work within a zero to one year time frame. Included are such Physical Deficiencies resulting from improper design, faulty installation and/or substandard quality of original system or materials. Components or systems that have realized or exceeded their Expected Useful Life (EUL) that may require replacement to be implemented within zero to one-year time frame are also included. |
| Shut-Down | Equipment or systems that are not operating at the time of the Project Manager's Walk-through Survey. Equipment or systems may be considered shutdown if it is not in operation as a result of seasonal temperatures. |
| Significant | Important, material, and/or serious. |
| Site Visit | The visit to the property by EMG's Project Manager including walk-through visual observations of the Property, interviews of available Project personnel and tenants (if appropriate), review of available documents and interviews of available municipal personnel at municipal offices, all in accordance with the agreement for the Property Condition Evaluation. |

HEADQUARTERS·  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

151

**EMG**

54456

| TERMINOLOGY | |
|---|---|
| Specialty Consultants | Practitioners in the fields of engineering, architecture; or, building system mechanics, specialized service personnel or other specialized individuals that have experience in the maintenance and repair of a particular building component, equipment, or system that have acquired detailed, specialized knowledge in the design, evaluation, operation, repair, or installation of the particular component, equipment, or system. |
| Structural Component | A component of the building which supports non-variable forces or weights (dead loads) and variable forces or weights (live loads). |
| Suggested Remedy | A preliminary opinion as to a course of action to remedy or repair a physical deficiency. There may be alternate methods that may be more commensurate with the Client's requirements. Further investigation might make other schemes more appropriate or the suggested remedy unworkable. The suggested remedy may be to conduct further research or testing, or to employee Specialty Consultants to gain a better understanding of the cause, extent of a deficiency (whether observed or highly probable), and the appropriate remedy. |
| Survey | observations as the result of a walk-through scan or reconnaissance to obtain information by EMG of the Property's readily accessible and easily visible components or systems. |
| System | A combination of interacting or interdependent components assembled to carry out one or more functions. |
| Technically Exhaustive | The use of measurements, instruments, testing, calculations, exploratory probing or discover, and/or other means to discover and/or troubleshoot Physical Deficiencies, develop scientific or Engineering findings, conclusions, and recommendations. Such efforts are not part of this report unless specifically called for under Section 2.2 |
| Term | Reserve Term: The number of years that Replacement Reserves are projected for as specified in the Section 2.2, normally Ten (10) years. |
| Timely Access | Entry provided to the Project Manager at the time of his site visit. |
| UST | Underground Storage Tank |
| Walk-through Survey | The Project Manager's site visit of the Property consisting of his visual reconnaissance and scan of readily accessible and easily visible components and systems. This definition connotes that such a survey should not be considered in depth, and is to be conducted without the aid of special protective clothing, exploratory probing, removal of materials, testing, or the use of special equipment such as ladders, scaffolding, binoculars, moisture meters, air flow meters, or metering/testing equipment or devices of any kind. It is literally the Project Manager's walk of the Property and observations. |

53

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 8220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

152



54456

## 14. Appendices

Appendix A — Photographic Record
Appendix B — Site Plans
Appendix C — Supporting Documentation
Appendix D — Equity ROI Worksheet

HEADQUARTERS:   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

153



54456

**Appendix A**

**Photographic Record**

154



## EMG PHOTOGRAPHIC RECORD

Project No.: 54456                    Project Name: 1220 Washington Street





Photo #1: Handicapped access ramp at center of building

Photo #2: Handicapped access at northeast corner of building





Photo #3: Damaged tree protector in main entrance drive

Photo #4: Handicapped parking in center parking area





Photo #5: Close-up of pavement condition in center parking area

Photo #6: General view of parking at east end of building



## EMG PHOTOGRAPHIC RECORD

**Project No.: 54456**

**Project Name: 1220 Washington Street**



Photo #7: Northeast corner of building



Photo #8: East end of building at change between old and new sections of building



Photo #9: Close-up of condition of brick on older sections of building



Photo #10: South side of building



Photo #11: General view of roof over west end of building



Photo #12: General view of roof at southeast corner of building

HEADQUARTERS:   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON



## EMG PHOTOGRAPHIC RECORD

**Project No.: 54456**          **Project Name: 1220 Washington Street**



Photo #13: Close-up of delaminating area of prior roof repair.



Photo #14: Typical roof mounted package unit



Photo #15: Close-up of corrosion on typical package unit.



Photo #16: Inside (cooling coils) for roof mounted package unit.



Photo #17: Abandoned condensing units on roof



Photo #18: Stairs at east end of building



**EMG P**HOTOGRAPHIC **R**ECORD

Project No.: **54456**                    Project Name: **1220 Washington Street**



Photo #19:  Preserved original stairs



Photo #20:  Damaged wall in central stairwell



Photo #21:  Exposed ceilings in older sections of building



Photo #22:  Refinished racquet ball court.



Photo #23:  Preserved wall of original building



Photo #24:  Stained ceiling tiles near east end of building



## EMG PHOTOGRAPHIC RECORD

**Project No.: 54456**

**Project Name: 1220 Washington Street**



Photo #25: Typical tenant restroom



Photo #26: Northwest corner of parking garage



Photo #27: Area of prior repair to exterior wall of parking garage



Photo #28: Effloressence on south wall of parking garage



Photo #29: Effloressence on west wall of parking garage



Photo #30: Effloressence on west wall of parking garage



### EMG Photographic Record

**Project No.: 54456**

**Project Name: 1220 Washington Street**



Photo #31: Water ponding around exterior walls of parking garage



Photo #32: Water penetration between decks in parking garage



Photo #33: Water stains on exterior walls of parking garage



Photo #34: Typical cracking in ground floor slab of parking garage



Photo #35: Mold growth on exterior wall, on north side of parking garage



Photo #36: General view of top deck of parking garage



## EMG PHOTOGRAPHIC RECORD

Project No.: **54456**                     Project Name: **1220 Washington Street**



Photo #37: Dislocated car stops on top deck of parking garage.



Photo #38: Typical condition of stairs in parking garage



Photo #39: Typical condition of stairs in parking garage



Photo #40: Ponding in parking garage

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

161



54456

# Appendix B

## Site Plans



Project Number:    54456
Project Name:      1220 Washington Street
Description:       Site Plan

EMG

163



54456

# Appendix C

## Supporting Documentation

1. **Request for Information**
2. **Document & Information Checklist**
3. **City of Newton, MA FY 99 Assessment Search**
4. **Contract for Inspection & Service of HVAC Equipment**
5. **Backflow Prevention Reports**
6. **Records of Communication**
7. **FEMA Verification**

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON



54456

## Property Condition Evaluation
# Request For Information

The purpose of EMG's visit is to assist our Client in evaluating the physical aspects of the Property and how its condition may affect the soundness of the Client's financial investment in it. EMG will observe and evaluate the condition of major components of the property, estimate their Remaining Useful Life (RUL), assess the need for repairs and/or replacements and estimate the expenditures required to maintain the property's worth over time.

EMG will call soon to arrange a date and time for our Project Manager's (a Professional Engineer or Registered Architect) site visit and interview of management personnel familiar with the property.

Our Project Manager is required, by our client, to visually observe and report on the following spaces:
1. **10% of the tenant unit interiors, vacant or occupied.**
2. All commercial kitchens.
3. All "Down" tenant spaces (Spaces made unusable due to recent flood or fire, or in poor condition).
4. All of the low slope (flat) roofs (a means of access <u>must</u> be provided).
5. A representative sample of attics, crawl spaces and basements.
6. The exterior of the entire property.
7. All interior common areas including lobbies, foyers, corridors, rest rooms, etc.
8. All mechanical and electrical spaces (access <u>must</u> be available).

It is important that our Project Manager spend some time with a senior property management person <u>familiar</u> with all aspects of the property including capital improvements over the past three to five years and projected expenditures. The person to be interviewed should be familiar with maintenance and turnover policies as well as replacement programs and costs for equipment and finishes.

The quality of our report will depend significantly on the following information being made available.
1. A **site plan** for inclusion in our report, preferably 8 ½" x 11" (Brochures are acceptable).
2. Building **floor plans** for inclusion in our report, preferably 8 ½" x 11" (Brochures are acceptable).
3. A **list of tenants** indicating type of user and leased area for inclusion in our report.
4. Past, present and projected capital and maintenance **budgets** for the property.
5. The **names of service providers** for sanitary sewer, water, gas, electric, and telephone.
6. The **names & phone number** of **maintenance & inspection companies** for mechanical equipment, roofing, paving, plumbing, electrical equipment & systems, sprinklers and fire panels, & elevators.
7. Copies of occupancy permit(s) and copies of **certificates and inspection reports** for elevators, sprinkler systems, HVAC, and boilers for our report.
8. The **age** of roofs, paving, floor finishes, building elements, and mechanical equipment.
9. The **number of parking spaces** and the number of spaces reserved for the **handicapped.**
10. The **zoning** category and property's compliance with same.
11. Copies of all known active building, fire and zoning code **violation notices** for inclusion in report.
12. **Construction drawings**, and **work order records** should be made available for our review.

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

165



54456

Our Project Manager should also be afforded an opportunity to visit with the maintenance supervisor to discuss and observe the heating and air-conditioning system(s), fire suppression systems, boilers, chillers, hot water heaters, appliances, electrical and plumbing systems and building components. They should be prepared to review the condition of these elements of the property and assist our Project Manager in projecting costs for the maintenance, repair and eventual replacement of all mechanical, electrical, plumbing and building components on the property.

Thank you for your cooperation and we look forward to meeting with you and discussing the Property.

EMG\EQUITY\COMMERPQ.DOC  July 16, 1998

166



54456

# Property Condition Evaluation
# Document & Information Checklist

Please provide the Project Manager with the following plans for the purpose of obtaining information required for our evaluation of the property and to approximate quantities for cost estimates. Other information will assist us in advising our client of the status of the property with municipal authorities, or to evaluate the condition or Remaining Useful Life (RUL) of various elements of the property. This form complete with the Project Manager's comments and date of receipt of the documents/ information requested will be included as an exhibit in our report.

EMG Project No. 54456 Call Stefanie Moore at 410 785-6200 if you have any questions

| Property Name: | 1220 Washington Street | | |
|---|---|---|---|
| Property Address: | 1210 - 1230 Washington Street | County: | Prop Co |
| | Newton, Massachusetts | Zip Code | 02165 |
| Telephone: | Fax: | | |
| Property Manager: | Mr. John Stewart | Phone: | (617) 247-1140 |
| Maintenance Supervisor: | None | Phone: | |

| Document/Information | Date Received | EMG's Comments |
|---|---|---|
| 1. Plans | | |
| a. Plat of Survey | 3/29/99 | Reviewed survey dated 4/22/83 at property management office |
| b. Site plans | 3/29/99 | Reviewed survey dated 4/22/83 at property management office |
| c. Storm Drain & Utility Plans | | None available |
| d. Storm water Management Plans | | None available |
| e. Architectural Plans including floor plans, elevations and structural sections. | 3/29/99 | Reviewed partial set of plans dated 1983 for renovations and addition |
| f. Mechanical, Electrical & Plumbing Plans | 3/29/99 | Reviewed partial set of plans dated 1983 for renovations and addition |
| g. Tenant improvement plans | | None available |



54456

| Document/Information | | Date Received | EMG's Comments |
|---|---|---|---|
| 2. Municipal Documents | | | |
| a. | Building Permits (if part or all of property under construction) | | None available |
| b. | Certificates of Occupancy | | None available |
| c. | Schedule of Code Violations (Include copies of all violation notices and responses) | | None available |
| d. | List of Zoning Variances | | None available |
| 3. Leasing information | | | |
| | List of tenants & leased area (Rent Roll) | | Not provided |
| | Brochure site & floor plans | | Not provided |
| | Tenant Improvement Work Letter | | Not provided |
| | Location Map | | Not provided |
| 4. Property Maintenance Records for: | | | |
| a. | Roofing | | Not provided |
| b. | Exterior | | Not provided |
| c. | Plumbing | | Not provided |
| d. | Electrical | | Not provided |
| e. | HVAC System | | Not provided |
| f. | Elevator/Escalators | 3/29/99 | Reviewed record located in elevator equipment room |
| g. | Sprinkler system | | Not provided. No current inspection documents. |
| h. | Fire alarm system | | Not provided. No current inspection documents. |
| 5. Miscellaneous Documents (Latest) | | | |
| a. | Appraisal | | Not provided. |
| b. | Roof condition survey | | Not provided. |
| c. | Elevator Certificates | 3/29/99 | Posted in elevators. Not current. |
| d. | Boiler inspection report | | Not applicable. |
| e. | Previous Property Assessments | | Not available. |
| f. | Sprinkler system report | | Not provided. |
| g. | Tenant complaint log | | Not provided. |
| h. | Operating Budget (last 3 years) | | Not provided. |
| i. | Proposed Operating Budget | | Not provided. |
| j. | Previous ADA Surveys | | Not provided. |

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

168



54456

| 6. | Maintenance Contractor | Date Received | Company | Contact | Phone | Fax |
|---|---|---|---|---|---|---|
| | Roofing | | | | | |
| | HVAC | | Farina | Louise | (617) 242-0365 | |
| | Elevator/Escalator | | Delta Beckwith | Mr. Greg Arute | (781) 830-1030 | |
| | Sprinkler system | | | | | |
| | Fire alarm system | | | | | |

EQUITY\DOCCHRLT\DOC July 13, 1998

| Sales Search | Start New Search | Assessor | Home |

**Newton Government Web Site**

# Results of City of Newton, Mass., FY99

# Assessment Search

## 1210-1230 WASHINGTON ST

| Owner | NEWTON KOSTIGEN LLC | | | | | |
|---|---|---|---|---|---|---|
| Lot size | 79093 Square Feet | Land Use code | | 340 | Description | GENERAL OFFICE BLDG. |
| Year built | | | | | | |
| SBL | | 31004 0013 | | | Deed Book/Page | 27437/503 |
| FY 99 Value | | $ 7159500 | | | | |



Maps by
**Microsoft Expedia Maps**
www.expediamaps.com

Map this Location

**These links will take you out of the Newton City Government Web Site.**

Maps by
AltaVista
www.altavista.com

Map this Location
(Vicinity)

### Key to data

**Section Block Lot (SBL)**
    A unique number used by Assessment Administration to identify specific pieces of property.

**Land Use**
    Use code, see Description field below

**Description**
    Brief description of the use of the property

**Year built**
    This is the year the property was constructed

**Deed book/Deed Page**
    References to location of deed of the property

Lot size
   in square feet
FY99 value
      This is the proposed fiscal 1999 value of the property

| Sales Search  | Start New Search  | Assessor | Home |

The Newton Government Web Site is a service of the Newton Free Library. It is maintained by the Web Team. We can be reached at nfwlib@tiac.net. © 1998 Newton Free Library,

Last Updated: Monday, November 8, 1998



# *Farina Corp.*

HEATING · COOLING · VENTILATING

24 SPICE STREET · CHARLESTOWN, MA 02129

PHONE (617) 242-0365  FAX (617) 242-7457

## CONTRACT FOR INSPECTION AND SERVICE

Farina Corporation and _____ Kestinen & Company

_____ 585 Boylston Street, Boston, MA _____ (Purchaser)

agree on this ___1st___ day of _____ November _____, 19__98 that Farina will inspect and service as herein defined

the following equipment located at _____ 1270 Washington Street, _____ Boston

| | | | |
|---|---|---|---|
| Lennox | GCS11 1853 400A1W | 5683500445 | |
| Lennox | GCS11 1853 400A1W | 5683500442 | |
| Lennox | GCS11 1853 400A1W | N/A | |
| Lennox | GCS11 1853 400A1W | 5683500395 | |
| Lennox | GCS11 1853 400A1W | N/A | |
| Lennox | GCS11 1853 400A1W | 5683500445 | |
| Lennox | GCS11 1853 400A1W | 5683500440 | |
| Lennox | GCS11 1853 400A1W | N/A | |

FOR THE YEAR BEGINNING ( __11/1/98__ ) and ending ( __10/31/99__ ) Farina agrees to inspect the
equipment during each of the following months:

| | | | |
|---|---|---|---|
| ☐ January | ☑ April | ☐ July | ☐ October |
| ☐ February | ☐ May | ☐ August | ☐ November |
| ☐ March | ☐ June | ☐ September | ☐ December |

The inspection and service include the following:

(a) Inspection of all piping leaks;

(b) Lubrication of bearings (except where sealed) in all dampers, pumps, fans, and motors and checking refrigerant and oil changes;

(c) Cleaning drain pans, nozzles, and drain lines from the system and up to building drains;

(d) Adjusting controls, control motors, motor starters, solenoids, switches, thermostats, relays, water and expansion valves, dampers, refrigerant controls and belt tensions;

(e) Cleaning and changing filters;

(f) Servicing system in accordance with industry practices for protection from damage due to seasonal start-ups and shut-downs;

(g) Instructing purchaser's personnel on operation of system;

(h) Furnishing an inspection Report after each inspection on the system's condition with recommendations for repairs or replacement of parts;

At the purchaser's expense and authorization, Farina will furnish refrigerant, parts, and labor in addition to that required by the contract, all at Farina's prevailing rates. The rate for Service Engineers shall be_____ $55.00 _____per hour. All inspections under this Contract shall be performed during regular working hours. Overtime work shall be paid at time and one-half, with Sundays and holidays at double time.

Farina shall have no responsibility for:

(a) Maintenance of electric, water, and steam supply, steam returns and drain lines beyond point where system enters building drains; or

(b) Freeze-ups in the event the purchaser delays pumpdown beyond the customary pumpdown date for the locality.

172



**Department of Environmental Protection**

## Backflow Prevention Device Inspection and Maintenance Report Form

TEST

Initial  X
Retest
Supplier Semiannual
Owner Annual

Owner of Property __Kostigen and Company__
Mailing Address __585 Bay ____ Street__
__Boston, MA  02116__                          (Zip)

Contact Person _____  Phone #
Device Address __1220 Washington Street__
                          (Town)                          (Zip)

Exact Device Location __Sprinkler room (right front corner)__

Secondary Supply or System __Fire protection__
By-Pass ___ No __X__ Yes ___ Unit No. _____
Make __Febco__     Model No. __870V__
Size __6"__        Serial No. __9712101417__

Date __1-30-99__
Examined by __Gary J. McDonald__
Certificate # __6378__
Cross Connection Device I.D. # _____

RPBP ___  DCVA ☒
Bronze ☐   Iron ☐

Type of Gate Valve __OS&Y__
Containment Only ___ No ___ Yes

Type of Facility _____

| | Check Valve No. 1 | Check Valve No. 2 | Differential Pressure Relief Valve |
|---|---|---|---|
| Tests Before Repairs | Leaked ( )  Closed Tight ( )  Pressure drop across  First Check __2.6__ Psi | Leaked ( )  Closed Tight ( X ) | Opened at _____ Psi  Reduced Pressure |
| Describe Repairs, Parts and Materials used | | | |
| Retest | Closed Tight ( )  Pressure drop across  First Check _____ Psi | Closed Tight ( ) | Opened at _____ Psi  Reduced Pressure |

Witnessed by:
__R.P. Holmes, Corp.__
Owner's Agent

Water Works Official
__Gary McDonald__
Certified Tester

State Department of
Environmental Protection

DWS-6/15/91

PASS ☒     FAIL ☐

Remarks _____
_____
_____
_____

__Gary McDonald__
Plumber's Name
__21199__
Plumber's License #

173



**Backflow Prevention Device
Inspection and Maintenance
Report Form**

Department of
Environmental Protection

TEST

Initial X
Retest
Supplier Semiannual
Owner Annual

Owner of Property __Koffigen and Company__
Mailing Address __385 _____ Street__
_____ ___16__
(Zip)

Contact Person _____ Phone # _____
Device Address __1220 Washington Street__
(Town)                              (Zip)

Exact Device Location __Sprinkler room (right front corner)__

Secondary Supply or System __Fire protection__
By-Pass _____ No __X__ Yes _____ Unit No. _____
Make __Febco__ _____ Model No. __870V__
Size __6"__ _____ Serial No. __9712101417__

Date __1-30-99__
Examined by __Gary J. McDonald__
Certificate # __6378__
Cross Connection Device I.D. # _____

RPBP _____ DCVA ☒
Bronze ☐     Iron ☐

Type of Gate Valve __OS&Y__
Containment Only ____ No ____ Yes

Type of Facility _____

| | Check Valve No. 1 | Check Valve No. 2 | Differential Pressure Relief Valve |
|---|---|---|---|
| Tests Before Repairs | Leaked ( ) <br> *Closed Tight ( ) <br> *Pressure drop <br> across <br> First Check __2.6__ Psi | Leaked ( ) <br> Closed Tight (X) | Opened at _____ Psi <br> Reduced Pressure |
| *Describe Repairs, Parts and Materials used | | | |
| Retest | Closed Tight ( ) <br> *Pressure drop <br> across <br> First Check _____ Psi | Closed Tight ( ) | Opened at _____ Psi <br> Reduced Pressure |

Witnessed by:

__R.P. Holmes, Corp.__
Owner's Agent

Water Works Official
__Gary McDonald__
Certified Tester

State Department of
Environmental Protection

DW5-6/15/91

PASS ☒     FAIL ☐

Remarks _____
_____
_____

__Gary McDonald__
Plumber's Name
__21199__
Plumber's License #

174



**Backflow Prevention Device
Inspection and Maintenance
Report Form**

Department of
Environmental Protection

TEST

Initial  X
Retest
Supplier Semiannual
Owner Annual

Owner of Property _____ Company

Mailing Address _____ Street

_____ (Zip)

Contact Person _____ Phone # _____

Device Address __1220 Washington Street__

(Town) _____ (Zip)

Exact Device Location __Sprinkler room (right front corner)__

Secondary Supply or System __Fire Protection__

By-Pass _____ No __X__ Yes _____ Unit No. _____
Make __Febco__
Size __6"__    Serial No. __9712101417__

Date __1-30-99__

Examined by __Gary J. McDonald__

Certificate # __6378__

Cross Connection Device I.D. # _____

RPBP _____ DCVA  ☒
Bronze  ☐      Iron  ☐

Type of Gate Valve __OS&Y__

Containment Only ____ No ____ Yes

Type of Facility _____

| | Check Valve No. 1 | Check Valve No. 2 | Differential Pressure Relief Valve |
|---|---|---|---|
| Tests Before Repairs | Leaked ( ) Closed Tight ( ) Pressure drop across _____ First Check __2.6__ Psi | Leaked ( ) Closed Tight (X) | Opened at _____ Psi Reduced Pressure |
| • Describe Repairs, Parts and Material | | | |
| Retest | Closed Tight ( ) Pressure drop across First Check _____ Psi | Closed Tight ( ) | Opened at _____ Psi Reduced Pressure |

Witnessed by:

__R.P. Holmes Corp.__
Owner's Agent

Water Works Official

_____
Certified Tester

State Department of
Environmental Protection

DWS-6/15/91

PASS  ☒      FAIL  ☐

Remarks _____

_____

_____

__Gary McDonald__
Plumber's Name

__21199__
Plumber's License #

175



54456

Property Condition Evaluation
# Record of Communication

Date: __3/29/99__                              Time: __2:00 PM__

Project Number:    54456                       Recorded          Sandra J. Terepka
                                               by:

Project Name:   __1220 Washington Street__

Communication with:   __Mr. Mark Gilroy__

of:   __City of Newton, Building Department__

Phone Number:   _____

Communication via:
   ( ) Telephone Conversation
   ( ) Discussions During Site Inspection
   (X) Office Visitation/Meeting at:   __City of Newton offices__
   ( ) Other:   _____

Re:   __1220 Washington Street__

Summary of Communication:
No outstanding building, zoning or fire code violations on file. The current zoning is BU-1

Conclusions, Actions Taken, Required, or Recommended:

Follow-up Required: When, With and By Whom:

17f



54456

Property Condition Evaluation
# Record of Communication

**Date:** 3/29/99                                    **Time:** 2:30 PM
**Project Number:**   54456                    **Recorded by:**   Sandra J. Terepka

**Project Name:**   1220 Washington Street

**Communication with:**   Receptionist and Lt. Davis
**of:**   City of Newton Fire Department
**Phone Number:**   (617)

**Communication via:**
　　( ) Telephone Conversation
　　( ) Discussions During Site Inspection
　　(X) Office Visitation/Meeting at:   Fire Department office
　　( ) Other:

**Re:**   1220 Washington Street

**Summary of Communication:**
There is an abandoned UST on file. (Environmental reports discuss this issue.)
The date of last inspection must be obtained from the inspector. Left a message for inspector to
Call. Inspector is Lieutenant Davis (617) 552-7275
Called Lt. Davis – spoke with him on 4/1/99. He has not inspected the property recently,
Probably for a couple of years. He will review the file and call me back. He will try today but
More likely tomorrow. He knows the property but can't comment without looking at records.

**Conclusions, Actions Taken, Required, or Recommended:**

**Follow-up Required: When, With and By Whom:**
Call Lt. Davis.

HEADQUARTERS: EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

177



54456

Property Condition Evaluation

# Record of Communication

**Date:** 4/1/99    **Time:** _____

**Project Number:** 54456    **Recorded by:** Sandra J. Terepka

**Project Name:** 1220 Washington Street

**Communication with:** Mr. Greg Arute

**of:** Beckwith Elevators

**Phone Number:** (781) 830-1030

**Communication via:**
    (X) Telephone Conversation
    ( ) Discussions During Site Inspection
    ( ) Office Visitation/Meeting at: _____
    ( ) Other: _____

**Re:** 1220 Washington Street

**Summary of Communication:**
Left voice mail message. Have not received response yet.

_____

_____

_____

_____

_____

**Conclusions, Actions Taken, Required, or Recommended:**

_____

_____

_____

**Follow-up Required: When, With and By Whom:**

_____

_____

_____

178



54456

Property Condition Evaluation
# Record of Communication

Date: _____          Time: _____

Project Number:    54456        Recorded        Sandra J. Terepka
                                by:             _____

Project Name:    1220 Washington Street
_____

Communication with: _____

of: _____ _____

Phone Number: _____

Communication via:
      ( ) Telephone Conversation
      ( ) Discussions During Site Inspection
      ( ) Office Visitation/Meeting at: _____
      ( ) Other: _____

Re:   1220 Washington Street
_____

Summary of Communication:

_____
_____
_____
_____
_____
_____
_____
_____

Conclusions, Actions Taken, Required, or Recommended:

_____
_____
_____

Follow-up Required:  When, With and By Whom:

_____
_____
_____

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON

179

| FEDERAL EMERGENCY MANAGEMENT AGENCY STANDARD FLOOD HAZARD DETERMINATION FORM | See the Attached Instructions | O.M.B. No. 3067-0264 EXPIRES October 31, 2001 |
|---|---|---|

### SECTION I - LOAN INFORMATION

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL (Building/Mobile Home/Personal Property/PROPERTY ADDRESS (Legal Description may |
|---|---|
| EMG 11011 McCormick Rd Baltimore, MD 21031 | Borrower: BERWIND PROPERTY GROUP |
| 4107856220 4107856220 | Submitted: 1220 WASHINGTON ST NEWTON, MA 02165-2147 |
| EMG Ordered By: M SHAMASH | Certified: 1220 WASHINGTON ST NEWTON, MA 02465-2147 |
| | Legal Info: |

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER | 5. AMOUNT OF FLOOD INSURANCE REQUIRED |
|---|---|---|
| | | |

### SECTION II

**A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION**

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| NEWTON,CITY OF-MIDDLESEX COUNTY | MIDDLESEX COUNTY | MA | 250208 |

**B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME**

| 1. NFIP Map Number or Community-Panel Number (Community name, if not same as "A") | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 250208-0001C | 7/17/86 | Yes _____ Date | C | |

**C. FEDERAL FLOOD INSURANCE AVAILABILITY (Check all that apply)**

1. [X] Federal Flood insurance is available  *(community participates in NFIP).*  [X] Regular Program  [ ] Emergency Program of NFIP

2. [ ] Federal Flood insurance is not available because community is not participating in the NFIP.

3. [ ] Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA), or Otherwise Protected Area (OPA), Federal Flood insurance may not be available.

CBRA/OPA designation date:

**D. DETERMINATION**

## IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V") ?    [ ] YES    [X] NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

**E. COMMENTS    (Optional)**
Zone: C - Area outside of the 500-year flood plain with minimal flooding.

### Tracking Number: 99-1159103
Basic

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the map.

**F. PREPARER'S INFORMATION**

| NAME, ADDRESS, TELEPHONE NUMBER    (If other than Lender) Fidelity National Flood, Inc. P.O. Box 162094 Austin, TX 78716-2094 Phone 800-756-5043    Fax 800-756-5053 | DATE OF DETERMINATION 3/25/99 |
|---|---|

FEMA Form 81-93, Oct 98



# Appendix D

## Equity ROI Worksheet

HEADQUARTERS:   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON



182





