UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BERWIND PROPERTY GROUP, INC. and ) 
NEWTON INVESTORS LIMITED ) 
PARTNERSHIP, ) 
Plaintiffs ) 
 ) 
v. ) DOCKET NO.
 ) 04-11411-NMG
 ) 
ENVIRONMENTAL MANAGEMENT GROUP, ) 
INC. d/b/a EMG, ) 
Defendant )

---

DEPOSITION OF:

Michael Collins

The deposition of Michael Collins was taken on behalf of the Plaintiffs on Friday, April 1, 2005, commencing at 9:00 a.m. at DLA Piper Rudnick Gray Cary US, LLP, 6225 Smith Avenue, Baltimore, Maryland before Lynne Livingston, a Notary Public.

51

1   A   I do not.

2   Q   Were you responsible for reviewing
3   that person's report?

4   A   No.

5   Q   Who would have done that?

6   A   Whoever the supervisor was that was
7   in charge of that person assigned to the job
8   typically.

9   Q   Were you responsible for reviewing
10  Ms. Hoffman's property condition evaluation
11  report?

12  A   This one in particular?

13  Q   Yes.

14  A   It appears from this report that I
15  did actually review the final version of it,
16  yes.

17  Q   And prior to reviewing her report
18  did you review her training listing record?

19  A   Her training?  I was aware of her
20  qualifications.

21  Q   How were you aware of her
22  qualifications?

23  A   Through working with her on

```
 1   numerous projects.
 2       Q    But do you know what a training
 3   listing record is at EMG?
 4       A    I do not.
 5       Q    So you didn't review any actual
 6   documents to find out what her areas of --
 7       A    I knew she was a licensed
 8   mechanical engineer.
 9       Q    But did you review any documents
10   with regard to her experience?
11       A    Just her resume.
12       Q    You did review her resume before
13   reviewing her report?
14       A    I was keenly aware of her resume,
15   yes.
16       Q    Why were you keenly aware of her
17   resume?
18       A    Because I use her all the time.
19       Q    At any time that you were at EMG
20   were you ever involved in the determination
21   of what project manager would be assigned to
22   a given project?
23       A    Yes.  I don't remember the specific
```