## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED<br>PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP,<br>INC. d/b/a EMG,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DOCKET NO.
04-11411-NMG

### AFFIDAVIT OF PAUL L. KELLEY

I, Paul L. Kelley, being duly sworn, hereby depose and state as follows:

1.      I am a Principal at Simpson Gumpertz & Heger Inc. ("SGH"), a consulting engineering firm, and I have been employed at SGH for over 26 years. I state the following based upon my own personal knowledge.

2.      On or about February 3, 1997, Paul Millette of Simpson, Gumpertz & Heger Inc. visited the parking garage located at 1210 Washington Street, Newton, Massachusetts (the "Garage"), and made certain observations while performing the site visit. These observations were set forth in a Memorandum dated 3 February 1997, which memorandum I assisted Mr. Millette in preparing.

3.      Attached hereto as Exhibit 1 is a true and accurate copy of the aforementioned 3

February 1997 Memorandum.

**FURTHER YOUR AFFIANT SAYETH NOT.**