# Simpson Gumpertz & Heger Inc.

Consulting Engineers  297 Broadway     Telephone:
Arlington, MA         Arlington, MA    617 643 2000
San Francisco, CA     02174-5310       Fax:
                                       617 643 2009

# M E M O R A N D U M

Date:    3 February 1997

To:      David Lepore
         Tel:  (617) 928-1300
         Fax:  (617) 928-1305

From:    PMM, PLK

Comm.    97049 MMPG – Parking Garage at 1210 Washington St., Newton, MA

Subject: Garage Survey

On Monday 3 February 1997, Paul M. Millette visited the Parking Garage at 1210 Washington St., Newton, MA. The purpose of the site visit was to confirm or deny the implementation of the structural recommendations outlined in the *Existing Condition Survey Report* by Structural Engineering Corporation (SEC) dated August 17, 1993 for your use in planning for the purchase of the garage.

The garage has two elevated decks and an on-grade deck. Each deck, including the ramp, is approximately 30,000 sf for a total elevated deck area of 60,000 sf. The garage has a jaded past; many construction errors have resulted in repairs to understrength elements and cracking and durability concerns that require further repair.

Our observations are as follows:

Structural Concrete Columns

- The typical columns in the garage are 16" in diameter with a 0.25" thick cementitious coating which is typically cracked and delaminated from the surface. The typical column capitals are at 42 inches, in diameter and there is a 10 feet square drop panel. Some columns do not have capitals and this appears to be a construction omission.

- There are five columns F2, F3, F4, F5 and F6 along the ramp to the Third Level with a measured diameter of 30 inches and a 42 inch diameter column capital. The drop panels above the columns are typically 10 foot square. Column F5 along the ramp to the Second Level is also 30 inches in diameter. The increased column diameter, 30 in. versus 16 in., indicates these columns received encasement and new capitals.

- The area between grid lines 5 and 6 and E and G.8 is barricaded to prevent use at the roof level.

EXPERIENCE ■ INNOVATION ■ QUALITY
*Continuing a 40-Year Tradition*



Memo to PLK File                                  - 2 -                                  3 February 1997

- During the original construction the column capitals at columns E1 and E6 were also omitted. The SEC report acknowledges the omission and states that the omission has not effected performance, but it is unclear if repairs were recommended. No column capitals have been added at these two locations.

Structural Concrete Slabs

Underside:

- The underside slab observations include through-slab cracks with efflorescence and active water leakage.

- Concrete delamination was observed along the through-slab cracks.

- New drains added in 1993 are presently leaking around the drain bodies.

Topside:

- Slab delamination, scaling and popouts.

- Slab cracking around the column base.

- Slab construction joints are unsealed.

- Slab cracks are widespread throughout the decks.

- Ponding water, drains plugged with debris.

- There is presently no vehicular traffic bearing waterproofing on the decks.

- The ramp to the roof level is severely scaled.

Masonry Walls

- Interior CMU walls are wet and are stained with efflorescence.

- Exterior brick veneer walls contain few vertical control joints, more are needed. There is efflorescence staining on the face of the bricks.

Summary

The 1993 condition survey report indicated the concrete slabs with extensive cracks and high levels of chloride ions. Maintenance will extend the service life of the garage. The following immediate costs should be included in your plans:

- Column capitals should be considered for columns E1 and E6 - allow a total of $20,000.

Memo to PLK, File                               - 3 -                              3 February 1997

- The slab area that is barricaded should be repaired/strengthened - allow $22,500.

- A deck coating would be recommended at this time, to reduce the rate of concrete deterioration, at the supported deck levels - allow $3.50/sf or $210,000.

- Additional drains would reduce the areas of ponding water or ice - allow for 6 new drains and adjustment of the existing drains, say $20,000.

- Masonry wall and wall joint repairs might add $25,000.

- Engineering will add 10% to 15% depending on the amount of site monitoring - say $35,000.

- The total of the above is $332,500 and we suggest you add a contingency of 15% for an additional $80,000.

PMM9-97.ras