## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

### SECOND AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1.     I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for twelve years.

2.     I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3.     This affidavit is filed in support of the Berwind's Reply in Support of Its Motion For Leave to Amend the Complaint to Include Additional Defendants.

4.     Attached hereto as Exhibit 1 are true and accurate copies of excerpts from the

Deposition Transcripts of Sandra Terepka Hoffman and Michael Collins.

**FURTHER YOUR AFFIANT SAYETH NOT.**

/s/ Lauren Timoney Upton

_____