UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and | ) |
| NEWTON INVESTORS LIMITED | ) |
| PARTNERSHIP, | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) DOCKET NO. |
| | ) 04-11411-NMG |
| ENVIRONMENTAL MANAGEMENT GROUP, | ) |
| INC. d/b/a EMG, | ) |
| Defendant | ) |

_____

DEPOSITION OF:


Sandra Terepka Hoffman


The deposition of Sandra Terepka Hoffman was taken
on behalf of the Plaintiffs on Thursday, March 31,
2005, commencing at 9:06 a.m. at DLA Piper Rudnick
Gray Cary US, LLP, 6225 Smith Avenue, Baltimore,
Maryland before Lynne Livingston, a Notary Public.

231

1    draft report.  Is that what that is?

2        A    It's what it appears to be.

3        Q    Do you recall how many drafts of

4    the report were made?

5        A    No.

6        Q    Is there anything that would

7    refresh your recollection as to how many

8    drafts were made?

9        A    No.

10       Q    After you prepare a first draft,

11   does that get sent to EMG for review before

12   a final is prepared?

13       A    Yes.

14       Q    And once it gets sent to EMG, what

15   happens next?

16       A    I'm not aware of how it gets routed

17   through EMG.

18       Q    How does it get back to you for

19   final preparation?

20       A    It does not.

21       Q    It does not?

22       A    No.

23       Q    So the draft report goes in and

1   somebody else at EMG finalizes it; is that

2   correct?

3         A      That's correct.

4         Q      Looking at page 3 of the draft

5   report, looking at the top of the page it

6   says, "The deficiencies shown in the

7   immediate repairs cost estimate, table 1,

8   included in this section of the report are

9   restated as follows."  And then there are

10  two bullets with nothing following; is that

11  correct?

12        A      That's correct.

13        Q      So you didn't fill in those

14  bullets?

15        A      It looks like I didn't.

16        Q      Do you know who did?

17        A      No, I do not.

18        Q      And below that it says, "The

19  deficiencies shown in the short term repairs

20  cost estimate, table 2, included in this

21  section of the report are restated as

22  follows."  And then there are two more

23  bullets; is that correct?

233

1      A      That's correct.

2      Q      And you didn't fill in those

3  bullets in the final report?

4      A      It appears that I did not.

5      Q      So looking at the final, which has

6  been marked as Exhibit 7, on page 3, section

7  1.3, general physical condition where it

8  says, "The deficiencies shown in the

9  immediate repairs cost estimate, table 1,

10  included in this section of the report are

11  restated as follows."

12          Those bullets that are listed under

13  there, you didn't draft; is that correct?

14      A      I didn't put them in.  It appears

15  from the draft that I was given versus this

16  final report that when I sent in the draft

17  those bullets were not in here.

18      Q      And at any time did you prepare

19  some draft in between what's been produced

20  in Exhibit 4 and what was produced as the

21  final copy?

22      A      Not that I'm aware of.

23      Q      So I'm asking you again, do you

1   know who drafted the bullet points that are

2   listed in the final version that has been

3   marked as Exhibit 7?

4        A    I don't know who put them in.

5        Q    But it wasn't you?

6        A    No.  Okay.  Those bullets are

7   restated from the immediate repairs cost

8   estimate.

9            MR. BOLOTIN:  They're verbatim from

10  the table.

11           THE DEPONENT:  And they can be cut

12  and pasted in a matter of seconds.

13           MR. BOLOTIN:  We point that out

14  because the word, draft, seems to be

15  confusing her.  If it's a question of who

16  drafted them, she actually drafted them in

17  the table.  Someone else moved them from the

18  table to there, and she doesn't know who

19  that was.

20           BY MS. UPTON:  Okay.

21        Q    Well, it's just been represented

22  that it was taken verbatim from the table.

23        A    That's what it appears.

235

1    Q    I'm looking at the immediate

2    repairs cost estimate table 1, which is

3    actually probably two-thirds of the way

4    through that packet.

5         A    Yes.

6         Q    And although the language is

7    similar, it's not verbatim; is that correct?

8         A    Yes.

9         Q    So somebody did some form of

10   drafting separate and apart from cutting and

11   pasting from the table?

12        A    Yes.

13        Q    But you don't know who that was?

14        A    No.

15        Q    Looking at page 10 of the final,

16   which is Exhibit 7, and page 9 of the draft,

17   it seems to be section 2, labeled 2.,

18   purpose and scope.

19             Do you see those two pages?

20        A    Yes.

21        Q    And on the draft it says, "Please

22   paste client's objective statement from

23   proposal here."

236

1            Is that correct?

2       A    Yes.

3       Q    And then looking at Exhibit 6,

4    which is the contract, page 2, that lists

5    client's objective.  And under client's

6    objective it says, "We understand that the

7    client has engaged EMG to furnish its

8    services in connection with the client's

9    proposed something to acquire long term

10   hold."

11           Did I read that correctly?

12      A    Yes.

13      Q    But that is not what is cut and

14   pasted into the final, is it?

15      A    No.

16      Q    So somebody drafted purpose and

17   scope in Exhibit 7; is that correct?

18      A    We're looking.

19           (Pause to review documents)

20           THE DEPONENT:  This portion I did

21   not put in the report.

22           BY MS. UPTON:

23      Q    Which portion?

237

1    A    That production note.  It's noted

2    for production, somebody at EMG production

3    to do that.

4    Q    I understand that.

5    A    Okay.  So I can only comment on,

6    you know, that there's something there that

7    wasn't here.

8    Q    When you say there's something

9    there --

10    A    There is --

11    Q    There is a section in the draft it

12    says, "Production, please paste client's

13    objective statement from proposal here."

14         Is that correct?

15    A    Yes.

16    Q    And looking at the proposal and it

17    lists the client's objective, and then

18    looking at the original, and that's not what

19    the --

20    A    That doesn't match.

21    Q    It doesn't.

22    A    The verbatim wording in there.

23    Q    So somebody drafted that section

238

1   outside of the client.

2        A     Not me.

3        Q     But not you?

4        A     No.

5        Q     And you don't know who?

6        A     No.

7        Q     Going over to the next page of

8   Exhibit 4, 2.2, scope.

9        A     Yes.

10       Q     And page 11, 2.2 of Exhibit 7, and

11  it says, "Please discard text below and

12  paste scope from proposal here.  If unable

13  to find scope, then leave in this wording."

14            Did you put in that heading?

15       A     No.

16       Q     And then if we look at the standard

17  scope under the draft it says, "The standard

18  scope of our property condition evaluation

19  includes the following."

20            And then there are a number of

21  bulleted points which differs from the scope

22  in the final; is that correct?

23       A     I don't know.  I'm sorry, which

239

1    ones are we comparing, pages 10 and 11?

2        Q    We're comparing the draft, pages 10

3    and 11.

4        A    Yes, it's different.

5        Q    Going over to page 15 in the draft

6    and 16 in the final, looking at 3.5,

7    utilities on both, there's extra

8    information, specifically telephone service

9    in the final that is not in the draft.  Is

10   that accurate?

11       A    That's accurate.

12       Q    Do you know who did that?

13       A    No.

14       Q    Below that it says in the final

15   same section, the last line, "Observable

16   utilities appeared to provide adequate

17   service for the function of the property."

18            Is that correct?

19       A    Yes.

20       Q    That's not a line that's in your

21   draft, is it?

22       A    That's correct.

23       Q    How would somebody insert that line

240

1    that hadn't visited the property?

2         A    I don't know.  I can't answer that

3    question.

4         Q    Do you know who could?

5         A    No.

6         Q    Do you know whether anyone from

7    EMG, other than yourself and other than the

8    environmental engineer ever visited the

9    property?

10        A    I don't know.

11        Q    Looking at page 16 of the report

12   and 17 of the final, section 3.5.2, on-site

13   sanitary sewer system.  Under observations

14   and comments the second sentence in the

15   draft that you prepared said, "The system

16   should require routine maintenance.  No

17   other action is required."

18             Did I read that correctly?

19        A    Yes.

20        Q    And in the final it says, "It is

21   expected that the system will require

22   routine maintenance over the evaluation

23   period."

241

1          Do you know who drafted that

2    sentence?

3         A    No.

4         Q    Do you know what the evaluation

5    period is?

6         A    I can tell you.  Twelve years.

7         Q    The evaluation period is twelve

8    years?

9         A    Yes.

10        Q    And what is an evaluation period?

11        A    It is the length of the reserve

12   term.

13        Q    Looking at page 18 of the draft and

14   page 19 of the final, section 4.1

15   foundations, your draft includes two

16   description sections.  The second one

17   stated, "The foundation systems consist of

18   reinforced concrete piers at load bearing

19   column locations and reinforced concrete

20   slab on grade ground floors.  Interior

21   columns are supported by reinforced concrete

22   spread footings."

23             Do you see where it says that?

242

1        A      Yes.

2        Q      And the final omits that

3    description; is that correct?

4        A      Yes.

5        Q      Do you know why that would be

6    eliminated?

7        A      No.

8        Q      Do you know who eliminated it?

9        A      No.

10        Q      Looking at page 27 of the draft,

11    page 8 of the final, the third bullet point

12    down.   The draft reads, "The elevator

13    maintenance contractor, Mr.  Greg Arute with

14    Delta Beckwith reported that the elevator

15    equipment is generally in good," and then

16    there are four question marks.  "Waiting for

17    return phone call, four question marks,

18    condition requiring routine maintenance."

19            Those question marks are omitted

20    from the final.  Did you provide any

21    information to respond to those question

22    marks before submitting the report to EMG?

23        A      I don't remember.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BERWIND PROPERTY GROUP, INC. and )
NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
Plaintiffs )
)
v. ) DOCKET NO.
) 04-11411-NMG
ENVIRONMENTAL MANAGEMENT GROUP, )
INC. d/b/a EMG, )
Defendant )

_____

DEPOSITION OF:

Michael Collins

The deposition of Michael Collins was taken on

behalf of the Plaintiffs on Friday, April 1, 2005,

commencing at 9:00 a.m. at DLA Piper Rudnick Gray

Cary US, LLP, 6225 Smith Avenue, Baltimore,

Maryland before Lynne Livingston, a Notary Public.

1    the customer action request information.

2        Q    Okay.  If we were to obtain any

3    drafts that are on EMG's system would it

4    reflect that you created the red line version

5    and you inserted this section?

6        A    I'm not sure about that.

7        Q    Going over to page 3 of the draft

8    report and page 3 of the final, looking first

9    at the draft report at the top of the page,

10   it says, "The deficiencies, shown in the

11   immediate repairs cost estimate, table 1,

12   included in this section of the report are

13   restated as follows."  And then there are two

14   bullets and blank spaces.

15           Do you see where it says that?

16       A    Yes.

17       Q    And then if you go over to the

18   final it says, "The deficiencies, shown in

19   the immediate repairs cost estimate, table 1,

20   included in this section of the report are

21   restated as follows.

22           Do you see where it says that?

23       A    Yes.

99

1        Q    And then there are a list of

2   thirteen bullets; is that correct?

3        A    Yes.

4        Q    Can you tell me who picked those

5   thirteen bullets and inserted them into those

6   blank spaces from the draft?

7        A    Not specifically, no.

8        Q    Is there anyone other than you who

9   would have done that?

10       A    Possibly.

11       Q    Who else would have drafted

12   something and put it into this report?

13       A    I have no idea.  It could have been

14   Mr. Blomgren.

15       Q    Well, is there any way to determine

16   whether Mr. Blomgren was still involved in

17   this project in March of 1999 when this

18   report was finalized?

19       A    I'm not sure, no.  There's no way

20   for me to confirm that he was still involved

21   or not involved.

22       Q    Is there anyone at EMG who could

23   confirm whether he was still involved in

1   March of 1999?

2       A     That, I can't speak to.

3       Q     Have you ever had occasion to work

4   on a project in the past where there were two

5   simultaneous program supervisors overseeing

6   the preparation of a report?

7       A     In a portfolio situation with

8   multiple properties, yes.

9       Q     To the best of your knowledge was

10  this project involved in a portfolio

11  situation involving multiple properties?

12      A     No.

13      Q     If Mr. Blomgren had been working on

14  this report simultaneously with you, would

15  you have expected to receive a telephone call

16  from him or some other indication from him

17  that he was working on it simultaneously?

18      A     There would have been some kind of

19  dialogue between he and I as to status of the

20  report and, you know, its production through

21  our department, yes.

22      Q     And do you recall having any such

23  communications with Mr. Blomgren?

101

1     A     I do not, no.

2        Q     Okay.  Is there any record of any

3    such communications between you and Mr.

4    Blomgren?

5     A     Not that I can recall.

6        Q     Is there anything that would

7    refresh your recollection as to whether there

8    were any such communications between you and

9    Mr. Blomgren?

10       A     Not that comes to mind.

11       Q     But to the best of your

12   recollection, you did not draft those

13   thirteen bullets?

14              MR. BOLOTIN:  Objection.

15              BY MS. UPTON:

16       Q     I'll restate it.

17              To the best of your recollection

18   did you draft those thirteen bullets?

19       A     I have no specific recollection of

20   drafting these thirteen bullets, no.

21       Q     Going down to the next section on

22   the draft.  "The deficiencies, shown in the

23   short term repairs cost estimate included in