**HinckleyAllenSnyder LLP**
ATTORNEYS AT LAW

28 State Street
Boston, MA 02109-1775
TEL: 617.345.9000
FAX: 617.345.9020
www.haslaw.com

*Lauren Timoney Upton*
uptonlt@haslaw.com

November 29, 2005

Craig Nicewicz
Clerk to the Honorable Nathaniel M. Gorton
United States District Court
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **Berwind Property Group, Inc., et al. v.**
**Environmental Management Group, Inc.**
**U. S. District Court, Docket No. 04-11411-NMG**

Dear Mr. Nicewicz:

Pursuant to the current Scheduling Order, the parties are to be prepared to commence trial as of December 5, 2005. In light of the fact that the parties' have motions pending before the Court, and that the pre-trial conference, which had been scheduled for November 9, 2005, but which conference was cancelled in light of the pending motions, has not yet been re-scheduled, it is our understanding that the parties will not be called to trial on December 5, 2005. Please advise us at your earliest convenience whether there has been any change in the status of this matter. Thank you.

Very truly yours,

Lauren Timoney Upton

cc: Steven J. Bolotin, Esq.
Eric F. Eisenberg, Esq.

#560184

1500 Fleet Center, Providence, RI 02903-2393  TEL: 401.274.2000  FAX: 401.277.9600
43 North Main Street, Concord, NH 03301-4934  TEL: 603.225.4334  FAX: 603.224.8350