UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

## MOTION TO EXTEND TIME

Now come all of the parties to the above-referenced action and request that this Honorable Court reschedule the pre-trial conference and trial of this action to a date on or after July 5, 2006.

AS GROUNDS FOR THIS MOTION, the parties state as follows:

1. In December 2005, the Court granted, in part, a motion by Plaintiffs to require additional discovery from Defendant. The production of materials and a deponent -- Matthew Dillis -- while achieved cooperatively by the parties, took longer than the parties anticipated and/or wished. Nonetheless, this discovery has now been completed.

2. The parties wish to explore settlement and/or mediation of this action, and require more time than would be available within the current pre-trial and trial schedule.

3. Both of Plaintiffs' counsel are starting a trial on Monday May 1, 2006 in Norfolk Superior Court. Defendant's counsel is also presently trying a case in Rhode Island. All counsel believe that their trials will extend through May 4, 2006 -- the date originally scheduled for the

#579868-B-v1 / 050804-120873

pre-trial conference. Defendant's counsel is also scheduled to begin trial of another action in Suffolk Superior Court on May 22, 2006, the date originally scheduled for the trial of this action.

    4.    The parties believe that a postponement of the pre-trial conference and trial of this action (with trial to commence on or after July 5, 2006) will "promote the just . . . and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

    **WHEREFORE**, the parties respectfully request that the Court reschedule the pre-trial conference of this action to a date convenient for the Court and the trial of this action to a date on or after July 5, 2006.

Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,**

By their attorneys,

_____/s/_____
Eric F. Eisenberg (BBO No. 544682)
Lauren Timoney Upton (BBO No. 565122)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
Dated: May 1, 2006    (617) 345-9000

## **CERTIFICATE OF SERVICE**

      I, Lauren Timoney Upton, hereby certify that on this 1st day of May, 2006, I served a true and accurate copy of the foregoing Motion to Extend Time by facsimile and first class mail, postage prepaid to:

Steven J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Fax: (617) 439-7590

                                                    _____/s/_____