UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411-NMG

BERWIND PROPERTY GROUP, INC. )
and NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
       Plaintiffs, )
)
v. )
)
ENVIRONMENTAL MANAGEMENT )
GROUP, INC. d/b/a EMG, )
       Defendant. )
)

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Now comes the defendant, Environmental Management Group, Inc. ("EMG"), and, pursuant to Fed. R. Civ. P. 56, hereby moves for partial summary judgment on the claims of the plaintiffs, Berwind Property Group, Inc. and Newton Investors Limited Partnership (hereinafter collectively "Berwind"). Specifically, EMG moves for summary adjudication that the limitation of liability clause contained in the contract between Berwind and EMG is enforceable, and thus the limit of Berwind's potential recovery against EMG is an aggregate of $50,000 for all counts that fall within the ambit of said clause, to wit, negligence, negligent misrepresentation, breach of contract and M.G.L. c. 93A. EMG also moves for summary judgment on Berwind's remaining counts of gross negligence, fraud in the inducement, and violation of M.G.L. c. 93A.

*(remainder of page intentionally left blank)*

In support hereof, EMG submits its Statement of Undisputed Facts and Memorandum of Law with supporting exhibits.

> Respectfully submitted,
>
> ENVIRONMENTAL MANAGEMENT GROUP, INC.
> d/b/a EMG
> By its Attorneys,
>
> MORRISON MAHONEY LLP
>
> /s/sbolotin
> Steven J. Bolotin, BBO#564085
> Michael H. Hayden, BBO#660746
> 250 Summer Street
> Boston, MA  02210
> (617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26, 2006.

> /s/sbolotin
> Steven J. Bolotin