# EXHIBIT D



Client:

## Berwind Property Group, Inc.
3000 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania 19102
Mr. Albert Corr

## Property Condition Evaluation
of
1220 Washington Street
1210 - 1230 Washington Street
Newton, Massachusetts 02165



EMG Project No.: 54456
Date of Report: April 6, 1999
On-site Dates: March 29, 1999 and March 30, 1999

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE MARYLAND 21031    800 733 0660    FAX # 10 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON



54456

# TABLE OF CONTENTS

1. Executive Summary .................................................................................................. 1
    1.1. Client's Investment Objective ........................................................................... 1
    1.2. Property Information ......................................................................................... 1
    1.3. General Physical Condition .............................................................................. 3
    1.4. Deferred Maintenance Costs ............................................................................ 4
    1.5. Reserve Repair and Replacement Costs ........................................................... 4
    1.6. Recommendations for Equity Investors ........................................................... 4
    1.7. Project-at-a-Glance, Immediate Repair, Short Term Repair and Replacement Reserve
    Cost Estimates ................................................................................................... 5

2. Purpose and Scope ................................................................................................. 10
    2.1. Purpose ............................................................................................................ 10
    2.2. Scope ............................................................................................................... 11

3. Site Description and Observations ....................................................................... 13
    3.1. Parking, Paving and Sidewalks ....................................................................... 13
    3.2. Drainage Systems and Erosion Control .......................................................... 14
    3.3. Topography and Landscaping .......................................................................... 14
    3.4. General Site Improvements ............................................................................. 15
    3.5. Utilities ............................................................................................................ 16
        3.5.1. On-site Water System ............................................................................. 16
        3.5.2. On-site Sanitary Sewer System .............................................................. 17
        3.5.3. Property Electrical, Telephone and Cable Distribution System ............. 17
        3.5.4. Property Gas Distribution ....................................................................... 18

4. Building Architectural and Structural Systems ................................................. 19
    4.1. Foundations .................................................................................................... 19
    4.2. Superstructure and Floors .............................................................................. 19
    4.3. Roofing ............................................................................................................ 20
    4.4. Exterior Walls ................................................................................................. 21
    4.5. Exterior and Interior Stairs ............................................................................. 22
    4.6. Exterior Windows and Doors .......................................................................... 23
    4.7. Patio, Terrace and Balcony ............................................................................. 23
    4.8. Common Areas, Entrances and Corridors ....................................................... 23

5. Building Mechanical, Electrical and Plumbing Systems ................................... 25
    5.1. Building Heating, Ventilating, and Air-conditioning (HVAC) ...................... 25
    5.2. Building Plumbing and Domestic Hot Water .................................................. 25
    5.3. Building Gas Distribution ............................................................................... 26
    5.4. Building Electrical ........................................................................................... 27
    5.5. Building Elevators and Conveying Systems ................................................... 27
    5.6. Fire Protection and Security Systems ............................................................. 29

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

98



54456

6. Interior ..................................................................................................... 31
   6.1. interior Finishes ................................................................................ 31
   6.2. Commercial Kitchen Appliances ...................................................... 32
   6.3. HVAC ................................................................................................ 32
   6.4. Plumbing .......................................................................................... 33
   6.5. Electrical .......................................................................................... 34

7. Other Structures ....................................................................................... 35

8. Code Compliance and Accessibility ......................................................... 37
   8.1. Building, Zoning, and Fire Code Compliance ................................... 37
   8.2. ADA Compliance .............................................................................. 37

9. Interview Schedule .................................................................................... 43

10. Tenant Space Observations ..................................................................... 44
    10.1.Tenant Space Types and Tenant Mix ............................................. 44
    10.2.Tenant Spaces Observed ................................................................ 44

11. EMG Certification .................................................................................... 45

12. Project Manager's Qualifications ............................................................. 47

13. Terminology .............................................................................................. 49

14. Appendices ............................................................................................... 54

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE MARYLAND 21031    800 733 0660    FAX 410 785 8220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON



54456

# 1.    Executive Summary

### 1.1.    Client's Investment Objective

We have been informed that you desire to engage EMG in support of your due diligence activities for the acquisition of the above referenced property. We have been informed that your objective related to the Property is: to acquire the property and hold for approximately five to seven years. A restatement of your objective allows EMG to inspect the Property with an eye toward your investment concerns.

EMG shall perform a Property Condition Evaluation (the "Service") meeting the client requirements hereafter described. EMG shall provide the service for the sole use of the client, subject to the terms and conditions set forth in the Agreement dated March 2, 1999.

### 1.2.    Property Information

The property information is summarized in the table below. More detailed descriptions may be found in the various sections of the report and in the Appendices.

| Property Information | |
|---|---|
| Address: | 1210 - 1230 Washington Street, Newton, Middlesex County, Massachusetts 02165 |
| Year constructed: | Original structure – unknown. Additions to building were constructed in 1970's and in 1983. Garage was constructed in 1983. Original building and first addition was renovated in 1983. |
| Current owner of property: | Newton Kostigen LLC |
| Management Point of Contact: | Mr. John Stewart, Title, Telephone No. (617) 247-1140, Fax No. (617) 247-2198 |
| Property type: | Office |
| Site area: | 2.03 Acres |
| Gross floor area: | Not Provided |
| Net Rentable area: | 89,715 Square Feet |
| Number of buildings: | One |

1

HEADQUARTERS  EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220
ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS
LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON

100



54456

| Property Information | |
|---|---|
| Parking type and number of spaces | Total: 262 spaces (13 spaces in open lots and 249 spaces in parking garage) |
| Building construction | Original portion of the structure is brick with wood plank floors. The age of the original portion of the building is unknown. An addition to the rear of the building was added, reportedly in the 1970's, and another addition was reportedly added in 1983. The additions to the structure are concrete masonry unit construction with interior steel framing and steel beams and open web steel joists with metal decking and concrete slabs. Garage is constructed of cast-in-place concrete decks. Exteriors of the building and parking garage are constructed of brick. |
| Bay/Column Spacing | Approximately 27 Feet |
| Interstorey/vertical clearance | Approximately 12 Feet |
| Roof construction | Low slope or flat roofs with metal decking with lightweight concrete fill on open-web steel joists in new sections of building. Original building appears to have wood plank deck with steel support framing. The roof surface is a mechanically attached single-ply "rubber" roofing membrane. |
| Facade | Brick |
| Heating and/or Air Conditioning | Heating and Cooling: The tenant spaces are heated and cooled by individual direct expansion, constant volume, gas-fired, packaged rooftop units |
| Fire and Life Safety | Wet-pipe sprinkler system in the buildings and a dry-standpipe only in the garage. The buildings have portable fire extinguishers, smoke detectors, pull stations and alarm horns. There are Siamese connections on the exterior of the building and fire hydrants located along the public streets bordering the property. |
| Date of visit | March 29, 1999 and March 30, 1999 |
| Weather conditions | March 29, 1999: Partly cloudy, with temperatures in the mid 60's (°F) and light winds. March 30, 1999: Partly cloudy, with temperatures in the mid 50's (°F) and moderate winds. |
| Escorted by | Mr. John Stewart |
| On-site observations and report preparation by | Sandra J. Terepka |
| Reviewed by | Michael R. Collins, AIA, Program Supervisor |

2

**EMG**

54456

## 1.3. General Physical Condition

Generally, the property was constructed within industry standards, has been fairly well maintained over recent years and appeared to be in good to fair overall condition. Property management personnel reported that, over the past three years, the property has had a limited capital improvement expenditure program, primarily concerning routine maintenance and repairs. The property manager did not provide supporting documentation to validate this claim.

There are a number of Immediate Repairs (within 90 days) and Short Term Repairs (within one year) required which are summarized below and in the Immediate Repairs Cost Estimate (Table 1) and the Short Term Repairs Cost Estimate (Table 2) contained in this section of the report. They are described in more detail in the various sections of this report.

The deficiencies, shown in the Immediate Repairs Cost Estimate (Table 1) included in this section of the report are restated as follows:

- Retain structural engineer to review parking garage drainage and structure.
- Repairs to exterior pole lighting.
- Install lights for parking area at east end of building.
- Immediate roof repairs.
- Repairs to garage stairs.
- Replace damaged stair treads as safety precaution.
- Repairs to sprinkler system.
- Repairs to fire alarm panel.
- Recharge or replace fire extinguishers.
- Identify cause of warm circuit breakers.
- Contingency budget for repairs identified with infrared survey.
- Determine cause of repeated storm drain structure clogging.
- ADA compliance items. Reference Section 8.2.

The deficiencies, shown in the Short Term Repairs Cost Estimate (Table 2) included in this section of the report are restated as follows:

- Roof replacement due to apparent condition and EUL.
- Clean and repoint masonry exterior walls on older section of building.

3

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

102



54456

- Scrape and paint gas lines on roof to remove corrosion.
- Replace elevator cab door actuators.
- Repairs to elevator keycard actuator system and logic.
- Repairs for garage underground storm drainage.
- Contingency budget for repairs to garage upper deck drainage.
- Clean and apply efflorescence check coating to exterior walls.
- Repairs to spalled areas of garage interior walls and decks.

## 1.4.   Deferred Maintenance Costs

Based on the observations summarized above and the costs itemized in the Tables 1 and 2, the total funds required to correct the deficiencies are estimated to be as follows:

| Deferred Maintenance Costs | |
| --- | --- |
| Immediate Repairs (within 90 days) | Short Term Repairs (within one year) |
| $32,150 | $163,000 |

## 1.5.   Reserve Repair and Replacement Costs

There are a number of repairs and/or replacements, which should be accomplished during the evaluation period for which reserves should be established. These needs are identified in the various sections of this report and are summarized in the Replacement Reserves Cost Estimate (Table 3) which is included in this section of the report.

## 1.6.   Recommendations for Equity Investors

The intended purchaser should consider having the following studies performed on the property prior to settlement:

- It is recommended that the underground storm water drains be video inspected to determine the cause of frequent clogging. The inspections should be reviewed by a local Professional Engineer to insure the system is not clogged, as discussed in more detail in Section 3.2. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

4

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 8220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

103

54456

- Significant signs of ponding water, inadequate drainage, efflorescence on the exterior brick, mineral deposits and minor concrete deterioration due to water intrusion were observed in the parking garage, requiring additional evaluation by a local Professional Engineer, as discussed in Section 7. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

The intended purchaser should also obtain copies of the below listed documents prior to settlement:

- All roof, equipment and system warranty/guarantee transfers. Manufacturer's often levy a warranty transfer fee and generally require that the equipment or system be in pristine condition in order to provide such transfers. This often necessitates upgrades, repairs, or servicing to meet their requirements.

- All site and building construction drawings and specifications available.

- All government documents such as Certificates of Occupancy, permits, zoning variances, easements, tax receipts, and other pertinent records.

## 1.7.    Project-at-a-Glance, Immediate Repair, Short Term Repair and Replacement Reserve Cost Estimates

This section provides cost estimates for the repair items noted within this report.

These estimates are based on invoice or Bid Document(s) provided by Owner/facility and construction cost developed by construction resources such as *Means* and *Dodge*, EMG's experience with past costs for similar properties, city cost indexes, and assumptions regarding future economic conditions.

Those items which will need to be performed immediately (within the next 90 days), those items which need to performed on a short term basis (within one year), as well as the repairs, replacements and significant maintenance items that will most likely need to be performed over the evaluation period (12 years) are listed in the tables on the following pages:

5

**EMG**

## The Project at a Glance

1220 Washington Street
Newton, Massachusetts
March 29,1999 and March 30, 1999
54456

| | Building Type: | Office |
|---|---|---|
| | Building Area : | 89,715 Square Feet |
| | Property Age : Unknown | Years |

| Physical Condition Summary | Good | Fair | Poor | Immediate | Short-Term | Reserves |
|---|---|---|---|---|---|---|
| **Executive Summary** | | | | | | |
| 1.6  Follow-Up Recommendations | See Report Section 1.6 for details | | | $2,500 | $0 | $0 |
| **Site Improvements** | | | | | | |
| 3.1  Utilities | ✔ | | | $0 | $0 | $0 |
| 3.2  Parking, Paving and Sidewalks | ✔ | ✔ | | $0 | $0 | $10,760 |
| 3.3  Storm Sewer, Drainage Systems & Erosion Control | ✔ | | | $0 | $0 | $0 |
| 3.4  Landscaping and Topography | ✔ | ✔ | | $0 | $0 | $0 |
| 3.5  General Site Improvements | ✔ | ✔ | ✔ | $2,000 | $0 | $0 |
| **Building Architectural & Structural Systems** | | | | | | |
| 4.1  Foundations | ✔ | | | $0 | $0 | $0 |
| 4.2  Superstructure and Floors | ✔ | | | $0 | $0 | $0 |
| 4.3  Roofing | ✔ | ✔ | ✔ | $2,000 | $61,000 | $0 |
| 4.4  Exterior Walls | ✔ | ✔ | | $0 | $50,000 | $17,050 |
| 4.5  Exterior and Interior Stairs | ✔ | ✔ | ✔ | $2,750 | $0 | $0 |
| 4.6  Exterior Windows and Doors | ✔ | ✔ | | $0 | $0 | $0 |
| 4.7  Patio, Terrace and Balcony | | | | $0 | $0 | $0 |
| 4.8  Common Areas, Entrances and Corridors | ✔ | ✔ | | $0 | $0 | $2,400 |
| **Building Mechanical, Electrical and Plumbing Systems** | | | | | | |
| 5.1  Building HVAC | ✔ | | | $0 | $0 | $0 |
| 5.2  Building Plumbing and Domestic Hot Water | ✔ | | | $0 | $0 | $0 |
| 5.3  Building Gas Distribution | ✔ | ✔ | | $0 | $2,000 | $0 |
| 5.4  Building Electrical | ✔ | | | $0 | $0 | $0 |
| 5.5  Building Elevators and Conveying Systems | ✔ | ✔ | ✔ | $0 | $4,000 | $8,000 |
| 5.6  Fire Protection and Security Systems | ✔ | ✔ | ✔ | $5,000 | $0 | $0 |
| **Interiors** | | | | | | |
| 6.1  Interior Finishes | ✔ | ✔ | | $0 | $0 | $230,000 |
| 6.2  Commercial Kitchen Appliances | | | | $0 | $0 | $0 |
| 6.3  HVAC | | ✔ | | $0 | $0 | $330,000 |
| 6.4  Plumbing | ✔ | ✔ | | $0 | $0 | $1,050 |
| 6.5  Electrical | ✔ | ✔ | | $8,500 | $0 | $0 |
| **Other Structures** | | | | | | |
| 7.0  Parking Garage | ✔ | ✔ | ✔ | $1,500 | $26,000 | $0 |
| **Code Compliance and Accessibility** | | | | | | |
| 9.1  Building, Zoning, and Fire Code Compliance | ✔ | | | $0 | $0 | $0 |
| 9.2  ADA Compliance | ✔ | ✔ | ✔ | $7,900 | $0 | $0 |
| | | | Total | $32,150 | $163,000 | $599,260 |

| Holdback and Reserve Summary | Today's Dollars | $/SF | $/SF/Year | w/ Escalation | $/SF/Year |
|---|---|---|---|---|---|
| Immediate Repairs Cost Estimate | $32,150 | $0.36 | N/A | N/A | N/A |
| Short Term Repairs Cost Estimate | $163,000 | $1.82 | N/A | N/A | N/A |
| Replacement Reserves Cost Estimate | $599,260 | $6.68 | $0.56 | $694,311 | $0.64 |

**Immediate Repairs - Cost Estimate**

| Property Name: | 1220 Washington Street | Gross Bldg. Area: | 89,715 Square Feet |
| Location: | Newton, Massachusetts | Number Buildings: | 1 |
| Project Number: | 54456 | Reserve Term: | 12 years |
| | | Property Age: Unknown | years |

| Sec | Component or System | Comments | Quantity | Unit | Cost | I-Total$ |
|---|---|---|---|---|---|---|
| 1.6 | Structural Engineer, Review & report | Review parking garage drainage and structure | 1 | LS | $2,500.00 | $2,500 |
| 3.4 | Exterior pole standard & lighting | Repairs as necessary | 2 | EA | $500.00 | $1,000 |
| 3.4 | Building mounted HID lighting | Install lights for parking area at east end of building | 2 | EA | $500.00 | $1,000 |
| 4.3 | Roof Repairs | Contingency budget for immediate repairs | 1 | LS | $2,000.00 | $2,000 |
| 4.5 | Exterior concrete stair repair | Repairs to garage stairs | 1 | LS | $2,000.00 | $2,000 |
| 4.5 | Interior "tilt vinyl treads | Replace damaged treads as safety precaution | 30 | EA | $25.00 | $750 |
| 5.6 | Repairs to sprinkler system | Contingency budget for repairs | 1 | LS | $2,000.00 | $2,000 |
| 5.6 | Repairs to fire alarm panel | Contingency budget for repairs | 1 | LS | $2,000.00 | $2,000 |
| 5.6 | Fire Extinguishers | Recharge or replace | 20 | EA | $50.00 | $1,000 |
| 6.5 | Infrared survey | Identify causes of warm circuit breakers | 1 | LS | $2,500.00 | $2,500 |
| 6.5 | Repairs or rewiring | Contingency budget for deficiencies identified in infrared survey | 4 | EA | $1,500.00 | $6,000 |
| 7.0 | Video inspection of storm drain structure | Determine cause of repeated clogging | 1 | LS | $1,500.00 | $1,500 |
| 8.2 | ADA Compliance items | See Section 8.2 of the report for detailed explanation. | 1 | LS | $7,900.00 | $7,900 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **Total Immediate Repairs** | | **$32,150** |
| **Cost per square foot** | | **$0.36** |

Table 1

Short Term

**Property Name:** 1220 Washington Street
**Location:** Newton, Massachusetts
**Project Number:** 54456

**Gross Bldg. Area:** 89,715 Square Feet
**Number Buildings:** 1
**Reserve Term:** 12 years
**Property Age:** Unknown years

| Sec | Component or System | Comments | Quantity | Unit | Cost | ST-Total$ |
|---|---|---|---|---|---|---|
| 4.3 | Roof covering, rubber membrane | Roof replacement due to apparent condition and EUL | 360 | SQ | $225.00 | $81,000 |
| 4.4 | Exterior walls, masonry cleaning / repointing | Older section of building | 10,000 | SF | $5.00 | $50,000 |
| 5.3 | Scrape and paint gas lines | Corrosion on gas lines on roof | 1 | LS | $2,000.00 | $2,000 |
| 5.5 | Elevator, cab doors | Replacement of door actuators | 1 | EA | $2,000.00 | $2,000 |
| 5.5 | Elevator, controller or dispatcher | Repairs to keycard actuator system and logic. | 1 | EA | $2,000.00 | $2,000 |
| 7.0 | Garage underground storm drainage | Contingency budget for repairs | 1 | LS | $10,000.00 | $10,000 |
| 7.0 | Garage upper deck drainage | Contingency budget for correcting drainage | 1 | LS | $2,000.00 | $2,000 |
| 7.0 | Exterior walls, caulking & sealants | Clean and apply elfloressent checking sealant. | 16,000 | SF | $0.75 | $12,000 |
| 7.0 | Interior walls and decks | Repair areas of minor spalling | 1 | LS | $2,000.00 | $2,000 |

| Total Short Term Repairs | $163,000 |
|---|---|
| Cost per square foot | $1.82 |

EMG 54456w01

Table 2

4/6/99

107

# Replacement Reserve Analysis (CONTINUED)

| Property Name: | 1220 Washington Street | Evaluation Term: | 12 |
| Location: | Newton, Massachusetts | Building Age: | Unknown |
| Project Number: | 64456 | No. of Buildings: | 1 |
| Inflation Rate: | 2.50% | Total Square Footage: | 89,715 |

| Sec | Component or System | EUL (Yr) | AGE (Yr) | RUL (Yr) | Quantity | Unit | Unit Cost ($) | Replacement Reserve Costs | Probable Replacement Dates & Estimated Expenditures ($) | | | | | | | | | | | | Total Reserve Over Term |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | |
| 3.1 | Asphalt repair (roll & patch, full depth) | | | | 3,600 | SF | $2.50 | $9,000 | $0 | $0 | $9,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,000 |
| 3.1 | Asphalt pavement (seal coat one term) | | | | 17,800 | SF | $0.10 | $1,780 | $0 | $0 | $0 | $0 | $880 | $0 | $0 | $0 | $0 | $0 | $0 | $880 | $1,780 |
| 4.4 | Exterior walls, caulking & sealants | | | | 31,000 | SF | $0.55 | $17,050 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $17,050 | $0 | $0 | $0 | $17,050 |
| 4.8 | Common floors, wood | | | | 1,600 | SF | $1.50 | $2,400 | $0 | $0 | $2,400 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,400 |
| 5.5 | Elevator, cab finishes | | | | 1 | EA | $8,000.00 | $8,000 | $0 | $0 | $0 | $0 | $0 | $8,000 | $0 | $0 | $0 | $0 | $0 | $0 | $8,000 |
| 6.1 | Wall surfaces | | | | 100,000 | SF | $0.50 | $50,000 | $0 | $12,500 | $0 | $0 | $12,500 | $0 | $0 | $12,500 | $0 | $0 | $12,500 | $0 | $50,000 |
| 6.1 | Floor finishes, carpet | | | | 10,000 | SY | $18.00 | $180,000 | $0 | $0 | $45,000 | $0 | $45,000 | $0 | $45,000 | $0 | $45,000 | $0 | $0 | $45,000 | $180,000 |
| 8.3 | Rooftop package unit pkg ton | | | | 300 | TON | $1,100.00 | $330,000 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $27,500 | $330,000 |
| 8.4 | DHW heaters, <150 gal. | | | | 3 | EA | $350.00 | $1,050 | $0 | $0 | $350 | $0 | $0 | $0 | $350 | $0 | $0 | $0 | $350 | $0 | $1,050 |
| | | | | | | | | $599,280 | $27,500 | $40,000 | $84,250 | $27,500 | $27,500 | $35,500 | $40,000 | $40,000 | $88,550 | $27,500 | $40,000 | $73,380 | $599,280 |
| | ANNUAL RESERVE (INFLATED) | | | | | | | | 1.0000 | 1.0250 | 1.0506 | 1.0769 | 1.1038 | 1.1314 | 1.1597 | 1.1887 | 1.2184 | 1.2489 | 1.2801 | 1.3121 | |
| | INFLATION RATE FACTOR | | | | | | | | | | | | | | | | | | | | |
| | ANNUAL RESERVE (INFLATED) | | | | | | | $27,500 | $41,000 | $88,516 | $29,614 | $30,353 | $44,153 | $41,575 | $47,547 | $109,106 | $34,344 | $51,851 | $99,261 | $664,311 |
| | UNINFLATED RESERVE / SF / YEAR | | | | | | | $0.56 | | | | | | | | | | | | | |
| | INFLATED RESERVE / SF / YEAR | | | | | | | $0.64 | | | | | | | | | | | | | |

EUL: Expected Useful Life (Average)
AGE: Effective Age of Building Components
RUL: Remaining Useful Life (Estimated)

108



54456

## 2.    Purpose and Scope

We have been informed that you desire to engage EMG in support of your due diligence activities for the acquisition of the above referenced property. We have been informed that your objective related to the Property is: to acquire the property and hold for approximately five to seven years. A restatement of your objective allows EMG to inspect the Property with an eye toward your investment concerns.

EMG shall perform a Property Condition Evaluation (the "Service") meeting the client requirements hereafter described. EMG shall provide the service for the sole use of the client, subject to the terms and conditions set forth in the Agreement dated March 2, 1999.

### 2.1.    Purpose

EMG was retained by the client to render an opinion as to the Property's current general physical condition as of the day of our site visit pursuant to our Agreement dated March 2, 1999. It is EMG's understanding that the client intends to rely upon this report for decisions related to the acquisition of the property.

Based on the observations, interviews and document review outlined below, this report identifies significant deferred maintenance issues, existing deficiencies, and material code violations of record at municipal offices that effect the Property's use. Opinions are rendered as to its structural integrity, building system condition and the Property's overall condition. The report also notes building systems or components that have realized or exceeded their typical expected useful lives.

The physical condition of building components is typically defined as being in one of three categories: Good, Fair, and Poor. For the purposes of this report, the following definitions are used:

| Good | = | Satisfactory as is, requiring routine maintenance |
| Fair | = | Satisfactory as is for the most part but some aspects demand attention in the future |
| Poor | = | Requires immediate or short term repair, replacement or significant maintenance |

10

**EMG**

54456

## 2.2.  Scope

To accomplish the Property Condition Evaluation in accordance with the Client's requirements, we will perform the following Services:

- Visit the subject property to observe and evaluate the current general condition of the building and site improvements, and review available construction documents to assist with the review and evaluation of building systems and site improvements.

- Provide a full description of the property and improvements, with descriptions of in-place systems and commentary on observed conditions, to include site, architectural, structural, mechanical, electrical, plumbing, fire and life/safety, interior, exterior, and other systems.

- Identify those components observed that are exhibiting deferred maintenance issues and provide estimates for "immediate" (90-day), "short term" (1-year) and "replacement reserve" (12-year) costs based on observed conditions, available maintenance history and industry-standard useful life estimates.  If applicable, this analysis will include the review of any available documents pertaining to capital improvements completed within the last five (5)-year period or currently under contract.  EMG shall also review available maintenance records and procedures and interview current available maintenance staff and relevant property contractors.

- Provide a general statement of observations regarding the property's general compliance with Title III of the Americans with Disabilities Act.  This will not constitute a full ADA survey, but will help to indicate whether the Client is exposed to accessibility issues and whether a more comprehensive review is advisable.

- List the current utility service providers, and inquire as to whether there is any documented life safety/code violations on record with local building, zoning and fire departments.

- Observe and generally comment upon the condition of the common areas, a representative sampling (10%) of interior tenant spaces/units, and accessible vacant spaces/units.

- Provide an Executive Summary at the beginning of the report to provide a quick, "user-friendly" summary of the property's condition and estimated costs assigned by category.  These costs will be cross-referenced to report sections where cost issues will be explained in detail.  The report will also recommend additional studies if required, with an estimate of associated costs.

11

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE  MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

110



54456

*Please Note:*  An EMG Enhanced Property Condition Evaluation is intended to provide a current evaluation of the subject property's general condition in accordance with industry-accepted due diligence practice.  The Client may require a more detailed evaluation of specific systems, equipment or components, which EMG can provide, as an additional service, either in conjunction with the Enhanced Property Condition Evaluation, or as a follow-up evaluation of specific conditions or issues identified by the Enhanced Property Condition Evaluation.

12

111

**EMG**

54456

# 3.    Site Description and Observations

## 3.1.    Parking, Paving and Sidewalks

*Description:* The main entrance drive is located on the northern side of the property from Washington Street. There is an additional entrance at the northeast corner of the building, also from Washington Street, and there are two entrances into the parking garage from Chestnut Street. The pavement surfaces in the front entrance drives are paved with asphaltic concrete. Brick pavers at the central entrance to the building, from Washington Street, accent isolated areas. The asphalt-paved areas do not have curbing.



Parking is provided for approximately 262 cars, which is approximately 2.9 spaces per thousand square feet of floor area. There are 13 spaces in open lots and 249 spaces provided in an attached parking structure. Approximately four spaces are designated for disabled use.

The sidewalks along the public streets are constructed of concrete. Walkways on the property are constructed with brick pavers. Access stoops are constructed of concrete, finished with brick, and have metal handrails.

*Observations/Comments:*

- ■    The asphaltic concrete pavement in the parking areas and service drives was observed to have areas of alligator cracking and evidence of prior repairs. Additional repairs are anticipated in these areas during the evaluation period. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3). The areas were most predominant at the main entrance drive. Our cost includes resurfacing of the asphalt in this area and sealcoating and restriping of the remaining areas.

- ■    The sidewalks, entrance steps and stoops appeared to be in good condition requiring routine cleaning and maintenance. No other action is required.

HEADQUARTERS    EMG CORPORATE CENTER    1101 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

112

**EMG**

54456

### 3.2.    Drainage Systems and Erosion Control

*Description:* Site storm water from the roofs of the building, parking garage, lawns and paved areas flows into on-site inlets and catch basins with underground piping connected to the municipal storm drain system.

*Observations/Comments:*

- ■    Evidence of storm water runoff from adjacent properties was not observed. No action is required.

- ■    The storm water system appeared to provide adequate runoff with no evidence of major ponding or erosion noted. No action is required.

### 3.3.    Topography and Landscaping

*Description:*     The    property    slopes moderately downward from the rear of the building (south side of the property) to the front of the building (north side of the property).   The property also slopes steeply away from the rear of the building down to the south to a railroad easement adjoining the rear of the property.



The landscaping consists of trees, shrubs and grasses.

Surrounding    properties    include    the Railroad and Massachusetts Pike to the south, commercial properties to the east and north, and a police station to the west.

A masonry retaining wall abuts a portion of the property adjacent to the west end of the parking garage. The property manager reported that the retaining wall belonged to the adjacent property.

*Observations/Comments:*

- ■    The property topography and adjacent uses did not appear to present conditions detrimental to the property. No significant areas of erosion were observed affecting the property. No action is required.

14

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 8220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT · HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

113

54456

- ■ The landscaping appeared to be well maintained and in good condition requiring routine maintenance. No other action is required.

- ■ The retaining wall was reportedly owned and maintained by the adjoining property. No action is required.

## 3.4. General Site Improvements

*Description:* Property identification signage is provided by street address numbers mounted above each building address. Tenant signage is mounted adjacent to the building entrances. One tenant has a monument sign located in the landscaping adjacent to Washington Street.



Site lighting is provided by property-owned streetlights with high intensity lamps, mounted on hollow metal poles spaced along the driving lanes and in parking areas.

There is a limited amount of building exterior lighting provided by light fixtures surface-mounted on the exterior walls. There was no exterior lighting observed at the east and south sides of the property.

There are dumpsters located in the parking, rear service drive and loading dock areas, which are placed on the asphalt paving without enclosures.

*Observations/Comments:*

- ■ The property identification signs appeared to be in good condition requiring routine maintenance. No other action is required.

- ■ The tenant identification signs and street address numbers appeared to be in good condition, with some requiring maintenance, repair or replacement. The minimal aggregate quantity of this work allows for the repairs to be performed as part of routine maintenance. No other action is required.

HEADQUARTERS  EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

114



54456

■    The exterior light fixtures appeared to be in good condition requiring routine
maintenance.  We visited the site at night and noted that lamps in two of the
lights were not operational.  Replacement of lamps is considered to be routine
maintenance, however, a nominal cost is included in the Immediate Repairs Cost
Estimate (Table 1) in the event repairs are required.  No other action is required.

■    It was noted that the parking area at the east end of the site is not lighted.  We
have included a nominal cost for installation of building-mounted lighting at this
area.  The cost is included in the Immediate Repairs Cost Estimate (Table 1).

■    The dumpsters are owned and maintained by the refuse contractor, and the
tenants contract the service.  No action is required.

## 3.5.    Utilities

The following is a table of utilities supplied to the site and the names of the suppliers:

| Site Utilities | |
| --- | --- |
| Utility | Supplier |
| Sanitary Sewer | City of Newton |
| Storm Sewer | City of Newton |
| Domestic Water | City of Newton |
| Electrical Service | Boston Edison |
| Natural Gas Service | Boston Edison |
| Telephone Service | NYNEX |

The on-site representatives reported that the utilities provided are adequate for the
property.  Observable utilities appeared to provide adequate service for the function of
the property.

### 3.5.1.  On-site Water System

*Description:*  On-site water lines are supplied by the main located in Washington
Street.  The water meter is located in a vault adjacent to this public roadway.

The on-site portion of the water distribution system is the responsibility of the
property to maintain.

16



54456

The nearest fire hydrant is located along the public streets bordering the property.

*Observations/Comments:*

■   The water pressure and quality was reported to be adequate for the domestic needs of the property. No action is required.

■   The private on-site water distribution system was reported to be in good condition, with no reported or readily apparent problems. The system was reportedly replaced in 1983 at the time of remodeling, and the estimated Remaining Useful Life (RUL) for the material utilized indicates that it should only require routine maintenance. No other action is required.

### 3.5.2.  On-site Sanitary Sewer System

*Description:*  The sanitary sewer systems discharge into a municipal sewer main in Washington Street at the north side of the property.

*Observations/Comments:*

■   The private on-site sanitary sewer collection system was reported to be in good condition, with no reported or readily apparent problems. It is expected that the system will require routine maintenance over the evaluation period. No other action is required.

### 3.5.3.  Property Electrical, Telephone and Cable Distribution System

*Description:*  The electrical and telephone wiring/cabling is run underground throughout the property. The electrical services are connected to pad-mounted transformers, which feed the building interior mounted electrical meters at each tenants electrical service. The common area lighting is metered separately.

The building service size is 4,000 amps, 115/208 volt three phase, four wire, alternating current (AC).

*Observations/Comments:*

■   The on-site electrical, telephone and cable TV system is owned and maintained by the respective utility company. This includes transformers, meters and all elements of the on-site system. No action is required.

17



54456

### 3.5.4. Property Gas Distribution

*Description:*  The on-site gas lines are supplied by a municipal gas main located in Washington Street.  Gas service is supplied to each tenant at the front of the building, adjacent to the central parking area.  The gas meters are located in a vault in the landscaped area at the service connection.

*Observations/Comments:*

- The gas pressure and quantity was reported to be adequate.  No action is required.

- The meters and regulators appeared to be in good condition requiring routine maintenance, which is the responsibility of the utility.  No other action is required.

- The manager reported that the distribution system is in good condition and that no gas leaks had been reported.  The system requires routine maintenance, which is the responsibility of the utility.  No other action is required.

18

**EMG**

54456

# 4.    Building Architectural and Structural Systems

## 4.1.    Foundations

*Description:*  The foundation system is reportedly cast-in-place concrete perimeter wall footings with concrete masonry foundation walls.  Interior column pads are constructed of cast-in-place reinforced concrete with reinforced concrete piers.

*Observations/Comments:*

■    The foundations and footings could not be directly observed while on-site.  No apparent signs of significant cracking or movement that would indicate excessive settlement were observed.  No action is required.

## 4.2.    Superstructure and Floors

*Description:*  The building is constructed with a cast-in-place reinforced concrete slab at the first floor.  .

The superstructure system consists of load bearing concrete masonry units. The original section of the building has wood joist upper floor framing.

The new sections of the building (1983) are constructed with steel beams and open-web steel joists with metal decking and concrete slab floors.



Steel columns and beams provide interior structural framing.  The roof system is framed with steel beams and open-web steel joists with metal decking and lightweight concrete topping.

*Observations/Comments:*

■    The superstructure and floor framing were open for limited observation. Observed floors appeared to be level and stable and no significant signs of deflection or movement was observed.  No action is required.

19

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

118

**EMG**

54456

## 4.3.    Roofing

*Description:*    The roofing system is classified as low slope or flat roofing. The roof deck is constructed of metal decking with lightweight concrete fill on open-web steel joist framing.    It was reported that the roof system has rigid insulation.



The main roofing material consists of a mechanically attached, elastomeric single-ply "rubber" roofing membrane. Equipment curbs have single-ply "rubber" roofing membrane base flashing.  Parapet walls have metal copings.

Water is drained from primary roof surfaces through internal roof drains, which empty into the municipal storm water system.

*Observations/Comments:*

- Property management personnel stated that numerous roof leaks have been reported in the past year.  During our site visit, one of the tenants reported that some of these leaks remain active.   All active leaks should be repaired immediately.  The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

- No evidence of roof deck or insulation deterioration was observed or reported. These items should be inspected during any future roofing repair or replacement. No other action is required.

- The roof decking appeared to be in good to fair condition.  Isolated areas of soft roofing surfaces indicated possible substrate damage at the southeast corner of the building and in small areas along the south perimeter of the building.  This damage should be repaired during the next roof replacement. The costs for repair are included in those for the overall replacement Project.  No other action is required.

- The roofing system was reported to be approximately 16 years old.  The field of the roof appeared to be in fair overall condition.  There were several areas where evidence of prior repairs were observed.  Based on the history of leaks and the estimated useful life of this type of roof system, replacement is anticipated within one year.  The cost of this work is included in the Short Term Reserves Cost Estimate (Table 2).

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE  MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER · DETROIT · HARTFORD  ·  KANSAS CITY · LAS VEGAS

119

EMG

54456

- The roof flashing appeared to be in good to fair overall condition requiring routine maintenance. No other action is required.

- The parapet walls and copings appeared to be in good to fair overall condition requiring routine maintenance. No other action is required.

- It had rained on the morning of our site visit. There were numerous minor areas of ponding water on the roof at the time of our tour. Although many areas appeared to have minimal accumulations of water that would evaporate within a day, at least one area near the southeast corner of the building appeared to routinely accumulate ponding water and several areas adjacent to the HVAC equipment appeared to also have inadequate drainage. Ponding could lead to premature roof system failure. Because roof replacement is anticipated within the next year, separate costs have not been included for correction of the ponding. Ponding should be corrected at the time of roof replacement.

- Clearing and minor repair of drain system components should be performed regularly as part of routine maintenance. No other action is required.

## 4.4.    Exterior Walls

*Description:* The exterior walls of the building and parking garage are clad with brick on concrete block walls. The window and door openings have brick lintels and brick and pre-cast concrete sills.



*Observations/Comments:*

- The face brick on the new sections of the office building appeared to be in good condition, with no cracking or efflorescence evident. No immediate action is required.

- The brick on the building exterior of the original building appeared to be in fair condition. A general deterioration of the mortar joints was evident, with minor areas of apparent moisture infiltration and efflorescence staining. Tuck pointing, cleaning, and an efflorescence check coating material should be applied. The cost of this work is included in Short Term Repairs Cost Estimate (Table 2).

- Cleaning and reapplication of an efflorescence check coating material should be applied to the entire building over the evaluation period. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3).

21

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

120