# EXHIBIT D

## PART II

54456

## 4.5.    Exterior and Interior Stairs

*Description:*  The exterior stairs in the
parking garage are constructed of
reinforced concrete.  The handrails are
constructed of metal with metal balusters
and metal top rail.



The interior stairs in the original section
of the building are constructed of wood.
The interior stairs in other sections of the
office building are constructed of light-
gauge steel with closed risers and
concrete filled steel pan treads, covered
with vinyl or carpeting.  The risers are wood and the handrails are constructed of metal
with metal balusters and wood top rail.

*Observations/Comments:*

- ■    The interior stairs in the office building generally appeared to be in good condition, with the exception of the vinyl treads on the stairs at the southeast corner of the building.  Numerous damaged treads were observed that potentially creates a trip hazard.  These treads should be replaced immediately.  The cost is included in the Immediate Repairs Cost Estimate (Table 1).

- ■    The exterior stairs in the parking garage appeared to be in fair to poor condition. We observed spalled concrete surfaces, cracked risers and treads and deterioration of corners, which appeared to present a safety hazard.  Immediate repairs of the deteriorated portions of the stair are required.  The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

22

HEADQUARTERS  EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

121

**EMG**

54456

## 4.6.   Exterior Windows and Doors

*Description:* The building windows are vinyl-framed, double-glazed, fixed-pane units.   The building's front exterior entrance doors are aluminum, with full-glass panels set in metal frames.   The main entrance door for the center section of the building is equipped with an automatic opener controlled by a switch pad.   The service doors, in most cases, are painted hollow metal doors.



Exterior entrance doors contain push-pull plates and keyed deadbolts.

*Observations/Comments:*

■   The windows and doors appeared to be in good condition requiring routine maintenance.  No other action is required.

## 4.7.   Patio, Terrace and Balcony

Not applicable.

## 4.8.   Common Areas, Entrances and Corridors

The building entrances each have a foyer enclosed with doors and walls similar in construction to the entrance.  Stairways to the upper levels are accessed from each of the lobby entrances.   There is a lobby, which contains mail supplies near the center of the building, with an additional stairway to the lower and upper levels. The lobby areas have ceramic tile or wood parquet flooring.



Wall finishes are primarily exposed brick.

23



54456

Tenant unit entrances are accessed from each lobby or directly from outside the building.

*Observations/Comments:*

- The building lobby, entrance foyers, corridors and stairways appeared to be in good condition. Replacement or refinishing of the parquet flooring will be required over the evaluation period. The costs are included in the Replacement Reserves Cost Estimate (Table 3).



24

HEADQUARTERS: EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

123

**EMG**

54456

# 5.  Building Mechanical, Electrical and Plumbing Systems

## 5.1.  Building Heating, Ventilating, and Air-conditioning (HVAC)

*Description:*  The building does not have a central heating, ventilating or air-conditioning system.  The common areas, such as foyers and corridors, are not air-conditioned.  Small, wall-mounted electric heaters are installed in the lobbies.  Baseboard electric heaters are installed in the stairwells.  See Section 6.3 for a description of the tenant unit HVAC systems and conditions.

*Observations/Comments:*

- The wall-mounted heaters and baseboard heaters appeared to be in good condition requiring routine maintenance.  Some units may require repair or replacement within the evaluation period.  The aggregate cost is considered to be a part of routine maintenance.  No costs have been included in the cost tables.

## 5.2.  Building Plumbing and Domestic Hot Water

*Description:*  The building plumbing systems include the incoming water service, the cold water piping system, and the sanitary sewer, soil, waste, and vent system.



The risers and horizontal distribution piping within the building was reported to be copper.  Observed portions of the piping were copper.

The water meter is located in a mechanical closet on the ground floor of the facility.  The soil, waste, and vent system within the building was reported, but not visually confirmed, to be cast iron.

25

HEADQUARTERS  EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220

ATLANTA • BALTIMORE • BOSTON • CHICAGO • DALLAS • DENVER • DETROIT • HARTFORD • KANSAS CITY • LAS VEGAS
LOS ANGELES • MILWAUKEE • NEW YORK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SPOKANE • TRENTON



54456

*Observations/Comments:*

- The plumbing systems appeared to be well maintained, and were reported to be in good condition requiring routine maintenance. No other action is required.

- The water pressure was reported to be adequate for the property. No action is required.

## 5.3.    Building Gas Distribution

*Description:*  The building's gas service is a steel line entering the front of the building.  The gas piping within the building appeared to be steel.  Gas is reportedly used exclusively for the HVAC equipment mounted on the roof of the building.



The individual tenants are reportedly separately metered.  The gas meters are located in a vault located in a landscaped area in front of the building.

*Observations/Comments:*

- The gas pressure and quantity was reported to be adequate. No action is required.

- The building gas meters and regulators were reported to be in good condition. No problems were observed at the time of our site visit. No other action is required.

- Gas piping observed on the roof at the time of our site visit appeared to be corroded, requiring scraping and painting within the next year to prevent further degradation of the piping system. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

HEADQUARTERS:  EMG CORPORATE CENTER  •  11011 McCORMICK ROAD  •  BALTIMORE, MARYLAND 21031  •  800 733 0660  •  FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON

125

**EMG**

54456

## 5.4.    Building Electrical

*Description:*  The building service size
is 4,000 amps, 115/208 volt, three phase,
four wire alternating current (AC).

The electrical meters for common areas
and individual units are installed in the
electrical room near the east end of the
building.  The circuit breaker panels are
located in an electrical equipment room
within each tenant space or in the main
electrical room.    The utilities for
common areas are metered separately.



*Observations/Comments:*

■    The electrical power was reported to be adequate for the building demands.  No
action is required.

■    The switchgear, circuit breaker panels and electrical meters appeared to be in
good condition.  No action is required.

## 5.5.    Building Elevators and Conveying Systems

*Description:*  The property has one hydraulic passenger elevator providing access to all
the floors on the east end of the building.  The elevator has front and rear access doors to
allow access to the two tenant spaces.  The level of the floors of the adjacent tenant
spaces do not align, so the elevator stops at each side, increasing the number of stops or
landings to double the number for a three-story building.  There is key-card access for
the elevator controls to allow restriction of access between the tenant spaces.

The elevator is serviced by Delta Beckwith.  The service contract is annually renewed.
The elevator machinery is located in a room adjacent to the shaft.  Maintenance records
were located in the elevator room, and were reviewed at the time of our site visit.
Maintenance visits appeared to be scheduled and performed monthly.  The elevator has a
rated capacity of 6,000 pounds.  Plans in the elevator room indicated that the elevator
has a speed of 110 fpm.  The state inspects elevators annually and the certificate of
inspection is displayed in the elevator.

27



54456

The cab finish consists of carpet floor covering, plastic laminate and brushed stainless steel wall panels and recessed incandescent ceiling light fixtures. The doors are fitted with mechanical safety stops. The interior control panels within each elevator cab and at each landing appeared to meet ADA guidelines. The controls are the originally installed system.

### Observations/Comments:

- The elevator certificates were out-of-date. The property manager reported that the state inspections had been performed and the property was required to install an emergency telephone in the elevator cab. The telephone installation had reportedly been installed and was operational and the property manager was waiting for the current certificate to be mailed. No additional costs have been included in the cost estimates. Annual inspections are considered to be a routine maintenance activity.

- The number of elevators is reportedly adequate for the facility. However, there was reportedly inadequate responsiveness. Elevator use is limited to the delivery of supplies between floors. Passengers typically use the stairs due to the lack of confidence in the elevator operation and it's responsiveness. The property manager made a service call to the elevator contractor at the time of our site visit, due to the faulty operation of the elevator and problems with the mechanical safety stops. Although we were on-site for several hours after the service call was made, the elevator service representative did not arrive at the site during our site visit.

- The elevator maintenance contractor, Mr. Greg Arute with Delta Beckwith, reported that the elevator equipment is generally in good condition requiring maintenance. There were problems with the operation of the elevator at the time of our site visit. The mechanical safety stops were not operating properly. The property manager reported that the elevator contract is a full service maintenance agreement, and that the cost of repairs should be covered in the contract. Therefore, separate costs have not been included in the cost estimate tables.

- As of the date of this report, we have been unable to interview the service representative. Based on our experience and observation of the operation of the installed system, it is our opinion that replacement of the mechanical safety stops with electronic safety stops should be anticipated within the next year. Upgrades to the controls are also anticipated within the next year. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

- The cabs appeared to be in fair condition. Replacement of the floor finish and wall panels will be required over the evaluation period. The cost is included in the Replacement Reserves Cost Estimate (Table 3).

28

**EMG**

54456

### 5.6.    Fire Protection and Security Systems

*Description:* The fire protection system consists of a wet-pipe sprinkler system, a wet standpipe with fire department hose valves and connections in each stair tower, portable fire extinguishers, smoke detectors, pull stations and alarm horns. There are Siamese connections on the exterior of the building and fire hydrants located along the public streets bordering the property.



The fire water service enters the building in two locations on the first floor of the facility.  There is no fire pump for the facility. The sprinklers operate on the municipal water supply pressure.  Back flow preventors for the systems were reportedly installed within the last few years.

Each access corridor is equipped with pull stations and alarm horns.  The pull stations are located adjacent to the corridor exit doors and the building exit doors.

Three fire alarm panels are located in the lobbies or adjacent to the lobbies in each section of the building.  The alarm panels monitor the pull stations, smoke detectors and flow switches.  It also sounds the alarm and automatically notifies the monitoring service in the event of trouble.

Each access corridor, stairway and common space is equipped with battery back-up emergency lighting.  Battery back-up exit lights are located at all required exits and along paths of exit travel.

Security is limited to security systems installed and maintained by the tenant.

*Observations/Comments:*

■    The fire protection system appeared to be in good condition.  The local fire prevention division inspects this type of facility, but scheduling does not permit annual inspections.  The last inspection was reportedly performed more than two years ago.  A telephone interview was conducted with the local fire inspector. The fire inspector agreed to review the files and report any unresolved deficiencies.  Any significant information will be forwarded upon receipt.  No costs are included in the cost tables.

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

128



54456

- The sprinkler systems and the fire alarm systems are reportedly inspected annually by local contractors. There were no tags or other documentation at the site indicating that any of these systems have been recently inspected. The property manager reported that the information regarding the most recent inspection would be forwarded. If the inspections for this system are not current, then this work should be performed immediately. Due to the absence of documentation of recent inspections, a nominal budget for repairs has been included in the Immediate Repairs Cost Estimate (Table 1). Inspection costs are considered to be maintenance activities.

- The pull stations and alarm horns appeared to be in good condition. The alarm horns are equipped with strobe lights. No problems were reported or observed with the installed system. No action is required.

- Exit and emergency light replacement is considered to be routine maintenance. No other action is required.

- The fire extinguishers at the west end of the building appeared to have been serviced within the last year. However, the fire extinguishers at the east side of the building have not been serviced or recharged for several years. A service contract should immediately be solicited and the extinguishers immediately recharged. The cost of this work is included in the Immediate Repairs Cost Estimate (Table 1).

- The security equipment appeared to be in good condition. Replacement or repair is considered to be the tenant's responsibility. No other action is required.

HEADQUARTERS  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

129



54456

## 6.    Interior

### 6.1.    Interior Finishes

*Description:* The tenant spaces have a variety of unique interior finishes. Generally, the office areas are carpeted and the tenant break rooms have vinyl tile flooring. Some floors are painted concrete or ceramic tile. The ceilings are either open or finished with acoustical tile. Partitioning within the space is movable or unique to the individual tenant's design choices. Wall finishes include carpeting, painted drywall, laminate panels, corrugated metal and geometric designs with acoustical tiles. Bathrooms are generally finished with tiled floors and walls.



The interior doors are generally hollow core wood doors set in metal frames with painted or stained finish. Interior doors contain cylindrical hardware.

Each tenant has a local security alarm system with keypad located adjacent to the entry door.

*Observations/Comments:*

■    The walls and ceilings appeared to be in good condition. Repair, replacement, maintenance, or upgrading of the interior finishes in the tenant space is the responsibility of the property. Minor patching and painting is part of the routine maintenance program at tenant turnover. No other action is required.

■    Tenant area floor, wall and ceiling finishes appeared to be replacements in good condition. Renovation of interior finishes is typically performed by the tenant. The occupancy has reportedly been relatively stable, and tenant renovations have been financed by the existing tenant. Some floor finish and ceiling tile replacement is anticipated at tenant turnover. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3).

HEADQUARTERS  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

130



54456

■   Water-damaged ceiling tiles were observed in several areas in the upper floor ceilings. The aggregate cost of replacement of the observed quantity of damaged ceiling tiles is considered to be a routine maintenance cost, therefore, costs have not been included in the cost tables.

## 6.2.   Commercial Kitchen Appliances

There are no commercial kitchens at the facility.

## 6.3.   HVAC

*Description:*   The tenant spaces are heated and cooled by individual direct expansion, constant volume, gas-fired, packaged rooftop units. Air distribution is provided from the mechanical units through ductwork in the ceiling. Temperature control of the system is by a thermostat for each rooftop unit.

A list of the equipment, provided by the Property Manager, is included in Appendix C.



*Observations/Comments:*

■   The baseboard heating components appeared to be in good condition requiring routine maintenance. No other action is required.

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

131

54456

- The rooftop package HVAC units were generally of the same age. The label plates were illegible. Based on the construction drawings reviewed at the property management office, it appeared that the units were installed in 1983, making them approximately 16 years old. The units appeared to be in fair condition, considering the age of the equipment. The equipment has been painted and evidence of corrosion was visible on each unit, indicating that the units are approaching the end of their expected useful life. The typical expected useful life (EUL) for this type of equipment is 15 years. One unit was reportedly replaced within the last year. The maintenance contractor is reportedly a relative of the property owner. The remaining units appeared to be fairly well maintained. However, based on typical expected useful lives, we anticipate that all of the remaining 16-year old equipment will require replacement over the evaluation period. The cost is included in the Replacement Reserves Cost Estimate (Table 3). Some additional capacity was included in the replacement costs due to the changes in outside air requirements in design guideline changes implemented in 1989. (ASHRAE 62-89)

## 6.4.    Plumbing

*Description:*    The domestic water service to the units is through copper piping. An electric water heater is located in each unit. Sanitary and vent piping could not be observed, except below sinks, where steel pipe was observed.



*Observations/Comments:*

- The plumbing systems appeared to be well maintained and in good condition requiring routine maintenance. No other action is required.

- The water pressure and quantity of hot water was reported to be adequate. No action is required.

- The water heaters were generally replacements of varying age. Replacement of some water heaters is expected over the evaluation period. The cost of this work is included in the Replacement Reserves Cost Estimate (Table 3).

33

EMG

54456

## 6.5.    Electrical

*Description:*  The electrical service to the
tenant units varies in size, apparently from
400 to 1,600-amps, 115/208 volt, three
phase alternating current (AC), with the
circuit breaker panel supplying the HVAC
system, receptacles and lighting fixtures
throughout each tenant space.



*Observations/Comments:*

■    We noted numerous warm circuit
breakers on the electrical panels
for the tenant space at the
northeast corner of the building.  We noted one warm circuit breaker in another
tenant space.  These conditions are typically caused by loose wiring connections
or overloaded circuits.  It is recommended that an infrared survey be performed of
all of the electrical panels, and identified repairs be performed immediately.  The
cost for the infrared survey and a nominal budget for repairs has been included in
the Immediate Repairs Cost Estimate (Table 1).

■    The electrical service to the tenant units was reported to be adequate.  The
observed wiring was copper reportedly installed in conduit.  Two electrical panels
were observed to be missing the covers and one electrical junction box was
missing a cover.  Replacement of these items is considered to be a routine
maintenance activity.  However, the repairs should be performed immediately as
a safety precaution.  No costs have been included in the cost tables.

■    The interior lighting fixtures appeared to be in good condition.  Replacement is
considered to be routine maintenance.  No other action is required.

34

HEADQUARTERS · EMG CORPORATE CENTER · 11011 McCORMICK ROAD · BALTIMORE, MARYLAND 21031 · 800 733 0660 · FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

133

**EMG**

54456

## 7.    Other Structures

*Description:*  The parking structure located on the property is constructed of concrete masonry and cast-in-place concrete framing, including columns, beams and floor and roof slabs.  The roof serves as the last level of parking.  Exterior walls are faced with brick.  The parking garage is provided with a dry stand pipe and fire hose connections.  The entrances and exits have gates controlled by a key card system.



*Observations/Comments:*

■     The drainage system in the garage was not draining properly at the time of our site visit.  There was ponding water on the ground floor of the garage on both days of our site visit (more than 24 hours after the last rain).  The Property Manager reported that there was an accumulation of grit in the storm sewer and that the storm drain needed to be routinely cleaned.  It is our opinion that this is an indication of problems with the storm drain system.  We recommend that the storm drains be cleaned and videotaped.  The drainage system should be evaluated by a local professional engineer and repaired as necessary.  A nominal budget for video taping and an engineering evaluation is included in the Immediate Repairs Cost Estimate (Table 1).  The engineering evaluation cost was previously discussed in section 1.6.  The video inspection cost is presented in the cost table under Section 7.  Although the repair cost cannot be accurately determined without the additional study, a budgetary cost for repairs to the underground storm drainage system is included in the Short Term Repairs Cost Estimate (Table 2).

■     The brick on the exterior of the parking garage appeared to be in good condition, but some isolated areas of efflorescence staining was evident, primarily along the third floor deck along the south side and west sides of the garage.  We recommend that the drainage be reviewed on the upper decks of the garage and corrections be made to allow proper storm drainage from the upper decks.  The costs are included in the Immediate Repairs Cost Estimate (Table 2).

■     After the drainage is corrected, cleaning of the face brick and an application of a efflorescence checking coating to the exterior brick walls is recommended within the next year.  The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

134



54456

- The framing, walls and decks of the parking structure appeared to be in fair condition. Small areas of spalled concrete and minor rust stains were observed, indicating initial corrosion of the steel reinforcing in the ceilings of the garage. There were also mineral deposits noted in several locations from water penetration through the joints in the garage decks. There were some areas where prior repairs were evident. The Property Manager reported that there were repairs made to the parking garage prior to the current owner's acquisition of the property, but he was not aware of the extent of the repairs. Cleaning and patching the areas of spalled concrete with an epoxy concrete patch is required within the next year. The cost of this work is included in the Short Term Repairs Cost Estimate (Table 2).

- The ground level of the parking garage had areas of cracking in the concrete slab. The cracks appeared to be tight, and the Property Manager reported that the condition was stable. Sealing the cracks is considered to be a part of routine maintenance. No additional action is required.

HEADQUARTERS:  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·   DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

135

EMG

54456

## 8.    Code Compliance and Accessibility

### 8.1.    Building, Zoning, and Fire Code Compliance

According to statements by Mr. Mark Gilroy of the City of Newton Building Department and Fire Inspector Davis of the City of Newton Fire Department, there were no outstanding building, zoning, or fire code violations on file for the property. In addition, Mr. Gilroy indicated that the property is located in a BU-1 zoning district.

A copy of the Certificate of Occupancy was requested and will be forwarded upon receipt.

Review of the Flood Insurance Rate Map, published by the Federal Emergency Management Agency (FEMA) and dated July 17, 1986, indicated that the property is located in Zone C, defined as an area outside of the 500-year flood plain with minimal flooding. A copy of the flood hazard information is included in Appendix C.

According to the 1994 Uniform Building Code, the property is located on the Seismic Zone Map under Seismic Zone 2A, defined as an area of low to moderate probability of damaging ground motion.

### 8.2.    ADA Compliance

Generally, Title III of the Americans with Disabilities Act (ADA) prohibits discrimination by entities to access and use of "areas of public accommodations" and "commercial facilities" on the basis of disability. Regardless of their age, these areas and facilities must be maintained and operated to comply with the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

Buildings completed and occupied after January 26, 1992 are required to fully comply with ADAAG. Existing facilities constructed prior to this date are held to the lesser standard of complying to the extent allowed by structural feasibility and the financial resources available, or a reasonable accommodation must be made.

HEADQUARTERS   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

136



54456

During the Property Condition Survey, a limited visual observation for ADA compliance was conducted. The scope of the visual observation was limited to those areas of compliance, which are set forth on the ADA Compliance Checklist attached in the appendices. It is understood by the Client that the limited observation described herein does not comprise a full ADA Compliance Survey, and that such a survey is beyond the scope of EMG's undertaking. Only a representative sample of areas was observed and, other than as shown on the compliance checklist, actual measurements were not taken to verify compliance.

At an office type property such as this, the areas considered as a public accommodation include the site and parking, the exterior accessible route, the interior accessible route up to the tenant lease lines and the public restrooms.

Based on our observations, the facility did not appear to be in compliance with Title III of the Americans with Disabilities Act. Elements observed at the property which were not in compliance with the priorities of Title III, as defined by the ADAAG are as follows:

38



54456

| ADA "QUICK LOOK" BARRIER CHECKLIST | | | | | | |
|---|---|---|---|---|---|---|
| **Building History** | Yes | No | N/A | **Remedial Action/Comments** | **Calculation** | **Estimated Cost** |
| 1.  Is the building or a portion thereof, classified as a "Commercial Facility" or "place of Public Accommodation as defined by ADA? | ✔ | | | | | |
| 2.  Has the Owner previously completed an ADA review? | | ✔ | | | | |
| 3.  Does an ADA compliance plan exist for the property? | | ✔ | | | | |
| **Building Access** | Yes | No | N/A | **Remedial Action/Comments** | **Calculation** | **Estimated Cost** |
| 1.  Are there an adequate number (per regulation) of wheelchair-accessible parking spaces available?(96" wide/60" aisle) | | ✔ | | Adequate number of designated parking stalls and signage for cars were not provided.  (ADAAG Section 4.1.2) | 6 @ $150 ea. | $900 |
| 2.  Is there at least one wheelchair-accessible van parking space (96" wide/96" aisle) for every 8 standard accessible spaces? | | | ✔ | Adequate number of designated parking stalls and signage for vans were not provided.  (ADAAG Section 4.1.2.5b) | 1 @ $200 ea. | $200 |
| 3.  Are accessible parking spaces located on the shortest accessible route of travel to an accessible building entrance? | ✔ | | | | | |
| 4.  Does signage exist directing you to wheelchair-accessible parking and an accessible building entrance? | | ✔ | | Appropriate signage indicating accessible parking and entrances to the facility were not provided.  (ADAAG Section 4.30) | 3 @ $100 ea. | $300 |
| 5.  If needed, is there a ramp from the parking to an accessible building entrance? Does the slope of the ramp appear too excessive? | ✔ | | | The building requires the construction of a straight entrance ramp with handrails to allow wheelchair access. (ADAAG Section 4.8) | 20 ft.  @ $300 LF | $6.000 |
| 6.  Are handrails provided (1:12 slope or less)? | ✔ | | | | | |

39

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

138



54456

## ADA "QUICK LOOK" BARRIER CHECKLIST

| | | ✔ | | | Remedial Action/Comments | Calculation | Estimated Cost |
|---|---|---|---|---|---|---|---|
| 7. | If the main entrance is inaccessible, are there alternate accessible entrances? | ✔ | | | Install buzzer or intercom for assistance and service at exterior entrance doors or parking space. (ADAAG Section 4.27) | 1 @ $500 ea. | $500 |
| 8. | Does the entrance doorway appear to be wide enough for wheelchair access, at least 32" wide? | ✔ | | | | | |
| 9. | Does the door seem easy to open? (lever/push type knob, no twisting required, no higher than 48" above floor)? | ✔ | | | | | |
| 10. | Are entry doors other than revolving doors available? | ✔ | | | | | |

| Restrooms | | Yes | No | N/A | Remedial Action/Comments | Calculation | Estimated Cost |
|---|---|---|---|---|---|---|---|
| 1. | Are common areas public restrooms located on an accessible route? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 2. | Are door handles push/pull or lever type? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | . |
| 3. | Are access doors wheelchair-accessible (at least 32" wide)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 4. | Are public restrooms large enough for wheelchair turnaround (60" turning diameter)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 5. | Are stall doors wheelchair-accessible (at least 32" wide)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 6. | Are grab bars provided in toilet stalls (33"-36" above floor)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 7. | Do sinks provide clearance for a wheelchair to roll under (29" clearance)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 8. | Are sink handles operable with one hand without grasping, pinching, or twisting? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |

40

EMG

54456

## ADA "QUICK LOOK" BARRIER CHECKLIST

|  |  | Yes | No | N/A | Remedial Action/Comments | Calculation | Estimated Cost |
|---|---|---|---|---|---|---|---|
| 9. | Are exposed pipes under sinks sufficiently insulated against contact? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 10. | Are soap dispensers, towels, etc. reachable (48" from floor for frontal approach, 54" for side approach)? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| 11. | Is the base of mirror no more than 40" off floor? | | | ✔ | No common area restrooms. Tenant interiors are the tenant's responsibility to renovate. | | |
| **Building Common Areas** | | **Yes** | **No** | **N/A** | **Remedial Action/Comments** | **Calculation** | **Estimated Cost** |
| 1. | Is the path of travel free of obstruction and appear wide enough for a wheelchair (at least 60" wide)? | | | ✔ | Some portable furniture blocks pathway. Relocation is considered routine maintenance. | | |
| 2. | Are floor surfaces firm, stable and slip resistant? Are carpets "wheelchair user friendly"? | | | ✔ | No measurements taken. Tile and wood floors appeared to be slip resistant. | | |
| 3. | Do obstacles (phones, fountains, etc.) protrude no more than 4" into walkways or corridor? | | ✔ | | | | |
| 4. | Does at least one elevator serve the entire building? | | ✔ | | Tenants are generally accessible from the ground level. See comments on signage and an intercom. Elevator provided service only for two tenants and is reportedly used only for transportation of supplies, not for routine passenger service. | | |
| 5. | Are the elevator controls accessible and usable from a wheelchair (48" front approach/54" side approach)? | ✔ | | | | | |
| 6. | Are there raised elevator markings in Braille and Standard Alphabet for the blind? | ✔ | | | | | |
| 7. | Are there audible signals inside cars indicating floor change? | ✔ | | | | | |

41

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

140

EMG

54456

| | | | | | |
|---|---|---|---|---|---|
| **ADA "QUICK LOOK" BARRIER CHECKLIST** | | | | | |
| | Do elevator lobbies have visual and audible indicators of car arrival? | ✔ | | | |
| 8. | Does elevator interior provide sufficient wheelchair turning area (51"x68" minimum)? | ✔ | | | |
| 9. | Is at least one wheelchair-accessible telephone available? | | ✔ | No public phones observed | |
| 10. | Are wheelchair-accessible facilities (restrooms, exits, etc.) identified with signage? | | ✔ | No common area restrooms | |
| 11. | Are the proper visual and audible signals provided in the common areas? Does it appear there are a sufficient number of devices provided? | ✔ | | | |
| 12. | Are drinking fountains accessible and usable and appear to be mounted at the correct height? | | 4 | No common area drinking fountains | |
| | | | | TOTAL | $7,900 |

A full ADA Compliance Survey may reveal further aspects of the facility, which are not in compliance.

Corrections of these conditions should be addressed from a liability standpoint, but are not necessarily code violations; the Americans with Disabilities Act Accessibility Guidelines are civil rights issues as they pertain to the disabled. The cost to address the achievable items noted above is estimated at $7,900, and is included as an ADA Compliance item in the Immediate Repairs Cost Estimate (Table 1).

42

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

141



54456

## 9.    Interview Schedule

In the process of conducting the on-site observation and follow-up telephone calls, the following personnel from the facility and government agencies were interviewed:

| Name | Title | Phone Number |
|---|---|---|
| Mr. John Stewart | On-Site Property Manager | (617) 247-2198 |
| Mr. Mark Gilroy | City of Newton Building Department | (617) 552-7015 |
| Lieutenant Davis | City of Newton Fire Prevention | (617) 552-7275 |
| Greg Arute | Elevator Maintenance Contractor | (781) 830-1030 |
| Louise | Farina (HVAC Contractor) | (617) 242-0365 |

See the Records of Communication in Appendix C for comments of the individuals and officials listed above which are also referenced in the various sections of this report.

According to Mr. John Stewart, the Property Manager/Owner's representative, the common area interior finishes were replaced during the renovations in 1983.

43

HEADQUARTERS  EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

142



54456

## 10.  Tenant Space Observations

### 10.1.  Tenant Space Types and Tenant Mix

The following table identifies the reported unit types and unit mix:

| Typical Unit Types | | | |
|---|---|---|---|
| Number of Tenant Units | Tenant - Type of Use | Number Tenant Units Vacant | Total Area (St) |
| 1 | Information Handling Systems | 0 | 44,120 |
| 1 | Bisys Systems | 0 | 27,395 |
| 1 | Thingmaker | 0 | 1,200 |
| 1 | Dexter Shoe | 0 | 17,000 |
| 4 | **Totals** | **0** | **89,715** |

### 10.2.  Tenant Spaces Observed

All tenant units were observed in order to establish a clear understanding of the overall property condition. Other areas accessed included the exterior of the entire property, all roofs and all interior common areas.

All areas of the property were available for observation while on-site. The Property Manager stated that there were no unusable units or spaces at the property.

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

143



54456

## 11.    EMG Certification

Berwind Property Group, Inc. retained EMG to perform this Property Condition Evaluation in connection with its possible acquisition of 1210 - 1230 Washington Street (aka 1220 Washington Street) in Newton, Middlesex County, Massachusetts 02165, the "Property". It is our understanding that the primary interest of Berwind Property Group, Inc. is to locate and evaluate materials and building system defects, which might significantly effect the value of the property and to determine if the present Property has conditions which will have a significant impact on its continued operations.

The conclusions and recommendations presented in this report are based on the brief review of the plans and records made available to our Project Manager while on-site, interviews of available property management personnel and maintenance contractors familiar with the Property, appropriate inquiry of municipal authorities, our Project Manager's walk-through observations during his site visit, and our experience with similar properties.

No testing, exploratory probing, dismantling or operating of equipment or in depth studies was performed unless specifically required under Section 2.2 of this report. This evaluation did not include engineering calculations to determine the adequacy of the Property's original design or existing systems. Although walk-through observations were performed, not all areas were observed (See Section 10.2 for areas observed). There may be defects in the Property which were in areas not observed or readily accessible, may not have been visible to observation, or were not disclosed by management personnel when questioned. The report describes property conditions, which were in effect at the time that the observations and research were conducted.

This report has been prepared on behalf of and exclusively for the use of Berwind Property Group, Inc. for the purpose stated within Section 2.1 of this report. The report, or any excerpt thereof, shall not be used by any party other than Berwind Property Group, Inc. or for any other ~~~rpose than that specifically stated in our agreement or within Section 2.1 of this report without the express written consent of EMG. Any reuse or distribution of this report without such consent shall be at Berwind Property Group, Inc. and the recipient's sole risk, without liability to EMG.

HEADQUARTERS: EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

144