# EXHIBIT D

PART III



54456

Projections of Remaining Useful Life (RUL) are based on continued use of the Property similar to the reported past use. Significant changes in tenants and/or usage may effect the service life of some systems.

Prepared by:    Sandra J. Terepka
    Project Manager

Reviewed by:

Michael R. Collins, AIA
Program Supervisor

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

145



54456

## 12.    Project Manager's Qualifications

The following is the resume for the individual that conducted the field observation and interviews and prepared this report.

**Sandra J. Terepka, P.E.**
**Professional Engineer**
**Project Manager**

Ms. Terepka is a licensed professional engineer with experience in mechanical engineering, environmental engineering, and construction Project management. She is well versed in the construction industry, facility evaluations and general engineering practice. Her expertise includes a wealth of facility evaluations for Property Condition Surveys during property transactions such as purchases and refinancing, as well as evaluations for property management; forensic studies of building system failures and evaluation of existing system operation and engineering support during construction and renovation.

### *Areas of Expertise:*

- Building engineering assessments and property condition surveys for potential buyers, mortgage bankers, property management groups and other private clients.

### *Professional Experience:*

- Supervised and conducted building engineering assessments and property condition surveys for potential buyers, mortgage bankers, property management groups and other private clients. Provided forensic studies of building system failures to assist in resolution of disputes during litigation and criminal investigations.

- Provided indoor air quality evaluations in professional office buildings and manufacturing facilities to assist in due diligence, facility management, evaluations of tenant generated complaints and resolution of disputes with contractors.

- Engineering design, construction budget preparation, Project management and construction contract administration for municipal and industrial facility construction and renovation. Monitored construction teams of commercial and residential projects, representing the owner and the financial institution.

47



54456

### *Education/Certificates/Memberships:*

- Bachelor of Science at University of South Florida in Mechanical Engineering
- Master of Business Administration at San Francisco State University in Business Analysis
- Master of Science at University of California Berkeley in Environmental Engineering
- Registered Professional Engineer, State of Florida, since 1992
- Registered Mechanical Engineer, State of California, since 1983

48



54456

## 13. Terminology

The following are definitions of terms utilized in this report.

| TERMINOLOGY | |
|---|---|
| Actual Knowledge | Information or observations known first hand by EMG. |
| ADA | The Americans with Disabilities Act |
| Ancillary Structures | Structures that are not the primary improvements of the Property but which may have been constructed to provide support uses. |
| Appropriate inquiry | A requests for information from appropriate entity conducted by a Freedom of Information Letter (FOIL), verbal request, or by written request made either by fax, electronic mail, or mail. A good-faith one time effort conducted to obtain the information in light of the time constraints to deliver the PCE. |
| ASTM | American Society for Testing and Materials |
| Base Building | That portion of the building (common area) and its systems that are not typically subject to improvements to suit tenant requirements. |
| Baseline | A minimum scope level of observation, inquiry, research, documentation review, and cost estimating for conducting a Property Condition Evaluation as normally conducted by EMG. |
| BOMA | Building Owners & Managers Association |
| Building | Referring to the primary building or buildings on the Property, which are within the scope of the PCE as defined under Section 2.2. |
| Building Codes | A compilation of rules adopted by the municipal, county and/or state governments having jurisdiction over the Property that govern the property's design &/or construction of buildings. |
| Building Department Records | Information concerning the Property's compliance with applicable Building, Fire and Zoning Codes that is readily available for use by EMG within the time frame required for production of the Property Condition Evaluation. |
| Building Systems | Interacting or interdependent components that comprise a building such as structural, roofing, side wall, plumbing, HVAC, water, sanitary sewer and electrical systems. |
| BUR | Built Up Roof |
| Client | The entity identified on the cover of this document as the Client. |
| Commercial Real Estate | Real property used for industrial, retail, office, agricultural, other commercial, medical, or educational purposes, and property used for residential purposes that has more than four (4) residential dwelling units. |
| Commercial Real Estate Transaction | The transfer of either a mortgage, lease, or deed; the re-financing of a commercial property by an existing mortgagee; or the transferring of an equity interest in commercial property. |
| Component | A piece of equipment or element in its entirety that is part of a system. |
| Consultant | The entity or individual that prepares the Property Condition Evaluation and that is responsible for the observance of, and reporting on the physical condition of Commercial Property. |

49

**EMG**

54456

## TERMINOLOGY

| | |
|---|---|
| Dangerous or Adverse Conditions | Situations which may pose a threat or possible injury to the Project Manager, or those situations which may require the use of special protective clothing, safety equipment, access equipment, or any precautionary measures. |
| Deferred Maintenance | Deficiencies that result from postponed maintenance, or repairs that have been put off until a later time and that require repair or replacement to an acceptable condition relative to the age of the system or property. |
| Dismantle | To take apart; disassemble; tear down any component, device or piece of equipment that is bolted, screwed, secured, or fastened by other means. |
| DWV | Drainage Waste Ventilation |
| EIFS | Exterior Insulation and Finish System |
| EMS | Energy Management System |
| Engineering | Analysis or design work requiring extensive formal education, preparation and experience in the use of mathematics, chemistry, physics, and the engineering sciences as provided by a Professional Engineer licensed to practice engineering by any state of the 50 states. |
| Expected Useful Life (EUL) | The average amount of time in years that a system or component is estimated to function when installed new. |
| FEMA | Federal Emergency Management Agency |
| FFHA | Federal Fair Housing Act |
| Fire Department Records | Information generated or acquired by the Fire Department having jurisdiction over the Property, and that is readily available to EMG within the time frame required for production of the PCE. |
| FIRM | Flood Insurance Rate Maps |
| FM | Factory Mutual |
| FOIA | U.S. Freedom of Information Act (5 USC 552 et seq.) |
| FOIL | Freedom of Information Letter |
| FRT | Fire Retardant Treated |
| Guide | A series of options or instructions that do not recommend a specific course of action. |
| His | Referring to either a male or female Project Manager, or individuals interviewed by the Project Manager. |
| HVAC | Heating, Ventilating & Air-conditioning |
| IAQ | Indoor Air Quality |
| Immediate Repairs | Physical deficiencies that require immediate action as a result of: (i) existing or potentially material unsafe conditions, (ii) significant negative conditions impacting tenancy/marketability, (iii) material building code violations, or (iv) poor or deteriorated condition of critical element or system, or (v) a condition that if left "as is", with an extensive delay in addressing same, has the potential to result in or contribute to critical element or system failure within one (1) year. |
| Interviews | Interrogatory with those knowledgeable about the Property. |

50

EMG

54456

| TERMINOLOGY | |
|---|---|
| Material | Having significant importance or great consequence to the asset's intended use or physical condition. |
| MEP | Mechanical, Electrical, and Plumbing |
| NFPA | National Fire Protection Association |
| Observations | The results of the Project Manager's Walk-through Survey. |
| Observe | The act of conducting a visual, unaided survey of items, systems or conditions that are readily accessible and easily visible on a given day as a result of the Project Manager's walk-through. |
| Obvious | That which is plain or evident; a condition that is readily accessible and can be easily seen by the Project Manager as a result of his Walk-through without the removal of materials, moving of chattel, or the aid of any instrument, device, or equipment. |
| Owner | The entity holding the deed to the Property that is the subject of the PCE. |
| PCE | Property Condition Evaluation, the Purpose and Scope of which is defined in Section 2 of this report. |
| Physical Deficiency | Patent, conspicuous defects, or significant deferred maintenance of the Property's material systems, components, or equipment as observed during the Project Manager's Walk-through Survey. |
| | Material systems, components, or equipment that are approaching, have realized, or have exceeded their typical Expected Useful Life (EUL); or, that have exceeded their useful life result of abuse, excessive wear and tear, exposure to the elements, or lack of proper or adequate maintenance. |
| | This definition specifically excludes deficiencies that may be remedied with routine maintenance, miscellaneous repairs, normal operating maintenance, and conditions that do not present a material deficiency to the Property. |
| PML | Probable Maximum Loss |
| Practically Reviewable | Information that is practically reviewable means that the information is provided by the source in a manner and form that, upon examination, yields information relevant to the property without the need for extraordinary analysis of irrelevant data. |
| Practice | A definitive procedure for performing one or more specific operations or functions that does not produce a test result. |
| Primary Improvements | The site and building improvements that are of fundamental importance with respect to the Property. |
| Project Manager | The individual Professional Engineer or Registered Architect having a general, well rounded knowledge of all pertinent site and building systems and components that conducts the on-site visit and walk-through observation. |
| Property | The site inclusive of both site work and buildings. |
| Property | The site and building improvements which are specifically within the scope of the PCE to be prepared in accordance with the agreement between the Client and EMG. |
| Readily Accessible | Those areas of the Property that are promptly made available for observation by the Project Manager without the removal of materials or chattel, or the aid of any instrument, device, or equipment at the time of the Walk-through Survey. |

51

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

150

**EMG**

54456

| TERMINOLOGY | |
|---|---|
| Reasonably Ascertainable | Information that is publicly available, provided to EMG's offices from either its source or an information research/retrieval concern, practically reviewable, and available at a nominal cost for either retrieval, reproduction or forwarding. |
| Recreational Facilities | Spas, saunas, steam baths, swimming pools, tennis courts, playground equipment, and other exercise, entertainment, or athletic facilities. |
| Remaining Useful Life (RUL) | The consultant's professional opinion of the number of years before a system or component will require replacement or reconditioning. The estimate is based upon observation, available maintenance records, and accepted EUL's for similar items or systems. <br><br> Inclement weather, exposure to the elements, demand on the system, quality of installation, extent of use, and the degree and quality of preventive maintenance exercised are all factors that could impact the RUL of a system or component. As a result, a system or component may have an effective age greater or less than its actual age. The RUL may be greater or less than its Expected Useful Life (EUL) less actual age. |
| Replacement Costs | Costs to replace the system or component "in kind" based on invoices or Bid Documents provided by the current owner or the client, construction costs developed by construction resources such as *Means* and *Dodge*, EMG's experience with past costs for similar properties, or the current owner's historical incurred costs. |
| Replacement Reserves | Major recurring probable expenditures, which are neither commonly classified as an operation or maintenance expense. Replacement Reserves are reasonably predictable both in terms of frequency and cost. However, they may also include components or systems that have an indeterminable life but nonetheless have a potential liability for failure within the reserve term. |
| RTU | Rooftop Unit |
| RUL | Remaining Useful Life (See definition) |
| Short Term Repair Costs | Opinions of Costs to remedy Physical Deficiencies, such as deferred maintenance, that may not warrant immediate attention, but requiring repairs or replacements that should be undertaken on a priority basis, taking precedence over routine preventive maintenance work within a zero to one year time frame. Included are such Physical Deficiencies resulting from improper design, faulty installation and/or substandard quality of original system or materials. Components or systems that have realized or exceeded their Expected Useful Life (EUL) that may require replacement to be implemented within zero to one-year time frame are also included. |
| Shut-Down | Equipment or systems that are not operating at the time of the Project Manager's Walk-through Survey. Equipment or systems may be considered shutdown if it is not in operation as a result of seasonal temperatures. |
| Significant | Important, material, and/or serious. |
| Site Visit | The visit to the property by EMG's Project Manager including walk-through visual observations of the Property, interviews of available Project personnel and tenants (if appropriate), review of available documents and interviews of available municipal personnel at municipal offices, all in accordance with the agreement for the Property Condition Evaluation. |

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

151

**EMG**

54456

| TERMINOLOGY | |
|---|---|
| Specialty Consultants | Practitioners in the fields of engineering, architecture; or, building system mechanics, specialized service personnel or other specialized individuals that have experience in the maintenance and repair of a particular building component, equipment, or system that have acquired detailed, specialized knowledge in the design, evaluation, operation, repair, or installation of the particular component, equipment, or system. |
| Structural Component | A component of the building which supports non-variable forces or weights (dead loads) and variable forces or weights (live loads). |
| Suggested Remedy | A preliminary opinion as to a course of action to remedy or repair a physical deficiency. There may be alternate methods that may be more commensurate with the Client's requirements. Further investigation might make other schemes more appropriate or the suggested remedy unworkable. The suggested remedy may be to conduct further research or testing, or to employee Specialty Consultants to gain a better understanding of the cause, extent of a deficiency (whether observed or highly probable), and the appropriate remedy. |
| Survey | observations as the result of a walk-through scan or reconnaissance to obtain information by EMG of the Property's readily accessible and easily visible components or systems. |
| System | A combination of interacting or interdependent components assembled to carry out one or more functions. |
| Technically Exhaustive | The use of measurements, instruments, testing, calculations, exploratory probing or discover, and/or other means to discover and/or troubleshoot Physical Deficiencies, develop scientific or Engineering findings, conclusions, and recommendations. Such efforts are not part of this report unless specifically called for under Section 2.2 |
| Term | Reserve Term: The number of years that Replacement Reserves are projected for as specified in the Section 2.2, normally Ten (10) years. |
| Timely Access | Entry provided to the Project Manager at the time of his site visit. |
| UST | Underground Storage Tank |
| Walk-through Survey | The Project Manager's site visit of the Property consisting of his visual reconnaissance and scan of readily accessible and easily visible components and systems. This definition connotes that such a survey should not be considered in depth, and is to be conducted without the aid of special protective clothing, exploratory probing, removal of materials, testing, or the use of special equipment such as ladders, scaffolding, binoculars, moisture meters, air flow meters, or metering/testing equipment or devices of any kind. It is literally the Project Manager's walk of the Property and observations. |

53

HEADQUARTERS  EMG CORPORATE CENTER  11011 McCORMICK ROAD  BALTIMORE, MARYLAND 21031  800 733 0660  FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

152



54456

## 14.   Appendices

Appendix  A  —  Photographic Record
Appendix  B  —  Site Plans
Appendix  C  —  Supporting Documentation
Appendix  D  —  Equity ROI Worksheet

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

153



54456

Appendix  A

Photographic Record

HEADQUARTERS   EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS

LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON



# EMG PHOTOGRAPHIC RECORD

Project No.: 54456                    Project Name: 1220 Washington Street





Photo #1:  Handicapped access ramp at center of building

Photo #2:  Handicapped access at northeast corner of building





Photo #3:  Damaged tree protector in main entrance drive

Photo #4:  Handicapped parking in center parking area





Photo #5:  Close-up of pavement condition in center parking area

Photo #6:  General view of parking at east end of building

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON



EMG PHOTOGRAPHIC RECORD

Project No.: 54456                    Project Name: 1220 Washington Street

 

Photo #7:  Northeast corner of building

Photo #8:  East end of building at change between old and new sections of building

 

Photo #9:  Close-up of condition of brick on older sections of building

Photo #10:  South side of building

 

Photo #11:  General view of roof over west end of building

Photo #12:  General view of roof at southeast corner of building



EMG PHOTOGRAPHIC RECORD

Project No.: 54456                          Project Name: 1220 Washington Street



Photo #13: Close-up of delaminating area of prior roof repair.



Photo #14: Typical roof mounted package unit



Photo #15: Close-up of corrosion on typical package unit.



Photo #16: Inside (cooling coils) for roof mounted package unit.



Photo #17: Abandoned condensing units on roof



Photo #18: Stairs at east end of building



## EMG PHOTOGRAPHIC RECORD

Project No.: 54456

Project Name: 1220 Washington Street



Photo #19: Preserved original stairs



Photo #20: Damaged wall in central stairwell



Photo #21: Exposed ceilings in older sections of building



Photo #22: Refinished racquet ball court.



Photo #23: Preserved wall of original building



Photo #24: Stained ceiling tiles near east end of building



EMG PHOTOGRAPHIC RECORD

Project No.: 54456

Project Name: 1220 Washington Street



Photo #25: Typical tenant restroom



Photo #26: Northwest corner of parking garage



Photo #27: Area of prior repair to exterior wall of parking garage



Photo #28: Effloressence on south wall of parking garage



Photo #29: Effloressence on west wall of parking garage



Photo #30: Effloressence on west wall of parking garage

HEADQUARTERS  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA • BALTIMORE • BOSTON • CHICAGO • DALLAS • DENVER • DETROIT • HARTFORD • KANSAS CITY • LAS VEGAS
LOS ANGELES • MILWAUKEE • NEW YORK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SPOKANE • TRENTON

159



EMG PHOTOGRAPHIC RECORD

Project No.: 54456

Project Name: 1220 Washington Street



Photo #31: Water ponding around exterior walls of parking garage



Photo #32: Water penetration between decks in parking garage



Photo #33: Water stains on exterior walls of parking garage



Photo #34: Typical cracking in ground floor slab of parking garage



Photo #35: Mold growth on exterior wall, on north side of parking garage



Photo #36: General view of top deck of parking garage



# EMG PHOTOGRAPHIC RECORD

Project No.: 54456

Project Name: 1220 Washington Street



Photo #37: Dislocated car stops on top deck of parking garage.



Photo #38: Typical condition of stairs in parking garage



Photo #39: Typical condition of stairs in parking garage



Photo #40: Ponding in parking garage

HEADQUARTERS    EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE  MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS
LOS ANGELES · MILWAUKEE · NEW YORK · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · TRENTON

161



54456

Appendix B

Site Plans



Project Number:    54456
Project Name:      1220 Washington Street
Description:       Site Plan



54456

## Appendix  C

### Supporting Documentation

1.  Request for Information
2.  Document & Information Checklist
3.  City of Newton, MA FY 99 Assessment Search
4.  Contract for Inspection & Service of HVAC Equipment
5.  Backflow Prevention Reports
6.  Records of Communication
7.  FEMA Verification



54456

Property Condition Evaluation

# Request For Information

The purpose of EMG's visit is to assist our Client in evaluating the physical aspects of the Property and how its condition may affect the soundness of the Client's financial investment in it. EMG will observe and evaluate the condition of major components of the property, estimate their Remaining Useful Life (RUL), assess the need for repairs and/or replacements and estimate the expenditures required to maintain the property's worth over time.

EMG will call soon to arrange a date and time for our Project Manager's (a Professional Engineer or Registered Architect) site visit and interview of management personnel familiar with the property.

Our Project Manager is required, by our client, to visually observe and report on the following spaces:
1. **10% of the tenant unit interiors, vacant or occupied.**
2. All commercial kitchens.
3. All "Down" tenant spaces (Spaces made unusable due to recent flood or fire, or in poor condition).
4. All of the low slope (flat) roofs (a means of access <u>must</u> be provided).
5. A representative sample of attics, crawl spaces and basements.
6. The exterior of the entire property.
7. All interior common areas including lobbies, foyers, corridors, rest rooms, etc.
8. All mechanical and electrical spaces (access <u>must</u> be available).

It is important that our Project Manager spend some time with a senior property management person familiar with all aspects of the property including capital improvements over the past three to five years and projected expenditures. The person to be interviewed should be familiar with maintenance and turnover policies as well as replacement programs and costs for equipment and finishes.

The quality of our report will depend significantly on the following information being made available.
1. A **site plan** for inclusion in our report, preferably 8 ½" x 11" (Brochures are acceptable).
2. Building **floor plans** for inclusion in our report, preferably 8 ½" x 11" (Brochures are acceptable).
3. A **list of tenants** indicating type of user and leased area for inclusion in our report.
4. Past, present and projected capital and maintenance **budgets** for the property.
5. The **names of service providers** for sanitary sewer, water, gas, electric, and telephone.
6. The **names & phone number of maintenance & inspection companies** for mechanical equipment, roofing, paving, plumbing, electrical equipment & systems, sprinklers and fire panels, & elevators.
7. **Copies** of occupancy permit(s) and copies of **certificates and inspection reports** for elevators, sprinkler systems, HVAC, and boilers for our report.
8. The **age** of roofs, paving, floor finishes, building elements, and mechanical equipment.
9. The **number of parking spaces** and the number of spaces reserved for the **handicapped**.
10. The **zoning** category and property's compliance with same.
11. Copies of all known active building, fire and zoning code **violation notices** for inclusion in report.
12. **Construction drawings**, and **work order records** should be made available for our review.



54456

Our Project Manager should also be afforded an opportunity to visit with the maintenance supervisor to discuss and observe the heating and air-conditioning system(s), fire suppression systems, boilers, chillers, hot water heaters, appliances, electrical and plumbing systems and building components. They should be prepared to review the condition of these elements of the property and assist our Project Manager in projecting costs for the maintenance, repair and eventual replacement of all mechanical, electrical, plumbing and building components on the property.

Thank you for your cooperation and we look forward to meeting with you and discussing the Property.

EMG\EQUITY\COMMERPQ.DOC July 16, 1998



54456

# Property Condition Evaluation
# Document & Information Checklist

Please provide the Project Manager with the following plans for the purpose of obtaining information required for our evaluation of the property and to approximate quantities for cost estimates. Other information will assist us in advising our client of the status of the property with municipal authorities, or to evaluate the condition or Remaining Useful Life (RUL) of various elements of the property. This form complete with the Project Manager's comments and date of receipt of the documents/ information requested will be included as an exhibit in our report.

EMG Project No. 54456 Call Stefanie Moore at 410 785-6200 if you have any questions

| | | | |
|---|---|---|---|
| Property Name: | 1220 Washington Street | | |
| Property Address: | 1210 - 1230 Washington Street | County: | Prop Co |
| | Newton, Massachusetts | Zip Code | 02165 |
| Telephone: | Fax: | | |

| | | | |
|---|---|---|---|
| Property Manager: | Mr. John Stewart | Phone: | (617) 247-1140 |
| Maintenance Supervisor: | None | Phone: | |

| Document/Information | | Date Received | EMG's Comments |
|---|---|---|---|
| 1. Plans | | | |
| a. | Plat of Survey | 3/29/99 | Reviewed survey dated 4/22/83 at property management office |
| b. | Site plans | 3/29/99 | Reviewed survey dated 4/22/83 at property management office |
| c. | Storm Drain & Utility Plans | | None available |
| d. | Storm water Management Plans | | None available |
| e. | Architectural Plans including floor plans, elevations and structural sections. | 3/29/99 | Reviewed partial set of plans dated 1983 for renovations and addition |
| f. | Mechanical, Electrical & Plumbing Plans | 3/29/99 | Reviewed partial set of plans dated 1983 for renovations and addition |
| g. | Tenant improvement plans | | None available |



54456

| Document/Information | | Date Received | EMG's Comments |
|---|---|---|---|
| 2. Municipal Documents | | | |
| a. | Building Permits (if part or all of property under construction) | | None available |
| b. | Certificates of Occupancy | | None available |
| c. | Schedule of Code Violations (Include copies of all violation notices and responses) | | None available |
| d. | List of Zoning Variances | | None available |
| 3. Leasing information | | | |
| | List of tenants & leased area (Rent Roll) | | Not provided |
| | Brochure site & floor plans | | Not provided |
| | Tenant Improvement Work Letter | | Not provided |
| | Location Map | | Not provided |
| 4. Property Maintenance Records for: | | | |
| a. | Roofing | | Not provided |
| b. | Exterior | | Not provided |
| c. | Plumbing | | Not provided |
| d. | Electrical | | Not provided |
| e. | HVAC System | | Not provided |
| f. | Elevator/Escalators | 3/29/99 | Reviewed record located in elevator equipment room |
| g. | Sprinkler system | | Not provided. No current inspection documents. |
| h. | Fire alarm system | | Not provided. No current inspection documents. |
| 5. Miscellaneous Documents (Latest) | | | |
| a. | Appraisal | | Not provided. |
| b. | Roof condition survey | | Not provided. |
| c. | Elevator Certificates | 3/29/99 | Posted in elevators. Not current. |
| d. | Boiler inspection report | | Not applicable. |
| e. | Previous Property Assessments | | Not available. |
| f. | Sprinkler system report | | Not provided. |
| g. | Tenant complaint log | | Not provided. |
| h. | Operating Budget (last 3 years) | | Not provided. |
| i. | Proposed Operating Budget | | Not provided. |
| j. | Previous ADA Surveys | | Not provided. |

HEADQUARTERS·  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON