# EXHIBIT D

## PART IV



54456

| 6. | Maintenance Contractor | Date Received | Company | Contact | Phone | Fax |
|----|------------------------|---------------|---------|---------|-------|-----|
| | Roofing | | | | | |
| | HVAC | | Farina | Louise | (617) 242-0365 | |
| | Elevator/Escalator | | Delta Beckwith | Mr. Greg Arute | (781) 830-1030 | |
| | Sprinkler system | | | | | |
| | Fire alarm system | | | | | |

EQUITY\DOCCHKLT\DOC July 13, 1998

Results of City of Newton, Mass., FY99

| Sales Search | Start New Search | Assessor | Home |

**Newton Government Web Site**

# Results of City of Newton, Mass., FY99

# Assessment Search

## 1210-1230 WASHINGTON ST

| Owner | NEWTON KOSTIGEN LLC | | | | |
|---|---|---|---|---|---|
| Lot size | 79093 Square Feet | Land Use code | 340 | Description | GENERAL OFFICE BLDG. |
| Year built | | | | | |

| SBL | 31004 0013 | Deed Book/Page | 27437/503 |
|---|---|---|---|
| FY 99 Value | $ 7159500 | | |

**Maps by Microsoft Expedia Maps**
www.expediamaps.com

Map this Location

These links will take you out of the Newton City Government Web Site.

**Maps by AltaVista**
www.altavista.com

Map this Location (Vicinity)

**Key to data**

**Section Block Lot (SBL)**
   A unique number used by Assessment Administration to identify specific pieces of property.

**Land Use**
   Use code, see Description field below

**Description**
   Brief description of the use of the property

**Year built**
   This is the year the property was constructed

**Deed book/Deed Page**
   References to location of deed of the property

170

Lot size
    in square feet
FY99 value
    This is the proposed fiscal 1999 value of the property

---

| Sales Search  | Start New Search  | Assessor | Home |

The Newton Government Web Site is a service of the Newton Free Library. It is maintained by the Web Team. We can be reached at newlib@tiac.net. © 1998 Newton Free Library.

Last Updated: Monday, November 9, 1998

# *Farina Corp.*

HEATING - COOLING - VENTILATING

24 SPICE STREET • CHARLESTOWN, MA 02129

PHONE (617) 242-0365 FAX (617) 242-7457

## CONTRACT FOR INSPECTION AND SERVICE

Farina Corporation and _____ Kostinen & Company _____ (Purchaser)
_____ 585 Boylston Street, Boston, MA _____

agree on this ___1st___ day of _____November_____, 19__98__ that Farina will inspect and service as herein defined
the following equipment located at _____1220 Washington Street_____

| | | | | | |
|---|---|---|---|---|---|
| Lennox | CCS11 | 1853 | 400A1W | 5413309445 | |
| Lennox | CCS11 | 1853 | 400A1W | 5985409442 | |
| Lennox | CCS11 | 1853 | 400A1W | | |
| Lennox | CCS11 | 1853 | 400A1W | 5685309395 | |
| Lennox | CCS11 | 1853 | 400A1W | N/A | |
| Lennox | CCS11 | 1853 | 400A1W | 5685309440 | |
| Lennox | CCS11 | 1853 | 400A1W | 5685309440 | |
| Lennox | CCS11 | 1853 | 400A1W | N/A | |

FOR THE YEAR BEGINNING ( ___11/1/98___ ) and ending ( ___10/31/99___ ) Farina agrees to inspect the
equipment during each of the following months:

- [ ] January
- [ ] February
- [ ] March
- [x] April
- [x] May
- [ ] June
- [x] July
- [x] August
- [ ] September
- [x] October
- [ ] November
- [ ] December

The inspection and service include the following:

(a) Inspection of all piping leaks;

(b) Lubrication of bearings (except where sealed) in all dampers, pumps, fans, and motors and checking refrigerant and oil changes;

(c) Cleaning drain pans, nozzles, and drain lines from the system and up to building drains;

(d) Adjusting controls, control motors, motor starters, solenoids, switches, thermostats, relays, water and expansion valves, dampers, refrigerant controls and belt tensions;

(e) Cleaning and changing filters;

(f) Servicing system in accordance with industry practices for protection from damage due to seasonal start-ups and shut-downs;

(g) Instructing purchaser's personnel on operation of system;

(h) Furnishing an inspection Report after each inspection on the system's condition with recommendations for repairs or replacement of parts;

At the purchaser's expense and authorization, Farina will furnish refrigerant, parts, and labor in addition to that required by the contract, all at Farina's prevailing rates. The rate for Service Engineers shall be _____55.00_____ per hour. All inspections under this Contract shall be performed during regular working hours. Overtime work shall be paid at time and one-half, with Sundays and holidays at double time.

Farina shall have no responsibility for:

(a) Maintenance of electric, water, and steam supply, steam returns and drain lines beyond point where system enters building drains; or

(b) Freeze-ups in the event the purchaser delays pumpdown beyond the customary pumpdown date for the locally

172



**Department of
Environmental Protection**

## Backflow Prevention Device
## Inspection and Maintenance
## Report Form

TEST

Initial  X
Retest
Supplier Semiannual
Owner Annual

Owner of Property **Kostigen and** Company
Mailing Address **585 Boylston Street**
**Boston MA 02116**
_____ (Zip)

Contact Person _____ Phone # _____
Device Address **1220 Washington Street**
_____
(Town)                          (Zip)

Exact Device Location **Sprinkler room** (right front corner)

Secondary Supply or System **Fire protection**
By-Pass ___ No **X** Yes ___ By Unit No. ___
Make **Febco**         Model No. **870V**
Size **6"**           Serial No. **9712101417**

Date **1-30-99**
Examined by **Gary J. McDonald**
Certificate # **6378**
Cross Connection Device I.D. # _____

RPBP ___ DCVA **X**
Bronze ☐   Iron ☐

Type of Gate Valve **OS&Y**
Containment Only ___ No ___ Yes
Type of Facility _____

| | Check Valve No. 1 | Check Valve No. 2 | Differential Pressure Relief Valve |
|---|---|---|---|
| Tests Before Repairs | Leaked ( )<br>Closed Tight ( )<br>*Pressure drop<br>across<br>First Check **2.6** Psi | Leaked ( )<br>Closed Tight ( X ) | Opened at ____ Psi<br>Reduced Pressure |
| *Describe Repairs, Parts and Materials used | | | |
| Retest | Closed Tight ( )<br>* Pressure drop<br>across<br>First Check ____ Psi | Closed Tight ( ) | Opened at ____ Psi<br>Reduced Pressure |

Witnessed by:
**R.P. Holmes, Corp.**
Owner's Agent

Water Works Official
_McDonald_
Certified Tester

State Department of
Environmental Protection

PASS **X**      FAIL ☐

Remarks _____
_____
_____
_____

_Gary McDonald_
Plumber's Name
**21199**
Plumber's License #

173



# Backflow Prevention Device Inspection and Maintenance Report Form

**Department of Environmental Protection**

TEST

Initial  X
Retest
Supplier Semiannual
Owner Annual

Owner of Property **Kostigen and Company**
Mailing Address **585 Washington Street**
_____ 116 _____ (Zip)

Date **1-30-99**
Examined by **Gary J. McDonald**
Certificate # **6378**
Cross Connection Device I.D. # _____

Contact Person _____ Phone # _____
Device Address **1220 Washington Street**
_____ (Town) _____ (Zip)

Exact Device Location **Sprinkler room (right front corner)**

RPBP ___ DCVA  ☒
Bronze ☐   Iron  ☐

Secondary Supply or System **Fire protection**
By-Pass ___ No _X_ Yes _____ Per Unit No. _____
Make **Febco**   Model No. **870V**
Size **6"**   Serial No. **9712101417**

Type of Gate Valve **OS&Y**
Containment Only ___ No ____ Yes
Type of Facility _____

| | Check Valve No. 1 | Check Valve No. 2 | Differential Pressure Relief Valve |
|---|---|---|---|
| Tests Before Repairs | Leaked ( )<br>Closed Tight ( )<br>Pressure drop across<br>First Check **2.6** Psi | Leaked ( )<br>Closed Tight ( X ) | Opened at ____ Psi<br>Reduced Pressure |
| *Describe Repairs, Parts and Materials used | | | |
| Retest | Closed Tight ( )<br>* Pressure drop across<br>First Check ____ Psi | Closed Tight ( ) | Opened at ____ Psi<br>Reduced Pressure |

Witnessed by:
**R.P. Holmes, Corp.**
Owner's Agent

Water Works Official
_signature_
Certified Tester

State Department of Environmental Protection

DWS-6/15/91

PASS  ☒   FAIL  ☐

Remarks _____

_signature_
Plumber's Name
**21199**
Plumber's License #

174



**Backflow Prevention Device
Inspection and Maintenance
Report Form**

Department of
Environmental Protection

TEST

Initial  X
Retest
Supplier Semiannual
Owner Annual

| | |
|---|---|
| Owner of Property ___Kartigan and Company___ | Date ___1-30-99___ |
| Mailing Address | Examined by ___Gary J. McDonald___ |
| | Certificate # ___6378___ |
| (Zip) | Cross Connection Device I.D. # _____ |
| Contact Person _____ Phone # | |
| Device Address ___1220 Washington Street___ | |
| | RPBP _____ DCVA  ☒ |
| (Town)          (Zip) | Bronze ☐        Iron ☐ |
| Exact Device Location __Sprinkler room (right front corner)__ | |
| Secondary Supply or System __Fire Protection__ | Type of Gate Valve ___OS&Y___ |
| By-Pass ___ No _X_ Yes ___ Test Unit No. ___ | Containment Only ___ No ___ Yes |
| Make __Febco__          __870V__ | |
| Size __6"__          Serial No. __9712101417__ | Type of Facility _____ |

| | Check Valve No. 1 | Check Valve No. 2 | Differential Pressure Relief Valve |
|---|---|---|---|
| Tests Before Repairs | Leaked ( )<br>Closed Tight ( )<br>Pressure drop<br>**First Check** __2.6__ Psi | Leaked ( )<br>Closed Tight ( X ) | Opened at _____ Psi<br>Reduced Pressure |
| *Describe Repairs, Parts and Material | | | |
| Retest | Closed Tight ( )<br>*Pressure drop<br>First Check ____ psi | Closed Tight ( ) | Opened at _____ Psi<br>Reduced Pressure |

Witnessed by:

___R. P. Holmes Corp.___
Owner's Agent

Water Works Official _____

Certified Tester

State Department of
Environmental Protection

DWS-4/15/91

PASS ☒        FAIL ☐

Remarks _____

_____

_____

Plumber's Name
21199
Plumber's License #

175



54456

## Property Condition Evaluation
# Record of Communication

Date: __3/29/99__                          Time: __2:00 PM__

Project Number:    54456                   Recorded    Sandra J. Terepka
                                           by:

Project Name: __1220 Washington Street__

Communication with: __Mr. Mark Gilroy__
of: __City of Newton, Building Department__
Phone Number: _____

Communication via:
    ( ) Telephone Conversation
    ( ) Discussions During Site Inspection
    (X) Office Visitation/Meeting at: __City of Newton offices__
    ( ) Other: _____

Re: __1220 Washington Street__

Summary of Communication:
No outstanding building, zoning or fire code violations on file.  The current zoning is BU-1

Conclusions, Actions Taken, Required, or Recommended:

Follow-up Required: When, With and By Whom:

HEADQUARTERS:  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS
LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON

176



54456

Property Condition Evaluation
# Record of Communication

Date: 3/29/99                                     Time:  2:30 PM

Project Number:     54456                         Recorded     Sandra J. Terepka
                                                  by:

Project Name:   1220 Washington Street

Communication with:   Receptionist and Lt. Davis
of:  City of Newton Fire Department
Phone Number:   (617)

Communication via:
    ( ) Telephone Conversation
    ( ) Discussions During Site Inspection
    (X) Office Visitation/Meeting at:    Fire Department office
    ( ) Other:

Re:  1220 Washington Street

Summary of Communication:
There is an abandoned UST on file.  (Environmental reports discuss this issue.
The date of last inspection must be obtained from the inspector.  Left a message for inspector to
Call.  Inspector is Lieutenant Davis (617) 552-7275
Called Lt. Davis – spoke with him on 4/1/99.  He has not inspected the property recently,
Probably for a couple of years.  He will review the file and call me back.  He will try today but
More likely tomorrow.  He knows the property but can't comment without looking at records.

Conclusions, Actions Taken, Required, or Recommended:

Follow-up Required:  When, With and By Whom:
Call Lt. Davis.

HEADQUARTERS  EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY  •  LAS VEGAS

177



54456

Property Condition Evaluation
# Record of Communication

Date: 4/1/99                                      Time: _____

Project Number:     54456                        Recorded     Sandra J. Terepka
                                                 by:          _____

Project Name:    1220 Washington Street   _____

Communication with:   Mr. Greg Arute  _____
of:  Beckwith Elevators  _____
Phone Number:    (781) 830-1030

Communication via:
     (X) Telephone Conversation
     ( ) Discussions During Site Inspection
     ( ) Office Visitation/Meeting at:  _____
     ( ) Other:  _____

Re:   1220 Washington Street  _____

Summary of Communication:
Left voice mail message. Have not received response yet.  _____
_____
_____
_____
_____

Conclusions, Actions Taken, Required, or Recommended:
_____
_____
_____

Follow-up Required:  When, With and By Whom:
_____
_____
_____

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE, MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA · BALTIMORE · BOSTON · CHICAGO · DALLAS · DENVER · DETROIT · HARTFORD · KANSAS CITY · LAS VEGAS

178



54456

Property Condition Evaluation
# Record of Communication

Date: _____                    Time: _____

Project Number:    54456                  Recorded    Sandra J. Terepka
                                          by:          _____
                   _____

Project Name:    1220 Washington Street    _____


Communication with:    _____
of:    _____
Phone Number:    _____


Communication via:
    ( ) Telephone Conversation
    ( ) Discussions During Site Inspection
    ( ) Office Visitation/Meeting at:    _____
    ( ) Other:    _____


Re:    1220 Washington Street    _____

Summary of Communication:

_____
_____
_____
_____
_____
_____
_____
_____


Conclusions, Actions Taken, Required, or Recommended:

_____
_____
_____


Follow-up Required:  When, With and By Whom:

_____
_____
_____

| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>STANDARD FLOOD HAZARD DETERMINATION FORM | See the Attached<br>Instructions | O.M.B. No. 3067-0264<br>EXPIRES October 31, 2001 |
|---|---|---|

## SECTION I - LOAN INFORMATION

| 1. LENDER NAME AND ADDRESS | 2. COLLATERAL (Building/Mobile Home/Personal Property PROPERTY ADDRESS/Legal Description may |
|---|---|

EMG
11011 McCormick Rd
Baltimore, MD 21031

4107856220
4107856220

EMG
Ordered By:
M SHAMASH

Borrower:    BERWIND PROPERTY GROUP

Submitted:  1220 WASHINGTON ST
NEWTON, MA 02165-2147

Certified:   1220 WASHINGTON ST
NEWTON, MA 02465-2147

Legal Info:

| 3. LENDER ID. NO. | 4. LOAN IDENTIFIER | 5. AMOUNT OF FLOOD INSURANCE REQUIRED |
|---|---|---|

## SECTION II

A. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) COMMUNITY JURISDICTION

| 1. NFIP Community Name | 2. County(ies) | 3. State | 4. NFIP Community Number |
|---|---|---|---|
| NEWTON, CITY OF-MIDDLESEX COUNTY | MIDDLESEX COUNTY | MA | 250208 |

B. NATIONAL FLOOD INSURANCE PROGRAM (NFIP) DATA AFFECTING BUILDING/MOBILE HOME

| 1. NFIP Map Number or Community-Panel Number (Community name, if not same as "A") | 2. NFIP Map Panel Effective/ Revised Date | 3. LOMA/LOMR | 4. Flood Zone | 5. No NFIP Map |
|---|---|---|---|---|
| 250208-0001C | 7/17/86 | ☐ Yes ___ Date | C | |

C. FEDERAL FLOOD INSURANCE AVAILABILITY  (Check all that apply)

1. [X] Federal Flood insurance is available    (community participates in NFIP).    [X] Regular Program    ☐ Emergency Program of NFIP

2. ☐ Federal Flood insurance is not available because community is not participating in the NFIP.

3. ☐ Building/Mobile Home is in a Coastal Barrier Resources Area (CBRA), or Otherwise Protected Area (OPA). Federal Flood insurance may not be available.
   CBRA/OPA designation date

D. DETERMINATION

## IS BUILDING/MOBILE HOME IN SPECIAL FLOOD HAZARD AREA (ZONES CONTAINING THE LETTERS "A" OR "V") ?    ☐ YES    [X] NO

If yes, flood insurance is required by the Flood Disaster Protection Act of 1973.
If no, flood insurance is not required by the Flood Disaster Protection Act of 1973.

E. COMMENTS    (Optional)
Zone: C - Area outside of the 500-year flood plain with minimal flooding.

### Tracking Number: 99-1159103

Basic

This determination is based on examining the NFIP map, any Federal Emergency Management Agency revisions to it, and any other information needed to locate the building/mobile home on the map.

F. PREPARER'S INFORMATION

| NAME, ADDRESS, TELEPHONE NUMBER    (if other than Lender)<br>Fidelity National Flood, Inc.<br>P.O. Box 162094<br>Austin, TX 78716-2094<br>Phone 800-756-5043    Fax 800-756-5053 | DATE OF DETERMINATION<br><br>3/25/99 |
|---|---|

FEMA Form 81-83, Oct 98

180



Appendix D

Equity ROI Worksheet

HEADQUARTERS   EMG CORPORATE CENTER   11011 McCORMICK ROAD   BALTIMORE MARYLAND 21031   800 733 0660   FAX 410 785 6220
ATLANTA  •  BALTIMORE  •  BOSTON  •  CHICAGO  •  DALLAS  •  DENVER  •  DETROIT  •  HARTFORD  •  KANSAS CITY •  LAS VEGAS
LOS ANGELES  •  MILWAUKEE  •  NEW YORK  •  PHOENIX  •  PORTLAND  •  SAN FRANCISCO  •  SEATTLE  •  SPOKANE  •  TRENTON







