# EXHIBIT  E

Volume 1, Pages 1-77

Exhibits: (1)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

BERWIND PROPERTY GROUP, INC. and

NEWTON INVESTORS LIMITED

PARTNERSHIP,

        Plaintiffs

v.                  Docket No. 04-11411-NMG

ENVIRONMENTAL MANAGEMENT GROUP,

INC. d/b/a EMG,

        Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF MATTHEW P. DILLIS

Wednesday, April 12, 2006, 10:09 a.m.

Hinkley, Allen & Snyder LLP

28 State Street

Boston, Massachusetts

- - - -Reporter: Kathleen Mullen Silva, RPR, CRR- - - -

ksilva@fabreporters.com   www.fabreporters.com

Farmer Arsenault Brock LLC

50 Congress Street, Suite 415

Boston, Massachusetts 02109

617.728.4404   fax 617.728.4403

13 (Pages 46

Matthew P. Dillis
Volume 1 - April 12, 2006

46
1  documentation, EMG shall provide a full description
2  of the property and improvements with descriptions
3  of in-place systems and commentary on observed
4  conditions to include site, architectural,
5  structural, mechanical, electrical, plumbing, fire
6  and life safety, interior, exterior and other
7  systems."  Do you see where it says that?
8      A.  Yes, I do.
9      Q.  And can you explain to me how this
10  description of what EMG is going to perform as what
11  is being proposed, an enhanced PCE, differs from
12  what a non-enhanced, for lack of a better term, PCE
13  would be?
14      A.  I don't believe there is a difference in
15  the bulleted scope items between a PCE and an
16  enhanced PCE.  Again, my recollection of the names
17  of products and services, "enhanced PCE" simply
18  meant, rather than a generalist, you will designate
19  that you want a particular individual, a particular
20  skill set.  But that the scope of work doesn't
21  change.  It's just the individual with the
22  qualification changes.
23      Q.  Can you describe for me if a specialist,
24  for example, an MEP specialist is going to be sent

Matthew P. Dillis
Volume 1 - April 12, 2006

73

1          MS. UPTON:  I have nothing further.
2          MR. BOLOTIN:  I actually have just a
3    couple quick questions for you.
4          THE WITNESS:  Okay.
5          EXAMINATION
6    BY MR. BOLOTIN:
7      Q.  Mr. Dillis, while we have Exhibit
8    Jarosinski 3, page 11 out in front of us, and we've
9    talked about these handwritten notes, do you have
10   any reason to believe that the request for a
11   mechanical engineer for the project at the Newton
12   property came from anyone other than Berwind?
13     A.  I do not.  I don't -- in the way that --
14   the way that the system worked at EMG, I would have
15   no reason to believe, you know, they had a
16   mechanical engineer available.  I mean, this
17   wasn't -- the notation is at the -- well, it's 3/18.
18   The proposal has gone out.  The proposal's come back
19   in.  You've got scheduling, but it is not preferred
20   to send a mechanical engineer, it's preferred to
21   send Sandra because she's available.  It is a clear
22   notation, "Needs to be mechanical engineer."  With
23   the weight of that statement "needs to be," it
24   almost makes me -- and I go back and try to think of

20 (Pages 74 to 77)

Matthew P. Dillis
Volume 1 - April 12, 2006

74

1  how it would have happened, but that need and the
2  fact they used "need" suggests to me it came from
3  the client.  I have no reason to believe it came
4  from anyone else.  That's my recollection.
5       MR. BOLOTIN:  Thank you.  I have nothing
6  further.  We're all done.
7       (12:15 p.m., proceedings adjourned.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT F

January 28, 1999


<u>Via Facsimile: (215) 496-0431</u>

Mr. John J. DePaul
Director of Hotel Investments
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Phialdelphia, PA  19102

**RE:     Melrose Hotel**
         EMG Proposal No. 199933002


Dear Mr. DePaul:

We are pleased to provide you with the following proposal.

EMG shall perform a Phase I Environmental Site Assessment and a Property Condition Evaluation and a Mechanical/Electrical/Plumbing (MEP) Analysis  (collectively, the "Services") meeting the protocol requirements hereafter described.  The Services shall be provided by EMG for the sole use of the Client described below, subject to the terms and conditions set forth in this Proposal.

**<u>CLIENT</u>:**

Berwind Property Group, Inc.
3000 Centre Square West
1500 Market Street
Phialdelphia, PA  19102

**<u>PROPERTY</u>:**

Melrose Hotel
3015 Oak Lawn Avenue
Dallas, TX

**<u>PROFESSIONAL FEES</u>:**

| | | |
|---|---|---|
| Phase I Site Assessment Price - | **$2,700.00** | **Plus lab** |
| Property Condition Evaluation  & MEP Analysis Price - | **$7,200.00** | |

The fees quoted above are for the specific Services described in this Proposal (excluding lab costs), performed according to the requirements of the requested protocol. Unless otherwise agreed by the Client and EMG, the quoted price includes the delivery of three originals and one black & white copy of each final report. Subsequent to the completion of EMG's Services, additional original reports shall be available for the additional price of $95.00 per original report, and additional black and white copies shall be available for the additional price of $50.00 per copy.

## CLIENT'S OBJECTIVE:

We understand that the Client has engaged EMG to furnish its Services in connection with the Client's proposed long term hold of the property.

## DOCUMENTS TO BE FURNISHED BY CLIENT:

In order to assist EMG in performing its Services in a manner which best serves the Client's objective, we have enclosed the following:

- a "Document Checklist," to be retained by the Client or forwarded to the current property owner (if not the Client), the property manager, or other knowledgeable representative, and used as a checklist for the purpose of gathering those plans and other documents;

- a "Property Questionnaire," requesting basic property information.

We ask that the Property Questionnaire be fully completed and returned to EMG *prior* to EMG's commencement of work. The Document Checklist, along with all supporting documentation, should be retained and delivered to EMG's project manager at the time of the site visit.

We also ask that you furnish us with copies of any available environmental reports or property condition reports which relate to the subject property and were prepared by other professionals.

## TIMING:

The Services shall be scheduled and performed once your written acceptance and authorization, along with the completed Property Questionnaire, are received and approved for completeness by EMG. EMG's report shall be delivered within fifteen (15) business days after such receipt and approval by EMG. EMG reserves the right to extend the report delivery schedule as a result of any delay caused by:

- a limitation in EMG's capacity at the time of engagement,
- a delay in EMG's receipt of an acceptable written authorization to proceed, or Property Questionnaire; or
- a failure by EMG to receive an accurate site address or an accurately identified and cooperative point of contact for access to the property to be inspected.

EMG shall notify the Client of any changes in the expected report delivery date as a result of any of the aforementioned circumstances. The date upon which an EMG representative will be conducting the site assessment will be scheduled within five (5) business days after EMG's receipt and approval of the Client's authorization to proceed.

## EMG SAMPLING PROCEDURE:

Samples will be collected if required according to the specified protocol. The cost associated with sample collection is included in the fee. Lab analysis of the suspect Asbestos-Containing Materials (ACM) and Lead-in-Water (LIW) samples will be billed at the rate of $30.00 per analysis. Lead-Based Paint (LBP) swab samples will be billed at the rate of $75.00 per 30 swabs. Radon analysis will be billed at the rate of $20.00 per analysis.

## ADDITIONAL ENVIRONMENTAL SERVICES:

The prices stated above are only for activities as outlined in this document according to the EMG Equity requirements, as requested by the Client prior to the initiation of the Project. Additional consulting services after the Project is completed are available at the cost of $125.00 per hour.

- **O&M Programs**

Should any friable or damaged material, confirmed or assumed to be Asbestos-Containing Materials (ACM), or any Lead-Based Paint (LBP) be found at the property, an Operations and Maintenance Program Document (O&M Program) can be initiated and delivered within two weeks of delivery of the Phase I Site Assessment report. The additional charge will be $495.00 per report for each property. Please indicate in the check box at the bottom of the Acceptance and Authorization page to authorize EMG to proceed if necessary.

- * **EMG Unknown Environmental Conditions Warranty©**

Through its "Unknown Environmental Conditions Warranty"©, EMG represents and warrants that as of the date of the site assessment, there were no environmental conditions at the property other than those included in the report. If environmental conditions were in existence on or under the property prior to the date of the Phase I that were not identifiable nor included in the report, and those environmental conditions result in a government mandate to any party to clean up the property based on regulations in effect on the date of the Phase I, EMG will pay for those clean-up costs as defined in the Warranty, up to $1 million.

If you wish to take advantage of EMG's Unknown Environmental Conditions Warranty©, please indicate at the bottom of the Acceptance and Authorization page by checking either the 5- or 10-year coverage. If this Proposal is for multiple project sites and you wish to accept this Warranty for all or only specific sites, please indicate this in the appropriate check box. If you select specific sites, EMG will call and verify the sites.

The charge (per property) is $300.00 for the 5-year warranty and $600.00 for the 10-year warranty.  If you wish to receive additional information about the Warranty please indicate in the appropriate check box at the bottom of the Acceptance and Authorization page.

**<u>TERMS AND CONDITIONS</u>:**

EMG shall perform its Services subject to the attached "Terms and Conditions," which are incorporated by reference and made a part of this Proposal.

Please indicate your acceptance of this Proposal by signing the attached "Acceptance and Authorization" page where indicated, and returning it to me.  This Proposal shall be valid for  fourteen days from the date of this letter.

Please feel free to contact me at (800) 733-0660 should you have any questions.  We welcome the opportunity to be of service.

Sincerely,

Matthew Dillis, P.E.
Regional Vice President

*Attachments*:    Description of Services
          Terms and Conditions
          Acceptance and Authorization

## DESCRIPTION OF SERVICES

### Phase I Environmental Site Assessment:

The assessment shall be conducted, at a minimum, in accordance with ASTM 1527-97 protocol, and shall also comply with such additional requirements as are specified under the Equity scope of work. The Services to be performed in all cases shall include the following:

- Review of reasonably ascertainable historic resources to determine prior uses of the Project;

- Visual assessment of accessible areas of the Project to identify tanks, regulated activities, and hazardous material use, management, and disposal practices;
- Review of physical characteristics of the Project as identified through review of reasonably ascertainable topographic, wetlands, flood plain, soils, geology, and ground water data; and
- Review of regulatory databases within the radius specified by the Scope of Work.

The assessment shall also include limited materials sampling in order to evaluate the possible presence of asbestos-containing materials ("ACM"), lead-based paint ("LBP"), lead in water, and radon, all in accordance with the agreed Scope of Work. If the Scope of Work indicated above is the "EMG" Scope of Work, the following sampling shall be conducted:

*Asbestos-Containing Materials (regardless of property type)*

Identification of suspect ACM in <u>accessible</u> interior and exterior areas, and collection and analysis of three (3) bulk samples from each homogeneous area of <u>friable</u> and/or <u>damaged</u> "suspect" ACM. Material remaining after sampling is considered suspect until tested and proven otherwise. "Friable" materials are those which can be easily crumbled or pulverized by hand pressure.

The determination as to whether a material is "suspect" is based upon a list of suspect materials provided in Appendix G of the U.S. Environmental Protection Agency's publication, *Managing Asbestos in Place* (known as the "Green Book"). All materials listed in the Green Book which were installed prior to 1989 are considered suspect, with the exception of resilient floor tile, asbestos-cement board (transite), and roofing felt, which are considered suspect regardless of installation date. These materials continue to be manufactured and installed in the United States.

Laboratory reports shall identify each of the samples taken from the Project and state the results of lab analysis utilizing polarized light microscopy with dispersion staining for asbestos *(Interim Method for Determination of Asbestos in Bulk Insulation Sample — EPA 600/M4-82-020)*. Analysis will be performed using the "positive-stop" method, whereby an entire group of homogeneous material samples are immediately deemed to be asbestos-containing as soon as the first positive sample is detected.

Note: This screening approach is <u>not</u> a comprehensive asbestos survey, such as would be performed pursuant to the requirements of the Federal *Asbestos Hazard Emergency Response Act,* but is intended rather to identify the *potential* for an asbestos hazard in accessible areas.

## *Lead-Based Paint*

A screening approach will identify the widespread presence of lead-based paint in all residential structures built prior to 1978. Effective January 1, 1978, the use of LBP has been banned under Federal law. Therefore, all paint applied prior to 1978 is considered suspect.

The LBP screen will be performed utilizing LeadCheck™ Swab colormetric on-site tests. A total of 30 swabs will be collected: ten inside, ten outside, and ten in common areas for properties that are under 100 units. Analysis will focus on chewable surfaces (five feet and below) and on protruding surfaces. The number of samples will increase proportionally for properties containing greater than 100 units.

If any positive swabs are identified, a confirmatory paint chip will be collected and analyzed using the Flame Atomic Absorption Spectrophotometry method.

## *Lead in Water*

Risks associated with the presence of lead in drinking water, as to all property types, shall be addressed through contact with the local municipal water provider. Local agency records shall be requested and reviewed (if available) with respect to properties serviced by private wells. If requested by the client with respect to residential properties, flush and draw samples from an appropriate number of drinking water faucets will be collected and analyzed to reveal the presence of lead in drinking water. Analysis of water samples will be conducted using the Flame Atomic Absorption Spectrophotometry method.

## *Radon Gas*

Non-residential properties: Radon gas propensity will be estimated based upon a review of the EPA's *Map of Radon Zones*.

Residential properties: Radon gas concentration will be identified through the exposure and analysis of canisters, utilizing the charcoal liquid scintillation method.

**Property Condition Evaluation:**

Based on on-site observations, interviews, and review of available documentation, EMG shall:

- Visit the subject property to observe and evaluate the current general condition of the building and site improvements, and review available construction documents to assist with the review and evaluation of building systems and site improvements.

- Provide a full description of the property and improvements, with descriptions of in-place systems and commentary on observed conditions, to include site, architectural, structural, mechanical, electrical, plumbing, fire and life/safety, interior, exterior, and other systems.

- Identify those components observed that are exhibiting deferred maintenance issues and provide estimates for "immediate" (90-day), "short term" (1-year) and "replacement reserve" (10-year) costs based on observed conditions, available maintenance history and industry-standard useful life estimates. If applicable, this analysis will include the review of any available documents pertaining to capital improvements completed within the last five (5)-year period, or currently under contract. EMG shall also review available maintenance records and procedures and interview current available maintenance staff and relevant property contractors.

- Provide a general statement of observations regarding the property's general compliance with Title III of the Americans with Disabilities Act. This will *not* constitute a full ADA survey, but will help to indicate whether the Client is exposed to accessibility issues and whether a more comprehensive review is advisable.

- List the current utility service providers, and inquire as to whether there are any documented life safety/code violations on record with local building, zoning and fire departments.

- Observe and generally comment upon the condition of the common areas, a representative sampling (10%) of interior tenant spaces/units, and accessible vacant spaces/units.

- Provide an Executive Summary at the beginning of the report to provide a quick, "user-friendly" summary of the property's condition and estimated costs assigned by category. These costs will be cross-referenced to report sections where cost issues will be explained in detail. The report will also recommend additional studies if required, with an estimate of associated costs.

*Please Note: An EMG Property Condition Evaluation is intended to provide a current evaluation of the subject property's general condition in accordance with industry-accepted due diligence practice. The Client may require a more detailed evaluation of specific systems, equipment or components, which EMG can provide, as an additional service, either in conjunction with the Property Condition Evaluation, or as a follow-up evaluation of specific conditions or issues identified by the Property Condition Evaluation.*

<u>Additional ("Tier II") Property Condition Services</u>:

# ENHANCED: MECHANICAL /ELECTRICAL / PLUMBING

## <u>MEP Analysis</u>

- Visit the property to observe the general condition of the building and site improvements. Interview on-site personnel who are knowledgeable about the property, and review available documents in order to become familiar with the building's life safety, structural and MEP systems, as well as the general built environment.

- Provide a full description of the property with descriptions of its systems and comment on conditions in the following areas:

    ä    site / civil

    ä    architectural and structural

    ä    mechanical, electrical, and plumbing

    Property Condition Evaluation is conducted by mechanical engineer, as appropriate to render specialized insight, beyond the *BASIC PCE* standard, to this specific segment of the project. Areas of detailed consideration might include:

    - Apparent propriety of the heating and cooling equipment to meet the building loads. Layout and flexibility of zoning.

    - Condition of chillers, heat pumps, cooling tower, boiler, or heat exchanger, distribution pump, condenser and chilled water systems.

    - Comment on indoor air and outdoor air quality, distribution system, and methods of providing conditioned air to the building and occupants.

    - Comment on the building control system , its logic and existing energy management system if in-place

    - Observe the mechanical and plumbing systems to determine if they appear to comply with sound engineering practices, including considerations of the health and safety of occupants and applicable codes, noting any significant deviations from current codes.

    - Comments as to whether the electrical systems have appear adequate for current uses, and if they are satisfactorily performing the functions.

    - If available for entry, inspect and comment on the transformers and main distribution to the main switchgear.

    - Inspect and comment on the main switchgear for power, ground fault ability and telephone systems.

- ♦ Comment on the condition of the power distribution system and individual panels. Comment on the local grounding and transformer configuration.

- ♦ Where submetering is required, comment as to whether or not they appear to be performing adequately.

- ♦ Comment on the condition of the emergency systems. Are they emergency lighting battery units, generator units, bypass, etc.?

- ♦ Inspect and comment on any special systems within the building (I.e. intrusion alarms, closed-circuit TV systems, master antennas, telecommunication systems, lightning protection system, etc.)

- ♦ Inspect and comment on any lightning protection systems.

- ♦ Comments on the apparent compliance of electrical systems with regard to sound engineering practices, including considerations of the health and safety of occupants and applicable codes (including Uniform Building Codes, Standard Building Codes. Any significant deviations from current codes are to be noted.

- ä Common area interiors, with a sampling of interior tenant spaces / units and accessible vacant units.

- ä Life safety or code violations which may be on record with the local Building and Fire Departments, or on record with the local municipal officials with respect to zoning or other related codes.

- ä An abbreviated assessment of compliance with Title III of the <u>Americans With Disabilities Act.</u>

- • Review available maintenance records and procedures with the current maintenance personnel.

- • Provide a graphic Project At-A-Glance summary of the report to provide a quick, user friendly summary of the Property's condition and the associated costs by category. These costs are tied to the report sections where references to the issues are clearly defined and expanded.

- • Identify those components observed that are exhibiting deferred maintenance issues and provide estimates for Immediate and Replacement Reserve Costs based on observed conditions, maintenance history and industry standard useful life estimates. This will include the review of documented capital improvements completed within the last five years and work currently under contract, if applicable or available.

- • Provide recommendations for additional studies if required with associated costs.

## TERMS AND CONDITIONS

1.      Services. EMG shall perform the "Services" described in the Proposal using that degree of care and skill ordinarily exercised under similar conditions by reputable members of EMG's profession practicing in the same or similar locality at the time of service. No warranty, express or implied, is made or intended by this Proposal or by EMG's oral or written reports. The Services may require judgments to be made by EMG that are based upon limited data rather than upon scientific certainties. EMG's approach, recommendations, and associated cost estimates, if any, are based on industry practices and averages. Consequently, the Client agrees that ultimate outcomes could be inconsistent with projections made by EMG. All information regarding operations, plans, specifications, conditions or test data which is provided to EMG by the Client, owners or third parties, is assumed by EMG to be correct and complete. Professional opinions are rendered with respect to observations made and data obtained at the time of assessment.

2.      Reliance; Assignment. The Services, the reports and other related work product provided by EMG may not be relied upon by any person or entity, other than the Client, without the advance written consent of EMG. No third party beneficiaries are intended. The Client shall not assign the Proposal, any report or any related work product, without the prior written consent of EMG. Any unauthorized reuse or redistribution of EMG's work product or reports shall be at the Client's and recipient's sole risk, without liability to EMG. EMG shall not assign its obligations under the Proposal; however, EMG may employ, by subcontract, suitably trained persons or entities acceptable to EMG to perform the Services.

3.      Billings and Payment. The Client shall pay EMG for the Services performed in accordance with the prices set forth in the Proposal. Invoices shall be submitted upon completion of the Services and shall be payable in full upon receipt. If the Services are canceled or placed on hold at the request of the Client, EMG may invoice the Client for Services rendered or expenses (including travel and lodging expenses) incurred to the date of interruption. Payment of the invoice shall be the primary, absolute and non-contingent obligation of the Client. If payment in full is not received by EMG within thirty (30) calendar days of the date of the invoice, the account shall be deemed delinquent. Unpaid delinquent balances shall bear interest from the invoice date at one and one-half percent (1.5%) per month, or at the maximum lawful interest rate (whichever rate is less). Quoted discounts to EMG standard fees may be revoked by EMG at its option if payment terms are not met. If a delinquency occurs, EMG may, at its option (and without relieving the Client from its payment obligation), disclaim the Client's right to rely on any report delivered pursuant to the Proposal, until payment in full is made. The Client shall be liable to EMG for all costs and expenses of collection, including reasonable attorney's and paralegal fees, and court costs. Time is of the essence of this provision. EMG's non-exercise of any rights or remedies, whether specified herein or as otherwise provided by law, shall not be deemed a waiver of any rights or remedies, nor preclude EMG from the future exercise of such rights or remedies. If a third party is accepting the Proposal as agent for the Client, such third party represents and warrants to EMG that it is duly authorized to bind the Client to the terms of the Proposal.

4.      Right of Entry; Force Majeure. The Client shall arrange for the right of entry to the subject property ("Site") by EMG, its agents, employees, consultants, contractors and subcontractors, for the purpose of performing all acts as may be reasonably necessary to perform the Services within the agreed scope of work. In certain instances, EMG may require that major building systems and equipment are operated at the time the Services are performed. EMG may require that an authorized representative of the owner be present at the Site as a condition to the performance of the Services. EMG's ability to comply with the schedule for performance described in the Proposal is contingent upon timely Site access. EMG shall not be responsible for damages or delays in performance caused by force majeure, acts of God, events beyond the control of EMG, or events that could not have been reasonably foreseen and prevented.

5.      Documents; Samples. All reports, field notes, laboratory test data, calculations, estimates and other documents, data or information prepared by or on behalf of EMG in connection with the performance of its Service (collectively, "Documents"), shall remain the sole property of EMG. All Documents prepared by EMG for the Client with respect to any Site shall be used solely for the intended purposes described in the Proposal, and solely with respect to the subject Site. Unless otherwise agreed, EMG shall retain all Documents for three (3) years following submission of EMG's report to the Client. Documents shall be made available to the Client upon written request and upon reasonable notice, and copies shall be furnished by EMG to the Client upon payment to EMG by the Client of the cost of reproduction and related expenses. In its sole discretion and without prior notice to the Client, EMG may dispose of all field samples within thirty (30) calendar days after submission of EMG's report to the Client.

6.      Matters Known to Client. The Client shall provide EMG with any and all information known to the Client, or suspected by the Client, which pertains to: (a) the existence or possible existence at, on, under or in the vicinity of the Site, of any hazardous materials, pollutants, lead-based paint, radon or asbestos; (b) any conditions at, on, under or in the vicinity of the Site, which might represent a potential safety hazard or danger to human health or the environment; (c) any permit, manifest, title record, or other record of compliance or non-compliance with any federal, state or local laws, or court or administrative orders or decrees; (d) known or suspected deficiencies or adverse conditions associated with structures or other physical improvements located on Site; or (e) modifications or changes from the original plans and specifications of Site improvements which could affect the recommendations or conclusions reached by EMG in the performance of its Services.

7.      Confidentiality. EMG shall not disclose information regarding the Proposal, the Services or any Documents, except to the Client, third parties designated by the Client (subject to the reliance limitations described herein), or as required by law. Notwithstanding the terms of this Section, EMG shall comply with all judicial orders, government directives, and laws, regulations and ordinances, regarding the reporting to appropriate public agencies of potential dangers to public health, safety or the environment.

8.      Professional Liability. EMG's liability, and that of its officers, directors, employees, agents and subcontractors, to the Client or to any third party, due to any negligent professional acts, errors or omissions, or breach of contract by EMG, shall be limited to an aggregate of $50,000.00, or EMG's total charges for its Services (whichever is greater). If the Client requests higher limits of professional liability, EMG agrees to increase the aggregate limit, up to a maximum of $1,000,000.00, upon Client's written request at the time of acceptance of the Proposal, provided that Client agrees to pay an additional consideration of 10% of EMG's total charges, or $500.00 (whichever is greater). The additional charge for the higher liability limit is due to the greater risk assumed by EMG, and is not a charge for additional professional liability insurance. This limitation shall not apply to the extent prohibited by law.

9.    Miscellaneous. EMG is an independent contractor of the Client, and not the Client's agent, employee or partner. This agreement shall be governed by the laws of the State of Maryland. The Client irrevocably consents to the non-exclusive jurisdiction of the courts of the State of Maryland and of the United States District Court for the District of Maryland, if a basis for federal jurisdiction exists. In the event a dispute relating to an EMG report results in litigation, and the claimant does not prevail at trial, then the claimant shall pay all costs incurred by EMG in the defense of the claim, including reasonable attorney's fees. The provisions of these Terms and Conditions are severable and can only be modified in writing.

Proposal #199933002
3/29/2005     Page 13

## Acceptance and Authorization

Contact:          Mr. John J. DePaul
                  Director of Hotel Investments
                  Berwind Property Group, Inc.
                  3000 Centre Square West , 1500 Market Street
                  Phialdelphia, PA  19102
                  **Phone:**  (215) 575-2389          **Fax:**      (215) 496-0431

**Reason for Service:** New Loan              **Lender:**
**Protocol:**          EMG Equity
**Length of Reserve:** 12 years              **Term of Loan:**    10 years
**Project Name:**      Melrose Hotel
**Address:**           3015 Oak Lawn Avenue
**City:**              Dallas        **State:** TX     **Zip Code:**            **County:** Dallas

**Previous EMG Report Number:**     **Site telephone number:**

### Building Information
**Type of Project:**       hotel
**Square Feet:**           180,000 sf          **Units:**        184      **Land Size:**      0.3 acres
**Buildings:**             1                   **Stories:**      8
**Year Built:**            1924                **% Occupied:**   90
**Built in Phases?:**      **Yr of 1st Phase:**    **Yr of 2nd Phase:**      **Yr of 3rd Phase:**

**Sampling** ✓    _____ ACM          _____ Lead-Paint    _____ Radon          _____ Lead-in-Water

### Administrative Data
**Phase I Site Assessment Fee:**                        $2,700.00      Plus Lab
**Property Condition Survey  & MEP Analysis Fee:**      $7,200.00

**Final Report Due Date:**    15  Business days from receipt of signed "acceptance and authorization to proceed".

**Verbal Update on Issues?:**  Yes              **Verbal Due Date:**  After onsite to client.

**Number of Reports:**      3 bound originals  & 1 unbound originals
**Send Bill and report to:**  Mr. John J. DePaul
                              Berwind Property Group, Inc.
                              3000 Centre Square West,  1500 Market Street
                              Phialdelphia, PA  19102

**Address Report to:**      Mr. John J. DePaul
                            Berwind Property Group, Inc.
                            3000 Centre Square West,  1500 Market Street
                            Phialdelphia, PA  19102

**Operations & Maintenance Program:**  [   ]  Asbestos O&M  [   ]  **Lead Based Paint O&M**
**EMG Unknown Environmental Conditions Warranty**   [   ]  5 Year Warranty   [   ]     All Sites
                                                    [   ]  10 Year Warranty  [   ]     Specific Sites
                                                    [   ]  Please send information       (Client must indicate on property list)

**On-Site Point of Contact:**      **Title:**          **Phone Number:**          **Fax Number:**

I have read and verified the accuracy of the information set forth above, and in Proposal No. 199933002. The Client hereby accepts the Proposal, including the attached Terms and Conditions, and authorizes EMG to proceed with the Services as described.  Should any project information change, I understand that additional fees may accrue and the due date may be extended.

| Authorized Signature | [Printed Name] | Title | Phone # | Date |