# EXHIBIT G

**SCHOFIELD BROTHERS**
ENGINEERING • SURVEYING • PLANNING

Schofield Brothers of New England, Inc.
1071 Worcester Road
Framingham, MA 01701-5298
508/879-0030
FAX 508/879-1797

March 4, 1999

20087-2

Berwind Property Group, Inc.
1500 Market Street
3000 Centre Square West
Philadelphia, PA  19102

**EXHIBIT**
#21
PERRY
4/3605     LH

Attention:  Ms. Gail Pergine

RE:     ALTA/ACSM Title Insurance Survey
        1210-1230 Washington Street, Newton, Massachusetts

Dear Ms. Pergine:

Schofield Brothers of New England, Inc. is pleased to submit this proposal to provide surveying services for your project at the above-referenced site. We are familiar with the property and have performed preliminary research of the site.


1.0     PROJECT DESCRIPTION
The parcel is located at 1210-1230 Washington Street, in Newton, Massachusetts, contains approximately 2 acres. From our discussion, we understand that you wish to have an update made of the 1997 ALTA/ACSM Land Title Survey plan completed by Schofield Brothers.

2.0     SCOPE OF WORK
Schofield Brothers of New England, Inc. anticipates that the following services will be necessary to accomplish the general work described in Section 1.0 above. We have defined our scope of work based on local regulations, special requirements for the site, your requests, and the Minimum Standard Detail Requirements for ALTA/ACSM Land Title Surveys as adopted by the American Land Title Association and the American Congress on Surveying and Mapping 1997 (see Appendix A). A detailed scope of services follows:

2.1     Land Title Survey
A Land Title Survey will be completed for the site and will be prepared to ALTA/ACSM requirements (see Appendix A). The survey plan will be a recordable document signed and sealed by a registered Professional Land Surveyor and will be based on the 1997 survey plan prepared by Schofield Brothers.

2.1.1   Research at local, county, and state offices and the Massachusetts Land Court to obtain local regulations and record plans and deeds for all abutters. Research at individual utility companies to obtain record utility information.
2.1.2   Field inspection necessary to recover boundary line monumentation, to confirm there have been no significant physical changes on-site, and to locate any minor changes to the site.

**EMG02432**


**SCHOFIELD BROTHERS**
ENGINEERING · SURVEYING · PLANNING

20087-2
Gail Pergine
March 4, 1999
Page 2

2.1.3   Calculations and plotting which includes the reduction of field notes, plotting of working plans and property line analysis.

2.1.4   Preparation and drafting of a Land Title Survey plan suitable for recording at the Registry of Deeds. Property lines and easements lines will be shown as far as said lines are revealed in the title report to be supplied by the client (Item 6.1).

2.1.5   The items marked in Table A of Appendix A are included in this proposal and the Zoning Classification will be noted on the plan along with a note regarding setback requirements. If other items are requested a contract change will be required.

2.2   Surveyor's Report

Based on the Land Title Survey, a Surveyor's Report shall be prepared and certified. The Surveyor's Report shall be prepared as a separate document to accompany the Land Title Survey plan.

3.0   SCHEDULE

Work will begin within two days of receipt of signed contract and payment of the retainer. Final delivery items will be ready by March 22, 1999 provided all requested data required in item 6 are delivered by March 12, 1999.

4.0   FEE BASIS

The scope of work described in this agreement will be performed on a fixed fee basis of $ 4,500. Expenses for mileage, postage, blueprints, and copies of deeds and plans used in research are not included in this fixed fee but are estimated not to exceed $ 150. A retainer of $ 1,5 00 is requested in order to begin work on the project.

This proposal is based on the following hourly rates that are effective through December 31, 1999.

Principal ...................................... $105.00
Senior Surveyor ............................. $90.00
Project Surveyor ............................ $65.00
Staff Surveyor ................................ $55.00
Drafter ............................................ $65.00
Technician ...................................... $45.00
Two-person Survey Crew ............ $110.00

Work performed beyond the scope of work will be billed on an hourly basis at the above rates. Standard change order forms will be prepared for all additional work and will include a brief description and estimated cost. Change orders must be approved by the client before work begins.

5.0   ASSUMPTIONS

The cost of the work described within the text of this proposal is based upon the following assumptions:

EMG02433



**SCHOFIELD BROTHERS**
ENGINEERING • SURVEYING • PLANNING

20087-2
Gail Pergine
March 4, 1999
Page 3

5.1    Adequate monumentation and control previously established by Schofield Brothers can be recovered and field location of monuments agrees with record information within reasonable tolerances.

5.2    Periods of adverse weather do not impact the ability to perform field work as described.

5.3    Research is limited to current deeds of record and is not to include title searches.

5.4    There are no defects in the title to the properties and no hiatuses in the deeds.

5.5    Changes subsequent to February 1, 1999, of any codes, standards, regulations, laws, etc. promulgated by any federal, state or local agencies may require an adjustment to the stated fee and time frame.

5.6    Meetings and consultation beyond those listed in the scope of work will not be required.

5.7    Alterations to final plans, calculations, reports and other data requested by client may entail an additional fee and a change in schedule.

6.0    DOCUMENTS TO BE FURNISHED BY CLIENT

6.1    A copy of a current title insurance commitment Schedules A and B for the site, together with copies of all encumbrances, documents, and plans listed in Schedule B.

6.2    A copy of the current deed to locus.

6.3    Any available site plans showing location of buildings, utilities, improvements, etc. on locus.

In order to meet the schedule previously set forth, these items must be received with the signed contract.

7.0    GENERAL CONTRACT CONDITIONS

The attached general contract provisions are part of this agreement. Your approval of this proposal indicates your acceptance of these general conditions.

If this agreement is acceptable to you, please sign the original in the space provided below and return the entire proposal along with the requested retainer to Schofield Brothers of New England, Inc. This will confirm the work order and allow your project to be included in our current work schedule. We will countersign this agreement and return a copy to you for your files.

Please feel free to contact the undersigned, as project manager, if you have any questions concerning this proposal.

Very truly yours,

Schofield Brothers of New England, Inc.

Henry E. Thomas Jr., PLS.
Chief Surveyor

EMG02434



**SCHOFIELD BROTHERS**
ENGINEERING · SURVEYING · PLANNING

20087-2
Gail Pergine
March 4, 1999
Page 4

Enclosures

APPROVED:                                           DATE:

Berwind Property Group, Inc.

By _____                        march 18, 999

Berwind Property Group, Inc.
Royc Perry, Senior Vice President

APPROVED:                                           DATE:

_____                           3/22/99

Henry E. Thomas, P.L.S.
Chief Surveyor
Schofield Brothers of New England, Inc.

EMG02435



20087-2
March 4, 1999

## GENERAL CONDITIONS

<u>Right of Entry</u>.  The signing of this contract gives authorization for Schofield Brothers of New England, Inc. personnel to enter upon the site to conduct site examinations, surveys, and other work as required to accomplish the Scope of Work as described herein If the client is not the record owner of the site at the time that this contract is executed, it shall be the client's responsibility to obtain right of entry from the owner of record.

<u>Change of Scope</u>.  If, during the progress of work under this contract, there is a change in scope of the work as ordered by the client, or as required by circumstances or by other authorities with the acknowledgement of the client, a change order to this contract will be required before work will proceed. Schofield Brothers of New England, Inc. will not change the scope of work on the basis of an oral order by the client or by anyone else. ("Change in Scope" includes change in schedule).

<u>Termination Provision</u>.  This contract may be terminated by client upon five (5) days written notice. Schofield Brothers of New England, Inc. shall be paid for services completed up to the time of termination.

<u>Limitation of Professional Liability</u>.  Schofield Brothers of New England, Inc.liability under this contract shall be limited to the limitations of its insurance coverage.

~~In the event of any alleged error, omission, negligence or design defect, the client shall bring claim against Schofield Brothers of New England, Inc. not later than one year after the completion date of services described herein.~~

<u>Billing Procedures</u>.  Invoices for services shall be rendered on a monthly basis at the option of Schofield Brothers of New England, Inc. and are payable upon presentation. Invoices shall be mailed to the client at the above address.

<u>Service Charges and Costs of Collection</u>. A service charge of one and one-half percent -1-1/2% per month (effective annual interest rate of 19.56 percent) will be added to any unpaid balance. Schofield Brothers of New England, Inc. reserves the right to terminate work under this contract if payment is not received in accordance with this provision. The client agrees to pay all costs of collection, including reasonable attorney's fees.

<u>Retainers</u>.  A retainer shall be paid by the client at the execution of this contract. Retainers are held in full and credited at the final billing at the completion of services. If this contract is terminated prior to completion of the services, any portion of the retainer which exceeds the cost of services performed prior to termination shall be returned to client.



20087-2
March 4, 1999

Ownership of Plans and Documents.  All field notes, field data, soil boring logs, reports, calculations, working drawings, estimates, and other documents prepared by Schofield Brothers of New England, Inc. as instruments of service, shall remain the property of Schofield Brothers of New England, Inc. The client agrees that all work furnished by Schofield Brothers of New England, Inc., which is not paid for, will be returned upon demand and will not be used by the client for any purpose whatever.

Use of Stakes.  Neither the client, or the client's contractor, nor any third party, will use stakes or other markers set at the site by Schofield Brothers of New England, Inc. for the purpose of construction or the installation of any facility or structure before obtaining verification from Schofield Brothers of New England, Inc. that the stakes or other markers were set for the intended purpose and are in place to the accuracy appropriate for the intended use.

Time Limitation.  This proposal shall be null and void unless executed by the client and returned to Schofield Brothers of New England, Inc. within thirty (30) days. The fee for services quoted herein is based upon current charge rates for Schofield Brothers of New England, Inc. personnel. Any extension of the time period for the completion of services, by the client, for the reasons beyond the control of Schofield Brothers of New England, Inc. may require an adjustment of the fee for the uncompleted portion of the work.

EMG02437

## EXHIBIT "A"

## LEGAL DESCRIPTION

The land, with the buildings thereon, situated in that part of Newton, Middlesex County, Massachusetts called West Newton shown as New Lot 13 on a plan entitled "Plan of Land in West Newton, Mass. Owned by: Mayflower Wayside Furniture Company, Inc." prepared by Schofield Brothers, Inc. Professional Engineers & Registered Land Surveyors, dated February 2, 1983 revised February 7, 1983 and recorded with Middlesex South Deeds at the end of Book 14890 (the "1983 Plan") and as Parcel "A" on a plan entitled "Plan of Land in Newton, Mass. Prepared for: Martin Mill Realty, Ltd.", prepared by Schofield Brothers, Inc. Professional Engineers & Professional Land Surveyors, dated June 25, 1985 and recorded with said Deeds in Book 16336, Page 86 (the "1985 Plan"). Said New Lot 13 and said Parcel "A" are together bounded and described according to the 1983 Plan and the 1985 Plan as follows:

| | |
|---|---|
| Northerly | by Washington Street by four lines, measuring respectively, 138.45 feet, 110.94 feet, 26.24 feet and 35.41 feet; |
| Easterly, Northeasterly and Easterly | by Parcel "B" shown on the 1985 Plan, by land now or formerly of Hagop G. Bekarian and by land of the Massachusetts Turnpike Authority by six lines, measuring respectively, 32.80 feet, 39.93 feet, 23.56 feet, 4.00 feet, 37.48 feet and 8.00 feet; |
| Southerly, Westerly and Southerly | by said Massachusetts Turnpike Authority land by six lines, measuring respectively, 40.00 feet, 8.00 feet, 237.69 feet, 99.08 feet, 110.69 feet and 83.34 feet; |
| Westerly | by Chestnut Street, 224.72 feet; |
| Northerly | by land now or formerly of Donald J. & Anne I. Campbell, 121.00 feet; and |
| Easterly, Northerly and Westerly | by land now or formerly of Socony Vacuum Oil Co. Inc. by three lines, measuring respectively, 108.68 feet, 166.92 feet and 100.00 feet. |

Said New Lot 13 contains 88,224 ± S.F. according to the 1983 Plan and said Parcel "A" contains 4,495 ± S.F. according to the 1985 Plan.

EMG02438

20087

Beginning at a stone bound on the easterly sideline of Chestnut Street at the northerly side of land of the Massachusetts Turnpike Authority; thence:

N 07° 24' 52" W a distance of 224.72 feet by Chestnut Street to a point at land of Donald J. and Anne I. Campbell, thence;

N 88° 39' 26" E a distance of 121.00 feet by said Campbell land to a point at land of Jacob and Associates, Inc., thence;

S 07° 41' 06" E a distance of 108.68 feet to a point, thence;

N 80° 54' 07" E a distance of 166.92 feet to a point, thence;

N 06° 04' 08" W a distance of 100.00 feet to a point on the southerly sideline of Washington Street, the last three courses by land of said Jacob and Associates, thence;

S 82° 39' 08" E a distance of 138.45 feet by Washington Street to a point of curvature, thence;

By a curve to the left having a radius of 869.40 feet, a central angle of 07° 18' 40" and an arc length of 110.94 feet to a point of tangency, thence;

S 89° 57' 48" E a distance of 61.65 feet to a steel survey marker at land of Hagop G. Berkarian. The last three courses by Washington Street, thence;

S 00° 02' 12" W a distance of 32.79 feet to a steel survey marker, thence;

S 18° 29' 27" W a distance of 39.93 feet to a point of curvature, thence;

By a curve to the left having a radius of 15.00 feet, a central angle of 90° 00' 00" and an arc length of 23.56 feet to a steel survey marker, thence;

S 18° 29' 27 W a distance of 4.00 feet to a stone bound at a point of curvature. The last four courses by land of said Bekarian, thence;

By a curve to the left having a radius of 70.98 feet, a central angle of 30° 15' 15" and an arc length of 37.48 feet to a concrete bound at the point of tangency. This last course by land of Berkarian and the Massachusetts Turnpike Authority, thence;

S 11° 45' 48" E a distance of 8.00 feet to a point, thence;

S 78° 14' 12" W a distance of 40.00 feet to a point, thence;

N 11° 45' 48" W a distance of 8.00 feet to a point, thence;

By a curve to the right having a radius of 5,681.65 feet, a central angle of 02° 23' 49", a chord bearing of S 79° 47' 31" W, a chord distance of 237.68 feet and an arc length of 237.70 feet to a point, thence;

EMG02439

S 82° 28' 50" W a distance of 99.08 feet to a point, thence;

By a curve to the right having a radius of 5,679.65 feet, a central angle of 01° 07' 00", a chord bearing of S 82° 22' 55" W, a chord distance of 110.69 feet and an arc length of 110.69 feet to a point, thence;

S 82° 41' 43" W a distance of 83.34 feet to a stone bound at the point of beginning, the last seven courses by land of the Massachusetts Turnpike Authority.

EMG02440

# EXHIBIT H

3/18/99  THU 14:34 FAX 2154960152        EMG Client Srv                    ☒025
03/03/99  10:58 FAX



Proposal #199933776
3/3/99     Page 24

## Acceptance and Authorization

Contact:     Mr. Albert Corr
             Berwind Property Group, Inc.
             3000 Centre Square West , 1500 Market Street
             Philadelphia, PA 19102
             Phone:  (215) 575-2458

                                        Fax:     (215) 496-0431
                                        Lender:
Reason for Service: Acquisition
Protocol:    Berwind Property Group      Term of Loan:
Length of Reserve:
Project Name:  1220 Washington Street
Address:     1210 - 1230 Washington Street
City:        Newton              State:MA           Zip Code:  02165        County:  Middlesex
Previous EMG Report Number:   Site telephone number:

*pce (2 days onsite / 2 days write*

*Phase I - 1 normal*

### Building Information

| Type of Project: | office/parking garage | | | Land Size: | 2.03 acres |
| Square Feet: | 89,715 sf. | Units: | 2-3 | | |
| Buildings: | 2 | Stories: | 2-3 | | |
| Year Built: | | % Occupied: | 100 | | |
| Built in Phases?: | Yr of 1st Phase: | Yr of 2nd Phase: | | Yr of 3rd Phase: | |

Sampling ✓ _____ ACM _____ Lead-Paint _____ Radon _____ Lead-in-Water

### Administrative Data

| Phase I Site Assessment Fee: | $2,500.00 | plus lab | Express Fee: |
| Enhanced Property Condition Evaluation Fee: | $6,800.00 | | Express Fee: |

Final Report Due Date:   15 Business days from receipt of signed  "acceptance and authorization to proceed".

Verbal Update on Issues?:  Yes          Verbal Due Date:  After onsite to client.        *need MEP analysis*

Number of Reports:      3 originals & 1 copy
Send Bill and report to:  Mr. Albert Corr
                         Berwind Property Group, Inc.
                         3000 Centre Square West, 1500 Market Street
                         Philadelphia, PA 19102

Address Report to:      Mr. Albert Corr
                        Berwind Property Group, Inc.
                        3000 Centre Square West, 1500 Market Street
                        Philadelphia, PA 19102

Operations & Maintenance Program:    [  ]  Asbestos O&M  [   ]  Lead Based Paint O&M
EMG Unknown Environmental Conditions Warranty   [  ]  5 Year Warranty   [   ]   All Sites
                                                [  ]  10 Year Warranty  [   ]   Specific Sites
*John Stewart  617-247-1140*                    [  ]  Please send information      (Client must indicate on property list)
*(cell# 617-549-4857)*
On-Site Point of Contact:     Title:              Phone Number:          Fax Number:

I have read and verified the accuracy of the information set forth above, and in Proposal No. 199933776. The Client hereby accepts
the Proposal including the attached Terms and Conditions, and authorizes EMG to proceed with the Services as described.  Should
any project information change, I understand that additional fees may accrue and the due date may be extended.

_____   *ROY C PERRY    Sr VP*     *215-575-2433*    *3/7/99*
Authorized Signature     [Printed Name]          Title              Phone #              Date

HEADQUARTERS   EMG CORPORATE CENTER    11011 McCormick Road    Baltimore, Maryland 21031   800 733 0660   FAX 410 785 6220

ATLANTA  ·  BALTIMORE  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DENVER  ·  DETROIT  ·  HARTFORD  ·  KANSAS CITY  ·  LAS VEGAS
LOS ANGELES  ·  MILWAUKEE  ·  NEW YORK  ·  PHOENIX  ·  PORTLAND  ·  SAN FRANCISCO  ·  SEATTLE  ·  SPOKANE  ·  TRENTON

# EXHIBIT I

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


BERWIND PROPERTY GROUP, INC. and    )
NEWTON INVESTORS LIMITED            )
PARTNERSHIP,                        )
    Plaintiffs                      )
                                    )
v.                                  )    DOCKET NO.
                                    )    04-11411-NMG
ENVIRONMENTAL MANAGEMENT GROUP,     )
INC. d/b/a EMG,                     )
    Defendant                       )

_____



DEPOSITION OF:


        Sandra Terepka Hoffman


The deposition of Sandra Terepka Hoffman was taken
on behalf of the Plaintiffs on Thursday, March 31,
2005, commencing at 9:06 a.m. at DLA Piper Rudnick
Gray Cary US, LLP, 6225 Smith Avenue, Baltimore,
Maryland before Lynne Livingston, a Notary Public.

30

1    the last page, and the three preceding

2    pages.

3        A     It's my handwriting.

4        Q     Other than looking at the report

5    and this set of documents that has been

6    marked as Exhibit 4, did you review any

7    other documents in preparation for today?

8        A     No.  I pulled up a list of projects

9    that I've done, but that was it.

10       Q     Did you speak to anyone other than

11   counsel with regard to the facts that have

12   been raised in the complaint in this action?

13       A     No.

14       Q     Can you tell me, please, are you

15   licensed as an engineer in any state?

16       A     Florida.

17       Q     And in Florida, are you a licensed

18   mechanical engineer?

19       A     No.

20       Q     No?

21       A     Florida doesn't designate, just

22   engineering.

23       Q     And do you have a license in any

112

1    condition evaluation may be determined

2    because a client has requested a specific

3    task to be performed?  Is that one of the

4    qualifications of an enhanced PCE?

5         A    That's a possibility.

6         Q    Okay.  Do you know if there's any

7    reason why you would have been assigned to

8    perform this enhanced PCE?

9         A    Other than what's written in the

10   notes, no.

11        Q    Is there something that's written

12   in the notes that would indicate why you

13   were designated to perform this enhanced

14   PCE?

15        A    There are handwritten notes

16   indicating an MEP person or MEP analysis.

17        Q    And what is an MEP analysis?

18        A    Mechanical, electrical, plumbing.

19        Q    Okay.  And based on your experience

20   working for EMG, is a request by a client

21   for a MEP analysis, does that raise a

22   property condition evaluation from non-

23   enhanced to enhanced?

113

1    A    I don't know.

2    Q    I'm just saying based on your

3 experience.

4    A    I don't know.

5    Q    Has anyone ever informed you that a

6 request by a client to perform an MEP would

7 raise a property condition evaluation from

8 non-enhanced to enhanced?

9    A    It may.

10    Q    Do you know under what conditions

11 it would?

12    A    That's job specific and typically

13 it's whoever is arranging, negotiating the

14 contract.

15    Q    You testified earlier that you've

16 got approximately eleven and a half years

17 conducting PCEs; is that correct?

18    A    About that.

19    Q    And based on your eleven and a half

20 years of experience, give or take, are there

21 documents that you would want to review in

22 performing a property condition evaluation

23 that were not made available to you with