UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411-NMG

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC.<br>and NEWTON INVESTORS LIMITED<br>PARTNERSHIP,<br>      Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT<br>GROUP, INC. d/b/a EMG,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO EXTEND DISCOVERY AND CONTINUE TRIAL**

Now comes defendant Environmental Management Group, Inc. ("EMG"), and respectfully request that this Court extend the dates for completion of discovery up to and including August 18, 2006, and continue the trial of this matter from its currently scheduled date of July 24, 2006. As grounds therefore, EMG states as follows:

1.  All depositions and other discovery in this action was stayed for from June 5, 2005, through December 6, 2005, in order to allow this Court to address plaintiff's motions to amend to add additional defendants and to compel further discovery.

2.  On December 6, 2006, this Court denied the plaintiff's motion to amend, but did order certain further discovery, including the deposition of a former employee of the defendant, Matthew Dillis.

3.  Following this Court's order, EMG diligently conducted a review of its files to provide the information directed in this Court's order. EMG provided a supplemental answer to interrogatories on January 17, 2006. thereafter, in consultation with plaintiff's counsel, EMG located the specific files which plaintiff wanted copied and, as a courtesy, provided copies thereof to the plaintiff (rather than have the plaintiff travel to Maryland where the files were located to review them).

4.  Further, EMG arranged for the appearance for deposition of its former employee Mr. Matthew Dillis. That deposition was conducted on April 12, 2006, and Mr. Dillis provided the parties with his completed errata sheet provided on May 24, 2006.

958045v1

5.  Due to other matters, including out of state trials and court ordered out of state depositions, counsel for EMG has not been able to schedule the depositions of the remaining Berwind witnesses since this Court' ruling on December 6, 2005.

6.  However, based upon the deposition of the two prior Berwind 30(b)(6) designees, as well as that of Mr. Dillis, EMG has now filed a Motion for Partial Summary Judgment. That motion seeks (a) a determination as to the scope of damages which are recoverable in this matter pursuant to a contractual limitation of liability clause in the contract between the parties and (b) a judgment as a matter of law on all claims not subject to contractual limitation of liability.

7.  EMG believes that a ruling in its favor on this motion will resolve this entire action, and thus believes the motion should be addressed prior to trial.

8.  Finally, counsel for EMG has a newly arisen personal family conflict immediately prior to the scheduled trial date, and has been advised that two out-of-state witnesses sought by both the plaintiff and defendant are not available the week of July 24, 2006.

For the foregoing reasons, EMG respectfully believes that an extension of the discovery deadline and a continuance of the trial to address the pending motion for summary judgment and to permit all witnesses to be present are in the interests of justice and judicial economy. Therefore, EMG respectfully requests that this Motion be allowed.

Respectfully submitted,

ENVIRONMENTAL MANAGEMENT
GROUP, INC. d/b/a EMG
By its Attorneys,
MORRISON MAHONEY LLP

/s/sbolotin
Steven J. Bolotin, BBO#564085
250 Summer Street
Boston, MA  02210
(617) 439-7500

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 26, 2006.

/s/sbolotin
Steven J. Bolotin