UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

**PLAINTIFFS' ASSENTED-TO MOTION TO
EXTEND TIME TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR PARTIAL
<u>SUMMARY JUDGMENT</u>**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") respectfully move this Court, with Defendants' assent, for an order extending to, and including August 14, 2006, the time during which Berwind may file their response to the Defendant's Motion for Partial Summary Judgment in the above-captioned action.

**IN SUPPORT OF THIS MOTION,** Berwind states as follows:

1. This matter was originally marked for trial on Monday, May 22, 2006. Due to trial conflicts of counsel for both parties, the matter was re-marked for trial on Monday, July 24, 2006.

2. Berwind served the defendant with its Pre-Trial Disclosures, pursuant to F.R.C.P. 26(a)(3) and Local Rules 16.5, on Friday, June 23, 2006.

#591907-v1

3. In "response" to Berwind's Pre-Trial Disclosures, the Defendant filed its Motion for Partial Summary Judgment on Tuesday, June 27, 2006, despite the Court's Scheduling Order deadline of August 18, <u>2005</u> for such motions. Defendant's Motion for Partial Summary Judgment was also served at a time when Plaintiffs' counsel was in the midst of a jury trial and just prior to a holiday weekend.

4. The foregoing notwithstanding, Berwind will not move to strike Defendant's Motion for Partial Summary Judgment at this time -- recognizing that the Defendant's Motion may narrow the issues to be tried, and otherwise reduce unnecessary preparation of witnesses and documentation, thereby preserving the resources of the parties and the Court -- but requests that the Court extend the time during which Berwind may respond to the Defendant's Motion to and including until Monday, August 14, 2006.

5. The number of issues addressed in Defendants' Motion for Partial Summary Judgment, as well as the manner in which they were briefed, suggests that the Defendant spent significant time preparing said motion.

6. Plaintiffs' counsel require additional time to confer with their clients and to prepare an opposition to Defendant's Motion for Partial Summary Judgment.

7. No party will be prejudiced by the allowance of this motion, and the interests of justice and of the parties would best be served by the Court's allowing the additional time requested. Pursuant to Fed. R. Civ. P. 1, an allowance of this motion may help "secure the just, speedy an inexpensive determination of [this] action."

8. Berwind submits that, due to the nature of the relief requested, no memorandum of law is required for the Court to rule on this Motion.

#591907-v1

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court enter an order extending, to and including August 14, 2006, the time during which the Plaintiffs may file their response to the Defendant's Motion for Partial Summary Judgment.

                Respectfully submitted,

                **BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,**

                By its attorneys,

                /s/ Eric F. Eisenberg
                Eric F. Eisenberg, Esq.
                BBO No. 544682
                Lauren Timoney Upton
                BBO No. 565122
                Hinckley, Allen & Snyder LLP
                28 State Street
                Boston, MA 02109-1775
Dated: July 7, 2006        (617) 345-9000

Assented to:

ENVIRONMENTAL MANAGEMENT GROUP
INC. d/b/a EMG

/s/ Steven J. Bolotin
Steven J. Bolotin, Esq.
BBO #: 564085
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
Fax: (617) 439-7590

#591907-v1

## CERTIFICATE OF SERVICE

    I, Eric F. Eisenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 7, 2006.

                                                 /s/ Eric F. Eisengberg

#591907-v1