UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED<br>PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP,<br>INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

**PLAINTIFFS' ASSENT TO
DEFENDANT'S MOTION TO EXTEND
TRIAL DATE AND OBJECTION TO
DEFENDANT'S MOTION TO EXTEND DISCOVERY**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") assent to the Defendant's Motion to Continue Trial and object to Defendant's Motion to Extend Discovery, and ask the Court to reschedule the trial of this action to a date thirty (30) days or more after the Court rules on the Defendant's Motion for Partial Summary Judgment.

**IN SUPPORT OF THIS MOTION,** Berwind states as follows:

1. This matter was originally marked for trial on Monday, May 22, 2006. Due to trial conflicts of counsel for both parties, the matter was re-marked for trial on Monday, July 24, 2006.

2. Berwind served the defendant with its Pre-Trial Disclosures, pursuant to F.R.C.P. 26(a)(3) and Local Rules 16.5, on Friday, June 23, 2006.

#591907-v1

3. In "response" to Berwind's Pre-Trial Disclosures, the Defendant filed its Motion for Partial Summary Judgment on Tuesday, June 27, 2006.

4. Berwind has moved, with Defendant's assent, that the Court grant it additional time to confer with its clients and to prepare a response to Defendant' Motion for Partial Summary Judgment.

5. In order that the Court be able to hear/rule upon Defendant's Motion for Partial Summary Judgment prior to trial, and that the parties be able to prepare for trial with knowledge of the Court's ruling(s) on same, Berwind suggests that the Court reschedule the trial of this action to a date thirty (30) days or more after the Court issues its decision on the Defendant's Motion for Partial Summary Judgment.

6. Berwind **OBJECTS** to Defendant's request to "extend discovery" in this action. Discovery in this action closed long ago, and Berwind believes that EMG is not entitled to take additional discovery at this time. This Court, however, need not resolve this dispute between the parties at this time. Berwind suggests that, once the Court has ruled on Defendant's Motion for Partial Summary Judgment, should Defendant at that time press for additional discovery, it may file a motion with the Court, Berwind may oppose same, and the Court can then rule on Defendant's motion to conduct discovery.

7. No party will be prejudiced by the action requested by Berwind, and the interests of justice and of the parties would best be served by rescheduling the trial of this action. Pursuant to Fed. R. Civ. P. 1, the Court's entry of the order requested by Berwind may help "secure the just, speedy an inexpensive determination of [this] action."

8. Berwind submits that, due to the nature of the relief requested, no memorandum of law is required for the Court to rule on this Motion.

#591907-v1

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court enter an order: (1) rescheduling the trial of this action to a date more than thirty (30) days after the Court issues its decision on the Defendant's Motion for Partial Summary Judgment; and (2) denying Defendant's Motion to Extend Discovery.

Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,**

By its attorneys,

 /s/ Eric F. Eisenberg
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
(617) 345-9000

Dated: July 7, 2006

#591907-v1

## CERTIFICATE OF SERVICE

    I, Eric F. Eisenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 7, 2006.

                                                /s/ Eric F. Eisengberg

#591907-v1