UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
BERWIND PROPERTY GROUP, INC. and            )
NEWTON INVESTORS LIMITED                    )
PARTNERSHIP,                                )
                                            )
Plaintiffs,                                 )
                                            )   DOCKET NO. 04-11411-NMG
v.                                          )
                                            )
ENVIRONMENTAL MANAGEMENT GROUP,             )
INC. d/b/a EMG,                             )
                                            )
Defendant.                                  )
_____)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A
<u>MEMORANDUM IN EXCESS OF TWENTY PAGES</u>**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") hereby move for leave to file a memorandum in excess of twenty pages in support of their Opposition to the Defendant's Motion for Partial Summary Judgment so that they may address all of the issues raised in the Defendant's Motion.

In further support of this Motion, the Plaintiffs state as follows:

1. Defendant's Motion, while framed as a Motion for Partial Summary Judgment, in fact, seeks summary judgment on all of Berwind's claims.

2. Defendant's Motion, and Berwind's Opposition thereto, address complex claims and sophisticated arguments with regard to choice-of-law issues, the interpretation and application of a contractual limitation of liability clause, and Chapter 93A considerations.

3. Due to the complexity of the underlying facts in the Defendant's Motion for Partial Summary Judgment and Berwind's Opposition thereto, a memorandum in excess of

twenty pages is necessary to fairly respond to the myriad legal and factual issues raised by the Defendant and responded to by Berwind.

4. No party will be prejudiced by the allowance of this motion, and the interests of justice and of the parties would best be served by allowing this Motion.

**WHEREFORE**, for the foregoing reasons, Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership respectfully request this Honorable Court grant the plaintiffs leave to file their Opposition to Defendant's Motion for Partial Summary Judgment, which is in excess of twenty pages.

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP**,

By its attorneys,

/s/ Lauren Timoney Upton

Dated: August 16, 2006

_____
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
(617) 345-9000

**CERTIFICATE OF SERVICE**

I, Lauren Timoney Upton, Esq., hereby certify that on the date set forth above, I caused notice of the foregoing to be served upon all parties/counsel of record in the above-captioned matter.

/s/ Lauren Timoney Upton

_____

#600467

2