UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BERWIND PROPERTY GROUP, INC. and         )
NEWTON INVESTORS LIMITED                 )
PARTNERSHIP,                             )
                                         )
Plaintiffs,                              )
                                         )        DOCKET NO.
                                         )        04-11411-NMG
v.                                       )
                                         )
ENVIRONMENTAL MANAGEMENT GROUP,          )
INC. d/b/a EMG,                          )
                                         )
Defendant.                               )
_____)

## AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1.  I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for thirteen years.

2.  I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3.  This affidavit is filed in support of the Berwind's Opposition to Defendant's Motion for Partial Summary Judgment.

4.  Attached hereto as Exhibit 1 are true and accurate copies of Excerpts from the 4/01/05 Deposition Transcript of Michael Collins.

5. Attached hereto as Exhibit 2 are true and accurate copies of Excerpts from the 3/30/05 Deposition Transcript of Sandra Terepka Hoffman.

6. Attached hereto as Exhibit 3 is a true and accurate copy of the Property Condition Evaluation prepared by Environmental Management Group, Inc. d/b/a EMG, and provided to Berwind Property Group for the

7. Attached hereto as Exhibit 4 are true and accurate copies of Excerpts from the 4/26/05 Deposition Transcript of Roy Perry.

**FURTHER YOUR AFFIANT SAYETH NOT.**

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 16th DAY OF AUGUST 2006.**

/s/ Lauren Timoney Upton
_____

#600559