UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BERWIND PROPERTY GROUP, INC. and )
NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
Plaintiffs )
)
)
v. ) DOCKET NO.
) 04-11411-NMG
ENVIRONMENTAL MANAGEMENT GROUP, )
INC. d/b/a EMG, )
Defendant )

_____

DEPOSITION OF:

Michael Collins

The deposition of Michael Collins was taken on behalf of the Plaintiffs on Friday, April 1, 2005, commencing at 9:00 a.m. at DLA Piper Rudnick Gray Cary US, LLP, 6225 Smith Avenue, Baltimore, Maryland before Lynne Livingston, a Notary Public.

2

APPEARANCES:

Lauren Timoney Upton, Esq.

Hinckley, Allen & Snyder, LLP

28 State Street

Boston, Massachusetts 02109-1775

On Behalf of the Plaintiffs

Steven J. Bolotin, Esq.

Morrison Mahoney, LLP

250 Summer Street

Boston, Massachusetts 02210-1181

On Behalf of the Defendant

INDEX

PAGE

Examination by Ms. Upton                              3

1   A   Not that I'm aware of.
2   Q   Did you have any subordinates in
3   1999?
4   A   No.
5   Q   It is my understanding, and please
6   clarify if this is not also your
7   understanding, but based on testimony by Mr.
8   Jarosinski, in 1999 EMG had different regions
9   and there was one called the New England
10  region.  There was a team composed of a vice
11  president, and then various persons under the
12  vice president.  Do you recall if you were
13  part of the New England team in 1999?
14  A   I was not part of a particular
15  region.
16  Q   Not part of a particular region,
17  okay.
18      Do you know whether in 1999 there
19  were any structural engineers in EMG's New
20  England region?
21      MR. BOLOTIN:  Objection.  You can
22  answer it.
23      THE DEPONENT:  I don't recall the

1   staff.
2           BY MS. UPTON:
3       Q   Do you know whether in 1999 there
4   was anyone at EMG who specialized in the
5   assessment of open envelope garages?
6       A   I will say we had a gentleman in
7   Chicago, Illinois who was a registered
8   licensed structural engineer who had a
9   particular strength in parking garage
10  assessments.
11      Q   Do you recall his name?
12      A   Grant Halberson.
13      Q   Do you know if in 1999 there was
14  anyone at EMG who specialized in concrete
15  assessment?
16      A   I don't recall.
17      Q   Can you tell me, please, what you
18  did in preparation for today's deposition?
19      A   I reviewed the draft and final
20  versions of the subject report, reviewed the
21  contract and the customer action request.
22      Q   Did you review any other documents?
23      A   No.

```
1     A     I do not.
2     Q     Were you responsible for reviewing
3  that person's report?
4     A     No.
5     Q     Who would have done that?
6     A     Whoever the supervisor was that was
7  in charge of that person assigned to the job
8  typically.
9     Q     Were you responsible for reviewing
10 Ms. Hoffman's property condition evaluation
11 report?
12    A     This one in particular?
13    Q     Yes.
14    A     It appears from this report that I
15 did actually review the final version of it,
16 yes.
17    Q     And prior to reviewing her report
18 did you review her training listing record?
19    A     Her training?  I was aware of her
20 qualifications.
21    Q     How were you aware of her
22 qualifications?
23    A     Through working with her on
```

1   numerous projects.

2   Q   But do you know what a training
3   listing record is at EMG?

4   A   I do not.

5   Q   So you didn't review any actual
6   documents to find out what her areas of --

7   A   I knew she was a licensed
8   mechanical engineer.

9   Q   But did you review any documents
10  with regard to her experience?

11  A   Just her resume.

12  Q   You did review her resume before
13  reviewing her report?

14  A   I was keenly aware of her resume,
15  yes.

16  Q   Why were you keenly aware of her
17  resume?

18  A   Because I use her all the time.

19  Q   At any time that you were at EMG
20  were you ever involved in the determination
21  of what project manager would be assigned to
22  a given project?

23  A   Yes. I don't remember the specific