UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


BERWIND PROPERTY GROUP, INC. and ) 
NEWTON INVESTORS LIMITED ) 
PARTNERSHIP, ) 
Plaintiffs ) 
  ) 
v. ) DOCKET NO. 
  ) 04-11411-NMG 
ENVIRONMENTAL MANAGEMENT GROUP, ) 
INC. d/b/a EMG, ) 
Defendant ) 

_____


DEPOSITION OF:


Sandra Terepka Hoffman


The deposition of Sandra Terepka Hoffman was taken on behalf of the Plaintiffs on Thursday, March 31, 2005, commencing at 9:06 a.m. at DLA Piper Rudnick Gray Cary US, LLP, 6225 Smith Avenue, Baltimore, Maryland before Lynne Livingston, a Notary Public.

2

APPEARANCES:


Lauren Timoney Upton, Esq.
Hinckley, Allen & Snyder, LLP
28 State Street
Boston, Massachusetts 02109-1775
On Behalf of the Plaintiffs



Steven J. Bolotin, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Massachusetts 02210-1181
On Behalf of the Defendant



Also Present: Paul Kelley, Timothy J. Mains



INDEX

                                                  PAGE

Examination by Ms. Upton                            3
Exhibit 12                      Marked             13
Exhibit 13                      Marked             86

6

1       A       Okay.

2       Q       Can you please state your full name

3   for the record, spelling it for the

4   stenographer?

5       A       Sandra Terepka Hoffman.  Sandra is

6   S-A-N-D-R-A.  Terepka is T-E-R-E-P-K-A.

7   Hoffman is H-O-F-F-M-A-N.

8       Q       Can you please state your present

9   address?

10      A       4422 W. Clear Avenue, Tampa,

11  Florida 33629.

12      Q       And can you tell me, please, where

13  you lived in 1999?

14      A       In Bel Air, Florida.

15      Q       And can you please describe for me

16  your education beginning with your college

17  degree?

18      A       I have a Bachelors in mechanical

19  engineering from the University of South

20  Florida.

21      Q       What year?

22      A       That was, I believe, 1978.

23              I have an MBA from San Francisco

7

1    State University, and I don't have the exact

2    dates.  I believe that was about 1980, 1982.

3            And I have a Masters in

4    environmental engineering from UC Berkeley,

5    and that was approximately 1989.

6        Q    1989?

7        A    1989, 1990.

8        Q    And going back to your Bachelor of

9    Science degree.  Did you take any formal

10    courses in structural engineering while you

11    were getting your engineering degree?

12        A    No.  There are structural

13    engineering courses in a basic engineering

14    program.

15        Q    Okay.  Do you recall how many

16    courses there were?

17        A    No.

18        Q    When you were getting your Masters

19    in engineering, did you take any structural

20    engineering courses pursuant to the Masters?

21        A    No.

22        Q    When you were obtaining your

23    Bachelor of Science, did you have any course

8

1    work in concrete design, or formation or

2    mediation?

3        A    No.

4        Q    When you were obtaining your

5    Masters in engineering, did you have any

6    course work in concrete design mediation?

7        A    No.

8        Q    When you were obtaining your

9    Bachelors, did you have any course work in

10   particular structures, garages, concrete

11   structures, just focused on a given

12   structure?

13       A    No.

14       Q    And when you were obtaining your

15   Masters degree, did you have any specific

16   course work on a particular structure, like

17   garage structures?

18       A    No.

19       Q    And when you were obtaining your

20   Bachelor of Science degree, did you have any

21   course work in concrete technology?

22       A    No.

23       Q    When you were obtaining your

9

1    Masters degree, did you have any course work

2    in concrete technology?

3        A    No.

4        Q    Beginning with your graduation in

5    1978 and going forward, can you please tell

6    me who your employer was, your first

7    employer out of school?

8        A    Out of school I went to work for

9    Hewlett Packard.

10        Q    What was your job when you first

11    started with Hewlett Packard?

12        A    I worked in production engineering,

13    then design, then back to production

14    engineering.

15        Q    What were your responsibilities in

16    production engineering?

17        A    Design and tools that were used in

18    the production line and optimizing the

19    processes.

20        Q    And how long were you in production

21    engineering?

22        A    It's hard to remember that long

23    ago.  I believe I was there for about three

20

1     Q     Beyond obtain your Masters in
2 business administration from San Francisco
3 State and your Masters in environmental
4 engineering from UC Berkeley, have you
5 received any other special training in
6 engineering issues or any other area?
7     A     Continuing education and company
8 related training in performing certain
9 specialized services.
10     Q     With regard to continuing
11 education, are you required for licensure
12 reasons to take any particular kind of
13 continuing education courses?
14     A     Yes.
15     Q     In what areas?
16     A     Four hours in, I think, ethics and
17 four hours in a technical subject every two
18 years for the state of Florida.
19     Q     In regard to the technical subject,
20 is there a requirement that it be in any
21 particular area?
22     A     No.
23     Q     So you can choose what area?

1    A    Your related field, yes.

2    Q    Have you ever taken any continuing

3 education courses relating to building

4 structures?

5    A    Yes.  Excuse me, to structures?

6 No.

7    Q    Did you take them in relation to

8 building construction?

9    A    No.

10    Q    Have you taken any in relation to

11 appraisals of concrete structure or analysis

12 of concrete structures?

13    A    No.

14    Q    Have you taken any in relation to

15 appraisals of concrete garage structures?

16    A    No.

17    Q    Have you taken any in relation to

18 concrete technology?

19    A    No.

20    Q    Have you taken any in relation to

21 concrete repair?

22    A    No.

23    Q    Can you recall any areas that you

22

1    have taken these continuing education

2    courses in?

3        A    I've taken them in relationship to

4    other building systems.

5        Q    What kind of building systems?

6        A    These were the ones that were for

7    my PE?

8        Q    Yes, correct.  I changed to a

9    different subject.

10        A    I believe in fire and life safety

11    systems, maybe in electrical, and I'm not

12    certain of the others.

13        Q    Okay.  Is there anything that would

14    refresh your recollection as to what other

15    continuing education courses you've taken?

16        A    No, not with me.

17        Q    Not with you, but do you have them

18    anywhere?  Have you maintained materials at

19    home about your course work?

20        A    I have bookshelves of materials of

21    different things I have studied, but I don't

22    know that I can specifically tell you.  Over

23    the years, the state of Florida might have

23

1    records.

2        Q    And outside of the continuing

3    education courses that you've taken with

4    regard to your licensure for Florida, have

5    you taken any other continuing education

6    courses?

7        A    On the job training sort of thing?

8        Q    Or otherwise.  Conferences that

9    you've attended.

10       A    Yes.

11       Q    And with regard to this non-

12   licensure based continuing education, have

13   you taken any course work or continuing

14   education courses related to concrete

15   structures?

16       A    Not specifically.  There was

17   overall training that involved discussions

18   of concrete structures, but not one whole

19   course dedicated to concrete structures.

20       Q    What was the course work that you

21   recall that involved discussion of concrete

22   structures?

23       A    Overall training in property

168

1    you know.

2              THE DEPONENT:   I don't know.

3              BY MS. UPTON:

4         Q      Is there anything that would

5    refresh your recollection as to whether

6    there were or not?

7         A      Not that I'm aware of.

8         Q      When you performed the visual

9    inspection of the Newton property did you

10   use any particular methodology in touring

11   the parking garage structure?  And by

12   methodology, did you review it in a grid

13   pattern or any other systematic approach?

14        A      I don't recall.

15        Q      Is there anything that would

16   refresh your recollection as to how you may

17   have toured the property?

18        A      Not that I'm aware of.

19        Q      In 1999, did EMG have any standard

20   methodology that was used by project

21   managers in touring the property?

22              MR. BOLOTIN:   Objection.   You can

23   answer.

169

1          THE DEPONENT:  Not that I'm aware

2    of.

3          BY MS. UPTON:

4      Q     Can you describe for me what you

5    did when you were touring the property in

6    1999 to perform this evaluation?

7      A     No.

8      Q     Is there anything that would

9    refresh your recollection as to what you did

10   when you were performing this evaluation?

11     A     Not that I'm aware of.

12     Q     Looking at pages 35 and 36 of

13   Exhibit 7, the report, specifically at the

14   top of page 36, first line states, "The

15   framing, walls and decks of the parking

16   structure appeared to be in fair condition.

17   Small areas of spalled concrete and minor

18   rust stains were observed, indicating

19   initial corrosion of the steel reinforcing

20   in ceiling of garage."

21          Did I read that correctly?

22     A     Yes.

23     Q     And can you tell me how you would

1  define small areas, as you used that term in

2  this report?

3      A    I didn't put a dimension on it.

4      Q    Is there anything in your notes

5  that would reflect square footage or

6  percentage of the garage that is defined or

7  fell within your definition of small?

8      A    No.

9      Q    Is there anything that would

10  refresh your recollection as to what you

11  meant by small areas?

12      A    Photographs in the back of the

13  report.

14      Q    Okay.  If we look at the

15  photographs would that refresh your

16  recollection as to what you meant by small?

17      (Pause to review documents)

18      THE DEPONENT:  No.

19      BY MS. UPTON:

20      Q    You also used the term minor rust

21  stains.  Can you tell me what you meant by

22  minor rust stains in terms of quantity or

23  size?

1       A     I don't have a quantity.

2       Q     I know that there isn't one in the

3 report, but do you have a recollection of

4 what you meant by minor rust stains?

5       A     I don't recall.

6       Q     Is there anything that would

7 refresh your recollection as to what you

8 meant by minor rust stains?

9       (Pause to review documents)

10      THE DEPONENT:  No.

11      BY MS. UPTON:

12      Q     You also use the words, initial

13 corrosion.  How would you define initial

14 corrosion?

15      A     The rust stains that I describe in

16 here mean to me that I saw some rust colored

17 staining of the concrete, indicating that

18 there's corrosion of the reinforcing rods in

19 the concrete.

20      Q     Do you have anything else in your

21 notes that would discuss the initial

22 corrosion that you saw?

23      A     No.

172

1    Q    Going on further in that paragraph

2  it says, "Cleaning and patching the areas of

3  spalled concrete with an epoxy concrete

4  patch is required within the next year."

5         Did I read that correctly?

6    A    Yes.

7    Q    Would cleaning and patching areas

8  of spalled concrete remedy the initial

9  corrosion?

10   A    No.

11   Q    Do you know what would need to be

12 done to remedy that corrosion?

13   A    It depends.

14   Q    Did you make any recommendation as

15 to what should be done to remedy the

16 corrosion?

17   A    No.

18   Q    Did you discuss with Mr. Stewart

19 anything that should be done to remedy the

20 corrosion?

21   A    Not that I recall.

22   Q    Was Mr. Stewart with you when you

23 were actually touring the property?

173

1    A    From my report, yes.

2    Q    Did anyone else tour the property

3    with you?

4    A    Not that I recall.

5    Q    Is there anything that would

6    refresh your recollection as to whether

7    anyone was with you?

8    A    Not that I'm aware of.

9    Q    Did you indicate in the report how

10    the corrosion might affect the remaining

11    useful life or expected useful life of the

12    garage?

13         (Pause to review documents)

14         THE DEPONENT:  No.

15         BY MS. UPTON:

16    Q    Did you have any conversations with

17    Mr. Stewart as to how the corrosion might

18    affect the remaining useful life or expected

19    useful life of the garage?

20    A    I don't remember.

21    Q    Is there anything that would

22    refresh your recollection as to whether

23    you've had a conversation with Mr. Stewart?

174

1    A     No, not that I'm aware of.

2    Q     Did you have any conversations with

3   anybody as to how the corrosion might affect

4   the remaining useful life or the expected

5   useful life of the garage?

6    A     I don't recall.

7    Q     Is there anything that would

8   refresh your recollection as to whether

9   you've had such a conversation?

10   A     Not that I'm aware of.

11   Q     Looking at the next paragraph, it

12  says, "The ground level of the parking

13  garage had areas of cracking in the concrete

14  slab."

15        Then it goes on, "Sealing the

16  cracks is considered to be a part of routine

17  maintenance.  No additional action is

18  required."

19        Did I read that correctly?

20   A     You missed a sentence.

21   Q     "The cracks appeared to be tight,

22  and the property manager reported that the

23  condition was stable."

175

1    A    That is correct.

2    Q    Okay.

3         Can you define or describe for me

4    the cracking that you saw in the concrete

5    slab?

6    A    Not other than what's in the

7    report.

8    Q    Is there anything that's in your

9    notes or elsewhere that would give us an

10   idea of what the concrete cracking was like?

11        (Pause to review documents)

12        THE DEPONENT:    Page 34.

13        BY MS. UPTON:

14   Q    On page 34?

15   A    No.  I'm sorry, the answer should

16   have been yes.  Go to number 34.

17   Q    And does reviewing that photograph

18   tell you the size and location of the

19   cracks?

20   A    The location was in the ground

21   floor slab of this particular photograph.  I

22   don't have a size.

23   Q    Okay.  Do you know whether there

1    was cracking on any of the upper floors?

2              (Pause to review documents)

3              THE DEPONENT:  Yes.

4              BY MS. UPTON:

5        Q     Yes, there was?

6        A     Yes.

7        Q     How do you know that?

8        A     From the discussions of mineral

9    deposits from water penetrations through the

10   joints in the floor.  And I believe from

11   photograph number 32.

12             I'm not sure.  Let's back up.

13             MR. BOLOTIN:  If that's your

14   answer, that's your answer.  That's fine.

15             THE DEPONENT:  I'm not sure.  I

16   have a photograph 32 talking about water

17   penetration between the decks and mineral

18   deposits at the joints.  So that might have

19   been true.  At construction joints.

20             BY MS. UPTON:

21       Q     Can you point me to where the

22   mineral deposits at the joints is located?

23       A     Page 36, "Small areas of spalled

177

1   concrete and minor rust stains were

2   observed, indicating initial corrosion of

3   the steel reinforcing in the ceilings of the

4   garage.  There were also mineral deposits

5   noted in several locations from water

6   penetration through the joints in the garage

7   decks."

8        Q    So that would indicate to you that

9   there was cracking on more than the ground

10  level of the garage?

11       A    I don't specifically say cracking

12  on more than the ground level.  I talk about

13  other issues.

14       Q    Well my question for you is, was

15  there cracking in other areas of the garage

16  other than the ground floor?

17       A    I don't recall.

18       Q    Okay.  Is there anything that would

19  refresh your recollection as to whether

20  there was cracking on any floors other than

21  the ground floor?

22       A    No.

23       Q    Did you think in 1999 that any

178

1  repair other than routine sealing and

2  maintenance would be required to deal with

3  the cracking that you observed on the ground

4  floor of the garage?

5      A    On the ground floor, no.

6      Q    Did you think that there would be

7  something other than routine sealing and

8  maintenance elsewhere in the garage?

9      A    Yes.

10     Q    Okay.  And what was that?

11     A    I was not in a position to make a

12 statement about that.

13     Q    But you believed that there was?

14     A    Yes.

15     Q    Why do you say you weren't in a

16 position to make a statement?

17     A    I didn't have sufficient

18 information to quantify the repairs that

19 were necessary.

20     Q    Okay.  And did you ask for the

21 information that you needed to make a

22 determination?

23     A    I don't recall.

179

1    Q    Is there anything that would

2 refresh your recollection as to whether you

3 asked for that information?

4    A    No.  We were talking about

5 information I asked for that day from the

6 property manager.  From the property manager

7 I asked for an additional survey to be done

8 prior to acquisition of the property to

9 evaluate the garage structure.

10    Q    You asked for that analysis to be

11 performed for you to obtain the information

12 to provide an opinion on?

13    A    Not for me to provide the opinion,

14 but for someone to provide the opinion.

15    Q    Okay.  You didn't ask, you made the

16 recommendation that somebody perform a

17 further analysis?

18    A    Yes.

19    Q    Is that what you're testifying?

20    A    That's what I recommended, that

21 further analysis be done.

22    Q    Okay.  Can you show me where you

23 made the recommendation?

180

1    A    Yes.

2    Q    Strike that.  I mean, your answer

3    still stands.

4         What recommendation did you make as

5    to further analysis?

6    A    Additional evaluation by a local

7    professional engineer.

8    Q    Where is that?

9    A    Page 5, section 1.6,

10   recommendations for equity investors.  "The

11   intended purchaser should consider having

12   the following studies performed on the

13   property prior to settlement."

14        There's two recommendations.  One,

15   "The underground storm water drains be video

16   inspected to determine the cause of frequent

17   problem."

18        The second one addresses,

19   "Significant signs of ponding water,

20   inadequate drainage, efflorescence on the

21   exterior brick, mineral deposits and minor

22   concrete deterioration due to water

23   intrusion were observed in the parking

1    garage, requiring additional evaluation by a

2    local professional engineer, as discussed in

3    section 7.  The cost of this work is

4    included in the immediate repairs cost

5    estimate."

6         Q    Okay.

7              In regard to your suggestion that a

8    professional engineer evaluate the

9    significant signs of ponding water,

10   inadequate drainage, efflorescence on the

11   exterior brick, mineral deposits and minor

12   concrete deterioration due to water

13   intrusion, those were all based on the water

14   intrusion?

15        A    Those are multiple observations

16   that I had in a parking garage that caused

17   me significant concern such that I would

18   bullet an item under the additional

19   recommendations to equity investors, a

20   specific section in this report targeted to

21   things we recommend prior to settlement,

22   items that could be major cost issues could

23   impact the value of the property.

199

1    note of?

2        A    I would note obvious problems with

3    the parking garage, yes.

4             If it appeared to me that there was

5    a water penetration issue, then I would make

6    a note of it.

7        Q    And is there any place in the

8    report where you note the absence of a

9    waterproofing membrane?

10       A    No.

11       Q    Do you know what happens to

12   concrete if it doesn't have a waterproofing

13   membrane on it in an elevated parking

14   garage?

15       A    Yes.

16       Q    What happens?

17       A    Water penetrating the slab can

18   cause corrosion on the reinforcing steel,

19   and the corrosion expands causing concrete

20   to fail, and you have spalled concrete and

21   you can have severe damage to the parking

22   garage, to the structure, if it's not

23   addressed.

200

1    Q    Is there any place in the report

2    where you suggested that the waterproofing

3    membrane or lack thereof should be

4    addressed?

5    A    No.

6    Q    Looking at Exhibit 7, in the report

7    you determined that there were certain items

8    that did need to be addressed immediately;

9    is that correct?

10    Those were put under the immediate

11    repairs cost estimate?

12    A    Yes.

13    Q    Okay.  And looking at page 3 of the

14    report, general physical condition, the

15    first item is that you advised the retention

16    of a structural engineer to review the

17    parking garage drainage and structure; is

18    that correct?

19    A    Yes.

20    Q    Okay.  Then almost at the bottom of

21    that bulleted list it says, "Determine cause

22    of repeated storm drain structure clogging."

23    Is that correct?

225

1    garage, requiring additional evaluation by a

2    local professional engineer, as discussed in

3    section 7."

4            It refers to the other discussion.

5    But it was, those specific words were not

6    repeated in this paragraph.

7        Q    Okay.  So is there a suggestion

8    anywhere in the report that the initial

9    corrosion be evaluated by an engineer?

10       A    The specific words, no.  The intent

11   is in the evaluation of the overall parking

12   garage.

13       Q    But it doesn't state that?

14           MR. BOLOTIN:  Objection.

15       BY MS. UPTON:

16       Q    Is there anywhere in the report

17   that says the initial corrosion should be

18   evaluated by an engineer?

19           MR. BOLOTIN:  Those specific words.

20           THE DEPONENT:  No.  Those specific

21   words, no.

22           BY MS. UPTON:

23       Q    Do you know what needs to be done

250

1    choice in your assignments?

2        A    Yes.

3        Q    But as a full time project manager

4    in 1999 you would be assigned?

5        A    Yes.  But we were talking about

6    training.  And I took all the training that

7    was available.

8        Q    Yes.  And with regard to the

9    training at the annual meetings that you

10   mentioned, you said that there was training

11   on various technical topics.

12           Do you recall whether there was any

13   training with regard to structural behavior

14   in an elevated parking garage?

15       A    I don't recall what topics were

16   covered.

17       Q    I'm going to go through a few

18   topics and see if that refreshes your

19   recollection as to any of them, and if it

20   doesn't, it doesn't.

21       A    Okay.

22       Q    Do you recall whether there was any

23   training on structural design at any of the

251

1      meetings that you attended?

2          A     No.

3          Q     Is there anything that would

4      refresh your recollection as to whether

5      there was any training?

6          A     The question, maybe I didn't answer

7      correctly.  Yes, I recall that none of the

8      training that I attended has addressed

9      structural design.

10              MS. UPTON:  Can you play back her

11     answer?

12         (Whereupon, the record was reviewed)

13              BY MS. UPTON:

14         Q     Okay.  Let me try this one more

15     time.  Do you recall whether any training

16     sessions that you have attended at EMG

17     between 1997 and 1999 addressed structural

18     design?

19         A     Yes.

20         Q     And did any of them address

21     structural design?

22         A     No.

23         Q     And do you recall whether any of