# Exhibit 3 to large for scanning. Will be filed with the court in hard copy.