March 2, 1999

<u>Via Facsimile: (215) 496-0431</u>

Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Philadelphia, PA  19102

**RE:**   **1220 Washington Street**
         EMG Proposal No. 199933776

Dear Mr. Corr:

We are pleased to provide you with the following proposal.

EMG shall perform a Phase I Environmental Site Assessment and a Enhanced Property Condition Evaluation (collectively, the "Services") meeting the protocol requirements hereafter described.  The Services shall be provided by EMG for the sole use of the Client described below, subject to the terms and conditions set forth in this Proposal.

<u>CLIENT:</u>

Berwind Property Group, Inc.
3000 Centre Square West
1500 Market Street
Philadelphia, PA  19102

<u>PROPERTY:</u>

1220 Washington Street
1210 - 1230 Washington Street
Newton, MA  02165

<u>PROFESSIONAL FEES:</u>

Phase I Site Assessment Price –          **$2,500.00**     **Plus lab**

Enhanced Property Condition Evaluation Price –     **$6,800.00**

The fees quoted above are for the specific Services described in this Proposal (excluding lab costs), performed according to the requirements of the requested protocol.  Unless otherwise agreed by the Client and EMG, the quoted price includes the delivery of 3 originals & 1 copy of each final report. Subsequent to the completion of EMG's Services, additional original reports shall be available for the additional price of $95.00 per original report, and additional black and white copies shall be available for the additional price of $50.00 per copy.

## CLIENT'S OBJECTIVE:

We understand that the Client has engaged EMG to furnish its Services in connection with the Client's proposed  to acquire long term hold.

## DOCUMENTS TO BE FURNISHED BY CLIENT:

In order to assist EMG in performing its Services in a manner which best serves the Client's objective, we have enclosed the following:

- a "Property Questionnaire," requesting basic property information.

- a "Document Checklist," to be retained by the Client or forwarded to the current property owner (if not the Client), the property manager, or other knowledgeable representative, and used as a checklist for the purpose of gathering those plans and other documents;

We ask that the Property Questionnaire be fully completed and returned to EMG *prior* to EMG's commencement of work.  The Document Checklist, along with all supporting documentation, should be retained and delivered to EMG's project manager at the time of the site visit.

We also ask that you furnish us with copies of any available environmental reports or property condition reports which relate to the subject property and were prepared by other professionals.

## TIMING:

The Services shall be scheduled and performed once your written acceptance and authorization, is received and approved for completeness by EMG.  EMG's report shall be delivered within fifteen (15) business days after such receipt and approval by EMG.  EMG reserves the right to extend the report delivery schedule as a result of any delay caused by:

- a limitation in EMG's capacity at the time of engagement,
- a delay in EMG's receipt of an acceptable written authorization to proceed, or
- a failure by EMG to receive an accurate site address or an accurately identified and cooperative point  of contact for access to the property to be inspected.

EMG shall notify the Client of any changes in the expected report delivery date as a result of any of the aforementioned circumstances.  The date upon which an EMG representative will be conducting the site assessment will be scheduled within five (5) business days after EMG's receipt and approval of the Client's authorization to proceed.

## EMG SAMPLING PROCEDURE:

Samples will be collected if required according to the specified protocol. The cost associated with sample collection is included in the fee. Lab analysis of the suspect Asbestos-Containing Materials (ACM) and Lead-in-Water (LIW) samples will be billed at the rate of $30.00 per analysis. Lead-Based Paint (LBP) swab samples will be billed at the rate of $75.00 per 30 swabs. Radon analysis will be billed at the rate of $20.00 per analysis.

## ADDITIONAL ENVIRONMENTAL SERVICES:

The prices stated above are only for activities as outlined in this document according to the Berwind Property Group requirements, as requested by the Client prior to the initiation of the Project. Additional consulting services after the Project is completed are available at the cost of $125.00 per hour.

- **O&M Programs**

Should any friable or damaged material, confirmed or assumed to be Asbestos-Containing Materials (ACM), or any Lead-Based Paint (LBP) be found at the property, an Operations and Maintenance Program Document (O&M Program) can be initiated and delivered within two weeks of delivery of the Phase I Site Assessment report. The additional charge will be $495.00 per report for each property. Please indicate in the check box at the bottom of the Acceptance and Authorization page to authorize EMG to proceed if necessary.

### XRF Surveys

XRF (x-ray fluorescence) surveys can be performed in conjunction with the Phase I Site assessment. XRF surveys are designed to give a detailed surface by surface, room by room, overview of the presence of lead-based paint at a Property. XRF surveys are comprehensive in nature, and can typically be submitted to regulatory authorities if required. The additional charge will be based on the Scope of Work for the XRF survey, and will be Property specific based on the size of the Property.

- **Compliance Audits**

Compliance audits can be performed in conjunction with the Phase I Site assessment. Compliance audits are designed to provide an in depth look at operations/activities at a Property, and their compliance with applicable regulations. A compliance audit will also indicate if operational permits are required, if they are in place, and if there are any violations (past or present). The additional charge will be based on the Scope of Work for the compliance audit, and will be Property specific based on the size of the Property and on-site operations.

Proposal #199933776
Page 4

- **Indoor Air Quality**

Indoor Air Quality (IAQ) surveys can be performed in conjunction with the Phase I Site assessment. IAQ surveys are designed to provide either a baseline value of indoor air quality, or respond to a tenant/employee complaint. IAQ surveys can also be used to determine OSHA compliance. The additional charge will be based on the Scope of Work for the IAQ survey, and will be Property specific based on the size of the Property.

- **Comprehensive Asbestos Survey**

Comprehensive asbestos survey can be performed in conjunction with the Phase I Site assessment. Comprehensive asbestos surveys are intrusive, and go behind walls, in pipe chases, and above solid ceilings, where the Phase I asbestos sampling ends. Comprehensive asbestos surveys can be performed for building demolition, or in cases where major renovations are planned. The additional charge will be based on the Scope of Work for the comprehensive asbestos survey, and will be Property specific based on the size of the Property. This price is only for activities as outlined in this document according to the Berwind Property Group requirements, as requested by the Client prior to the initiation of the Project. Additional consulting services after the Project is completed are available at the cost of $125.00 per hour.

- **EMG Unknown Environmental Conditions Warranty©**

Through its "Unknown Environmental Conditions Warranty"©, EMG represents and warrants that as of the date of the site assessment, there were no environmental conditions at the property other than those included in the report. If environmental conditions were in existence on or under the property prior to the date of the Phase I that were not identifiable nor included in the report, and those environmental conditions result in a government mandate to any party to clean up the property based on regulations in effect on the date of the Phase I, EMG will pay for those clean-up costs as defined in the Warranty, up to $1 million.

If you wish to take advantage of EMG's Unknown Environmental Conditions Warranty©, please indicate at the bottom of the Acceptance and Authorization page by checking either the 5- or 10-year coverage. If this Proposal is for multiple project sites and you wish to accept this Warranty for all or only specific sites, please indicate this in the appropriate check box. If you select specific sites, EMG will call and verify the sites.

The charge (per property) is $300.00 for the 5-year warranty and $600.00 for the 10-year warranty. If you wish to receive additional information about the Warranty please indicate in the appropriate check box at the bottom of the Acceptance and Authorization page.

## TERMS AND CONDITIONS:

EMG shall perform its Services subject to the attached "Terms and Conditions," which are incorporated by reference and made a part of this Proposal.

Please indicate your acceptance of this Proposal by signing the attached "Acceptance and Authorization" page where indicated, and returning it to me. This Proposal shall be valid for fourteen days from the date of this letter.

Please feel free to contact me at (800) 733-0660 should you have any questions. We welcome the opportunity to be of service.

Sincerely,


Matthew Dillis, P.E.
Regional Vice President


*Attachments*:
Description of Services
Terms and Conditions
Acceptance and Authorization
Property Questionnaire

# DESCRIPTION OF SERVICES

## PHASE I ENVIRONMENTAL SITE ASSESSMENT

The purpose of a Phase I Environmental Site Assessment (ESA) is to evaluate environmental issues which may have a financial or liability impact on the owners, or perspective owners, of a parcel of property. The following scope of work is consistent with ASTM E-1527 (Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process). The goal of this process is to identify the presence or likely presence of any hazardous substances or petroleum products on the property and identify any conditions that indicate an existing release, a past release, or a material threat of a release of any hazardous substances or petroleum products into structures on the property or into the ground, ground water, or surface water of the Property.

While no environmental site assessment can wholly eliminate uncertainty regarding the potential for recognized environmental conditions in conjunction with a property, this scope of work recognizes reasonable limits of time and cost and is intended to reduce, but not eliminate, that uncertainty.

The Consultant's report shall address the following assessment areas (by section of report):

**Project at a Glance:** A tabular presentation of all assessment areas, rating (acceptable, routine solution, or Phase II) and estimated costs for investigation/program development activities.

## 1. Certification

The following reliance language shall be used:

> The assessment was performed at the Client's request utilizing methods and procedures consistent with good commercial or customary practice designed to conform with acceptable industry standards. The report may be distributed to and relied upon by <<Corespondent's name>>, its successors and assigns and <<Conduit Name>>, its successors and assigns with respect to a loan upon the property, together with any rating agency or any issuer or purchaser of any security collateralized or otherwise backed by such loan. The independent conclusions represent <<Consultant's Name>>best professional judgment based on the conditions that existed and the information and data available to us during the course of this assignment. Factual information regarding operations, conditions, and test data provided by the Client, owner, or their representative have been assumed to be correct and complete.

The certification section should be signed by a either an officer of the Consulting firm preparing the report or by the senior staff member reviewing the report (provided that person is authorized to make commitments on behalf of the Consultant).

2.    **Summary**

The summary section should include a brief description of the service, property description, current use, historic development and characterization of surrounding property use.    In addition, findings/conclusions from each assessment area should be listed as follows:

- Historical data
- Operational activities
- Hazardous materials
- Wastes
- Polychlorinated biphenyls
- Asbestos-containing materials
- Radon gas
- Lead-based paint
- Drinking Water Quality
- Storage tanks/pipelines
- Surface areas
- Regulatory review
- Adjacent properties

Findings/conclusions should specifically state whether any further action or investigation is recommended.  Recommendations for additional action or investigation should be listed separately.  For each recommendation include, at a minimum:

- Recommended methods for further action or investigation
- Costs for investigation/program development activities (remediation costs, if required, will be identified as a result of the investigation/program development activities).

3.    **Survey Approach/Purpose**

The Phase I Environmental Site Assessment will be performed by an environmental professional as defined in ASTM E 1527-97. List on-site interviews conducted, including name, title and organization; weather conditions at the time of the on-site and accessibility. List all areas accessed, and those unable to access (include reason why access was not available). Accessibility requirements are as follows:

The periphery of the property shall be visually and physically observed, as well as the periphery of all structures on the property, and the property shall be viewed from all adjacent public thoroughfares. The assessor shall conduct a grid pattern of all remaining areas not included in above process, including wooded or overgrown areas. For the interior of structures on the property, assess common areas anticipated to be used by employees, occupants, or the public (such as lobbies, hallways, utility rooms, recreation areas, etc.), and maintenance and engineering areas, including boiler rooms. (Note: It is not necessary to look under floors, above solid ceilings, or behind solid walls.) Additional assessment requirements are listed below, based upon property use.

- Commercial, Retail, Office and Industrial: Assess each tenant space, except in the case of a multi-story office building where floors are occupied by more that one office tenant. If this situation is encountered, only five representative offices per floor need be assessed, provided the property contact certifies that the remaining tenant spaces on the floor are used for office space only and that no hazardous material usage or waste generation is conducted.

- All other property types: Assess a representative sample of occupant spaces. For complexes with ≤ 200 units assess a minimum of 10% of the units; for complexes with >200 units assess the greater of 20 units or 5% of the units; for multi-phase properties, assess a minimum of 5 units for each phase.

Include a brief summary of the scope of work and a listing of sample analysis conducted. The following methods shall be used unless state or local regulations require a specific method.:

- Asbestos:   Polarized light microscopy with dispersion staining (Interim Method for Determination of Asbestos in Bulk Insulation Sample — EPA 600/M4-82-020). Perform analysis using the "positive-stop" method, whereby analysis is stopped on a group of samples once the first positive sample is analyzed and the entire homogeneous material is therefore considered asbestos-containing.

    All asbestos samples that are determined to contain 10% asbestos or less, will be re-analyzed utilizing the Point Count method in accordance with NESHAP guidelines.

- Lead in paint on-site qualitative analysis: LeadCheck™ swab colormetric test (or comparable).

- Lead in paint confirmatory chips: ): Flame Atomic Absorption Spectrophotometry (FLAA) method of painted surfaces having positive results from on-site qualitative analysis.

- Radon Gas concentration: charcoal liquid scintillation method

- Drinking water, through the collection and analysis of flush and draw samples from random faucets: Flame Atomic Absorption Spectrophotometry method, or specific potability method(s)

4.      **Project Location/Description**

**1210 – 1230 Washington Street**

### 4.1.    Project Description

List property size (acres/square feet), improvements, use, and construction date.

Describe water/sewage service.  If the property is on municipal water, contact municipal water source and verify that the water supplied to the property meets all applicable federal, state and local drinking water standards.  If the property is on well water and/or uses a septic system or on-site waste treatment plant, contact health department and verify that the well/septic treatment system meets local requirements.  Test on-site water well for applicable potability  standards.

Describe building materials including construction materials, roofing materials, interior design, and foundation construction.

Describe HVAC and any other miscellaneous systems that may have an impact on the property's environmental integrity (e.g., emergency generator, elevator, trash compactor, sump pumps).  Also include descriptions of any HVAC insulation materials, and the presence or absence of Urea Formaldehyde Foam Insulation (UFFI).

### 4.2.    Environmental Setting

#### 4.2.1.    Topography

Topography:  Use USGS 7.5 Minute Quad Map or equivalent and discuss improvements (as shown on map), elevation, slope and nearest water source.  Discuss any apparent differences between topography as shown on map and apparent site conditions.  A color copy of the topographic map will be included in the appendices.

Wetlands:  Use USF&W Service NWI Map or suitable substitute if not available.  State whether property or adjacent properties are in a wetland area, and make appropriate recommendations.

Flood Plain:  Use FEMA Flood Insurance Rate Maps or suitable substitute.  State whether property is in a floodplain (define zone), and make appropriate recommendations.

#### 4.2.2.    Soils/Geology

Soils: Use USDA Soil Conservation Service Soil Survey or suitable substitute. Define soil types, estimated slope, drainage, texture, depth, permeability, soil reaction, and depth to seasonal high water table.

Geology: List source, physiographic province, geologic region/formation and materials/thickness.

### 4.2.3.  Ground Water Hydrology

List source, aquifer formations, estimated groundwater level (both shallow and deep) and estimated direction of ground water flow.

## 5.     Historical/Records Review

List property ID information (lot/block, section/township/range, etc.).

Research all of the following standard historical sources back to 1940 or first developed use, whichever is earlier. Document data failure (date failure occurred and reason for failure) for any historical sources that cannot be researched back to 1940 or first developed use.

### 5.1.    Chain of Title

A current Owners and Encumbrances report will be obtained from a third party source. However, a chain of title does not have to be obtained by a third party source. EMG will attempt to document the history of apparent ownership through a review of deed records. In addition to a listing of owners, EMG will list all environmental liens, easements, rights of way or other environmental entries/restrictions associated with the property.

### 5.2.    Prior Use Interviews

At a minimum, interview owner or key site manager using a questionnaire similar to that provided in ASTM E-1527. Consultant should also attempt to interview tenants, maintenance personnel and other persons knowledgeable about site history.

All interviews should be documented either through the questionnaire or by completion of a record of communication and appended to the report. Interviews should be summarized in the report, listing pertinent information and source's name, title, organization, origin of information and length of time familiar with the property and/or area.

### 5.3.    Local Agency Record Review

Contact the following local agencies in an attempt to obtain property history information and available information about recognized environmental conditions at the property. While in-person interviews are preferred, telephone interviews may be sufficient for many inquiries. Document interviews with a record of communication and append to the report.

<u>Fire Marshall/Fire Department</u>:  Records pertaining to UST installation/removals, ruptures, leaks, or other incidents and fires involving toxic substances.

<u>Health Department</u>:  Records pertaining to UST installation/removals, ruptures, leaks, or other incidents.

<u>Occupational Safety and Health Administration (OSHA)</u>:  Records pertaining to OSHA violations, complaints, or inspection records at the Project.

<u>Building and/or Planning Department</u>:  Discuss development plans, property history information.

<u>Permits</u>:  List date of improvement construction/renovation and historical improvement construction/renovation/demolition and any environmentally significant permit activity (e.g., tank installation/removal permits, conversion of heating system from oil to gas, etc.).

<u>Records of any other city agencies with jurisdiction over the property</u> (e.g., health department, sanitation district, etc. where applicable)

<u>Zoning Department</u>:  Discuss current zoning, historical zoning information.

### 5.4.    Historical Maps and City Directories

<u>Historical Maps</u> (e.g., Sanborn, Baist):  Historical maps will be ordered for the property, and if available, list source, describe property and adjacent property use, with the focus on any environmentally significant details in the surrounding area.  After describing oldest available source, discuss differences in the subsequent sources.

<u>Historical City Directories</u>:  If available, review city directories in intervals of five years, unless to confirm a change of property use, at the discretion of the Environmental Professional. Describe property occupancy as listed in City Directory.

### 5.5.    Aerial Photographs

Obtain aerial photographs of sufficient frequency in order to determine environmental conditions and general property use information.  Review of aerial photographs in intervals of less than five years is not necessary, unless to confirm a change of property use, at he discretion of the Environmental Professional.  List source and after describing information available in oldest available photograph, discuss differences in the subsequent photographs.

### 5.6.    Previous Environmental Investigations

List assessment firm and date.  Discuss recognized environmental conditions identified in previous reports and list the recommendations contained therein.  Reference discussion of assessment area in current report, if appropriate.

### 5.7.    Plans and Specifications

List type of plan/specification and describe any environmentally significant building details (e.g., specified asbestos-containing materials, UST placement).

### 5.8.    Historical Summary

Provide a chronological summary of property history, including a discussion of any contradictions between sources and any recognized environmental conditions.

## 6.    Project Reconnaissance

### 6.1.    Operational Activities/Noteworthy Tenants

Describe site operations in detail and discuss any possible environmental impacts.  Include tenant list for retail, office or industrial properties.

Discuss required environmental permits (e.g., air emissions, waste water discharge).

### 6.2.    Hazardous Materials Storage and Handling

List materials including type, quantity, storage location and usage and discuss condition of material storage/usage locations.  Observations as to handling, application, and storage of the hazardous materials will also be included.

### 6.3.    Waste Generation, Storage and Disposal

List all wastes generated including the type of waste, classification (e.g., hazardous, regulated, non-hazardous), generation process, pre-storage disposal storage location and disposal method. Discuss condition of storage areas (e.g., spills, leakage, contamination pathways) and describe regulatory requirements and apparent compliance (including a brief review of waste manifests). The name of the waste hauler, and the designated landfill will also be included. Current regulatory status (i.e. inclusion on NPL, CERCLIS, etc. databases) of the landfill will be included. Any copies of waste manifests will be included in the appendices.

### 6.4.    Polychlorinated Biphenyls (PCBs)

List all potentially PCB-containing/contaminated equipment (e.g., fluorescent light fixture ballasts transformers, hydraulic lifts/elevators).

Describe regulatory requirements, discuss condition of equipment and verify ownership (telephone interviews may be sufficient to verify utility ownership — document interviews with a record of communication and append to report). A letter verifying transformer ownership and PCB status will be requested from the utility.

### 6.5.    Asbestos-Containing Materials

Unless specified by the Client, asbestos containing materials will be assessed as follows:

All accessible areas (both interior and exterior) should be assessed for evidence of suspect asbestos-containing materials. Collect three bulk samples of each suspect material from each homogenous area in a randomly distributed manner.

The basis for "suspect" determination is taken from the materials listed in Appendix G of the EPA publication *Managing Asbestos in Place* (the "Green Book"). Therefore, all materials listed in the Green Book which were installed prior to 1989 are considered suspect, with the exception of 1) resilient floor tile, asbestos-cement board (transite), and roofing felt, which are considered suspect regardless of installation date (these materials continue to be manufactured and installed in the United States and are no longer subject to the TSCA ban) and 2) any materials that are identified by the assessor as fiberglass, wood fiber or rubber. The 1989 date is based on the AHERA cutoff date of October 12, 1988.

The following materials will not be sampled, regardless of condition (for the reasons as described):

- Flexible fabric ductwork connectors: sampling could potentially release asbestos fibers into the HVAC ductwork, thereby contaminating the entire system

- Electrical cloth and electric wiring insulation: danger of electrocution

- Roofing materials: sampling could void a warranty and damage the roof

- Fire doors: sampling could void the warranty and decrease its ability to prevent the spread of fires

Discuss previously identified asbestos-containing materials and any abatement, repair or other response actions and attempt to determine if an existing Operations and Maintenance Plan is in effect.

An analytical results table which includes description of material, locations (description of both homogeneous area and sample location), friability, material condition and estimated quantity of the materials sampled will be included. Signed laboratory sample analysis results, signed chain of custody forms and lab certification will be appended to the report.

## 6.6.    Radon Gas

Unless specified by the Client, radon gas will be assessed as follows:

Discuss radon propensity based on the county radon zone classification from the EPA's Map of Radon Zones.

Conduct radon gas concentration sampling for all residential properties, and any property that is located in an area of high radon propensity (Zone 1). If radon sampling is conducted, the following procedure shall be utilized:

- Canisters shall be placed in units with normal heating, ventilation, and air conditioning (HVAC) system operation.

- Canisters shall be randomly placed between three and four feet from the floor in the lowest livable level of the building(s).

- A sufficient number of samples (minimum of six) shall be placed in order to provide meaningful results.

An analytical results table which includes description of locations will be included. Signed laboratory sample analysis results, signed chain of custody forms and lab certification will be appended to the report.

## 6.7.    Lead-Based Paint

Unless state or local regulations require a specific method, or unless specified by the Client, lead-based paint will be assessed as follows:

If the Property was constructed prior to 1978 conduct a lead-based paint screening using LeadCheck™ Swab analysis method or equivalent. The basis for this determination is taken from the Lead Paint Poisoning Act passed by the Congress of the United States which banned the use of lead paint starting January 1, 1978. Therefore, all paint applied prior to 1978 is considered suspect. The number of units to be sampled, if available/accessible includes:

- 1-4 units: All
- 5-20 units: 4 units or 50% (which ever is greater)
- 21-75 units: 10 units or 20% (which ever is greater)
- 76-125 units: 17
- 126-175 units: 19
- 176-225 units: 20
- 226-300 units: 21
- 301-400 units: 22
- 401-500 units: 23
- 501+ units: 24 + one unit for each additional increment of 100 units or less
- Common areas: Sample 5 common areas or 10% of all common areas (which ever is greater)

Positive results of the on-site qualitative testing will prompt a collection of a paint chip sample for confirmation through laboratory analysis. The condition of painted surfaces and an analytical results table which lists sample locations and analysis results (if applicable) will be included. Signed laboratory sample analysis results, signed chain of custody forms and lab certification will be appended to the report.

### 6.8.    Drinking Water Source

Unless specified by the Client, drinking water be assessed as follows:

For all properties built prior to the 1986 ban on lead solder, random locations will be chosen for sampling. An initial draw and a flush sample will be collected from each location. If the Project is supplied water from a well, then sample(s) will be collected to determine compliance with applicable potability standards.

An analytical results table which includes description of  locations materials sampled will be included.  Signed laboratory sample analysis results, signed chain of custody forms and lab certification will be appended to the report.

### 6.9.    Storage Tanks and Pipelines

Include a tabular listing of underground storage tanks (UST) and aboveground storage tanks (AST) including location, construction, date of installation, size, contents, registration, leakage and status (active/inactive). Discuss regulatory requirements (i.e., registration, tightness testing, secondary containment, monitoring), history, testing results, cathodic protection and leak detection system for both previous and current USTs and ASTs.

Include a tabular listing of pipelines including ownership, location, product, operating pressure and status.  Discuss regulatory requirements, condition, evidence of leaks and history for all previous and current pipelines.

### 6.10.    Surface Areas

Discuss general parcel grading and surface water flow direction.  Identify evidence of distressed vegetation, staining, surface migration of petroleum releases or hazardous materials, on-site surface impoundment facilities, pits, dry wells, petroleum run-off or foreign material or widespread illegal dumping.  Describe surface water features (including lagoons, ponds and other bodies of water) and storm water removal from roof, drive, parking surfaces and vegetated surface areas.

In addition, proximity to high tension power lines, electrical substations, etc. will be noted.

7.    **Regulatory Review**

Obtain an environmental database search report from a third-party vendor which includes, at a minimum, the databases listed in ASTM Standard E-1527 (paragraph entitled: Standard Environmental Record Sources: Federal and State. Search distances listed should be from the property boundaries (i.e., search distances may require extension to ensure proper coverage on very large properties). Verify database plot maps upon receipt for proper coverage and accuracy of location of the property. Facilities identified in the regulatory database report must be addressed in the report. Ensure that facilities identified within the regulatory database report search distance, through means other than distance alone, pose no environmental threat to the property.

For each facility identified, address the risk to the property. This risk should be based upon, but not be limited to distance, estimated groundwater flow, topography, regulatory status, field observations, interviews with facility personnel, interviews with regulatory personnel, location of natural hydrogeologic barriers (i.e., water bodies) and any other environmentally significant factors. Distance alone shall not be used as a mitigating factor.

Attempt a visual assessment and interviews with knowledgeable personnel at all adjacent properties that have been identified on the database and any other nearby high-profile.

8.    **Adjacent Properties**

List all adjacent properties. State the adjacent property tenant(s) and describe the use (be specific; do not state commercial, industrial, etc.). If using the company's name, ensure that it is adequate to describe the type of operations at the property; if not, describe. If a road or highway separates the property from an adjacent property, state the name of the road and then describe the use of the property beyond the road. If an impact is expected from any of the adjacent properties, explain in detail.

Discuss field observations of recognized environmental conditions at the adjacent properties.

9.    **Executive Summary**

The summary section will match that provided in Section 2 and will include a brief description of the service, property description, current use, historic development and characterization of surrounding property use.

**Findings/Conclusions**

The findings/conclusions from each assessment area will match that provided in Section 2.1 and will be listed as follows:

- Historical data
- Operational activities
- Hazardous materials
- Wastes
- Polychlorinated biphenyls
- Asbestos-containing materials
- Radon gas
- Lead-based paint
- Drinking water quality
- Storage tanks/pipelines
- Surface areas
- Regulatory review
- Adjacent properties

Findings/conclusions will specifically state whether any further action or investigation is recommended.

**Recommendations**

- Recommendations for additional action or investigation will be listed separately. Recommended methods for further action or investigation and costs for investigation/program development activities (remediation costs, if required, will be identified as a result of the investigation/program development activities) will match that provided in Section 2.2.

01/15/2004 16:34 FAX Case 1:04-cv-11411-NMG   Document 46-3   Filed 08/16/2006   Page 19 of 25   022

Proposal #199933776
Page 19

**Appendices**

The following appendices will be included:

- Photographic Documentation — Color photos of improvements and all recognized environmental conditions. Furthermore, embedded photographs will be included in various sections of the report where recognized environmental conditions are identified.

- Locus Plan -- A computer generated map indicating property name; locations of improvements; adjacent/abutting properties with businesses and improvements; north arrow; street locations and names (closest access if not bordering); location of pavement; roads; drives; fences and easements; water bodies; wells; cisterns; drainage flow; outstanding features; and locations of recognized environmental conditions will be included.

- Aerial Photographs and Area Maps -- A north arrow and an outline of the property borders will be included on all available topographic, wetlands, floodplain, zoning and historical maps and aerial photographs. Copies of historical maps will only be included if obtained from a third party vendor due to copyright laws. A color copy of the topographic map will be included.

- Records of Communication.

- Contact Questionnaire.

- Laboratory Certification and Analysis Results -- Signed laboratory analytical results and completed chain of custody forms will be included.

- Supporting Documentation.

- Regulatory Agency Data Report.

- Scope of Work.

- Resumes of Environmental Professionals (researcher, assessor, writer, reviewers) –Including certifications of assessor

## Enhanced Property Condition Evaluation:

Based on on-site observations, interviews, and review of available documentation, EMG shall:

- Visit the subject property to observe and evaluate the current general condition of the building and site improvements, and review available construction documents to assist with the review and evaluation of building systems and site improvements.

- Provide a full description of the property and improvements, with descriptions of in-place systems and commentary on observed conditions, to include site, architectural, structural, mechanical, electrical, plumbing, fire and life/safety, interior, exterior, and other systems.

- Identify those components observed that are exhibiting deferred maintenance issues and provide estimates for "immediate" (90-day), "short term" (1-year) and "replacement reserve" (10-year) costs based on observed conditions, available maintenance history and industry-standard useful life estimates. If applicable, this analysis will include the review of any available documents pertaining to capital improvements completed within the last five (5)-year period, or currently under contract. EMG shall also review available maintenance records and procedures and interview current available maintenance staff and relevant property contractors.

- Provide a general statement of observations regarding the property's general compliance with Title III of the Americans with Disabilities Act. This will *not* constitute a full ADA survey, but will help to indicate whether the Client is exposed to accessibility issues and whether a more comprehensive review is advisable.

- List the current utility service providers, and inquire as to whether there are any documented life safety/code violations on record with local building, zoning and fire departments.

- Observe and generally comment upon the condition of the common areas, a representative sampling (10%) of interior tenant spaces/units, and accessible vacant spaces/units.

- Provide an Executive Summary at the beginning of the report to provide a quick, "user-friendly" summary of the property's condition and estimated costs assigned by category. These costs will be cross-referenced to report sections where cost issues will be explained in detail. The report will also recommend additional studies if required, with an estimate of associated costs.

*Please Note: An EMG Enhanced Property Condition Evaluation is intended to provide a current evaluation of the subject property's general condition in accordance with industry-accepted due diligence practice. The Client may require a more detailed evaluation of specific systems, equipment or components, which EMG can provide, as an additional service, either in conjunction with the Enhanced Property Condition Evaluation, or as a follow-up evaluation of specific conditions or issues identified by the Enhanced Property Condition Evaluation.*

## TERMS AND CONDITIONS

1.      Services.  EMG shall perform the "Services" described in the Proposal using that degree of care and skill ordinarily exercised under similar conditions by reputable members of EMG's profession practicing in the same or similar locality at the time of service.  No warranty, express or implied, is made or intended by this Proposal or by EMG's oral or written reports.  The Services may require judgments to be made by EMG that are based upon limited data rather than upon scientific certainties.  EMG's approach, recommendations, and associated cost estimates, if any, are based on industry practices and averages.  Consequently, the Client agrees that ultimate outcomes could be inconsistent with projections made by EMG.  All information regarding operations, plans, specifications, conditions or test data which is provided to EMG by the Client, owners or third parties, is assumed by EMG to be correct and complete.  Professional opinions are rendered with respect to observations made and data obtained at the time of assessment.

2.      Reliance: Assignment.  The Services, the reports and other related work product provided by EMG may not be relied upon by any person or entity, other than the Client, without the advance written consent of EMG.  No third party beneficiaries are intended.  The Client shall not assign the Proposal, any report or any related work product, without the prior written consent of EMG.  Any unauthorized reuse or redistribution of EMG's work product or reports shall be at the Client's and recipient's sole risk, without liability to EMG.  EMG shall not assign its obligations under the Proposal; however, EMG may employ, by subcontract, suitably trained persons or entities acceptable to EMG to perform the Services.

3.      Billings and Payment.  The Client shall pay EMG for the Services performed in accordance with the prices set forth in the Proposal.  Invoices shall be submitted upon completion of the Services and shall be payable in full upon receipt.  If the Services are canceled or placed on hold at the request of the Client, EMG may invoice the Client for Services rendered or expenses (including travel and lodging expenses) incurred to the date of interruption.  Payment of the invoice shall be the primary, absolute and non-contingent obligation of the Client.  If payment in full is not received by EMG within thirty (30) calendar days of the date of the invoice, the account shall be deemed delinquent.  Unpaid delinquent balances shall bear interest from the invoice date at one and one-half percent (1.5%) per month, or at the maximum lawful interest rate (whichever rate is less).  Quoted discounts to EMG standard fees may be revoked by EMG at its option if payment terms are not met.  If a delinquency occurs, EMG may, at its option (and without relieving the Client from its payment obligation), disclaim the Client's right to rely on any report delivered pursuant to the Proposal, until payment in full is made.  The Client shall be liable to EMG for all costs and expenses of collection, including reasonable attorney's and paralegal fees, and court costs.  Time is of the essence of this provision.  EMG's non-exercise of any rights or remedies, whether specified herein or as otherwise provided by law, shall not be deemed a waiver of any rights or remedies, nor preclude EMG from the future exercise of such rights or remedies.  If a third party is accepting the Proposal as agent for the Client, such third party represents and warrants to EMG that it is duly authorized to bind the Client to the terms of the Proposal.

4.    Right of Entry: Force Majeure. The Client shall arrange for the right of entry to the subject property ("Site") by EMG, its agents, employees, consultants, contractors and subcontractors, for the purpose of performing all acts as may be reasonably necessary to perform the Services within the agreed scope of work. In certain instances, EMG may require that major building systems and equipment are operated at the time the Services are performed. EMG may require that an authorized representative of the owner be present at the Site as a condition to the performance of the Services. EMG's ability to comply with the schedule for performance described in the Proposal is contingent upon timely Site access. EMG shall not be responsible for damages or delays in performance caused by force majeure, acts of God, events beyond the control of EMG, or events that could not have been reasonably foreseen and prevented.

5.    Documents: Samples. All reports, field notes, laboratory test data, calculations, estimates and other documents, data or information prepared by or on behalf of EMG in connection with the performance of its Service (collectively, "Documents"), shall remain the sole property of EMG. All Documents prepared by EMG for the Client with respect to any Site shall be used solely for the intended purposes described in the Proposal, and solely with respect to the subject Site. Unless otherwise agreed, EMG shall retain all Documents for three (3) years following submission of EMG's report to the Client. Documents shall be made available to the Client upon written request and upon reasonable notice, and copies shall be furnished by EMG to the Client upon payment to EMG by the Client of the cost of reproduction and related expenses. In its sole discretion and without prior notice to the Client, EMG may dispose of all field samples within thirty (30) calendar days after submission of EMG's report to the Client.

6.    Matters Known to Client. The Client shall provide EMG with any and all information known to the Client, or suspected by the Client, which pertains to: (a) the existence or possible existence at, on, under or in the vicinity of the Site, of any hazardous materials, pollutants, lead-based paint, radon or asbestos; (b) any conditions at, on, under or in the vicinity of the Site, which might represent a potential safety hazard or danger to human health or the environment; (c) any permit, manifest, title record, or other record of compliance or non-compliance with any federal, state or local laws, or court or administrative orders or decrees; (d) known or suspected deficiencies or adverse conditions associated with structures or other physical improvements located on Site; or (e) modifications or changes from the original plans and specifications of Site improvements which could affect the recommendations or conclusions reached by EMG in the performance of its Services.

7.    Confidentiality. EMG shall not disclose information regarding the Proposal, the Services or any Documents, except to the Client, third parties designated by the Client (subject to the reliance limitations described herein), or as required by law. Notwithstanding the terms of this Section, EMG shall comply with all judicial orders, government directives, and laws, regulations and ordinances, regarding the reporting to appropriate public agencies of potential dangers to public health, safety or the environment.

8.    Professional Liability. EMG's liability, and that of its officers, directors, employees, agents and subcontractors, to the Client or to any third party, due to any negligent professional acts, errors or omissions, or breach of contract by EMG, shall be limited to an aggregate of $50,000.00, or EMG's total charges for its Services (whichever is greater). If the Client requests higher limits of professional liability, EMG agrees to increase the aggregate limit, up to a maximum of $1,000,000.00, upon Client's written request at the time of acceptance of the Proposal, provided that Client agrees to pay an additional consideration of 10% of EMG's total charges, or $500.00 (whichever is greater). The additional charge for the higher liability limit is due to the greater risk assumed by EMG, and is not a charge for additional professional liability insurance. This limitation shall not apply to the extent prohibited by law.

9.    <u>Miscellaneous</u>. EMG is an independent contractor of the Client, and not the Client's agent, employee or partner. This agreement shall be governed by the laws of the State of Maryland. The Client irrevocably consents to the non-exclusive jurisdiction of the courts of the State of Maryland and of the United States District Court for the District of Maryland, if a basis for federal jurisdiction exists. In the event a dispute relating to an EMG report results in litigation, and the claimant does not prevail at trial, then the claimant shall pay all costs incurred by EMG in the defense of the claim, including reasonable attorney's fees. The provisions of these Terms and Conditions are severable and can only be modified in writing.

Proposal #199933776
1/15/2004        Page 24

## Acceptance and Authorization

**Contact:**  Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Philadelphia, PA 19102
**Phone:**  (215) 575-2458

**Fax:**  (215) 496-0431

**Reason for Service:** Acquisition
**Protocol:** Berwind Property Group
**Length of Reserve:**
**Project Name:** 1220 Washington Street
**Address:** 1210 - 1230 Washington Street
**City:** Newton        **State:** MA
**Previous EMG Report Number:**        **Site telephone number:**

**Lender:**

**Term of Loan:**

**Zip Code:** 02165        **County:** Middlesex

**Building Information**
**Type of Project:** office/parking garage
**Square Feet:** 89,715 sf.
**Buildings:** 2
**Year Built:**
**Built in Phases?:**        **Yr of 1st Phase:**

**Units:**
**Stories:** 2-3
**% Occupied:** 100
**Yr of 2nd Phase:**

**Land Size:** 2.03 acres

**Yr of 3rd Phase:**

**Sampling** ✓ _____ ACM _____ Lead-Paint _____ Radon _____ Lead-in-Water

**Administrative Data**
**Phase I Site Assessment Fee:** $2,500.00        plus lab        **Express Fee:**
**Enhanced Property Condition Evaluation Fee:** $6,800.00                **Express Fee:**

**Final Report Due Date:** 15 Business days from receipt of signed "acceptance and authorization to proceed".

**Verbal Update on Issues?:** Yes        **Verbal Due Date:** After onsite to client.
**Number of Reports:** 3 originals & 1 copy
**Send Bill and report to:** Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Philadelphia, PA 19102

**Address Report to:** Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Philadelphia, PA 19102

**Operations & Maintenance Program:** [  ] Asbestos O&M [  ] Lead Based Paint O&M
**EMG Unknown Environmental Conditions Warranty** [  ] 5 Year Warranty [  ] All Sites
[  ] 10 Year Warranty [  ] Specific Sites
[  ] Please send information (Client must indicate on property list)

**On-Site Point of Contact:**        **Title:**        **Phone Number:**        **Fax Number:**

I have read and verified the accuracy of the information set forth above, and in Proposal No. 199933776. The Client hereby accepts the Proposal, including the attached Terms and Conditions, and authorizes EMG to proceed with the Services as described. Should any project information change, I understand that additional fees may accrue and the due date may be extended.

_____

Authorized Signature        [Printed Name]        Title        Phone #        Date



## Acceptance and Authorization

Contact:    Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West , 1500 Market Street
Philadelphia, PA 19102
Phone:    (215) 575-2458

Fax:    (215) 496-0431

Lender:

Reason for Service: Acquisition
Protocol:    Berwind Property Group
Length of Reserve:
Project Name:    1220 Washington Street
Address:    1210 - 1230 Washington Street
City:    Newton    State:MA

Term of Loan:

Zip Code: 02165    County: Middlesex

Previous EMG Report Number:    Site telephone number:

### Building Information

Type of Project:    office/parking garage
Square Feet:    89,715 s.f.    Units:    Land Size:    2.03 acres
Buildings:    2    Stories:    2-3
% Occupied:    100
Year Built:
Built in Phases?:    Yr of 1st Phase:    Yr of 2nd Phase:    Yr of 3rd Phase:

Sampling ✓    _____ ACM    _____ Lead-Paint    _____ Radon    _____ Lead-in-Water

### Administrative Data

Phase I Site Assessment Fee:    $2,500.00    plus lab    Express Fee:
Enhanced Property Conditions Evaluation Fee:    $6,800.00    Express Fee:

Final Report Due Date:    15 Business days from receipt of signed  "acceptance and authorization to proceed".

Verbal Update on Issues?: Yes    Verbal Due Date: After onsite to client.    need MEP analysis

Number of Reports:    3 originals & 1 copy
Send Bill and report to:    Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Philadelphia, PA 19102

Address Report to:    Mr. Albert Corr
Berwind Property Group, Inc.
3000 Centre Square West, 1500 Market Street
Philadelphia, PA 19102

Operations & Maintenance Program:    [ ] Asbestos O&M    [ ] Lead Based Paint O&M
EMG Unknown Environmental Conditions Warranty    [ ] 5 Year Warranty    [ ] All Sites
John Stewart  617-247-1140    [ ] 10 Year Warranty    [ ] Specific Sites
(cell # 617- 549-4857)    [ ] Please send information    (Client must indicate on property list)
On-Site Point of Contact:    Title:    Phone Number:    Fax Number:

I have read and verified the accuracy of the information set forth above, and in Proposal No. 199933776. The Client hereby accepts the Proposal, including the attached Terms and Conditions, and authorizes EMG to proceed with the Services as described. Should any project information change, I understand that additional fees may accrue and the due date may be extended.

_____    ROY C PERRY SR VP    215-575-2433    3/7/99
Authorized Signature    [Printed Name]    Title    Phone #    Date

HEADQUARTERS: EMG CORPORATE CENTER    11011 McCORMICK ROAD    BALTIMORE, MARYLAND 21031    800 733 0660    FAX 410 785 6220
ATLANTA • BALTIMORE • BOSTON • CHICAGO • DALLAS • DENVER • DETROIT • HARTFORD • KANSAS CITY • LAS VEGAS
LOS ANGELES • MILWAUKEE • NEW YORK • PHOENIX • PORTLAND • SAN FRANCISCO • SEATTLE • SPOKANE • TRENTON