UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO.<br>04-11411-NMG |

## AFFIDAVIT OF PAUL L. KELLEY

I, Paul L. Kelley, being duly sworn, hereby depose and state as follows:

1. I am a Principal at Simpson Gumpertz & Heger Inc. ("SGH"), a consulting engineering firm, and I have been employed at SGH for over 26 years. I state the following based upon my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a report prepared by me for Berwind Property Group, Inc. My opinions concerning the services provided by Environmental Management Group d/b/a EMG to Berwind Property Group, Inc. are described in the report, and I hold said opinions to a reasonable degree of engineering certainty.

3. On or about February 3, 1997, Paul Millette of Simpson, Gumpertz & Heger Inc. visited the parking garage located at 1210 Washington Street, Newton, Massachusetts (the "Garage"), and made certain observations while performing the site visit. These observations

were set forth in a Memorandum dated 3 February 1997, which memorandum I assisted Mr. Millette in preparing.

4.  Attached hereto as Exhibit 2 is a true and accurate copy of the aforementioned 3 February 1997 Memorandum.

**FURTHER YOUR AFFIANT SAYETH NOT.**

**SIGNED UNDER THE PENALTIES OF PERJURY.**

*Paul L. Kelley*

_____

Paul L. Kelley, Vice President/Senior Principal

#600293