UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
BERWIND PROPERTY GROUP, INC. and           )
NEWTON INVESTORS LIMITED                    )
PARTNERSHIP,                                )
                                            )
Plaintiffs,                                 )
                                            )            DOCKET NO.
                                            )            04-11411-NMG
v.                                          )
                                            )
ENVIRONMENTAL MANAGEMENT GROUP,             )
INC. d/b/a EMG,                             )
                                            )
Defendant.                                  )
_____)

## AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1.  I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for thirteen years.

2.  I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3.  This affidavit is filed in support of the Plaintiffs' Motion to Strike Expert Report and to Preclude Expert Testimony at Trial.

4.  Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiff's First Set of Interrogatories.

5.      Attached hereto as Exhibit 2 is a true and accurate copy of Environmental Management Group, Inc. d/b/a EMG's Answers to Plaintiffs' First Set of Interrogatories.

6.      Attached hereto as Exhibit 3 is a true and accurate copy Plaintiffs' Rule 26(a)(2)(B) Disclosure.

7.      Attached hereto as Exhibit 4 is a true and accurate copy of the Letter from Steven J. Bolotin, counsel for EMG, to Lauren Timoney Upton, counsel for Berwind, dated July 27, 2006.

**FURTHER YOUR AFFIANT SAYETH NOT.**

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF AUGUST 2006.**

/s/ Lauren Timoney Upton
_____

#602143