United States District Court

District of Massachusetts

Case No. 04-11411-NMG

Berwind Property Group, Inc. and
Newton Investors Limited Partnership

v.

Environmental Management Group, Inc.

May 20, 2005

Expert Witness Report of

Paul L. Kelley, P.E.
Simpson Gumpertz & Heger Inc.
41 Seyon Street
Building #1, Suite 500
Waltham, MA  02453
(781) 907-9000

## INTRODUCTION

According to the Complaint filed in the United States District Court, District of Massachusetts, on May 28, 2004, by attorneys for the Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership, the Complaint arises out of a contract between Plaintiff Berwind Property Group, Inc. and Defendant Environmental Management Group, Inc. d/b/a EMG, pursuant to which EMG was to perform a property condition evaluation of certain improvements to real property in Newton, Massachusetts. The plaintiffs assert that EMG knowingly and willfully misrepresented the scope of work it would perform and the qualifications of the person who would perform the work at the time it induced Berwind to enter into the Contract, that EMG and its personnel were grossly negligent in the evaluation of the property, and that the plaintiffs have incurred substantial costs and expenses in excess of what would have been incurred if EMG had performed the services within the industry-accepted due diligence standard.

## ASSIGNMENT

Simpson, Gumpertz & Heger Inc. was retained by the law firm of Hinckley, Allen & Snyder LLP and the plaintiffs to provide consultation and to assist with analysis of the property that is the subject of this action, as they shall request, with regard to the above referenced case. Simpson, Gumpertz & Heger Inc. will also be prepared to provide testimony at deposition and trial regarding the analysis performed and the conclusions reached should that be requested. Simpson, Gumpertz & Heger Inc. was asked to analyze the experience of EMG's personnel who conducted the property condition evaluation, to analyze the procedure by which EMG performed the property condition evaluation, and to analyze the report provided by EMG reflective of the property condition evaluation performed. Simpson, Gumpertz & Heger Inc. was also asked to quantify the total losses incurred by the plaintiffs as a result of EMG's failure to perform within the industry-accepted due diligence standard.

Simpson, Gumpertz & Heger Inc., their shareholders, directors, and employees are independent of the parties to this litigation. Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership are responsible for payment of our fees. Fees for our services are based upon the actual time expended on the engagement at the standard hourly rates for the individual assigned. Paul L. Kelley, the engineer, providing this analysis is being compensated at an hourly rate of $225.00.

## DATA AND OTHER INFORMATION CONSIDERED AND WORK PERFORMED

In preparation of my opinions in this matter, I have done the following:

- Reviewed the information about the subject building in the SGH files that was collected during two past assignments on this project, including, without limitation, a 17 August 1993 Structural Engineering Corporation report entitled "Existing Condition Survey Report of Martin Mill Parking Garage, 1210 Washington Street, West Newton, MA" and a 3 February 1997 memorandum from myself to David Lepore reporting on a visual assessment of the garage.

- Visited the building as part of this investigation on at least three occasions.

- Reviewed the 6 April 1999 Environmental Management Group, Inc. ("EMG") report entitled "Property Condition Evaluation of 1220 Washington Street, 1210-1230 Washington Street, Newton, Massachusetts 02165" (the "Report").

- Reviewed the 2 March 1999 agreement between Berwind and EMG.

- Attended the depositions of Patrick Jaroninski and Sandra Hoffman, both of EMG.

- Reviewed the deposition transcript of Michael Collins of EMG.

- Reviewed several property condition assessment protocols, including ASTM 2018-99 and ASTM 2018-01.

- Reviewed several articles and books that address inspection of concrete structures and parking structures.

- Reviewed the 17 November 2004 requisition from CCI, Inc., a concrete repair contractor, to Berwind for structural and waterproofing repairs made to the garage in 2004 with a contract value of $721,068 (which sum does not include engineering costs).

- I understand that the following definitions may apply to this dispute:

  Negligence is "the failure to exercise the standard of care that a reasonably prudent person would have exercised in a similar situation; and conduct that falls below the legal standard established to protect others against unreasonable risk of harm, except for conduct that is intentionally, wantonly, or willfully disregardful of others' rights."

  Gross negligence is "an act or omission respecting legal duty of an aggravated character, as distinguished from a mere failure to exercise ordinary care. It amounts to indifference to present legal duty and to utter forgetfulness of legal obligations so far as other persons may be affected. It is a heedless and palpable violation of legal duty respecting the rights of others. It is a reckless disregard for the consequences affecting the property of others."

**CONCLUSIONS**

The evaluation of the garage structure in EMG's 6 April 1999 Report, prepared by Ms. Hoffman and reviewed by Mr. Collins, omits significant open and obvious indications of structural distress, including serious topside cracking around columns, severe sagging of elevated structural decks, and indications of significant ongoing corrosion of reinforcing steel. The report also fails to note the open and obvious lack of deck membranes, and fails to discuss the importance of deck membranes in garages, despite Hoffman's deposition testimony that she knows, in the absence of waterproofing on a concrete garage slab, "water penetrating the slab can cause corrosion on the reinforcing steel, and the corrosion expands causing concrete to fail, and you have spalled concrete and you can have severe damage to the parking garage, to the structure, if it's not addressed." (Hoffman Dep., pp. 199-200). In fact, nothing in the EMG Report conveys

to the client the seriousness of the structural issues and waterproofing deficiencies present in the garage. None of these conditions required measurement, calculation and/or testing to detect. These conditions were, in fact, observed by SGH and Structural Engineering Corp. personnel prior to 1999 and, I understand, by other engineers (Daigle Engineers Inc./Edwards & Kelcey) since 1999, even when such professionals were not engaged to conduct a general survey of the Premises. This opinion is based on my previous and recent inspections of the garage and my review of the above documents/testimony.

The evaluation of immediate and short-term repair budgets for the garage presented in the 6 April 1999 EMG Report, prepared by Ms. Hoffman and reviewed by Mr. Collins, of $1,500 and $26,000, respectively, were grossly inadequate measures of the maintenance needs of the garage at the time of EMG's 1999 inspection. This inadequate budget deprived Berwind of the knowledge that might have caused it to seek a discount in the purchase price or to walk away from the deal if the adjustment was not made. This opinion is based on my previous and recent personal inspections of the garage, my previous estimates of repair needs at the garage, and the actual costs of necessary repairs implemented in 2004 ($721,068 plus engineering costs) based on SGH repair documents.

Neither the "Other Structures" format used by EMG to present its findings on the garage, nor the general report format used to report EMG's findings on the office buildings are suitable instruments for guiding the assessment and reporting of the special "wear-and-tear" problems common to garage structures, especially in road-salt-intensive New England. The "Other Structures" report format is much less detailed than the general report format. The general report format is, itself, similar to standard property condition assessment protocols for typical enclosed buildings. And while the general report format would still have been inadequate for use in evaluating a garage, use of even a general report format would have, at least, required more in-depth appraisal by Ms. Hoffman, EMG's on-site inspector, including assessment of the levelness or deflection of the garage's structural elements and/or unusual movement of these elements that should have triggered an observation that the garage structure was performing poorly and required special expert assessment. In fact, the 6 April 1999 EMG Report makes note of "no significant signs of deflection or movement" (Report, pg. 19) in the general format report for the office building, while Ms. Hoffman, in her deposition states that she did not even look for slab deflections in the garage (Hoffman Dep., pg. 182). This opinion is based on my experience with similar work, including the development of inspection protocols.

Ms. Hoffman did not have the education, EMG-supplied training, or work experience necessary to make a useful assessment of the condition and repair needs for a parking garage structure in New England. This is based on my review of her work product, my attendance at her deposition, my own professional experience, and my supervision of other professionals engaged in similar work.

It is my opinion that EMG, Ms. Hoffman and Mr. Collins were negligent in their failure to report the structural distress and lack of slab waterproofing in the garage. It is my opinion that Ms. Hoffman was grossly negligent in her failure to look for and make note of open and obvious deficiencies in the garage while knowing that Berwind was going to rely on her report of such deficiencies (or lack thereof) in its decision to purchase the property. It is my opinion that Mr. Collins was grossly negligent in signing off on the

Report while knowing that Ms. Hoffman was not qualified to perform the services, while knowing that no qualified person (i.e., a structural engineer and/or an individual with appropriate structural training in garages) had performed the services, and while knowing that EMG had a qualified person on staff, while also knowing that Berwind was going to rely on this Report in making the determination to purchase the property. It is also my opinion that EMG's assignment of Ms. Hoffman to perform a condition assessment of a reinforced concrete garage in New England, and its failure to provide specialized inspection and reporting protocols for a garage structure, constituted gross negligence. This is based on my review of the depositions of the EMG personnel noted above, the 2 March 1999 agreement between the parties, and the 6 April 1999 Report which as a whole indicate to me that EMG could never have provided a useful property condition assessment (which assessment was to be the partial basis of Berwind's capital planning considered as part of its decision to purchase the property) of the Garage (located as it was in New England) with the personnel and resources it assigned to the project.

We reserve right to supplement this report, as discovery is ongoing and as a Motion to Compel is pending against EMG

**QUALIFICATIONS OF EXPERT**

I am a Principal at Simpson Gumpertz & Heger Inc., a consulting engineering firm, and I have been employed at SGH for over 26 years. I am currently Regional Head of Structural Engineering, which covers the structural engineering work in the Boston, New York City, and Washington D.C. offices. I am a registered engineer in Massachusetts, New Jersey, and Vermont.

I have broad experience in the design, investigation, assessment, and repair of structures, especially concrete structures. I am a member of numerous professional organizations, including active professional involvement in the American Concrete Institute and the International Concrete Repair Institute. I am a frequent speaker on a wide variety of engineering topics and have given dozens of presentations to professional groups on concrete, concrete structures, and property condition assessments. I have written extensively on property condition assessment standards and concrete repair and restoration issues. I am very familiar with all elements of industry accepted due-diligence practice. My Curriculum Vitae, which contains a list of papers I have authored, is attached, as is a list of those cases in which I have previously provided expert testimony.

Respect submitted,

*Paul L. Kelley*
Paul I. Kelley, Principal
O:\DATEFILE\2005\Kelley, Paul\PLK60-L.ras.doc

# Paul L. Kelley, P.E.
Principal
781-907-9332

## Experience

Simpson Gumpertz & Heger Inc. from 1979 to present.

Somerville Engineering Inc. from 1977 to 1979. Field inspection of street and sidewalk reconstruction including replacement of water, sewage, and storm drainage piping.

P.T. Kelley Inc. from 1973 to 1977 part-time and on consultant basis to present. Project management, cost estimating, bid analysis on water, sewer and storm drain pipeline repair contracts.

## Constructability Analysis, Cost Estimating, and Scheduling

- Evaluation of construction claims related to design build construction of VA Cancer Research Center, Portland, OR
- Interpretation of Construction Schedule Delays, New Bridge at Route 291 over Missouri River, Jackson County, MO
- Impact of Design Changes on Construction Schedule and Cost, Trinidad LNG Project, Point Fortin, Trinidad
- Time to Construct Evaluation, Stu-Lin Apartment/Office Project, Cambridge, MA
- Design and administration of demolition of cold-weather-damaged post-tensioned concrete slab at the new West Parking facility, Logan International Airport, Boston, MA
- Special formwork design and garage ramp modification of existing Central Parking facility, Logan International Airport, Boston, MA
- Design, scheduling, and construction administration for emergency repairs, Storrow Drive Underpass at Arlington and Berkeley Streets, Boston, MA
- Cost analysis of emergency repairs at Back Bay Station (rail station serving MBTA and Amtrak lines), Boston, MA
- Design and construction management of garage and building facade repairs, Horizon House, Fort Lee, NJ
- Construction claims analysis associated with reconstruction of floating digester tank cover at Nut Island Waste Water Treatment Plant, Boston, MA
- Construction claims analysis for parking garage reconstruction, Riverside Square Mall, Hackensack, NJ
- Feasibility/Cost Study of Office Renovation, 110-120 Tremont Street, Boston, MA
- Replacement Cost Studies, Various Buildings, New England Telephone Co., Boston, MA
- Conversion of the Multiple Mirror Telescope to telescope with a single 6.5-m primary mirror, F.L. Whipple Observatory, Mt. Hopkins, AZ
- Feasibility study for cable supported ground screen around 1,000 ft diameter reflector at Arecibo Observatory, Puerto Rico

## Structural Design

- Pedestrian Concourse Tunnel, Johns Hopkins Medical Center, Baltimore, MD
- Garage/Stadium, Carnegie Mellon University, Pittsburgh, PA
- Dormitory, Carnegie Mellon University, Pittsburgh, PA
- Library, Augustana College, Rock Island, IL
- Information Science Building, Worcester Polytechnic Institute, Worcester, MA
- Library/Dining Facility, McLean Hospital, Belmont, MA
- Woodland Annex, Clark University, Worcester, MA
- Jenks Building, New England Baptist Hospital, Boston, MA

- Sackler Science Building, Clark University, Worcester, MA
- Office Building, Simpson Gumpertz & Heger Inc., Arlington, MA
- Frick Laboratory, Princeton University, Princeton, NJ
- Aga Khan Hospital and Medical College, Karachi, Pakistan
- Office Building, Liberty Mutual Insurance Company, Gainesville, GA
- Office Building, Liberty Mutual Insurance Company, Mishawaka, IN
- Floating Hospital, New England Medical Center Hospital, Boston, MA
- Framingham Union Hospital, Framingham, MA

## Building Investigation/Rehabilitation

- Investigation of alkali-silica reaction in concrete balcony repairs, West Palm Beach, FL
- Investigation of Damage Resulting from Hurricane Andrew, Including Damage to Orange Bowl, Coconut Grove Convention Center, James L, Knight Convention Center in Miami, FL and Thirty-two Public Schools in New Iberia, LA
- Construction Administration for Demolition and Hazardous Waste Removal, 90,000 sq ft Mill Building Fire, Fall River, MA
- Slab Replacement, Harvard Square Post Office, Cambridge, MA
- Repair of Balcony Railings and Slab Edges, Buildings 5 and 6, Horizon House, Fort Lee, NJ
- Repair of Four Large Residential Garages, Buildings 1, 2, 3 and 4, Horizon House, Fort Lee, NJ
- Evaluation of Seismic Resistance, Building No. 2, Hewlett-Packard, Andover, MA
- Repair of Balcony Railings and Slab Edges, Jamaicaway Towers, Boston, MA
- Lightweight Floor Fill Failure, Waite Thresher Building, Providence, RI
- Facade Replacement, Tupper Building, New England Medical Center, Boston, MA
- Floor Slab Cracking, Marine Transfer Station, New York, NY
- Pool Roof Collapse, West Roxbury YMCA, West Roxbury, MA
- Precast Panel Failure, University of Massachusetts Medical Center Parking Garage, Worcester, MA
- Rubber Gymnasium Floor Friction Study, Somerville High School, Somerville, MA
- Ceramic Tile Cracking, New England Baptist Hospital, Boston, MA
- Marble Floor Cracking, Glass Residence, Weston, MA
- Support Systems for Linear Accelerators, Proger Building, New England Medical Center, Boston, MA
- Chiller Replacement, Grey Building, Massachusetts General Hospital, Boston, MA

## Building Settlement, Foundation and Retaining Wall Investigations

- Monitoring of Building Movement at Various Boston Buildings Adjacent to Big Dig Project, Boston, MA
- Investigation of Concrete Pile Failure, Emergency Stabilization with Mini-piles, and Administration of Resulting Building Demolition, 303 Congress Street, Boston, MA
- Correction of structural ground floor settlement with mini-piles, UNUM Insurance Company's Scarborough Building, South Portland, ME
- Building Settlement and Tensar Retaining Wall Movement Investigation and Design of Remedial Wall Tie-back Anchors, Uno's Restaurant, Woodbridge, VA
- Assessment of Wood Pile Settlement Potential, 250 Summer Street, Boston, MA
- Investigation of Building Foundation Settlement Adjacent to Ted Williams Tunnel, Fisheries Products Inc., Boston, MA
- Design of Permanent Tie-back Wall for New Library Building, Augustana College, Rock Island, IL
- Monitoring of Building Settlement Adjacent to Boston's CA/T Project at 745 Atlantic Avenue, 695 Atlantic Avenue, Russia Wharf, 470 Atlantic Avenue, 200 State Street, and 125 High Street
- Assessment and Remedial Design of Retaining Walls, New England Baptist Hospital, Boston, MA

## Infrastructure Investigations

- Failure investigation and design of underwater concrete repairs, Peger Street Bridge, Fairbanks, AK
- Investigation, evaluation and design of emergency repairs, Storrow Drive Tunnels, Boston, MA
- Pipeline valve inspection, Hultman Aqueduct, Massachusetts Water Resources Authority
- Evaluation of fire damage to MassPort pier, East Boston, MA

- Investigation of Shell Oil gasoline pipeline damaged by trenching machine
- Assessment of damage to bridge girders and bridge sign, I-95 Interchange with Route 45, Bangor, ME.

## Vibration Investigations

- New Boston Convention Center, Boston, MA (consultant to the Massachusetts Convention Center Authority, pre-construction surveys and noise/vibration monitoring associated with new pile foundation)
- Various Major Central Artery/Tunnel Project Abutters (noise/vibration/movement monitoring consultant for 200 State Street, 470 Atlantic Avenue, The Russia Wharf Building, 695 Atlantic Avenue, 745 Atlantic Avenue, and 125 High Street)
- Perkins Street Residence, Boston, MA (investigation of excavation induced vibration-damage claim)
- Denver International Airport, Denver, CO (evaluation of baggage handling/ conveyor system)
- 21 Custom House Building, Boston, MA (construction equipment vibration monitoring)
- Mid-Maine Trash to Energy Plant, Auburn, ME
- New Facility, Vicor Corporation, Andover, MA (evaluation of proposed clean room location)
- New MA/COM Facility, Lowell, MA (consultation on high technology equipment placement, vibration testing and design of controls)
- Boston Public Library renovations, Peabody Construction Co. (control construction vibrations, development of criteria and field monitoring)
- Providence Convention Center, Providence, RI (vibration study)
- Tufts Dental Building, Boston, MA (floor vibration investigation)
- Hewlett-Packard, Andover, MA (development of a vibration isolation platform)
- Proposed Addition to Laboratories, MIT Lincoln Laboratory, Bedford, MA (vibration study and consultation on high technology equipment placement)
- Riverdale Mills, Riverdale, MA (investigation of structural collapse allegedly caused by the operation of an air compressor)
- Various Residences, Manchester, MA (inspection and evaluation of alleged blasting damage)
- Jet Spray Corporation, Waltham, MA (blasting)
- 10 Post Office Square Building, Boston, MA (construction vibrations)
- Science Building, New York University, New York, NY (evaluation of effects of subway vibrations on proposed electron microscope installation)
- American Can Plant, South Brunswick, NJ (monitoring of industrial vibrations)
- First National Bank of Boston, Boston, MA (monitoring and evaluation of mechanical room vibrations)
- Betts Avenue Incinerator, New York, NY (monitoring of pile driving operations immediately adjacent to existing chimney stacks).

## Registration

Professional Engineer:   Massachusetts (Lic. No. 32127)
                        New Jersey (General Lic. No. GE36961)
                        Vermont (Lic. No. 5643)

## Education

Tufts University:
    B.S. in Civil Engineering, 1977
    M.S. in Structural Engineering, 1979

## Professional Activities

American Concrete Institute:  Member
American Institute of Steel Construction:  Member
American Society of Civil Engineers:  Member
Boston Society of Civil Engineers:  Member
International Concrete Repair Institute:  Member
Loss Executives Association:  Associate Member

## Honors and Awards

Construction Institute/American Society of Civil Engineers Honorable Mention Applied Research Paper for 2002 for the paper entitled "Evaluation and Carbon Fiber Reinforced Polymer Strengthening of Existing Garage: Case Study, CI/ASCE Journal of Composites for Construction, Volume 6, No. 3, pp.184-193.

2002 Technical Group Award from the Boston Society of Civil Engineers for the paper "Innovation in the Conservative Structural Engineering Market," which was presented at the 2001 Structural Group Lecture Series.

2001 Award of Excellence from the International Concrete Repair Institute in recognition of excellence in strengthening the Ashford Perimeter Parking Garage in Atlanta, Georgia.

2000 Clemens Herschel Award from the Boston Society of Civil Engineers for the technical paper "Vibration Damage Claims – Ingredients for a Successful Investigation."

1993 Ernest A. Herzog Award from the Boston Society of Civil Engineers for the technical paper "Emergency Repairs, Metropolitan District Commission, Storrow Drive Tunnel at Arlington Street."

1993 Award of Excellence from the International Concrete Repair Institute for Emergency Repairs to Storrow Drive Tunnel, Boston, Massachusetts, in recognition of excellence in repair of Municipal Structures.

## Teaching Experience

Teaching Assistant, Tufts University, Medford, MA: undergraduate courses in structural analysis and experimental stress analysis

Instructor, Tufts University, Medford, MA: undergraduate course in statics and strength of materials

## Publications and Presentations

Vatovec, M., Kelley, P.L. Langlois, J.D., Westover, P.L., and Morse-Fortier, L. "Importance of Wood Education in Structural Engineering Practice: Case Studies," *ASCE Structures Congress, April 2005.*

Kelley, P.L. and Sherman, M.R., and Bae, J., "Controlling Concrete Cracking and Curling" *Concrete International August 2004.*

Kelley, P.L. and Vatovec, M., "Building Inspection and Rehabilitation" 2003 Lecture Series Sponsored by the Structural Group, Boston Society of Civil Engineers Section American Society of Civil Engineers.

Kelley, P.L. and Vatovec, M. "Condition Assessment of Building Structures" Fall 2003 Lecture Series Sponsored by the Structural Group, Boston Society of Civil Engineers Section American Society of Civil Engineers.

Kelley, P.L., and Sherman M.R., Contractor's Day: Anatomy of a Slab Problem" Fall 2003 ACI Conference, Boston, MA

Vatovec, M., Kelley, P.L., Alkhrdaji, T., and Nanni, A., "Evaluation and Carbon Fiber Reinforced Polymer Strengthening of Existing Garage: Case Study," *Journal of Composites for Construction*, August 2002.

Kelley, P.L., Brainerd, M.L., and Vatovec, M., "Updated Design Philosophy For Structural Strengthening Of Concrete Structures With Fiber Reinforced Polymers (FRP)", 2001. Workshop: Composites in Construction: A Reality, Villa Orlandi, Anacapri, Italy.

Kelley, P.L., "Innovation in the Conservative Structural Engineering Market" 2001 Lecture Series Sponsored by the Structural Group, Boston Society of Civil Engineers Section American Society of Civil Engineers.

Kelley, P.L., Bell, G.R., Brainerd, M.L., and Scali, M.J., "Under the Microscope," *Civil Engineering*, June 2001.

Vatovec, M., Kelley, P.L., "The State of the Art of Wrapping Concrete Columns with FRP," *32nd International SAMPE Technical Conference*, November 5-9 2000.

Kelley, P.L., Brainerd, M.L., Huang, J., and Sherman, M.R. "Six Common Concrete Deterioration Mechanisms: Causes and Prevention," The Construction Specifier, December 2000.

Kelley, P.L., Brainerd, M.L., and Vatovec, M., "Design Guidelines for Strengthening of Concrete Structures with FRP," *Concrete International*, Feb. 1999.

Kelley, P.L., Russo, C.J., and DelloRusso, S.J., "Building Response to Adjacent Excavation and Construction," ASCE, Boston, MA, Fall 1998.

Kelley, P.L., and Russo, C.J., "Central Artery Project Spawns Extensive Monitoring System," *Banker & Tradesman Structures*, Summer 1997.

Kelley, P.L., and Brainerd, M.L., "Mockups: Preparation for Success," *Concrete Repair Bulletin*, Jan./Feb. 1997.

Kelley, P.L., "Property Condition Assessment... *How Much Diligence Is Due*," presentation at World Workplace '97, Dallas Convention Center, Dallas, TX, 5-7 Oct. 1997.

Kelley, P.L., Brainerd, M.L., Liepins, A.A., and Bergstrom, T., "Understanding Cracking in Concrete Repairs," *The Construction Specifier*, Dec. 1996.

Kelley, P.L., "Preparation of Concrete for Repair," *Parking*, Apr. 1995.

Kelley, P.L., "Emergency Repairs for Storrow Drive Tunnel," *Infrastructure: New Materials and Methods of Repair, Proceedings of the Third Materials Engineering Conference*, Kim D. Basham, Ed., ASCE, New York, 1994, pp. 1103-1110.

Heger, F.J., Liepins, A.A., and Kelley, P.L., "Proposed Rehabilitation of Storrow Drive Interchange Tunnel," *Infrastructure: New Materials and Methods of Repair, Proceedings of the Third Materials Engineering Conference*, Kim D. Basham, Ed., ASCE, New York, 1994, pp. 1111-1118.

Cole, G.G., and Kelley, P.L., "Cladding an Existing Building with Masonry Veneer," *Masonry: Design and Construction, Problems and Repair*, ASTM STP 1180, J.M. Melander and L.R. Lauersdorf, Eds., American Society for Testing and Materials, Philadelphia, 1993.

Cole, G.G., and Kelley, P.L., "Contingency Recladding," *The Construction Specifier*, July 1992.

Kelley, P.L., "Concrete Balcony Problems," *Condo Media*, Aug. 1992.

PLK (5/05)

List of Paul Kelley Testimony         - 1 -                    19 May 2005

## 2005

None.

## 2004

Deposition on behalf of the Commonwealth of Massachusetts concerning complains of wood-foundation-pile deterioration in Boston.

Deposition on behalf of Melito Construction concerning complaints about cracking of a structural slab at a Home Depot store in Brooklyn, NY.

## 2003

Arbitration on behalf of Long Bay Builders Inc. against Massachusetts Housing Finance Agency concerning issues and damage costs in a "wrongful termination" dispute of a construction contract to renovate 99 residential units.

## 1998

Deposition and Trial Testimony on behalf of Varian Associates against Taygeta Corp. concerning the projected construction cost to convert a tennis club into a Flex-use building.

## 1997

Deposition on behalf of Nationwide Insurance Co. against San-Vel Corporation concerning the failure of concrete foundation piles.   MA

Insurance Reference Hearing on behalf of Kemper Insurance Company against Stu-Lin Realty Trust concerning the time to reconstruct a fire-damaged building. MA

## 1996

Deposition on behalf of CNA Insurance Co., (their insured DeStasio & Van Buren Engineers) against Ocean Club Condominium Association, Atlantic City, NJ, concerning the cause of concrete distress on balconies and the cost to make repairs.   NJ

Arbitration Testimony on behalf of Nationwide Insurance Company against Wausau Insurance Company concerning the replacement cost of the demolished building at 303 Congress Street in Boston, MA, including cost estimates to repair prior to demolition. MA

Arbitration Testimony on behalf of A&A Industries Inc. against Newstress Industries Inc., concerning the quality of concrete finishes at A&A's building on Centennial Drive in Peabody, MA and the cost to repair various deficiencies in structural elements. MA

List of Paul Kelley Testimony                - 2 -                              19 May 2005

**1995**

Trial Testimony on behalf of WBC Extrusion against CNA Insurance Co., (their insured Anderson Nichols, Engineers) concerning concrete repair strategies and concrete repair costs. MA

Deposition on behalf of P&P Realty against numerous insurance companies concerning P&P's claims of building damage related to blasting on construction sites adjacent to P&P's property. NH

**1994**

Arbitration Testimony on behalf of Hartford Land Development Corporation against Pinkerton Law Construction Co., concerning deficient constriction and the cost to repair. MD