# EXHIBIT A

## MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

| | |
|---|---|
| MASSACHUSETTS | CONNECTICUT |
| BOSTON | HARTFORD |
| FALL RIVER | |
| SPRINGFIELD | NEW YORK |
| WORCESTER | NEW YORK |
| RHODE ISLAND | ENGLAND |
| PROVIDENCE | LONDON |

Steven J. Bolotin
Phone: 617-737-8878
Fax: 617-342-4943
sbolotin@morrisonmahoney.com

June 22, 2005

Lauren Timoney Upton, Esquire
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston MA  02109

Re:  Berwind Property Group, Inc. and Newton Investors Limited Partnership
     v. Environmental Management Group, Inc. d/b/a EMG
     Docket No.:  04-11411-NMG

Dear Ms. Upton:

This is to advise you that based upon your recent motion to amend your client's complaint to add new parties to this action, in order to make sure that no potential party's rights regarding discovery are prejudiced, we will be waiting until after the Court has ruled on your motion before completing the 30(b)(6) depositions of Berwind property Group and Newton Investors Limited Partnership or conducting the deposition of your recently designated expert. Once that motion has been decided, we will schedule the remaining decisions in accordance with any rulings of the Court.

Very truly yours,

Steven J. Bolotin

SJB/sb

962432v1