# EXHIBIT B



**Commercial
Construction
Consulting. Inc.**

# JAMES P. KIRBY
## PRESIDENT

Commercial Construction Consulting, Inc. was formed in 1989 to provide technical advisory, construction representation and consulting engineering services to real estate owners, developers and institutional clients.

Mr. Kirby's role with the firm is that of providing hands on management to advise and guide the in-house staff, consultants and clients. He has both technical and managerial leadership experience working on large and complex construction projects throughout the world for the past twenty years.

The firm's core business consists of providing development advisory services to investment and real estate clients for the purchase, renovation, or ground up development of various property types ranging from office and industrial parks, high rise towers, multi-family and institutional projects. Within this technical specialty, C3 provides full scale engineering analysis and design for building mechanical, electrical and life safety systems. The design service group has completed a number of complex engineering assignments throughout North America, Asia and Europe. The firm's development advisory experience provides a valuable perspective towards providing practical engineering designs. The due diligence services draw on the experience of the engineering group and the project management staff to produce accurate technical reports translated to reflect the financial criteria our clients need to make an informed real estate acquisition decision.

## EDUCATION

**Northeastern University's Lincoln College of Engineering**

> Bachelor of Engineering Technology
> Certificate of Construction Management

**Peterson Engineering School/Steam Engineering Institute**

> Diploma in Physical Plant Economics and Operations

## LICENSES

Licensed 1st Class Power Plant Engineer-Commonwealth of Massachusetts



## PRIOR EXPERT WITNESS RELATED WORK

I have not been deposed or testified at trial as an expert witness. I have been engaged as an expert witness as follows:

<u>Tage Inn Corp. vs. JSA Inc.</u>
2004-2005

I along with two other C3 professionals was retained by Lauren Upton of Hinkley Allen Synder in the representation of a real estate developer/hotel operator in pursuing a claim for errors and omissions against the architect for a recent project.

<u>Trustees of Trinity Place Condominiums vs. Trinity Place Developer-The Raymond Co.</u>
2004-2005

I was retained by Diane Rubin of Holland and Knight to represent the condominium association in their claim against the developer relating to deficient HVAC systems.