UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411-NMG

BERWIND PROPERTY GROUP, INC.  )
and NEWTON INVESTORS LIMITED  )
PARTNERSHIP,                  )
      Plaintiffs,              )
                              )
v.                            )
                              )
ENVIRONMENTAL MANAGEMENT      )
GROUP, INC. d/b/a EMG,        )
      Defendant.               )

**MOTION FOR LEAVE OF COURT TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT ENVIRONMENTAL MANAGEMENT GROUP, INC.**

Now comes the defendant Environmental Management Group, Inc. ("EMG"), and hereby moves for leave of court to file a Reply to Plaintiff's Opposition to EMG's Motion for Partial Summary Judgment. As grounds for this Motion, EMG states that the plaintiff has raised legal arguments beyond the scope of EMG's Motion for Partial Summary Judgment, namely the plaintiffs argues that the parties' contractual choice of law clause selecting Maryland law should be set aside and that Massachusetts law should be applied to the plaintiff's claims. EMG requests leave to brief its defenses to the plaintiff's claims under Massachusetts law and believes that such a Reply will aid the Court in its decision on EMG's Motion for Summary Judgment.

Furthermore, EMG's counsel has spoken with plaintiff's counsel and has obtained plaintiff's counsel's assent to file a Reply to Plaintiff's Opposition to EMG's Motion for Partial Summary Judgment on or before September 22, 2006.

1019785v1

WHEREFORE, defendant Environmental Management Group, Inc. respectfully requests that the within Motion for Leave of Court to File a Reply to Plaintiff's Opposition to the Motion for Summary Judgment of Environmental Management Group, Inc. be allowed.

### REQUEST FOR ORAL ARGUMENT

Environmental Management Group, Inc. requests oral argument on the summary judgment papers.

Respectfully submitted,

ENVIRONMENTAL MANAGEMENT
GROUP, INC. d/b/a EMG
By its Attorneys,
MORRISON MAHONEY LLP

/s/Steven J. Bolotin
Steven J. Bolotin, BBO#564085
Michael H. Hayden, BBO#660746
250 Summer Street
Boston, MA  02210
(617) 439-7500

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 31, 2006.

/s/Michael H. Hayden
Michael H. Hayden