UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERWIND PROPERTY GROUP, INC. and <br> NEWTON INVESTORS LIMITED <br> PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL MANAGEMENT GROUP, <br> INC. d/b/a EMG, <br><br> Defendant. | DOCKET NO. 04-11411-NMG |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE EXPERT REPORT AND TO PRECLUDE EXPERT TESTIMONY AT TRIAL

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") hereby move for leave to file a brief Reply in Response to the Defendant's Opposition to Berwind's Motion to Strike Expert Report and to Preclude Expert Testimony at Trial, Opposition to the Defendant's Motion for Partial Summary Judgment.

**AS GROUNDS FOR THIS MOTION**, Berwind states as follows:

1. That, in order for this Court to address and fully and fairly resolve the issues raised by EMG in its Opposition, and in order to correct erroneous statements of both law and fact made by EMG in its Opposition, a brief response by Berwind is required. Granting Berwind leave to file the Reply will assist the Court in fully and thoroughly resolving the issues raised by Berwind's Motion and EMG's Opposition thereto.

2. That the interests of judicial economy and of the parties will best be served if this Motion is allowed and Berwind is permitted to file the Reply filed herewith.

**WHEREFORE**, Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership respectfully request that this Court grant it leave to file its Reply.

Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP**

By their attorneys,

/s/ Lauren Timoney Upton
_____
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

## CERTIFICATE OF SERVICE

    I, Lauren Timoney Upton, hereby certify that on this 20th day of September, 2006, I served a true and accurate copy of the foregoing Reply in Support of Plaintiffs' Motion to Strike Expert Report and to Preclude Expert Testimony at Trial upon counsel for Defendant Environmental Management Group, Inc. d/b/a EMG.

                            /s/ Lauren Timoney Upton
                            _____