# EXHIBIT L

ORIGINAL

VOLUME I
PAGES: 1-148
EXHIBITS: 40-41, 43-46

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 04-11411-NMG

BERWIND PROPERTY GROUP, INC. )
and NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
   )
          Plaintiffs )
   )
vs. )
   )
ENVIRONMENTAL MANAGEMENT GROUP, )
INC., d/b/a EMG, )
   )
          Defendant )

**DEPOSITION OF ALBERT J. CORR, III,** a witness called on behalf of the Defendant, pursuant to the Massachusetts Rules of Civil Procedure, before Karrie Smith, a Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at Hinckley, Allen & Snyder LLP, 28 State Street, Boston, Massachusetts, on Monday, May 2, 2005, commencing at 10:09 a.m.

EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts 01747
(508) 478-9795   (508) 478-0595 (Fax)
leppley@msn.com

```
 1   just like your best memory of events.
 2        A.   Okay.
 3        Q.   And if at any time you're uncertain and
 4   you want to characterize your statement, please go
 5   ahead and do so.
 6        A.   Okay.
 7        Q.   After the Newton property was acquired,
 8   who became the acquisition manager -- excuse me, who
 9   became the asset manager?
10        A.   Ken Cala.
11        Q.   Did you continue in any capacity with
12   respect to the property after it was acquired?
13        A.   No.
14             MR. EISENBERG:  We may want to clarify
15   that answer.
16        A.   Yeah.  Right after acquisition, the
17   answer is no.  Currently today, Ken is the asset
18   manager and he reports to me.  But that changed in
19   2003.
20        Q.   So Mr. Cala started reporting to you in
21   2003?
22        A.   Yes.
23        Q.   And prior to 2003, you had no involvement
24   with respect to the Newton property post acquisition?
```