# EXHIBIT M

Cala Ken
_____

**From:** Cala Ken
**Sent:** Thursday, October 02, 2003 9:19 AM
**To:** Patrick DiGregorio (E-mail)
**Cc:** Corr Albert
**Subject:** Newton Garage

Patrick:
When do you expect the report from E&K on the concrete testing? Since we ran all of the details by senior management this week, the project has understandably become a hot button.

Also, as we discussed, we followed our due diligence firm's (EMG's) advice early on by having Edwards & Kelcey inspect and report on the garage. If memory serves, we asked them to suggest what work was needed in priority order and then we had the work done. And none of the suggested repairs included the current structural items. With that in mind, would you please put together the various E&K reports and send them to me ASAP. You should also make sure to do the same for Bob Riviezzo. Please let me know as soon as you hear from E&K regarding the testing. Thanks.
Ken