# EXHIBIT N



**NORDBLOM**

## FAX COVER SHEET

TO:          *Al Corr*

FAX #:       215 - 496 - 0431

FROM:      *Patrick*

DATE:      4 - 11 - 01

RE:

PAGES TO FOLLOW:    2

Speedy Memo

50 Congress Street
Boston, MA
02109-4002
(617) 482-7000
Fax (617) 227-7600

**EMG02174**

04/10/01  APR. 11. 2001 11:05AM  NORDBLOM CO.  617-227-7600LCEY        NO. 161    P. 2/3



Engineering
Consulting
Construction
Value Engineering
Real Estate Services

1

### MEMORANDUM

Date:   April 10, 2001

To:     Mr. Chris Finlay
        Nordblom Company
        50 Congress Street
        Boston, MA
        From:  Yves G. Lamour

Re:     1230 Washington Street
        Newton, MA
        EK Project No. 010039730

The above referenced project was visited on March 22, 2001 and on this day after an approximately 50 feet long crack was noted in the underside of the roof level concrete pavement deck. No core test was taken in the slab at this time. A hammer was utilized to sound areas of the underside of the deck to determine the extent of the damage. In reviewing the conditions on site the following observations were made:

- It is our opinion that a post tension slab system was used to support the parking garage deck. Cables (usually placed at 6" to 12" O.c.) were embedded in poured concrete and are part of the support system for the deck. Because of the nature of this system, no core was taken through the pavement. Cutting through the cables could potentially create more problems in the slab support system. We do not believe that it is worth taking the chance.

- The approximately 50' long crack was located along a construction joint. At one particular location, the concrete in the underside of the slab has spalled exposing the metal rebars. Moisture appeared to be infiltrating the crack as evidenced by the efflorescence noted in sections of the crack. Despite the presence of moisture, the slab appeared to be structurally sound. The underside of the deck was hammered at the spalled, cracked and wet area. The exposed reinforcing bars in the concrete, despite some rusting, appeared to be in serviceable condition.

  Ponding water was noted on the pavement, along the construction joint and above the area where the large spalled concrete section was located. This appeared to be a low point.

- Areas of spalled concrete were also observed in other isolated areas of the underside of the deck. Exposed rebars were noted in the spalled areas.

280 Summer Street, Suite 500
Boston, Massachusetts 02210

Voice  617.443.0400
Fax  617.443.9880
www.ekcorp.com

**EMG02172**

04/10 APR. 11. 2001 11:05AM 13 9 NORDBLOM CO. 617-227-7600LCEY                    NO.161    P.3/3



2

- No control joint was constructed in the slab. No control joint could not be constructed in the pavement to alleviate movement in the slab because of the nature of the construction (post tension slab system). As a result, cracks are now showing. A long crack was noted in the pavement at the intersection of the ramp giving access to the roof and the pavement. for the roof. Crack were mostly found between drains, at high points

- A number of drains were leaking at the time of the site visit (at least 5 drains). Moisture appeared to be traveling between the piping for the drains and the concrete slab. In some instance the sealant installed at this joint was removed. These drains should be reset.

- It was also noted that a number of drains were located at high point and were not able to properly evacuate water of the pavement (they appeared to be overflow drains).

- Spalling concrete was also noted in isolated areas of the pavement surface (roof level). These areas should be patched.

Edwards And Kelcey recommends the following:

1.    The above-mentioned deficiencies must be repaired to avoid future problems. The long crack in the underside of the roof level deck in particular should be repaired as soon as possible. We recommend that the existing cracks in the concrete pavement be repaired utilizing an epoxy injection system.

2.    We recommend the installation of a new drain in the ponding water area. This is also the area where a large spall of concrete was found in the underside of the slab. Moisture infiltration in the garage was noted at this location during the first visit.

3.    We strongly recommend that the existing concrete pavement be protected with an approved waterproofing coat. The existing pavement appeared to be deteriorating prematurely because of the absence of a protective coating. The pavement at the lower levels was badly eroded in a number of sections.

4.    Cracking was also observed in the pavement for the other parking levels. Further investigation of the pavement and walls at all levels is required. The drainage system for the other levels should also be reviewed.