AOTC Information Center



Home » County Inquiry » Civil Party Search » Search Results » Docket Details

# Berwind Property Group, Inc et al v EMG

**Details for Docket: SUCV2004-01005**

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2004-01005 | **Caption:** | Berwind Property Group, I et al v EMG |
| **Filing Date:** | 03/08/2004 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 06/24/2004 | **Session:** | CtRm 1017, 3 Pemberton Sq,Boston |
| **Lead Case:** | NA | **Case Type:** | Most |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | B | **Discovery:** | |
| **Service Date:** | | **Disposition:** | |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

**Case Information**

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2004-01005 | **Caption:** | Berwind Property Group, I et al v EMG |
| **Filing Date:** | 03/08/2004 | **Case Status:** | Disposed: transferred to other court |
| **Status Date:** | 06/24/2004 | **Session:** | CtRm 1017, 3 Pemberton Sq,Boston |
| **Lead Case:** | NA | **Case Type:** | Fraud, business torts, etc |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| **TRK:** | B | **Discovery:** | |
| **Service Date:** | | **Disposition:** | |
| **Rule 15:** | | **Rule 12/19/20:** | |
| **Final PTC:** | | **Rule 56:** | |
| **Answer Date:** | | **Jury Trial:** | YES |

| **Docket Details:** | **Parties** | **Attorneys** | **Docket Entries** | **Calendar Events** |
|---|---|---|---|---|