**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| | ) | |
| BERWIND PROPERTY GROUP, INC. and | ) | |
| NEWTON INVESTORS LIMITED | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | DOCKET NO. 04-11411-NMG |
| v. | ) | |
| | ) | |
| ENVIRONMENTAL MANAGEMENT GROUP, | ) | |
| INC. d/b/a EMG, | ) | |
| | ) | |
| Defendant. | ) | |

_____)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY**
**IN SUPPORT OF THEIR OPPOSITION TO THE DEFENDANT'S MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership

(collectively, "Berwind") hereby move for leave to file a brief Sur-reply in response to the

Defendant's Reply to Plaintiffs' Opposition to Defendant's Motion for Partial Summary

Judgment.

**AS GROUNDS FOR THIS MOTION**, Berwind states as follows:

1.      That, in order for this Court to address and fully and fairly resolve the

new issues raised by EMG in its Reply -- issues that EMG failed to raise in its Motion for

Partial Summary Judgment -- and in order to correct erroneous statements of both law

and fact made by EMG in its Reply, a brief response by Berwind is required.  Granting

Berwind leave to file the Sur-reply will assist the Court in fully and thoroughly resolving

the new issues raised by EMG's Reply.

2.      That the interests of judicial economy and of the parties will best be

served if this Motion is allowed and Berwind is permitted to file a Sur-reply.

WHEREFORE, Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited

Partnership respectfully request that this Court grant it leave to file a brief Sur-reply.


Respectfully submitted,

**BERWIND PROPERTY GROUP, INC. and
NEWTON INVESTORS LIMITED
PARTNERSHIP**

By their attorneys,

/s/ Lauren Timoney Upton

_____
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
(617) 345-9000

## CERTIFICATE OF SERVICE

I, Lauren Timoney Upton, hereby certify that on this 4th day of October, 2006, I served a true and accurate copy of the foregoing Motion for Leave to File a Sur-Reply in Support of Plaintiffs' Opposition to the Defendant's Motion for Partial Summary Judgment upon counsel for Defendant Environmental Management Group, Inc. d/b/a EMG.

/s/ Lauren Timoney Upton

_____