UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-11411-NMG

BERWIND PROPERTY GROUP, INC. )
and NEWTON INVESTORS LIMITED )
PARTNERSHIP, )
        Plaintiffs, )
)
v. )
)
ENVIRONMENTAL MANAGEMENT )
GROUP, INC. d/b/a EMG, )
        Defendant. )
)

## JOINT MOTION TO CONTINUE TRIAL

NOW COME the plaintiffs, Berwind Property Group, Inc. and Newton Investors Limited Partnership, and the defendant, Environmental Management Group, Inc. (collectively "the Parties"), and hereby jointly move to continue the trial of this matter, currently scheduled for November 6, 2006, to a date not less than forty-five (45) days after this Court's ruling on the Parties' outstanding motions. In support hereof the Parties state the following:

The Parties currently await this Court's scheduling of oral argument and/or ruling on the defendant's motion for partial summary judgment, including plaintiff's opposition thereto, defendant's reply and plaintiff's sur-reply,[1] as well as the plaintiffs' motion to strike expert report and to preclude expert testimony at trial, including defendant's opposition thereto and plaintiff's reply.

To conserve both the Parties' and this Court's time and resources, the Parties respectfully request that the trial of this matter, currently scheduled for November 6, 2006, be continued to a

---

[1] On October 4, 2006, plaintiffs filed a motion for leave to file a sur-reply in support of their opposition to defendant's motion for partial summary judgment.

1025367v1

date not less than forty-five (45) days after this Court's ruling on the Parties' outstanding motions. In further support of this motion, defendant's counsel states that they have multiple scheduling conflicts with a late-October/early-November trial date, in the form of previously scheduled trials before this Court and the Rhode Island Superior Court, as well as a previously scheduled arbitration.[2]

## Conclusion

Wherefore, the plaintiffs, Berwind Property Group, Inc. and Newton Investors Limited Partnership, and the defendant, Environmental Management Group, Inc., respectfully request that the trial of this matter, currently scheduled for November 6, 2006, be continued to a date not less than forty-five (45) days after this Court's ruling on the Parties' outstanding motions.

Respectfully submitted,

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP<br>By their attorneys, | ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG<br><br>By its Attorneys, |
| HINCKLEY, ALLEN & SNYDER LLP | MORRISON MAHONEY LLP |
| /s/ *Lauren Timoney Upton*<br>Eric F. Eisenberg, BBO#544682<br>Lauren Timoney Upton, BBO#565122<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 | /s/ *Steven J. Bolotin*<br>Steven J. Bolotin, BBO#564085<br>Michael H. Hayden, BBO#660746<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

---

[2] Upon the Court's request, defendant's counsel would be happy to provide a more detailed schedule of its late-October/early-November trial and arbitration obligations by date and venue.

1025367v1

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 22, 2006.

/s/ Steven J. Bolotin
Steven J. Bolotin

1025367v1