Leave to File Granted on
10/11/2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>ENVIRONMENTAL MANAGEMENT GROUP, )<br>INC. d/b/a EMG, )<br>)<br>Defendant. )<br>) | DOCKET NO.<br>04-11411-NMG |

## AFFIDAVIT OF LAUREN TIMONEY UPTON

I, Lauren Timoney Upton, being duly sworn, hereby depose and state as follows:

1. I am an Attorney at Law duly licensed and in good standing at the Bar of the Commonwealth of Massachusetts. I am an attorney in the law firm of Hinckley, Allen & Snyder, LLP, and I have been practicing law for thirteen years.

2. I represent Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership (collectively, "Berwind") in connection with the above-captioned action.

3. This affidavit is filed in support of the Plaintiffs' Reply to the Defendant's Opposition to the Plaintiffs' Motion to Strike Expert Report and to Preclude Expert Testimony at Trial.

4. Commercial Construction Consulting, Inc., a firm in which Mr. Kirby is the president, was retained by an unrelated client of Hinckley, Allen & Snyder LLP, in preparation

for mediation and not as a trial expert, to quantify the additional costs incurred by an owner of a commercial hotel in the evaluation, re-design/re-engineering, and reconstruction of certain elements of the subject hotel in order to complete or correct the defendant architect's work as a result of the architect's defective design specifications.

5.  Having received the resumes of the CCC staff that would be assigned to the project, which resumes indicated that CCC would be providing qualified professionals to perform the scope of services set forth in CCC's proposal and to assist counsel, I advised the client to retain CCC, which the client did.

6.  Attached hereto as Exhibit 1 is the Proposal submitted by Commercial Construction Consulting, Inc. for the above-referenced project.

**FURTHER YOUR AFFIANT SAYETH NOT.**

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 12th DAY OF OCTOBER 2006.**

/s/ Lauren Timoney Upton
_____

#606009