

**Commercial Construction Consulting, Inc.**

October 29, 2004

Ms. Lauren Timoney Upton
Hinckley Allen Snyder LLP
28 State Street
Boston, Ma 02109-1775

Re: Tage Inn Corp. vs, JSA, Inc.
    Construction claims review

Dear Lauren:

It was nice to meet with you this week to discuss the scope of this assignment. I offer the following proposal for technical consulting services in support of your claim. The intent of our review is to provide opinions of technical issues and related costs resulting from the design of the Tage Inn in Somerville Ma.

**Scope of Services**

| | |
|---|---|
| **Technical Analysis** | • Review Bid and Construction Plans and Specifications.<br>• Review all bid addenda.<br>• Review construction schedule of values and change orders.<br>• Review all claims related documents.<br>• Meet/interview the owner's project manager and all other experts retained for the case.<br>• Tour the Tage Inn for comparative understanding of the issues.<br>• Interview the general contractor. |
| **Methodology** | • The recommended approach is to review the largest dollar issue first in order to opine on their merits with regard to design errors and omissions. These include the items such as the hot water system, code deficiencies, guest room closets and related items, etc. The smaller dollar issues will be grouped for analysis and discussed before expending significant effort in a review.<br>• The work would be conducted by engineering and construction professionals experienced in the design, construction and operation of these types of buildings |
| **Report Contents** | • Executive summary of our findings and support charts to present our opinions, recommendations and costs.<br>• Comment on the design in relation to good practice and standard of care. |



| | |
|---|---|
| **General Provisions** | • The availability of appropriate personnel during the review<br>• All existing building plans made available for our review<br>• Building access for visual inspection of all building systems |
| **Additional Services** | |
| **Not Included in Scope** | • Site environmental studies<br>• Destructive testing<br>• The cost of outside personnel required to conduct the inspection<br>• Performance testing<br>• Detailed sub-surface inspections (we will notify you if any visually apparent observations require additional investigation). |
| **Schedule** | |
| **Preliminary Summary** | • November 18, 2004 |
| **Final Written Report** | • November 30, 2004; This will be distributed for questions and comments and 3 bound final copies will be sent within 3 days of receipt of client comments |
| **Fee** | • $15,000- On a time and materials hourly not to exceed basis. This fee is exclusive of travel costs and reimbursable expenses. |
| **Billable Rates for Additional Services** | • Principal            $200/hour<br>• Senior Engineer    $150/hour<br>• Associate Engineer  $ 90/hour<br>• Administrator      $ 30/hour |
| **Insurance Coverage** | • General Liability - Aggregate   $2,000,000<br>• Auto Liability                 $1,000,000<br>• Excess Umbrella Liability      $1,000,000<br>• Workers Compensation - Statutory<br>• Professional Liability         $1,000,000<br>• Liability limitation for this work  $   50,000 |

We acknowledge the confidential nature of this work and agree to keep information relating to the work confidential and privileged unless otherwise directed by HAS, LLP

Please review this scope of services and call should wish amend items. We are available begin the review within one week of a notice to proceed.

I thank you for the opportunity to be of service and look forward to speaking with you.

Sincerely,                                         Approved and Accepted By:



James P. Kirby                                     _____   _____
President                                          Name             Date

JPK/alc


M/JPK/Administrative Proposals/ Hinckley Allen Snyder LLP_Tage Inn Corp._ Lauren Timoney Upton _10.29.04_JPK


Commercial
Construction
Consulting. Inc.

# JAMES P. KIRBY
# PRESIDENT

EDUCATION

Northeastern University's Lincoln College of Engineering

   Bachelor of Engineering Technology
   Northeastern University Continuing Education Certificate of Construction Management

Peterson Engineering School/Steam Engineering Institute

   Diploma in Physical Plant Economics and Operations

Licensed Engineer

   Formed Commercial Construction Consulting, Inc. to provide technical advisory, construction representation and consulting engineering services to real estate owners, developers and institutional clients.

   The role he assumes with the firm is that of providing hands on management to advise and guide the in-house staff, consultants and clients. There is solid technical and managerial leadership experience working on large and complex construction projects throughout the world for the past twenty years.

The firm's core business consists of providing development advisory services to investment and real estate clients for the purchase, renovation, or ground up development of various property types ranging from office and industrial parks, high rise towers, multi-family and institutional projects. Within this technical specialty C3 provides full scale engineering analysis and design for building mechanical, electrical and life safety systems. The design service group has completed a number of complex engineering assignments throughout North America, Asia and Europe. The firm's development advisory experience provides a valuable perspective towards providing practical engineering designs. The due diligence services draw on the experience of the engineering group and the project management staff to produce accurate technical reports translated to reflect the financial criteria our clients need to make an informed decision.



# KENNETH R. WAGNER, JR. P.E.
# SENIOR PROJECT MANAGER

Title:   Senior Project Manager

Education:   BSME, University of Massachusetts - Lowell

Years at C³:  10

Experience:

    Responsible for all aspects of mechanical, plumbing and fire protection design and coordination for projects ranging in size and complexity from tenant improvement to urban high rise development.  Projects located in multiple cities throughout the United States.  Involvement in these projects started at the schematic design level and continued throughout the commissioning process.  Registered Professional Engineer in Massachusetts, Maine and New Hampshire with active reciprocity applications in several other states.

Recent Projects:

- One Lincoln Street – Boston, MA; 1,300,000sf; mechanical, plumbing and fire alarm protection base building design
- Ascend Communications – Westford, MA; 300,000 sf; mechanical, plumbing and fire protection base building and tenant improvement design and project management
- Ascend Communications – Marlboro, MA; 500,000 sf; mechanical, plumbing and fire protection base building design and project management
- Ascend Communications – Marlboro, MA; 500,000 sf; mechanical, plumbing and fire protection tenant improvement design
- 470 Atlantic Ave, Independence Wharf – Boston, MA; 390,000 sf; mechanical, plumbing and fire protection base building design
- 630 Washington Street, Massachusetts Registry of Motor Vehicles – Boston, MA; 45,000 sf; mechanical, plumbing and fire protection base building and tenant design and project management



Commercial
Construction
Consulting, Inc.

# DAVID B. ICKES, A.I.A.
# SENIOR CONSTRUCTION MANAGER

EDUCATION:

Bachelor of Architecture – Kent State University
Institute for Architecture and Urban Studies – New York

Professional Architect Registration in Massachusetts and Texas

A Member of The American Institute of Architects and Boston Society of Architects

> David has twenty-five years experience in the management of institutional and educational planning, design and construction. He has held senior project management positions responsible for all phases of construction projects ranging from residence halls to student centers, sports complexes, science buildings, and site improvements. He spent fourteen years in the planning and construction group at Boston College and most recently held the position of Senior Construction Manager.

> David's educational background in architecture and planning allows for a strong understanding of the process required to properly develop a construction project, whether a renovation or ground up construction, from its inception. Has many years of experience of managing contractor selection, bidding, and actual construction provides a very well rounded knowledge base to successfully bring good planning through to a well executed building project.

> The role of Senior Construction Manager entails providing owner representative services to our institutional and academic clients for the renovation and new development of various project types.