UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,  )<br><br>Defendant.  ) | DOCKET NO. 04-11411-NMG |

## AFFIDAVIT OF ERIC F. EISENBERG IN SUPPORT OF PLAINTIFFS' SUR-REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Eric F. Eisenberg, having been duly sworn depose and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

2. I am a partner in the law firm of Hinckley, Allen & Snyder LLP ("Hinckley Allen"), 28 State Street, Boston, Massachusetts, and I am counsel to Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership ("Berwind") in this action.

3. I have personal knowledge of the facts described herein, except such facts as are stated "on information and belief," which facts I believe to be true and correct.

4. In or about December 2003 or January 2004, I received from Simpson, Gumpertz & Heger a Memorandum prepared by Simpson, Gumpertz & Heger, dated February 3, 1997, which Memorandum related to a 1997 inspection of the property located at 1210-1230

Washington Street in Newton, MA.

**FURTHER YOUR AFFIANT SAYETH NOT.**

**SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF OCTOBER 2006.**

/s/ Eric F. Eisenberg
_____

## **CERTIFICATE OF SERVICE**

  I, Lauren Timoney Upton, Esq., hereby certify that on the date set forth above, I caused notice of the foregoing to be served upon all parties/counsel of record in the above-captioned matter.

                /s/ Lauren Timoney Upton
                _____