UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

## WITHDRAWAL OF APPEARANCE

I, Lauren Timoney Upton, withdraw my appearance as counsel for Berwind Property Group, Inc. in the above-captioned action. The appearance of attorney Eric F. Eisenberg of this firm is not, however, withdrawn, and he remains as counsel for Berwind Property Group, Inc.

BERWIND PROPERTY GROUP, INC.
and NEWTON INVESTORS
LIMITED PARTNERSHIP,

By its attorneys,

_____/s/ Lauren Timoney Upton_____
Eric F. Eisenberg, Esq.
BBO No. 544682
Lauren Timoney Upton, Esq.
BBO No. 565122
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
(617) 345-9000

## CERTIFICATE OF SERVICE

    I, Lauren Timoney Upton, Esq., hereby certify that on the date set forth above, I caused notice of the foregoing to be served upon all parties/counsel of record in the above-captioned matter.

                                                    /s/ Lauren Timoney Upton

Dated:   December 19, 2006