UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

## JOINT MOTION TO EXTEND NISI ORDER

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership ("Berwind") and Defendant Environmental Management Group, Inc. d/b/a EMG ("EMG"), hereby jointly request that this Court extend its Settlement Order of Dismissal for an additional ninety (90) days to and including October 22, 2007.

AS GROUNDS FOR THIS MOTION, the parties state as follows:

1. On April 23, 2007, this Court entered a ninety (90) day Settlement Order of Dismissal as to all parties and all claims. A true and accurate copy of said Order is attached hereto as Exhibit "A." This Order will dismiss this action without costs and without prejudice on July 22, 2007 if the parties do not file a Stipulation of Dismissal by July 22, 2007.

2. The parties have diligently pursued the documentation necessary to complete the settlement of this action, but nevertheless require an additional extension of the Court's deadline.

#645913

3.  At this time, the settlement documents have been agreed upon and are being executed by the parties.

4.  Pursuant to the payment schedule incorporated in the settlement documents, all payments will not be completed prior to the expiration of the current Settlement Order of Dismissal.

5.  The parties will not be prejudiced by – and actively seek-- an extension of the Court's Order.

WHEREFORE, the parties respectfully request this Court extend the Settlement Order of Dismissal for an additional ninety (90) days to and including October 22, 2007.

|  |  |
|---|---|
| **BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP** | Respectfully submitted,<br><br>**ENVIRONMENTAL MANAGEMENT GROUP, INC., d/b/a EMG** |
| *By its attorneys,* | *By its attorneys,* |
| /s/ Erin McNamara Boucher<br>Eric Eisenberg (BBO #544682)<br>Erin McNamara Boucher (BBO #631403)<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109<br>(617) 345-9000 | /s/ Steven J. Bolotin<br>Steven J. Bolotin (BBO #564085)<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>(617) 737-8878 |

**CERTIFICATE OF SERVICE**

I, Erin McNamara Boucher, hereby certify that on June 28, 2007, I served a copy of the foregoing document on counsel of record via first class mail, postage prepaid.

/s/ Erin M. Boucher