UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Berwind Property Group, Inc.,
    Plaintiff

v.    Civil Action No. 04-11411-NMG

Environmental Management Group, Inc.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within ninety (90) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz
_____
Craig J. Nicewicz
Courtroom Clerk

4/23/07
Date

