UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

## JOINT MOTION TO EXTEND NISI ORDER

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership ("Berwind") and Defendant Environmental Management Group, Inc. d/b/a EMG ("EMG"), hereby jointly request that this Court extend its Settlement Order of Dismissal ("Order") for an additional thirty (31) days to and including October 22, 2007.

AS GROUNDS FOR THIS MOTION, the parties state as follows:

1. On April 23, 2007, this Court entered a ninety (90) day Settlement Order of Dismissal as to all parties and all claims.

2. In July 2007, the Court, upon a Joint Motion by the parties, extended the Order up to and including September 21, 2007. The Order will dismiss this action without costs and without prejudice on September 21, 2007 if the parties do not file a Stipulation of Dismissal by that date.

3. The parties have diligently pursued the documentation necessary to complete the settlement of this action, but nevertheless require an additional extension of the Court's deadline.

4. The settlement documents have been agreed upon by the parties.

5. Pursuant to the payment schedule incorporated in the settlement documents, all payments will not be completed before the expiration of the current Order, but the parties expect that all payments will be completed before October 22, 2007.

6. The parties will not be prejudiced by – and actively seek-- an extension of the Court's Order.

WHEREFORE, the parties respectfully request this Court extend the Settlement Order of Dismissal for an additional twenty (31) days to and including October 22, 2007.

Respectfully submitted,

| **BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP** | **ENVIRONMENTAL MANAGEMENT GROUP, INC., d/b/a EMG** |

*By their attorneys,*

*By its attorneys,*

/s/ Eric Eisenberg
Eric Eisenberg (BBO #544682)
Erin McNamara Boucher (BBO #631403)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000

/s/ Steven J. Bolotin
Steven J. Bolotin (BBO #564085)
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 737-8878

## CERTIFICATE OF SERVICE

I, Scott A. McQuilkin, hereby certify that on September 19, 2007, I served a copy of the foregoing document on counsel of record via first class mail, postage prepaid.

/s/ Scott A. McQuilkin

2