UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP, INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

### JOINT MOTION TO EXTEND NISI ORDER

Plaintiffs Berwind Property Group, Inc. and Newton Investors Limited Partnership ("Berwind") and Defendant Environmental Management Group, Inc. d/b/a EMG ("EMG"), hereby jointly request that this Court extend its Settlement Order of Dismissal ("Order") for an additional forty-five (45) days to and including November 5, 2007.

AS GROUNDS FOR THIS MOTION, the parties state as follows:

1. On April 23, 2007, this Court entered a ninety (90) day Settlement Order of Dismissal as to all parties and all claims.

2. In July 2007, the Court, upon a Joint Motion by the parties, extended the Order up to and including September 21, 2007.

3. In September of 2007, the parties, by Joint Motion, requested that the Court extend the Order up to and including October 22, 2007. It appears that the Court has not yet ruled on the Joint Motion filed by the parties in September of 2007.

4. The parties have diligently pursued the documentation necessary to complete the settlement of this action, but nevertheless require an additional extension of the Court's deadline.

5. The settlement documents have been agreed upon by the parties.

6. The parties expect that the transfer of settlement funds will be completed by November 5, 2007.

7. The parties will not be prejudiced by – and actively seek-- an extension of the Court's Order.

WHEREFORE, the parties respectfully request this Court extend the Settlement Order of Dismissal for an additional forty-five (45) days to and including November 5, 2007.

Respectfully submitted,

| | |
|---|---|
| **BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP** | **ENVIRONMENTAL MANAGEMENT GROUP, INC., d/b/a EMG** |
| *By their attorneys,* | *By its attorneys,* |
| /s/ Erin M. Boucher | /s/ Steven J. Bolotin |
| Eric Eisenberg (BBO #544682) | Steven J. Bolotin (BBO #564085) |
| Erin McNamara Boucher (BBO #631403) | MORRISON MAHONEY LLP |
| HINCKLEY, ALLEN & SNYDER LLP | 250 Summer Street |
| 28 State Street | Boston, MA 02210-1181 |
| Boston, MA 02109 | (617) 737-8878 |
| (617) 345-9000 | |

**CERTIFICATE OF SERVICE**

I, Erin McNamara Boucher, hereby certify that on October 19, 2007, I served a copy of the foregoing document on counsel of record via first class mail, postage prepaid.

/s/ Erin M. Boucher