UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERWIND PROPERTY GROUP, INC. and<br>NEWTON INVESTORS LIMITED<br>PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL MANAGEMENT GROUP,<br>INC. d/b/a EMG,<br><br>Defendant. | DOCKET NO. 04-11411-NMG |

**STIPULATION OF DISMISSAL**

The parties hereto hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the within action be dismissed with prejudice, without costs, without attorneys' fees and with all rights of appeal waived as to all claims arising out of EMG's 1999 evaluation of the property located at 1210-1230 Washington Street, Newton, Massachusetts or the prosecution of this action.

#647351-B-v1 / 050804-120873

Respectfully submitted,

| BERWIND PROPERTY GROUP, INC. and NEWTON INVESTORS LIMITED PARTNERSHIP | ENVIRONMENTAL MANAGEMENT GROUP, INC., d/b/a EMG |

*By its attorneys,*

*By its attorneys,*

/s/ Erin McNamara Boucher
Eric Eisenberg (BBO #544682)
Erin McNamara Boucher (BBO #631403)
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
(617) 345-9000

/s/ Steven J. Bolotin
Steven J. Bolotin (BBO #564085)
MORRISON & MOHONEY LLP
250 Summer Street
Boston, MA 02210-1181
(617) 737-8878

## CERTIFICATE OF SERVICE

I, Erin McNamara Boucher, hereby certify that on November 1, 2007, I served a copy of the foregoing document on counsel of record via first class mail, postage prepaid.

/s/ Erin McNamara Boucher